```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A05-0170--CV (JKS)
               "GMW FIRE PROTECTION INC EX REL V KANAG'IQ"

          Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 07/18/05
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (130) Miller Act

            Origin: (1) Original Proceeding
            Demand: 534
        Filing fee: Paid $250.00 on 07/18/05 receipt # 00126167
          Trial by: Jury
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | GMW FIRE PROTECTION INC EX REL | Sarah J. Tugman<br>2509 Eide Street, Suite 4<br>Anchorage, AK 99503<br>907-677-7889 |
| DEF 1.1 | KANAG'IQ CONSTRUCTION CO INC | Thomas S. Gingras<br>Eide Miller & Pate<br>425 G Street, Suite 930<br>Anchorage, AK 99501<br>907-279-0930<br>FAX 907-279-0933 |
| DEF 2.1 | WESTERN SURETY CO | Thomas S. Gingras<br>(see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0170--CV (JKS)
                "GMW FIRE PROTECTION INC EX REL V KANAG'IQ"

                         For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 07/18/05
           Closed: NO

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (130) Miller Act

           Origin: (1) Original Proceeding
           Demand: 534
       Filing fee: Paid $250.00 on 07/18/05 receipt # 00126167
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/18/05 | Complaint filed; Summons issued. |
| NOTE - 1 | 07/21/05 | Issued: summons re:DEF 1. |
| 2 - 1 | 08/09/05 | DEF 1-2 Attorney Appearance of T. Gingras. |
| 3 - 1 | 08/09/05 | DEF 1-2 Jury Demand. |
| 4 - 1 | 08/16/05 | PLF 1; DEF 1-2 Stipulation for ext of time to answer complaint. |
| 5 - 1 | 08/18/05 | JKS Order granting stipulation for ext of time to 9/12/05 to answer complaint (4-1). cc: cnsl |
| 6 - 1 | 09/13/05 | PLF 1; DEF 1-2 Stipulation for ext of time to 9/13 to file/serve answer to complaint. |
| 7 - 1 | 09/13/05 | DEF 1-2 Answer and Counterclaims. |
| 8 - 1 | 09/14/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 9 - 1 | 09/15/05 | JKS Order granting stipulation for ext of time to 9/13 to file/serve answer to complaint (6-1). cc: cnsl |
| 10 - 1 | 09/27/05 | PLF 1 Answer to Counterclaim. |
| 11 - 1 | 10/12/05 | PLF 1; DEF 1-2 Scheduling & Planning Conference Report. |
| 12 - 1 | 10/17/05 | JWS Scheduling and Planning Order setting pretrial deadlines: Original discovery 05/18/06; Dispositive motions deadline 06/18/06; Estimate of trial 5 days. cc: cnsl |