Thomas S. Gingras, Esquire
Alaska Bar No. 7811098
EIDE, GINGRAS & PATE, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
Tel. (907) 279-0930
Fax. (907) 279-0933

Attorneys for Defendants
    Kanag'iq Construction Co., Inc. &
    Western Surety Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>    Plaintiff,<br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 Civil (JKS) |

**STIPULATION FOR EXTENSION OF TIME
TO EXCHANGE FINAL WITNESS LISTS**

Stipulation for Extension of Time
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (JKS)                                                      Page No. 1 of 3

The parties, through their respective counsel, stipulate that the parties shall have a one day extension of time, until April 19, 2006, to exchange final revised witness lists currently due on April 18, 2006.

DATED at Anchorage, Alaska this 18th day of April 2006.

    EIDE, GINGRAS & PATE, P.C.
    Attorneys for Defendants
    Kanag'iq Construction Co., Inc.
    And Western Surety Company


By:  s/Thomas S. Gingras
    Thomas S. Gingras
    Alaska Bar No. 7811098
    tom.gingras@egpalaska.com


DATED at Anchorage, Alaska this 18th day of April 2006.

    LAW OFFICES OF SARAH J. TUGMAN
    Attorneys for Plaintiff
    GMW Fire Protection, Inc.


By:  s/Sarah J. Tugman
    Sarah J. Tugman
    Alaska Bar No. 8310101

Stipulation for Extension of Time
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (JKS)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY as follows:

That I am a employed by the law firm of Eide, Gingras & Pate, P.C. That on this 18th day of April, 2006, a true and accurate copy of the foregoing document was served electronically upon the following counsel of record:

Attorneys for Plaintiff:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, Alaska 99503

EIDE, GINGRAS & PATE, P.C.

By:    s/Thomas S. Gingras

F:\431\05\pleadings\Stipulation for Extension of Time re witness 1st.DOC

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Stipulation for Extension of Time
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (JKS)