Thomas S. Gingras, Esquire
Alaska Bar No. 7811098
EIDE, MILLER & PATE, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
Tel. (907) 279-0930
Fax. (907) 279-0933

Attorneys for Defendants
      Kanag'iq Construction Co., Inc. &
      Western Surety Company

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

THE UNITED STATES for the use of )
GMW Fire Protection, Inc., an Alaska )
Corporation, )
 )
 )
            Plaintiff, )
      vs. )
 )
 )
KANAG'IQ CONSTRUCTION CO., )
INC., an Alaska Corporation and )
WESTERN SURETY COMPANY, a )
South Dakota Corporation, )
 )
            Defendants. )
_____ )  Case No. A05-170 Civil (JKS)

## ORDER RE STIPULATION FOR EXTENSION OF TIME
## TO EXCHANGE FINAL WITNESS LISTS

Order re Stipulation for Extension of Time
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (JKS)

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

This matter comes before the court on the parties' Stipulation for Extension of Time to Exchange Final Witness Lists.  Having considered the Stipulation, the Stipulation for Extension of Time is hereby **GRANTED** and the parties shall have up to and including April 19, 2006, to exchange final witness lists.

DATED at Anchorage, Alaska this _____ day of April 2006.

By:    s/James K. Singleton, Jr._____
       The Honorable James K. Singleton, Jr.
       United States District Court Judge

Order re Stipulation for Extension of Time
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (JKS)

**Eide, Gingras & Pate P.C.**
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

CERTIFICATE OF SERVICE

1  I HEREBY CERTIFY as follows:

2  That I am a employed by the law firm of
Eide, Gingras & Pate, P.C.  That on this
18th day of April, 2006, a true and accurate
3  copy of the foregoing document was
served electronically upon the following
4  counsel of record:

Attorneys for Plaintiff:
5
Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
6  Anchorage, Alaska  99503

7  EIDE, GINGRAS & PATE, P.C.

8  By:____s/Thomas S. Gingras____

9

10  F:\431\05\pleadings\Order re Stipulation for Ext re witness lst.DOC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  Order re Stipulation for Extension of Time
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (JKS)                                   Page No. 3 of 3