MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA


*GMW Fire Protection, Inc. v. Kanag'IQ Construction Co., Inc.*
Case No. 3:05-cv-0170-TMB


By:            THE HONORABLE TIMOTHY M. BURGESS


PROCEEDINGS:   ORDER FROM CHAMBERS

    The parties have filed a stipulation for an extension of time for the exchange of final witness lists.  Docket No. 36.  The stipulation is **GRANTED**.  The parties shall exchange final witness lists on April 19, 2006.

    **IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE:  April 18, 2006