Thomas S. Gingras, Esquire
Alaska Bar No. 7811098
EIDE, GINGRAS & PATE, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
Tel. (907) 279-0930
Fax. (907) 279-0933

Attorneys for Defendants
    Kanag'iq Construction Co., Inc. &
    Western Surety Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>        Plaintiff,<br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 Civil (JKS) |

**MOTION IN LIMINE TO STRIKE PLAINTIFF'S**
**<u>EXPERT -- BARRY STEINKRUGER</u>**

Defendants, Kanag'iq Construction Company and Western Surety

Company, by and through their attorneys, Eide, Gingras & Pate, P.C., move in limine

Motion in Limine
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (JKS)        Page No. 1

for an order striking Barry Steinkruger as a witness and prohibiting his testimony. This motion is made pursuant to Federal Rules of Civil Procedure 26 and 37 and is supported by the attached Memorandum of Law.

DATED at Anchorage, Alaska this 19th day of June 2006.

EIDE, GINGRAS & PATE, P.C.
Attorneys for Defendants
Kanag'iq Construction Co., Inc.
And Western Surety Company

By: s/Thomas S. Gingras
Thomas S. Gingras
Alaska Bar No. 781109

CERTIFICATE OF SERVICE

PATTI J. JULIUSSEN certifies as follows:

That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this s/Patti J. Juliussen day of June, 2006, I served by

[X] electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Attorneys for Plaintiff:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, Alaska 99503

EIDE, GINGRAS & PATE, P.C.

By s/Patti J. Juliussen
PATTI J. JULIUSSEN

F:\431\05\motion in limine-motion.DOC

Motion in Limine
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (JKS)

Page No. 2