Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>        Plaintiff,<br>v.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A-05-0170 CV (JKS) |

<u>RULE 26(a)(2) EXPERT DISCLOSURE</u>

Pursuant to Federal Rule of Civil Procedure 26(a)(2) GMW attaches a summary of the opinions/information to be expressed by Mr. Barry Steinkruger of Anderson Electric.

Dated this 17th day of February, 2006.

                                  SARAH J. TUGMAN
                                  Alaska Bar No. 8310101

                                /s/ Sarah J. Tugman
                                Sarah J. Tugman

<u>CERTIFICATION</u>

I certify that a true and correct copy of this document was faxed and mailed to Tom Gingras this 17th day of February, 2006.

/s/ Frances Evans
Frances Evans

                                                        Attachment A
                                                        Page 1 of 2

Feb 17 06 10:15a       law office            9076779188      p.3
Case 3:05-cv-00170-TMB   Document 21-2   Filed 06/19/2006   Page 2 of 2
Feb 17 06 11:04a    Anderson Electric           3469480           p.1

# Anderson Electric
5900 Barry Ave.
Anchorage, Alaska 99507
Phone 441-2526
Fax 346-9487

February 17, 2006

Opinions to be expressed.

My opinions will explain the defferences in cost, installation, programming, and maintenance of different types of Fire Alarm Systems. Specifically the differences between a traditional hard wired systems and an addressable systems including the following:

Conduit and wiring requirements
Size of building that the system is protecting
Differences in devices between systems
Programming, labeling, and initialization
System testing
Planning
And other project considerations

Qualifications
Barry Steinkruger

Certificate in Electronics Technology UAA
Licensed Inside Wireman/Electrician State of Alaska #302890
Licensed Electrical Administrator State of Alaska # 1154
Owner operator of Anderson Electric  10 years  Alaska contractors license # 23484
10 year employee of Audio-Video Inc.
        employed as Fire Alarm/Audio Technician and project manager
Member IBEW Local 1547
State of Alaska Fire System Permit # 92-008

Compensation $ 100.00 per hour

Thank you

*[signature: B Steinkruger]*

Barry Steinkruger
Anderson Electric