Thomas S. Gingras, Esquire
Alaska Bar No. 7811098
EIDE, GINGRAS & PATE, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
Tel. (907) 279-0930
Fax. (907) 279-0933

Attorneys for Defendants
   Kanag'iq Construction Co., Inc. &
   Western Surety Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>           Plaintiff,<br>   vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 Civil (JKS) |

**ORDER GRANTING DEFENDANTS' MOTION IN LIMINE**
**TO STRIKE PLAINTIFF'S EXPERT -- BARRY STEINKRUGER**

    Defendants, Kanag'iq Construction Company and Western Surety Company, by

and through its attorneys, Eide, Gingras & Pate, P.C., moved in limine for an order

Order
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (JKS)                                                                     Page No. 1

striking Barry Steinkruger as a witness and prohibiting his testimony, pursuant to Federal Rules of Civil Procedure 26 and 37. The Court has considered the motion and any opposition.

IT IS HEREBY ORDERED that based on plaintiff's failure to disclose information required under 26(a)(2)(B), Barry Steinkruger is struck as a witness and is prohibited from testifying for the plaintiff.

DATED at Anchorage, Alaska this _____ day of June 2006.

By:_____
Honorable James K. Singleton
District Court Judge

CERTIFICATE OF SERVICE

PATTI J. JULIUSSEN certifies as follows:

That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 19th day of June, 2006, I served by

[X] electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Attorneys for Plaintiff:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, Alaska 99503

EIDE, GINGRAS & PATE, P.C.

By s/Patti J. Juliussen
PATTI J. JULIUSSEN

F:\431\05\order granting motion in limine.DOC

Order
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (JKS)

Page No. 2

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax