Thomas S. Gingras, Esquire
Alaska Bar No. 7811098
EIDE, GINGRAS & PATE, P.C.
425 G Street, Suite 930
Anchorage, Alaska  99501
Tel. (907) 279-0930
Fax. (907) 279-0933

Attorneys for Defendants
    Kanag'iq Construction Co., Inc. &
    Western Surety Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

THE UNITED STATES for the use of    )
GMW Fire Protection, Inc., an Alaska    )
Corporation,    )
    )
            Plaintiff,    )
        vs.    )
    )
KANAG'IQ CONSTRUCTION CO.,    )
INC., an Alaska Corporation and    )
WESTERN SURETY COMPANY, a    )
South Dakota Corporation,    )
    )
            Defendants.    )    Case No. A05-170 Civil (JKS)
_____)

## MOTION FOR RULE OF LAW AND PARTIAL SUMMARY JUDGMENT REGARDGING SUBCONTRACT

Defendants, KANAG'IQ CONSTRUCTION CO., INC. AND WESTERN SURETY COMPANY, by and through their counsel, Eide, Gingras & Pate, P.C., move for a rule of law and partial summary judgment regarding the subcontract in this matter. The motion is filed pursuant to Federal Civil Rule 56.  There is no genuine issue of

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Motion for Rule of Law and Partial Summary Judgment Regarding Subcontract    Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (JKS)

material fact on the particular contractual issues set forth, and Defendants are entitled to judgment as a matter of law.

The motion is supported by the attached Memorandum of Law and accompanying documents.

DATED at Anchorage, Alaska this 19th day of June 2006.

EIDE, GINGRAS & PATE, P.C.
Attorneys for Defendants
Kanag'iq Construction Co., Inc.
And Western Surety Company

By:   s/Thomas S. Gingras
        Thomas S. Gingras
        425 G Street, Suite 930
        Anchorage, AK  99501
        Phone:  (907) 279-0930
        Fax:     (907) 279-0933
        E-mail:  tsgingras@egpalaska.com
        Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

DONNA CHARTER certifies as follows:

That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C.  That on this 19th day of June 2006, I served

[x] electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Attorneys for Plaintiff:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, Alaska  99503

EIDE, GINGRAS & PATE, P.C.

By   s/Donna Charter
        Donna Charter

F:\431\05\pleadings\mot rule of law mot.DOC

Motion for Rule of Law and Partial Summary Judgment Regarding Subcontract        Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (JKS)

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax