# INDEX OF EXHIBITS TO

# MEMORANDUM IN SUPPORT OF MOTION FOR RULE OF LAW AND PARTIAL SUMMARY JUDGMENT REGARDING SUBCONTRACT

Case No. A-05-170 (JKS)

**Ex. A**     **Excerpts from Main Government Contract / Fire Services**

**Ex. B**     **Subcontract between Kanag'iq Constructions Company, Inc. (Contractor) and GMW Fire Protection (Subcontractor) signed 10/26/00 and 11/02/00**

**Ex. C**     **Payment Bond Executed 09/30/2002 [Kanag'iq Construction Company, Principal] and Western Surety Company [Surety]**

**Ex. D**     **Excerpt fromDeposition of Glen F. Johnson taken May 17, 2006**

**Ex. E**     **Excerpt from Deposition of Steve Frere taken May 18, 2006**

**Ex. F**     **Option to Extend the Term of the Contract – Unilateral dated 09/14/2001**

**Ex. G**     **Option to Extend the Term of the Contract – Unilateral dated 09/28/2002**

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ALASKA

THE UNITED STATES for the use of
GMW Fire Protection, Inc.
an Alaska Corporation

v.

KANAG'IQ CONSTRUCTION CO.,
INC., an Alaskan Corporation and
WESTERN SURETY COMPANY,
a South Dakota Corporation

Case No. A-05-170 (JKS)

# EXHIBIT "A"
## to MEMORANDUM IN SUPPORT OF MOTION FOR RULE OF LAW AND PARTIAL SUMMARY JUDGMENT REGARDING SUBCONTRACT

# GMW

# v.

# KANAG'IQ

# Elmendorf AFB

# Government Contract
# Fire Services

PART I - THE SCHEDULE
SECTION H
SPECIAL CONTRACT REQUIREMENTS

F65501- 00 - D 0 0 1 0

H-109.                    REQUIRED INSURANCE
                        (IAW FAR 28.306(b))

Reference FAR clause entitled "Insurance...," the contractor shall, at its own expense, procure and thereafter maintain the following kinds of insurance with respect to performance under the contract.

   a. Workmen's Compensation and employers liability Insurance as required by law except that if this contract is to be performed in a state which does not require or permit private insurance, then compliance with the statutory or administrative requirements in any such state will be satisfactory. The required workman's compensation insurance shall extend to cover employer's liability for accidental bodily injury or death and for occupational disease with a minimum liability limit of $100,000.

   b. General Liability insurance. Bodily injury liability insurance, in the minimum limits of $500,000 per occurance shall be required on the comprehensive form of policy.

   c. Automobile Liability insurance. This insurance shall be required on the comprehensive form of      policy and shall provide bodily injury liability and property damage liability covering the operation all    automobiles used in connection with the performance of the contract. At least the minimum limits of   $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for
      property damage shall be required.

PART II - CONTRACT CLAUSES
SECTION I
CONTRACT CLAUSES

FAR    52.252-2        CLAUSES INCORPORATED BY REFERENCE          FEB 1998
                    (IAW FAR 52.107(b))

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

| NO | FAR PARA | CLAUSE TITLE | DATE |
|----|----------|--------------|------|
| I-11. | 52.202-1 | DEFINITIONS (IAW FAR 2.201) | OCT 1995 |
| I-12. | 52.202-1 | ALTERNATE I (IAW FAR 2.201) | APR 1984 |
| I-19. | 52.203-3 | GRATUITIES (IAW FAR 3.202) | APR 1984 |
| I-20. | 52.203-5 | COVENANT AGAINST CONTINGENT FEES (IAW FAR 3.404) | APR 1984 |
| I-21. | 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (IAW FAR 3.503-2) | JUL 1995 |
| I-22. | 52.203-7 | ANTI-KICKBACK PROCEDURES (IAW FAR 3.502-3) | JUL 1995 |
| I-23. | 52.203-8 | CANCELLATION, RECISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (IAW FAR 3.104-9(a)) | JAN 1997 |
| I-25. | 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (IAW FAR 3.104-9(b)) | JAN 1997 |
| I-25C. | 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (IAW FAR 3.808(b)) | JUN 1997 |
| I-39. | 52.204-4 | PRINTING/COPYING DOUBLE-SIDED ON RECYCLED PAPER | JUN 1996 |

Exhibit # ___A___

Page _2_ of _5_

003749

F65501-00-D001

| I-78. | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (IAW FAR 9.409(b)) | JUL 1995 |

(IAW FAR 4.304)

| I-100. | 52.211-10 | COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (IAW FAR 11.404(b)) | APR 1984 |

For the purposes of this clause the blank(s) are completed as follows:

(a) within 10 calendar days after contract award.

(c) not later than 30 calendar days after completion of last delivery order call for Base Year or 30 calendar days after completion of the last delivery order call under the Option Year(s), if executed.

| I-102. | 52.211-15 | DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS (IAW FAR 11.604(b)) | SEP 1990 |
| I-128. | 52.215-2 | AUDIT AND RECORDS--NEGOTIATION (IAW FAR 15.209(b)(1)) | JUN 1999 |
| I-133 | 52.215-10 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA (IAW FAR 15.408 (b)) | OCT 1997 |
| I-135 | 52.215-12 | SUBCONTRACTOR COST OR PRICING DATA (IAW FAR 15.408(d)) | OCT 1997 |
| I-139 | 52.215-15 | PENSION ADJUSTMENTS ANS ASSET REVISIONS (IAW FAR 15.408 (g)) | DEC 1998 |
| I-146 | 52.215-18 | REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS(PRB) OTHER THAN PENSIONS (IAW FAR 15.408-(j)) | OCT 1997 |
| I-147 | 52.215-19 | NOTIFICATION OF OWNERSHIP CHANGES (IAW FAR 15.408(k)) | OCT 1997 |
| I-170 | 52.216-18 | ORDERING (IAW FAR 16.506 (a)) | OCT 1995 |

For the purposes of this clause the blank(s) is/are completed as follows:
(a) issued from award of contract through 365 days after contract award.

| I-171 | 52.216-19 | ORDER LIMITATIONS (IAW FAR 16.506 (b)) | OCT 1995 |

For the purposes of this clause the blank(s) is/are completed as follows:
(a)    $5,000.00
(b)(1) $5,000,000.00
(b)(2) $1,760,150.00
(b)(3)  30 days
(d)     10 days

| I-173 | 52.216-21 | REQUIREMENTS (IAW FAR 16.506 (d) (1)) | OCT 1995 |

For the purposes of this clause the blank(s) is/are completed as follows:
(f)    Contractor shall not be required to make deliveries under this contract 30 calendar days after completion of last delivery order call for the Base Year, or 30 calendar days after completion of the last delivery order call under the Option Year(s), if executed.

| I-195 | 52.217-9 | OPTION TO EXTEND THE TERM OF THE CONTRACT (IAW FAR 17.208 (g)) | MAR 2000 |

For the purposes of this clause the blank(s) is/are completed as follows:
(a) within 15 days
(b) not to exceed 36 months

| I-209 | 52.219-3 | NOTICE OF TOTAL HUBZONE SET-ASIDE | JAN 1999 |

Exhibit # A
Page 3 of 3

003750

FIRE PROTECTION REQUIREMENTS                              F65501- 00 - 00010

SECTION 01020

SCOPE OF WORK

1   GENERAL

1.1   PROJECT SCOPE

The Contractor shall furnish all labor, supervision, materials, equipment, tools, transportation, and management necessary to repair or install fire protection systems, and incidental related work, on Elmendorf AFB, AK. The work included under this project consists of the following major items. Work will be awarded by delivery order and may include one or more buildings per order.

1.1.1   Automatic Sprinkler Systems

A.   Design and provide new and/or modify existing automatic fire extinguishing sprinkler systems for complete fire protection coverage in various buildings.

B.   Design automatic wet-pipe or dry-pipe fire extinguishing sprinkler systems in accordance with the required and advisory provisions of NFPA 13, except as modified in Section 13930, "Fire Sprinkler Systems". Each system shall include materials, accessories, and equipment inside and outside the building to provide each system complete and ready for use. Design and provide each system to give full consideration to blind spaces, piping, electrical equipment, ducts, and other construction and equipment in accordance with detailed working drawings to be submitted for approval. Locate sprinkler heads in a consistent pattern with ceiling grid, lights, and air supply diffusers. Provide sprinkler heads and piping system layout. Devices and equipment for fire protection service shall be UL listed or FM approved for use in wet /dry pipe sprinkler systems. Design systems for earthquake protection. Lead and asbestos work, cutting, patching, and paint repair, are incidental related work.

C.   Furnish materials required to install buried water piping and make connections to existing water supply systems, and perform excavating, backfilling, and other incidental labor as required.

1.1.2   Alarm Systems

A.   Survey the existing exit signs and fire alarm systems in various buildings. Determine whether a new or upgraded system is required to meet Section 16721, MIL-HDBK 1008C, and American Disabilities Act (ADA). Prepare and submit specification Section 16721, shop drawings and analysis for review and approval. The drawings and analysis submitted shall be stamped by a registered fire protection engineer who is regularly engaged in fire protection and detection design of these systems or a registered professional engineer with minimum three years experience in design of these (fire detection and alarm) systems.

B.   Repair, replace and/or upgrade, in accordance with paragraph 1.1.2 A, above portions of the fire alarm system which include: fire control panel, emergency power supply, alarm initiating device, ionization detector, thermal detector, flame detector, manual pull station,

Exhibit # _____A_____

Page _4_ of _5_

003785

# FIRE PROTECTION REQUIREMENTS

277. **Remove Interior Ceiling with LBP:** Remove and dispose of any non-masonry or non-concrete interior ceiling painted with LBP. Perform IAW Section 01126, where applicable. Unit of Measurement: SF of ceiling removed.

278. **Remove Wood Trim with LBP, to 6" Wide:** Remove and dispose of wood trim painted with LBP. Perform IAW Section 01126, where applicable. Unit of Measurement: LF of trim removed.

279. **Remove Wood Trim with LBP, to 12" Wide:** Remove and dispose of wood trim painted with LBP. Perform IAW Section 01126, where applicable. Unit of Measurement: LF of trim removed.

280. **Remove LPB from Steel Surfaces:** Remove and dispose of LBP from metal surfaces, including but not limited to, structural steel, pipe, nuts and bolts, and other metal surfaces with LBP which will be disturbed during construction. Perform IAW Section 01126, where applicable. Unit of Measurement: SF of paint removed.

281. **Remove Sheet Metal Duct with LBP:** Remove and dispose of sheet metal duct with LBP. Perform IAW Section 01126, where applicable. Unit of Measurement: SF of duct.

282. **Remove Pipe with LBP, to 2" Diameter:** Remove pipe and conduit with LBP. Perform IAW Section 01126, where applicable. Unit of Measurement: LF of pipe removed.

283. **Remove Pipe with LBP, to 4" Diameter:** Remove pipe and conduit with LBP. Perform IAW Section 01126, where applicable. Unit of Measurement: LF of pipe removed.

284. **Install New Exit Signs:** Install new exit signs IAW Section 16510. Unit of Measurement: EA exist sign.

285. **Remove Existing Exit Signs:** Remove and dispose of existing, self-luminous, electro-luminous, or radio-luminous exit signs. Perform IAW Sections 01010, 01120, and 01121. Unit of Measurement: EA exit sign removed.

## 1.2.1 Additional Definitions

<u>Testing and Quality Control</u>: All of the above bid items shall include all the testing requirements and quality control requirements indicated in the specifications as they pertain to each work item.

<u>Unit Price</u> on the Bid Schedule for each item includes all materials, labor, equipment, tools, quality control, testing, mobilization, demobilization, overhead, profit, <u>bonding</u>, and submittals not included in the bid schedule, for a complete work item IAW the specifications. Quality control, supervision and all overhead issues should be imbedded in each line item of work.

## 1.3 CERTIFICATION OF MEASUREMENT

### 1.3.1 Joint Measurement

Prior to the issuance of each delivery order and at the completion of the designated work on the delivery order, the Government representative and the Contractor will conduct <u>a joint measurement</u> to determine the work to be accomplished and the work completed.

Exhibit # _A_

Page _5_ of _5_

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ALASKA

THE UNITED STATES for the use of
GMW Fire Protection, Inc.
an Alaska Corporation

v.

KANAG'IQ CONSTRUCTION CO.,
INC., an Alaskan Corporation and
WESTERN SURETY COMPANY,
a South Dakota Corporation

Case No. A-05-170 (JKS)

# EXHIBIT "B"
## to MEMORANDUM IN SUPPORT OF MOTION FOR RULE OF LAW AND PARTIAL SUMMARY JUDGMENT REGARDING SUBCONTRACT



# Kanag'iq Construction Company, Inc.
## SUBCONTRACT
SUBCONTRACT NUMBER 1030-1500-1600

THIS AGREEMENT was made and entered into by and between:

| | |
|---|---|
| Company Name: | Kanag'iq Construction Company, Inc. |
| Address: | 3950 Mountain View Drive |
| City, State, Zip: | Anchorage, Alaska 99508-1511 |
| Telephone: | 907-258-5879 Main Office |
| Fax: | 907-258-5896 Main Office |

hereinafter called the CONTRACTOR, and

| | |
|---|---|
| Company Name: | GMW Fire Protection |
| Address: | 7910 King Street |
| City, State, Zip: | Anchorage, Alaska 99518 |
| Telephone: | 907-336-5000 |
| Fax: | 907-336-5050 |

hereinafter called the SUBCONTRACTOR;

### WITNESSETH:

The CONTRACTOR, for the full, complete, and faithful performance of this SUBCONTRACT, agrees to pay the SUBCONTRACTOR:

(a)     Lump Sum of

(b)     Unit Prices as set forth below which on the basis of estimated quantities will involve a gross contract price of approximately **PER ATTACHED FAX QUOTATION** AND 00/100 DOLLARS **Subcontractor will be paid by line items.**
($            )

In consideration thereof, the SUBCONTRACTOR agrees as follows:

1.      To furnish and perform all work as described in Paragraph 3 hereof, for **Fire Requirements** located in **Elmendorf AFB, Alaska,** for 3rd.**Contracting Squadron** hereinafter called OWNER, in accordance with the Contract dated the **29th day of September 2000**, between the OWNER and the CONTRACTOR, and the general special and supplementary conditions of said Contract, and in accordance with the drawings and specifications and addenda for said construction by (ARCHITECTS) and (ENGINEERS) all of which documents in their ENTIRETY are hereinafter referred to as the MAIN CONTRACT and have been made and remain available to the SUBCONTRACTOR.

2.      To be bound by all laws, government regulations, and orders, and all provisions of the MAIN CONTRACT which provisions are incorporated by reference and to be bound by the provisions attached hereto.

3.      To provide all design, supervision, installation, materials, labor, suppliers, equipment and tools: **For work based on delivery order by 3rd Contracting Squadron. Delivery orders will be of random quantities . Contract will be for base year from September 29,2000 to September 29, 2001.**

SUBCONTRACTOR'S work shall include all items of work listed above plus any items normally performed by SUBCONTRACTOR in association with its work, including such items as may be specified in the plans, drawings and technical specifications of the MAIN CONTRACT.

4.      Under the provision of Paragraph (U) on the reverse arbitration (is) (is not) provided for in this SUBCONTRACT.

Exhibit # _____ B _____
Page _____ 1 _____ of _13_

In WITNESS WHEREOF the CONTRACTOR and SUBCONTRACTOR have executed this agreement, effective the date of the last authorized signature unless otherwise agreed.

_11 | 2 | 00_  
Date

_10-26-00_  
Date

By _[signature]_  
Authorized Signature CONTRACTOR

By _[signature]_ Glen Johnson  
Authorized Signature SUBCONTRACTOR

AA 6332  
CONTRACTOR'S Registration Number

26256  
SUBCONTRACTOR'S Registration Number

_____  
Witness

_[signature]_ Laura L. Beil  
Witness

**SEE ATTACHED INCORPORATED PROVISIONS**

-2-

Exhibit # _B_  
Page _2_ of _13_

## A. OBLIGATIONS & RESPONSIBILITIES

It is agreed that the SUBCONTRACTOR will assume toward the CONTRACTOR all obligations and responsibilities which the CONTRACTOR has assumed toward the OWNER under the MAIN CONTRACT, to the extent of the work herein subcontracted, and shall be entitled to all privileges and protection granted the CONTRACTOR by the OWNER, under the MAIN CONTRACT. The SUBCONTRACTOR agrees not to assign or subcontract a substantial portion of the performance of this SUBCONTRACT without the prior written consent of the CONTRACTOR. SUB- CONTRACTOR shall designate in writing all lower tier subcontractors to CONTRACTOR and shall not subsequently change such lower tier subcontractors without CONTRACTOR's approval. CON-TRACTOR hall furnish to the SUBCONTRACTOR, upon SUBCONTRACTOR request, the legal description of the premises covered by the MAIN CONTRACT.

## B. DRAWINGS

SUBCONTRACTOR agrees to furnish drawings, specifications, and final selection of materials and other specified items, in the quantity required in the contract documents, for approval by OWNER or OWNER'S agent so as not to delay progress of the work.

## C. SCHEDULING

CONTRACTOR shall give to SUBCONTRACTOR advanced notice of anticipated starting date for SUBCONTRACTOR work. CONTRACTOR shall consult with SUBCONTRACTOR on development and update of a construction schedule at SUBCONTRACTOR'S request and shall make such schedule available to SUBCONTRACTOR at SUBCONTRACTOR'S request. SUB-CONTRACTOR shall start work on the date named by the CONTRACTOR, and shall complete the several portions and the whole of the work herein sublet, at such times as will enable the CONTRACTOR to fully comply with the MAIN CONTRACT. SUBCONTRACTOR shall cooperate with the CONTRACTOR and other subcontractors. The SUBCONTRACTOR will be bound by any provisions in the MAIN CONTRACT for liquidated damages, and shall pay damages for any delay to the extent caused by the SUBCONTRACTOR.

## D. PAYMENTS

SUBCONTRACTOR shall submit to the CONTRACTOR applications for payment at such reasonable times as to enable the CONTRACTOR to timely apply for and obtain payment from the OWNER. Unless otherwise mutually agreed CONTRACTOR shall withhold retainage from the SUBCONTRACTOR as provided in the MAIN CONTRACT. SUBCONTRACTOR'S applications for payment shall be accompanied by labor, material and/or equipment releases, properly executed by SUBCONTRACTOR and all labor, sub-contractors, suppliers, and others who may have lien or claim rights against the project or any bond. Such releases will be in a form satisfactory to CONTRACTOR. The CONTRACTOR'S obligation to release retention to the SUBCONTRACTOR shall be subject to proof that there are no unpaid claims which would provide the basis of a lien against the premises, retention of payment bond, or subject to (1) withholding of sufficient funds, or (2) furnishing an adequate and sufficient payment and performance bond. SUBCONTRACTOR shall be paid for work to date of CONTRACTOR'S last progress billing date. as approved by the ARCHITECT or ENGINEER within ten days after CONTRACTOR has received his payment for such progress billing. Final payment for work under this SUBCONTRACT shall be made within ten days after the CONTRACTOR has received his final or complete payment. If the contract between OWNER and CONTRACTOR permits payment for materials delivered to the job site, or to satisfactory storage facilities, SUB-CONTRACTOR may invoice for materials so delivered and receive payment therefor as outlined above; PROVIDED HOWEVER, that such stored materials shall be at the risk of the SUBCONTRACTOR until acceptance of the SUBCONTRACTOR work. SUBCONTRACTOR shall notify the CONTRACTOR of the assignment of proceeds of this SUBCONTRACT prior to such assignment and shall require the acceptance by assignee of the terms of this SUBCONTRACT including the obligation for adjustments and return to CONTRACTOR of overpayments. The SUB-CONTRACTOR acknowledges that all payments accepted by him or which are otherwise due under this SUBCONTRACT shall constitute a trust fund in favor of the laborers, materialmen, governmental authorities and all others who are legally entitled to claim a lien on the premises covered by this SUBCONTRACT or otherwise file a claim against any retained percentages or payment bond. SUBCONTRACTOR agrees that no assignment of any payment otherwise due under this SUBCONTRACT shall be made without first securing the express approval of any assignee to the limitations contained in this subparagraph. Progress payments shall be deemed advances and are subject to adjustment at any time prior to final payment for errors, overpayment, or CONTRACTOR'S good faith determination that the remaining balance of payments may be insufficient to ensure completion of work covered by this SUBCONTRACT in accordance with its terms or to pay lien, retention, or bond claims. If the CONTRACTOR determines in good faith that the SUBCONTRACTOR is obligated to the CONTRACTOR or anyone else for labor, fringes, taxes, supplies, materials, equipment, rental or other proper charges against the work covered by this SUBCONTRACT, the amount of such obligation may be deducted by the CONTRACTOR from any payment or payments made under this provision. PROVIDED FURTHER that the CONTRACTOR may from time to time require and SUBCONTRACTOR shall promptly provide a Statement in writing setting forth what amounts, if any, are due or payable by SUBCONTRACTOR to third parties for labor, fringes, taxes, materials, equipment or supplies in connection with, or arising out of, the performance of the SUBCONTRACT, and the CONTRACTOR may withhold from any payment, partial or final, otherwise due under this SUBCONTRACT, such sums as the CONTRACTOR reasonably may determine are necessary to secure and protect the CONTRACTOR or the OWNER from claims or liens that may be asserted by said third parties.

## E. CHANGE ORDERS

The CONTRACTOR may, without invalidating this SUBCONTRACT, order in writing, extra work or make changes by altering, adding to, or deducting from the work; and the SUBCONTRACTOR price shall be adjusted as agreed. All such work shall be executed under the conditions hereof and of the MAIN CONTRACT, except that any claims for extension of time caused thereby must be agreed upon at the time of ordering such change. The SUBCONTRACTOR shall make no claims for extras unless the same shall be agreed upon in writing by the CONTRACTOR prior to the performance of any such extra work. In case of any disputes over the adjustment of the cost, SUBCONTRACTOR shall proceed with the work and the dispute shall be resolved in accordance with the procedures set forth in the MAIN CONTRACT. SUBCONTRACTOR recognizes that due to the unique nature of the financing of this Project, any failure to comply with the written notice requirements for change orders will prejudice OWNER and CONTRACTOR and all claims

-3-

which fail to strictly follow those requirements are waived

## F. NATURE OF WORK

SUBCONTRACTOR has satisfied himself as to the nature and location of the work, the character, quantity and kind of material to be encountered, the character, kind and quality of the equipment needed during the prosecution of the work, the location, conditions and other matters which can in any manner affect the work under this SUBCONTRACT, and acknowledges that SUBCONTRACTOR has had a reasonable opportunity to examine the site, all of the MAIN CONTRACT documents and SUBCONTRACTOR'S proposal sufficient to so satisfy himself.

## G. SUBCONTRACTOR EMPLOYER

SUBCONTRACTOR has the status of an employer as defined by the Industrial Insurance, Workers' Compensation and Unemployment Compensation Act, Social Security, and other similar acts of the federal, state and local Government. SUBCONTRACTOR will withhold from its payroll the applicable Social Security taxes, Workers' Compensation, Unemployment Compensation contributions and withholding taxes, and pay the same, and the CONTRACTOR shall in no way be liable as an employer to or on account of any of the employees of the SUBCONTRACTOR. Before final payment is made upon this SUBCONTRACT, SUBCONTRACTOR shall furnish satisfactory evidence to the CONTRACTOR that he has conformed to said laws, rules and regulations. The SUBCONTRACTOR hereby agrees to indemnify the CONTRACTOR for any and all liability under such laws arising from the work performed under this SUBCONTRACT.

## H. PERMITS/TAXES

The SUBCONTRACTOR shall secure and pay for all permits, fees and licenses necessary for the performance of the SUBCONTRACT and shall pay any and all federal, state and municipal taxes, including sales taxes, if any, for which the SUBCONTRACT may be liable in carrying out the SUBCONTRACT.

## I. MATERIALS

Materials delivered by or for the SUB-CONTRACTOR and intended to be incorporated into the construction hereunder shall remain on the job site and shall become property of the OWNER upon payment; but the SUBCONTRACTOR may repossess himself of any surplus remaining at the completion of the contract. All scaffolding, apparatus, ways, works, machinery and plant brought upon the premises by the SUBCONTRACTOR, shall remain his property; but in case of inability to perform, and the completion of the work is done by the CONTRACTOR, the CONTRACTOR shall be entitled to use the said scaffolding, apparatus, ways, works, machinery and plant without cost or liability for depreciation or damage by use and without prejudice to CONTRACTOR'S other rights or remedies for any damage or loss sustained by reason of said inability. It shall be the SUBCONTRACTOR'S responsibility to unload, store and protect his materials and the SUBCONTRACTOR shall bear the risk of loss thereof, and shall protect such material against loss until actually incorporated into the work and the work accepted, even though title thereto may previously have passed to the OWNER under the preceding provisions, except the SUBCONTRACTOR shall not bear any such loss as may be due to the sole negligence of the CONTRACTOR.

## J. TAKEOVER

SUBCONTRACTOR shall commence and at all times carry on, perform, and complete this SUBCONTRACT

to the full and complete satisfaction of the CONTRACTOR and of the ARCHITECT, ENGINEER or OWNER. It is specifically understood and agreed that in the event that the CONTRACTOR shall at anytime be of the good faith opinion, after consultation with the SUBCONTRACTOR, that the SUBCONTRACTOR is not proceeding with diligence and in such a manner as to satisfactorily complete the work within the required time, or if the SUBCONTRACTOR shall fail to correct, replace or re-execute faulty or defective work done or materials furnished under this SUBCONTRACT as required by the CON-TRACTOR, then and in that event the CONTRACTOR shall have the right after a seven-calendar-day notice confirmed in writing to take over the work, or any portion thereof, and to complete the same at the cost and expense of the SUB-CONTRACTOR, without prejudice to the CON-TRACTOR'S other rights or remedies for any loss or damage sustained. In the event of an emergency involving risk of loss or injury to person or property, arising prior to an actual takeover, CONTRACTOR may take appropriate action to mitigate such emergency and may charge SUBCONTRACTOR for all costs incurred in such mitigation. Previous demands made on SUBCONTRACTOR not followed by a takeover shall not be deemed a waiver of CONTRACTOR'S right to do so.

## K. INDEMNIFICATION

The SUBCONTRACTOR agrees to indemnify and save harmless the CONTRACTOR, its officers, agents and employees, from and against any and all suits, claims, actions, losses, costs, penalties, and damages of whatsoever kind or nature, including attorney fees, arising out of, in connection with, or incident to, the work of this SUBCONTRACT, except that caused by the sole negligence of the CONTRACTOR. In the event of litigation between the parties to enforce the rights under this paragraph, reasonable attorney fees shall be allowed to the prevailing party. This indemnification obligation shall include, but is not limited to, all claims against the CONTRACTOR by an employee or former employee of the SUBCONTRACTOR, and the SUBCONTRACTOR expressly waives all immunity and limitation on liability under any Industrial Insurance Act, other workers' compensation act, disability benefit act or other employee benefit act of any jurisdiction which would otherwise be applicable in the case of such a claim.

## L. UNIT PRICE

In the event the SUBCONTRACT contains unit price items it is understood and agreed that any quantities mentioned are approximate only and subject to change as requested by the MAIN CONTRACT and as ordered and directed by the CONTRACTOR.

## M. MATERIAL QUALITY

Materials condemned by the CONTRACTOR, ARCHITECT, ENGINEER, or OWNER as failing to conform to the MAIN CONTRACT, worked or not, shall upon notice from the CONTRACTOR, be immediately removed by the SUBCONTRACTOR. Failure of the CONTRACTOR to immediately condemn any work or materials as installed shall not in any way waive the CONTRACTOR'S right to object thereto at any subsequent time.

## N. JOB DAMAGE

Job damage caused by SUBCONTRACTOR on work other than his own shall be reported immediately to CONTRACTOR, and SUBCONTRACTOR shall be responsible for its repair. Job damage caused by CONTRACTOR on work of a SUBCONTRACTOR shall be reported immediately to the SUBCONTRACTOR and CONTRACTOR shall be responsible for its repair.

-4-

### O. HOUSEKEEPING

SUBCONTRACTOR shall regularly and promptly remove all refuse, waste and debris produced by his operation. Refuse shall not be permitted to accumulate to the extent that it interferes with free access to the work site. Compliance with all safety requirements of "Good Housekeeping" is an essential part of SUBCONTRACTOR'S obligation. In the event of SUBCONTRACTOR'S failure after notification or refusal to meet these requirements, refuse removal may be done by CONTRACTOR and charged against the account of the SUBCONTRACTOR.

### P. BOND

Unless otherwise provided in the contract documents, SUBCONTRACTOR shall at CONTRACTOR'S request and expense furnish a performance and payment surety bond acceptable to the CONTRACTOR in an amount equal to this contract price, conditioned on and covering the faithful performance of, and compliance with, all the terms, provisions, and conditions of this contract, and payment for all labor, materials, equipment and supplies used in the prosecution of the work provided herein. SUBCONTRACTOR shall furnish such bond within ten days of receipt of this SUBCONTRACT.

### Q. WORKERS' COMPENSATION

SUBCONTRACTOR shall furnish to CON-TRACTOR evidence that he has in force Workers' Compensation Insurance including Employer's Liability, as may be required by the jurisdiction or jurisdictions in which the work is being performed. Where applicable, this shall include United States Longshoremen's and Harbor Workers Act Insurance including Coverage B-Employers Liability (Maritime) with limits not less than the Bodily Injury limits required by the MAIN CONTRACT but in no event less than $500,000. Such evidence of insurance may be in the form of an Insurance Certificate issued by an Insurer satisfactory to the CONTRACTOR and shall provide for not less than 10 days' notice to CONTRACTOR of cancellation or reduction of coverage. In the event SUBCONTRACTOR fails to maintain any insurance required by this SUBCONTRACT in force during the entire life of the SUBCONTRACT, CONTRACTOR may at his option purchase such insurance in the name of SUBCONTRACTOR and deduct the cost of same from payment due SUBCONTRACTOR.

### R. INSURANCE

SUBCONTRACTOR shall obtain and keep in force during the term of the contract public liability and property damage insurance with coverage equal to, or greater than, the minimum specified in the MAIN CONTRACT. The SUBCONTRACTOR shall furnish to the CONTRACTOR evidence of this insurance as in the same form as described in Paragraph (Q). Such insurance shall indicate that it includes contractual liability coverage applicable to the indemnity provisions of this SUBCONTRACT. The SUBCONTRACTOR shall give CONTRACTOR ten days' notice of any cancellation.

### S. SUB-TIER CONTRACTORS

Any SUB-TIER CONTRACTOR shall be bound to the SUBCONTRACTOR the same as the SUBCONTRACTOR is bound to the CONTRACTOR and the same as the CONTRACTOR is bound to the OWNER. This form may be used for SUB-TIER CONTRACTS and when so used, the term CONTRACTOR shall mean SUBCONTRACTOR and term SUBCONTRACTOR shall mean SUB-TIER CONTRACTOR.

### T. MODIFICATIONS

No modifications of this agreement and no waiver of any rights under this SUBCONTRACT shall be valid or binding on the parties unless the same be in writing. Failure of the CONTRACTOR to insist upon strict performance of the SUBCONTRACT, or to exercise any option herein conferred in any one or more instances, shall not be construed to be a waiver of any such, or any other covenants or agreements, but the same shall be and remain in full force and effect

### U. TERMINATION FOR CONVENIENCE

The CONTRACTOR may, at its sole and absolute discretion, terminate this SUBCONTRACT for its convenience. If the CONTRACTOR so elects, the CONTRACTOR shall be liable to the SUBCONTRACTOR solely for the reasonable value of work performed by the SUBCONTRACTOR prior to the SUBCONTRACT termination, including reasonable overhead and profit, less prior payments made. SUBCONTRACTOR shall not be entitled to prospective profits on unperformed work.

### V. SAFETY

SUBCONTRACTOR shall take all reasonable safety precautions pertaining to its work and the conduct thereof, including, but not limited to, compliance with all applicable laws, ordinances, rules, regulations and orders issued by a public authority, whether federal, state, local or otherwise, the Federal Occupational Safety and Health Act, and, in addition, any safety measures called for by CONTRACTOR. SUBCONTRACTOR shall attend all safety meetings (weekly or otherwise) called by CONTRACTOR. SUBCONTRACTOR shall obtain permission from CONTRACTOR before removing or interfering with, any safety devices or controls installed by CONTRACTOR or others, and SUBCONTRACTOR will replace or restore such devices or controls at its expense.



Exhibit #. B

Page 5 of 13

SOLICITATION #
F65501-00-R0053

Part I - THE SCHEDULE
SECTION B
BID SCHEDULE/ BASE YEAR
PROJECT FXSB 99-1500
FIRE PROTECTION REQUIREMENTS

| ITEM | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|------|-------------|----------|------|------------|--------|
| 0001 | Package Submittal | | | | |
| 0002 | Water Flow Test | 450 | SPR | $ 10.00 | $ 4,500.00 |
| 0003 | Remove/Re-Install Existing Fence | 4 | EA | $ 272.00 | $ 1,088.00 |
| 0004 | Remove/Replace Asphalt Pavement | 50 | LF | $ - | $ - |
| 0005 | Crushed Aggregate Base Course | 100 | SY | $ - | $ - |
| 0006 | Concrete Slab & Footing Removal | 100 | CY | $ - | $ - |
| 0007 | Concrete Floor Slab, Inside | 300 | LF | $ - | $ - |
| 0008 | Remove/Replace Sidewalk | 25 | CY | $ - | $ - |
| 0009 | Remove/Replace Curb & Gutter | 10 | SY | $ - | $ - |
| 0010 | Sand Bedding | 4 | LF | $ - | $ - |
| 0011 | Sand Bedding, Inside Building | 60 | CY | $ - | $ - |
| 0012 | Topsoil | 20 | CY | $ - | $ - |
| 0013 | Grass | 500 | SY | $ - | $ - |
| 0014 | Pavement Markings for Roads | 500 | SY | $ - | $ - |
| 0015 | Pipe Bollards | 50 | LF | $ - | $ - |
| 0016 | Trench Excavation (up to 8') | 12 | EA | $ - | $ - |
| 0017 | Trench Excavation (over 8' to 10') | 50 | LF | $ - | $ - |
| 0018 | Trench Excavation (over 10' to 12') | 100 | LF | $ - | $ - |
| 0019 | Trench Excavation (over 12' to 14') | 200 | LF | $ - | $ - |
| 0020 | Trench Inside Building (up to 8') | 100 | LF | $ - | $ - |
| 0021 | Trench Inside Building ( over 8' to 10') | 10 | LF | $ - | $ - |
| 0022 | Trench Inside Building (over 10' to 12') | 10 | LF | $ - | $ - |
| 0023 | Trench Inside Building (over 12' to 14') | 10 | LF | $ - | $ - |
| 0024 | Fire Hydrant | 10 | LF | $ - | $ - |
| 0025 | Gate Valve with Box, 6-inch | 1 | EA | $ - | $ - |
| 0026 | Gate Valve with Indicator Post, 6" | 3 | EA | $ - | $ - |
| 0027 | Tapping Sleeve & Valve, 6" X 6" | 3 | EA | $ - | $ - |
| 0028 | Tapping Sleeve & Valve, 8" X 6" | 1 | EA | $ - | $ - |
| 0029 | Tapping Sleeve & Valve, 10" X 6" | 1 | EA | $ - | $ - |
| 0030 | Tapping Sleeve & Valve, 12" X 6" | 1 | EA | $ - | $ - |
| 0031 | Tapping Sleeve & Valve, 14" X 6" | 1 | EA | $ - | $ - |
| 0032 | Tee, Ductile Iron, 6" X 6" | 1 | EA | $ - | $ - |
| 0033 | Tee, Ductile Iron, 8" X 6" | 1 | EA | $ - | $ - |

Base Year: Page 1

Exhibit # _B_
Page _16_ of _13_

| ITEM | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|------|-------------|----------|------|-----------|--------|
| 0034 | Tee, Ductile Iron, 10" X 6" | 1 | EA | $            . | $            . |
| 0035 | Tee, Ductile Iron, 12" X 6" | 1 | EA | $            . | $            . |
| 0036 | Tee, Ductile Iron, 14" X 6" | 1 | EA | $            . | $            . |
| 0037 | Bends, 45 Degree, Ductile Iron, 6" | 3 | EA | $            . | $            . |
| 0038 | Bends, 22.5 Degree, Ductile Iron, 6" | 3 | EA | $            . | $            . |
| 0039 | Bends, 90 Deg., Duct. Iron, 6" | 3 | EA | $            . | $            . |
| 0040 | Bends, 90 Deg., Duct. Iron, 6", Inside | 3 | EA | $            . | $            . |
| 0041 | Pipe, Ductile Iron, 6" | 300 | LF | $            . | $            . |
| 0042 | Pipe, Ductile Iron, 6", Inside Bldg. | 30 | LF | $            . | $            . |
| 0043 | Remove Existing Buried Transite Pipe | 20 | LF | $            . | $            . |
| 0044 | Remove Existing Buried Pipe | 20 | LF | $            . | $            . |
| 0045 | Test Fuel Contaminated Soil | 2 | EA | $            . | $            . |
| 0046 | Remediation of Fuel Contained Soil | 15 | TON | $            . | $            . |
| 0047 | Pit Run Gravel | 15 | TON | $            . | $            . |
| 0048 | Remove/Reinstall Ceiling Tiles | 1000 | SF | $            . | $            . |
| 0049 | 1" Black Nipple, to 12" | 50 | EA | $      10.50 | $      525.00 |
| 0050 | 1" Black Nipple, over 12" to 24" | 20 | EA | $      11.50 | $      230.00 |
| 0051 | Pipe, Black, Sch 40, 1.00" | 800 | LF | $      10.50 | $    8,400.00 |
| 0052 | Pipe, Black, Sch 40, 1.25" | 800 | LF | $      11.50 | $    9,200.00 |
| 0053 | Pipe, Black, Sch 40, 1.50" | 800 | LF | $      12.50 | $   10,000.00 |
| 0054 | Pipe, Black, Sch 40, 2.00" | 800 | LF | $      14.50 | $   11,600.00 |
| 0055 | Pipe, Black, Sch 10, 2.50" | 500 | LF | $      17.50 | $    8,750.00 |
| 0056 | Pipe, Black, Sch 10, 3.00" | 400 | LF | $      18.50 | $    7,400.00 |
| 0057 | Pipe, Black, Sch 10, 4.00" | 500 | LF | $      21.50 | $   10,750.00 |
| 0058 | Pipe, Black, Sch 10, 6.00" | 400 | LF | $      37.50 | $   15,000.00 |
| 0059 | Tee, Straight, 1.00" | 40 | EA | $      59.00 | $    2,360.00 |
| 0060 | Tee, Straight, 1.25" | 40 | EA | $      63.50 | $    2,540.00 |
| 0061 | Tee, Straight, 1.50" | 30 | EA | $      70.75 | $    2,122.50 |
| 0062 | Tee, Straight, 2.00" | 30 | EA | $      87.55 | $    2,626.50 |
| 0063 | Tee, Straight, Grooved, 2.50" | 20 | EA | $      46.65 | $      933.00 |
| 0064 | Tee, Straight, Grooved, 3.00" | 14 | EA | $      58.67 | $      821.38 |
| 0065 | Tee, Straight, Grooved, 4.00" | 20 | EA | $      80.10 | $    1,602.00 |
| 0066 | Tee, Straight, Grooved, 6.00" | 3 | EA | $     144.90 | $      434.70 |
| 0067 | Tee, Reducing, 1.00" | 20 | EA | $      59.00 | $    1,180.00 |
| 0068 | Tee, Reducing, 1.25" | 20 | EA | $      63.50 | $    1,270.00 |
| 0069 | Tee, Reducing, 1.50" | 20 | EA | $      70.75 | $    1,415.00 |
| 0070 | Tee, Reducing, 2.00" | 20 | EA | $      87.55 | $    1,751.00 |
| 0071 | Tee, Reducing, Grooved, 2.50" | 10 | EA | $      46.65 | $      466.50 |

Base Year: Page 2

Exhibit # _B_
Page _7_ of _13_

SOLICITATION #
F65501-00-R0053

| ITEM | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | | TOTAL AMOUNT | |
|------|-------------|----------|------|------|---|------|---|
| 0072 | Tee, Reducing, Grooved, 3.00" | 10 | EA | $ | 58.67 | $ | 586.70 |
| 0073 | Tee, Reducing, Grooved, 4.00" | 10 | EA | $ | 80.10 | $ | 801.00 |
| 0074 | Tee, Reducing, Grooved, 6.00" | 3 | EA | $ | 144.90 | $ | 434.70 |
| 0075 | Ells, Straight, 1.00" | 40 | EA | $ | 38.72 | $ | 1,548.80 |
| 0076 | Ells, Straight, 1.25" | 40 | EA | $ | 45.94 | $ | 1,837.60 |
| 0077 | Ells, Straight, 1.50" | 40 | EA | $ | 50.76 | $ | 2,030.40 |
| 0078 | Ells, Straight, 2.00" | 40 | EA | $ | 58.23 | $ | 2,329.20 |
| 0079 | Ells, Straight, Grooved, 2.50" | 30 | EA | $ | 34.45 | $ | 1,033.50 |
| 0080 | Ells, Straight, Grooved, 3.00" | 20 | EA | $ | 45.98 | $ | 919.60 |
| 0081 | Ells, Straight, Grooved, 4.00" | 20 | EA | $ | 50.00 | $ | 1,000.00 |
| 0082 | Ells, Straight, Grooved, 6.00" | 10 | EA | $ | 105.00 | $ | 1,050.00 |
| 0083 | Ells, Reducing, 1.00" | 30 | EA | $ | 38.72 | $ | 1,161.60 |
| 0084 | Ells, Reducing, 1.25" | 30 | EA | $ | 45.94 | $ | 1,378.20 |
| 0085 | Ells, Reducing, 1.50" | 30 | EA | $ | 50.76 | $ | 1,522.80 |
| 0086 | Ells, Reducing, 2.00" | 30 | EA | $ | 58.23 | $ | 1,746.90 |
| 0087 | Concentric Reducers, 1.00" | 200 | EA | $ | 35.00 | $ | 7,000.00 |
| 0088 | Concentric Reducers, 1.25" | 50 | EA | $ | 39.00 | $ | 1,950.00 |
| 0089 | Concentric Reducers, 1.50" | 30 | EA | $ | 42.62 | $ | 1,278.60 |
| 0090 | Concentric Reducers, 2.00" | 30 | EA | $ | 48.90 | $ | 1,467.00 |
| 0091 | Concentric Reducers, Grooved, 2.50" | 10 | EA | $ | 33.80 | $ | 338.00 |
| 0092 | Concentric Reducers, Grooved, 3.00" | 10 | EA | $ | 39.00 | $ | 390.00 |
| 0093 | Concentric Reducers, Grooved, 4.00" | 10 | EA | $ | 45.00 | $ | 450.00 |
| 0094 | Concentric Reducers, Grooved, 6.00" | 4 | EA | $ | 75.00 | $ | 300.00 |
| 0095 | Plugs, 1.00" | 10 | EA | $ | 18.00 | $ | 180.00 |
| 0096 | Plugs, 1.25" | 10 | EA | $ | 20.00 | $ | 200.00 |
| 0097 | Plugs, 1.50" | 10 | EA | $ | 22.00 | $ | 220.00 |
| 0098 | Plugs, 2.00" | 10 | EA | $ | 25.00 | $ | 250.00 |
| 0099 | Caps, 1.00" | 15 | EA | $ | 18.00 | $ | 270.00 |
| 0100 | Caps, 1.25" | 15 | EA | $ | 20.00 | $ | 300.00 |
| 0101 | Caps, 1.50" | 15 | EA | $ | 22.00 | $ | 330.00 |
| 0102 | Caps, 2.00" | 15 | EA | $ | 25.00 | $ | 375.00 |
| 0103 | Caps, Grooved, 2.50" | 15 | EA | $ | 20.00 | $ | 300.00 |
| 0104 | Caps, Grooved, 3.00" | 10 | EA | $ | 22.00 | $ | 220.00 |
| 0105 | Caps, Grooved, 4.00" | 6 | EA | $ | 25.00 | $ | 150.00 |
| 0106 | Caps, Grooved, 6.00" | 6 | EA | $ | 27.00 | $ | 162.00 |
| 0107 | 1" Galvanized Nipple, to 12" | 10 | EA | $ | 11.65 | $ | 116.50 |
| 0108 | 1" Galvanized Nipple, over 12 to 24" | 6 | EA | $ | 13.50 | $ | 81.00 |
| 0109 | Pipe, Galvanized, Sch 40, 1.00" | 100 | EA | $ | 13.50 | $ | 1,350.00 |

Base Year: Page 3

Exhibit # __B__
Page __8__ of __13__

| ITEM | DESCRIPTION | QUANTITY | UNIT | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|
| 0110 | Pipe, Galvanized, Sch 40, 1.25" | 100 | LF | $ 14.50 | $ 1,450.00 |
| 0111 | Pipe, Galvanized, Sch 40, 1.50 | 100 | LF | $ 15.50 | $ 1,550.00 |
| 0112 | Pipe, Galvanized, Sch 40, 2.00" | 60 | LF | $ 20.00 | $ 1,200.00 |
| 0113 | Pipe, Galvanized, Sch 40, 2.50" | 40 | LF | $ 23.04 | $ 921.60 |
| 0114 | Pipe, Galvanized, Sch 40, 3.00" | 40 | LF | $ 25.50 | $ 1,020.00 |
| 0115 | Pipe, Galvanized, Sch 40, 4.00" | 40 | LF | $ 28.50 | $ 1,140.00 |
| 0116 | Pipe, Galvanized, Sch 40, 6.00" | 20 | LF | $ 45.00 | $ 900.00 |
| 0117 | Tee, Galvanized, Straight 1.00" | 12 | EA | $ 59.50 | $ 714.00 |
| 0118 | Tee, Galvanized, Straight 1.25" | 10 | EA | $ 63.50 | $ 635.00 |
| 0119 | Tee, Galvanized, Straight 1.50" | 10 | EA | $ 70.75 | $ 707.50 |
| 0120 | Tee, Galvanized, Straight 2.00" | 8 | EA | $ 87.55 | $ 700.40 |
| 0121 | Tee, Galvanized, Reducing, 1.00" | 20 | EA | $ 61.50 | $ 1,230.00 |
| 0122 | Tee, Galvanized, Reducing, 1.25" | 20 | EA | $ 64.50 | $ 1,290.00 |
| 0123 | Tee, Galvanized, Reducing, 1.50" | 8 | EA | $ 71.75 | $ 574.00 |
| 0124 | Tee, Galvanized, Reducing, 2.00" | 8 | EA | $ 89.50 | $ 716.00 |
| 0125 | Ells, Galvanized, Straight, 1.00" | 12 | EA | $ 38.72 | $ 464.64 |
| 0126 | Ells, Galvanized, Straight, 1.25" | 10 | EA | $ 45.94 | $ 459.40 |
| 0127 | Ells, Galvanized, Straight, 1.50" | 10 | EA | $ 50.76 | $ 507.60 |
| 0128 | Ells, Galvanized, Straight, 2.00" | 8 | EA | $ 58.23 | $ 465.84 |
| 0129 | Ells, Galvanized, Reducing, 1.00" | 12 | EA | $ 38.72 | $ 464.64 |
| 0130 | Ells, Galvanized, Reducing, 1.25" | 10 | EA | $ 45.94 | $ 459.40 |
| 0131 | Ells, Galvanized, Reducing, 1.50" | 10 | EA | $ 50.76 | $ 507.60 |
| 0132 | Ells, Galvanized, Reducing, 2.00" | 8 | EA | $ 58.23 | $ 465.84 |
| 0133 | Concentric Reducers, Galvanized, 1.00" | 20 | EA | $ 37.50 | $ 750.00 |
| 0134 | Concentric Reducers, Galvanized, 1.25" | 20 | EA | $ 43.30 | $ 866.00 |
| 0135 | Concentric Reducers, Galvanized, 1.50" | 10 | EA | $ 47.36 | $ 473.60 |
| 0136 | Concentric Reducers, Galvanized, 2.00" | 10 | EA | $ 54.32 | $ 543.20 |
| 0137 | Caps Galvanized, 1.00" | 6 | EA | $ 18.99 | $ 113.94 |
| 0138 | Caps Galvanized, 1.25" | 4 | EA | $ 20.94 | $ 83.76 |
| 0139 | Caps Galvanized, 1.50" | 4 | EA | $ 22.64 | $ 90.56 |
| 0140 | Caps Galvanized, 2.00" | 4 | EA | $ 25.91 | $ 103.64 |
| 0141 | Plugs, Galvanized, 1.00" | 4 | EA | $ 18.99 | $ 75.96 |
| 0142 | Plugs, Galvanized, 1.25" | 4 | EA | $ 20.94 | $ 83.76 |
| 0143 | Plugs, Galvanized, 1.50" | 4 | EA | $ 22.64 | $ 90.56 |
| 0144 | Plugs, Galvanized, 2.00" | 4 | EA | $ 25.91 | $ 103.64 |
| 0145 | Flanges, Grooved, 2.50" | 2 | EA | $ 90.00 | $ 180.00 |
| 0146 | Flanges, Grooved, 3.00" | 2 | EA | $ 90.00 | $ 180.00 |
| 0147 | Flanges, Grooved, 4.00" | 4 | EA | $ 100.00 | $ 400.00 |

Exhibit # _B_

Page _9_ of _13_

SOLICITATION #
F65501-00-R0053

| Item | Description | Quantity | Unit | Contract Unit Price | Contract Amount |
|---|---|---|---|---|---|
| 0148 | Flanges, Grooved, 6.00" | 4 | EA | $ 125.00 | $ 500.00 |
| 0149 | Valve OS&Y 1.50" | 1 | EA | $ 125.00 | $ 125.00 |
| 0150 | Valve OS&Y 2.00" | 1 | EA | $ 235.00 | $ 235.00 |
| 0151 | Valve OS&Y 2.50" | 1 | EA | $ 275.00 | $ 275.00 |
| 0152 | Valve OS&Y 3.00" | 1 | EA | $ 285.00 | $ 285.00 |
| 0153 | Valve OS&Y 4.00" | 2 | EA | $ 410.00 | $ 820.00 |
| 0154 | Valve OS&Y 6.00" | 4 | EA | $ 750.00 | $ 3,000.00 |
| 0155 | Inspector's Test Valve | 4 | EA | $ 70.00 | $ 280.00 |
| 0156 | Check Valve & Ball Drip 4.00" | 4 | EA | $ 450.00 | $ 1,800.00 |
| 0157 | Alarm Valve & Trim 3.00" | 1 | EA | $ 1,900.00 | $ 1,900.00 |
| 0158 | Alarm Valve & Trim 4.00" | 1 | EA | $ 2,000.00 | $ 2,000.00 |
| 0159 | Alarm Valve & Trim 6.00" | 3 | EA | $ 2,100.00 | $ 6,300.00 |
| 0160 | Dry Valve & Trim 3.00" | 1 | EA | $ 2,750.00 | $ 2,750.00 |
| 0161 | Dry Valve & Trim 4.00" | 1 | EA | $ 2,750.00 | $ 2,750.00 |
| 0162 | Dry Valve & Trim 6.00" | 1 | EA | $ 3,000.00 | $ 3,000.00 |
| 0163 | Air Compressor Small | 1 | EA | $ 950.00 | $ 950.00 |
| 0164 | Air Compressor Medium | 1 | EA | $ 1,250.00 | $ 1,250.00 |
| 0165 | Air Pressure Maintenance Device | 2 | EA | $ 500.00 | $ 1,000.00 |
| 0166 | Pressure Switch | 2 | EA | $ 125.00 | $ 250.00 |
| 0167 | Low Pressure Alarm Device | 2 | EA | $ 125.00 | $ 250.00 |
| 0168 | Temper Switch | 16 | EA | $ 100.00 | $ 1,600.00 |
| 0169 | Sprinkler Cabinet, 6 Heads | 4 | EA | $ 150.00 | $ 600.00 |
| 0170 | Fire Dept. Connection, 4"x2.5"x2.5" | 4 | EA | $ 350.00 | $ 1,400.00 |
| 0171 | Backflow Prevention Assembly, 4" | 1 | EA | $ 2,500.00 | $ 2,500.00 |
| 0172 | Backflow Prevention Assembly, 6" | 3 | EA | $ 3,750.00 | $ 11,250.00 |
| 0173 | Brass Upright or Pendant Sprinkler | 250 | EA | $ 25.00 | $ 6,250.00 |
| 0174 | Chrome Pendant Sprinkler | 150 | EA | $ 35.00 | $ 5,250.00 |
| 0175 | Chrome Sidewall Sprinkler | 10 | EA | $ 35.00 | $ 350.00 |
| 0176 | Brass Sidewall Sprinkler | 10 | EA | $ 35.00 | $ 350.00 |
| 0177 | Quick Response Sprinkler | 50 | EA | $ 37.50 | $ 1,875.00 |
| 0178 | Sprinkler Head Escutcheon, Chrome | 150 | EA | $ 5.00 | $ 750.00 |
| 0179 | Sprinkler Pipe Escutcheon, Chrome | 50 | EA | $ 3.50 | $ 175.00 |
| 0180 | Sprinkler Guard, Bright Zinc | 12 | EA | $ 4.50 | $ 54.00 |
| 0181 | Dry Pendant Spr., 1" to 12" Length | 10 | EA | $ 102.00 | $ 1,020.00 |
| 0182 | Dry Pendant Spr., 13" to 24" Length | 10 | EA | $ 125.00 | $ 1,250.00 |
| 0183 | Sway Brace, 2-way | 12 | EA | $ 90.00 | $ 1,080.00 |
| 0184 | Sway Brace, 4-way | 4 | EA | $ 110.00 | $ 440.00 |
| 0185 | Wall Pen, Conc/Mas, 1"-2" Pipe | 2 | EA | $ 125.00 | $ 250.00 |

Base Year: Page 5

Exhibit # B

Page 10 of 13

SOLICITATION #
F65501-00-R0053

Page 6 of 9

| | Description | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0186 | Wall Pen, Conc./Mas, 2.5"-4" Pipe | 2 | EA | $ 150.00 | $ 300.00 |
| 0187 | Wall Pen, Conc/Mas, 6" Pipe | 4 | EA | $ 175.00 | $ 700.00 |
| 0188 | Wall Pen, No Conc/Mas, 1"-2" Pipe | 12 | EA | $ 39.00 | $ 468.00 |
| 0189 | Wall Pen, No Conc/Mas, 2.5"-4" Pipe | 30 | EA | $ 55.00 | $ 1,650.00 |
| 0190 | Wall Pen, No Conc/Mas, 6" Pipe | 4 | EA | $ 72.00 | $ 288.00 |
| 0191 | Thread-O-Let, 1.0" | 50 | EA | $ 65.00 | $ 3,250.00 |
| 0192 | Thread-O-Let, 1.25" | 20 | EA | $ 71.00 | $ 1,420.00 |
| 0193 | Thread-O-Let, 1.50" | 20 | EA | $ 79.00 | $ 1,580.00 |
| 0194 | Thread-O-Let, 2.00" | 10 | EA | $ 103.90 | $ 1,039.00 |
| 0195 | Paint Sprinkler Piping, to 4" | 600 | LF | $ - | $ - |
| 0196 | Paint Sprinkler Piping, 6" | 150 | LF | $ - | $ - |
| 0197 | Survey/Submit Fire Alarm Design | 150,000 | SF | $ 0.25 | $ 37,500.00 |
| 0198 | Fire Control Panel, 1 Zone | 5 | EA | $ 1,200.00 | $ 6,000.00 |
| 0199 | Fire Control Panel, 2 Zone | 2 | EA | $ 1,200.00 | $ 2,400.00 |
| 0200 | Fire Control Panel, 4 Zone | 3 | EA | $ 1,480.50 | $ 4,441.50 |
| 0201 | Fire Control Panel, 8 Zone | 2 | EA | $ 2,425.50 | $ 4,851.00 |
| 0202 | Fire Control Panel, 12 Zone | 1 | EA | $ 2,600.00 | $ 2,600.00 |
| 0203 | Fire Control Panel, 16 Zone | 1 | EA | $ 2,900.00 | $ 2,900.00 |
| 0204 | Monaco BT2-8E Transceiver | 2 | EA | $ 5,950.00 | $ 11,900.00 |
| 0205 | Emerg. Power Supply, 24 Hour | 5 | EA | $ 1,745.00 | $ 8,725.00 |
| 0206 | Emerg. Power Supply, 36 Hour | 1 | EA | $ 1,745.00 | $ 1,745.00 |
| 0207 | Emerg. Power Supply, 48 Hour | 3 | EA | $ 1,745.00 | $ 5,235.00 |
| 0208 | Ionization Det, W/Battery Backup | 5 | EA | $ 73.08 | $ 365.40 |
| 0209 | Ionization Det, Rec. Ceiling Fixture | 2 | EA | $ 73.08 | $ 146.16 |
| 0210 | Ionization Detector Releasing Unit | 30 | EA | $ 96.00 | $ 2,880.00 |
| 0211 | Ionization Det, Self-Contained | 120 | EA | $ 59.00 | $ 7,080.00 |
| 0212 | Ionization Det, Air Duct | 8 | EA | $ 275.00 | $ 2,200.00 |
| 0213 | Ionization Det, Air Duct, Self Cont. | 2 | EA | $ 295.00 | $ 590.00 |
| 0214 | Thermal Det, 136 thru 190 Fixed Temp | 250 | EA | $ 75.00 | $ 18,750.00 |
| 0215 | Thermal Det, 15 Deg Rate of Rise | 2 | EA | $ 75.00 | $ 150.00 |
| 0216 | Thermal Detector, Ceiling Fixture | 2 | EA | $ 75.00 | $ 150.00 |
| 0217 | Thermal Detector Releasing Unit | 35 | EA | $ 100.00 | $ 3,500.00 |
| 0218 | Flame Det, Ultra-Violet Type | 4 | EA | $ 2,200.00 | $ 8,800.00 |
| 0219 | Flame Det, Std 3, 10, or 30s Delay | 2 | EA | $ 2,200.00 | $ 4,400.00 |
| 0220 | Flame Detector, Ceiling Fixture | 1 | EA | $ 2,200.00 | $ 2,200.00 |
| 0221 | Pull Station, Standard | 35 | EA | $ 100.00 | $ 3,500.00 |
| 0222 | Pull Station, Weatherproof | 1 | EA | $ 195.00 | $ 195.00 |
| 0223 | Remote Annunciator Panel, 1 Zone | 9 | EA | $ 295.00 | $ 2,655.00 |

Base Year: Page 6

Exhibit # B
Page 11 of 13

SOLICITATION #
F65501-00-R0053

| ITEM | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | | EXTENDED AMOUNT | |
|---|---|---|---|---|---|---|---|
| 0224 | Remote Annunciator Panel, 2 Zone | 3 | EA | $ | 295.00 | $ | 685.00 |
| 0225 | Remote Annunciator Panel, 4 Zone | 4 | EA | $ | 310.00 | $ | 1,240.00 |
| 0226 | Remote Annunciator Panel, 8 Zone | 2 | EA | $ | 340.00 | $ | 680.00 |
| 0227 | Remote Annunciator Panel, 12 Zone | 1 | EA | $ | 550.00 | $ | 550.00 |
| 0228 | Remote Annunciator Panel, 16 Zone | 1 | EA | $ | 837.90 | $ | 837.90 |
| 0229 | Power Failure Annunciator | 7 | EA | $ | 497.70 | $ | 3,483.90 |
| 0230 | Remote Alarm Lamp, 1 Unit | 5 | EA | $ | 65.00 | $ | 325.00 |
| 0231 | Remote Alarm Lamp, 2 Unit | 1 | EA | $ | 76.00 | $ | 76.00 |
| 0232 | Remote Alarm Lamp, 8 Unit | 1 | EA | $ | 92.00 | $ | 92.00 |
| 0233 | Remote Alarm Lamp, 12 Unit | 1 | EA | $ | 106.00 | $ | 106.00 |
| 0234 | Relay Base with Remote LED | 100 | EA | $ | 86.00 | $ | 8,600.00 |
| 0235 | Alarm Bell, 8" | 1 | EA | $ | 118.00 | $ | 118.00 |
| 0236 | Alarm Bell, 8" with Visual Strobe | 1 | EA | $ | 185.00 | $ | 185.00 |
| 0237 | Alarm Bell, 10" | 5 | EA | $ | 118.00 | $ | 590.00 |
| 0238 | Alarm Bell, 10 " with Visual Strobe | 2 | EA | $ | 185.00 | $ | 370.00 |
| 0239 | Alarm Horn, Standard | 1 | EA | $ | 119.70 | $ | 119.70 |
| 0240 | Alarm Horn, with Visual Strobe | 44 | EA | $ | 185.00 | $ | 8,140.00 |
| 0241 | Alarm Horn, Weatherproof | 1 | EA | $ | 195.00 | $ | 195.00 |
| 0242 | Alarm Horn, Explosioproof | 2 | EA | $ | 775.00 | $ | 1,550.00 |
| 0243 | Alarm Horn, Minihorn/Strobe | 32 | EA | $ | 185.00 | $ | 5,920.00 |
| 0244 | Visual Strobe, Standard | 2 | EA | $ | 175.00 | $ | 350.00 |
| 0245 | Visual Strobe, Weatherproof | 2 | EA | $ | 185.00 | $ | 370.00 |
| 0246 | Visual Strobe, Explosionproof | 2 | EA | $ | 775.00 | $ | 1,550.00 |
| 0247 | Wire #12 THHN/THWN/XHHW | 7500 | LF | $ | 0.40 | $ | 3,000.00 |
| 0248 | Wire #14 THHN/THWN/XHHW | 2200 | LF | $ | 0.56 | $ | 1,232.00 |
| 0249 | #12-2 Shielded Cable | 2200 | LF | $ | 0.75 | $ | 1,650.00 |
| 0250 | Conduit 1/2" EMT | 2200 | LF | $ | 2.90 | $ | 6,380.00 |
| 0251 | Conduit 3/4" EMT | 1000 | LF | $ | 3.75 | $ | 3,750.00 |
| 0252 | Flexible Metal Conduit, 1/2" | 350 | LF | $ | 2.75 | $ | 962.50 |
| 0253 | Flexible Metal Conduit, 3/4" | 350 | LF | $ | 3.45 | $ | 1,207.50 |
| 0254 | Rigid Metal Conduit, 1/2" | 125 | LF | $ | 5.65 | $ | 706.25 |
| 0255 | Rigid Metal Conduit, 3/4" | 125 | LF | $ | 6.75 | $ | 843.75 |
| 0256 | Juction Box (4S) W/Fittings | 600 | EA | $ | 25.00 | $ | 15,000.00 |
| 0257 | Explosionproof Seal Off, 1/2" | 4 | EA | $ | 35.50 | $ | 142.00 |
| 0258 | Explosionproof Seal Off, 3/4" | 4 | EA | $ | 42.50 | $ | 170.00 |
| 0259 | Explosionproof LB/LL/LR, 1/2" | 4 | EA | $ | 50.50 | $ | 202.00 |
| 0260 | Explosionproof LB/LL/LR, 3/4" | 4 | EA | $ | 56.50 | $ | 226.00 |
| 0261 | Surface Metal Raceway | 260 | LF | $ | 31.50 | $ | 7,875.00 |

Exhibit # _B_

Page _12_ of _13_

SOLICITATION #
F65501-00-R0053

Page 8 of 9

ESTIMATED QUANTITIES:

| ITEM | DESCRIPTION | QUANTITY | UNIT | COLLECTIVE UNIT PRICE | COLLECTIVE AMOUNT |
|------|-------------|----------|------|------|------|
| 0262 | Surface Junction/Device Boxes | 50 | EA | $ 17.65 | $ 882.50 |
| 0263 | Concrete Drill (or Core) 1" Diam. | 6 | EA | $ 68.00 | $ 408.00 |
| 0264 | Concrete Drill (or Core) 1-1/2" Diam. | 6 | EA | $ 80.00 | $ 480.00 |
| 0265 | Paint Conduit | 120 | LF | $ - | $ - |
| 0266 | Asbestos Work Plan | 1 | EA | $ - | $ - |
| 0267 | Lead Work Plan | 1 | EA | $ - | $ - |
| 0268 | Asbestos Air Sampling | 2 | DAY | $ - | $ - |
| 0269 | Remove Sprayed-On Building Ins. | 100 | SF | $ - | $ - |
| 0270 | Remove/Replace Gypsum Wallboard | 500 | SF | $ - | $ - |
| 0271 | Remove Vinyl Asbestos Tile & Mastic | 100 | SF | $ - | $ - |
| 0272 | Remove 24" x 24" ACM Ceiling Tile | 100 | SF | $ - | $ - |
| 0273 | Remove 24" x 48" ACM Ceiling Tile | 100 | SF | $ - | $ - |
| 0274 | Asbestos Item Sampling and Analysis | 4 | EA | $ - | $ - |
| 0275 | Lead Item Sampling and Analysis | 4 | EA | $ - | $ - |
| 0276 | Remove Interior Wall with LBP | 100 | SF | $ - | $ - |
| 0277 | Remove Interior Ceiling with LBP | 200 | SF | $ - | $ - |
| 0278 | Remove Trim W/LBP, to 6" Wide | 40 | LF | $ - | $ - |
| 0279 | Remove Trim W/LBP, to 12" Wide | 20 | LF | $ - | $ - |
| 0280 | Remove LBP from Steel Surfaces | 10 | SF | $ - | $ - |
| 0281 | Remove Sheet Metal Duct with LBP | 40 | LF | $ - | $ - |
| 0282 | Remove Pipe W/LBP, to 2" Diameter | 50 | LF | $ - | $ - |
| 0283 | Remove Pipe W/LBP, 2.5" to 4" Diam. | 50 | LF | $ - | $ - |
| 0284 | Install New Exit Signs | 80 | EA | $ 150.00 | $ 12,000.00 |
| 0285 | Remove Existing Exit Signs | 30 | EA | $ 75.00 | $ 2,250.00 |

ESTIMATED TOTAL     Line Number 0001-0285     $ 485,125.82

Base Year: Page 8

Exhibit # B
Page 13 of 13