IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ALASKA


THE UNITED STATES for the use of
GMW Fire Protection, Inc.
an Alaska Corporation

v.

KANAG'IQ CONSTRUCTION CO.,
INC., an Alaskan Corporation and
WESTERN SURETY COMPANY,
a South Dakota Corporation


Case No. A-05-170 (JKS)


# EXHIBIT "C"
# to MEMORANDUM IN SUPPORT OF MOTION FOR RULE OF LAW AND PARTIAL SUMMARY JUDGMENT REGARDING SUBCONTRACT

| PAYMENT BOND (See instructions on reverse) Bond No. 929248045 | DATE BOND EXECUTED (Must be same or later than contract) September 30, 2002 | | OMB No.: 9000-0045 | | |
|---|---|---|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, D.C. 20405.

PRINCIPAL (Legal name and business address)
Kanag'Iq Construction Company, Inc.
3950 Mountain View Drive
Anchorage, AK 99508

TYPE OF ORGANIZATION ("X" one)
☐ INDIVIDUAL   ☐ PARTNERSHIP
☐ JOINT VENTURE   ☒ CORPORATION

STATE OF INCORPORATION
ALASKA

SURETY (IES) (Name(s) and business address(es))
Western Surety Company
P.O. Box 5077
Sioux Falls, SD 57117-5077

| PENAL SUM OF BOND | | | |
|---|---|---|---|
| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 709 | 148 | 90 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 09/30/2002 | F65501-00-D-0010 Option Year #2 |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**
Kanag'Iq Construction Company, Inc.
SIGNATURE(S): 1. [signed] (Seal)   2. (Seal)   3. (Seal)
NAME(S) & TITLE(S) (Typed): 1. William Jury, President

**INDIVIDUAL SURETY(IES)**
SIGNATURE(S): 1. (Seal)   2. (Seal)
NAME(S) (Typed): 1.   2.

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | Western Surety Company P.O. Box 5077, Sioux Falls, SD 57117-5077 | STATE OF INC. SOUTH DAKOTA | LIABILITY LIMIT $ 100% |
|---|---|---|---|---|
| | SIGNATURE(S) | 1. [signed] Christin M. Sweet | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. Christin M. Sweet, Attorney-in-Fact | 2. | |

AUTHORIZED FOR LOCAL PRODUCTION
Previous edition is usable
S-1817/GEEF 10/01

Page 1 of 2

STANDARD FORM 25A (REV 10-98)
Prescribed by GSA-FAR (48 CFR) 53.228(c)

EXHIBIT C
PAGE 1 OF 2

| | | | CORPORATE SURETY(IES) (Continued) | | |
|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | CORPORATE SEAL |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |

INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)". In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

EXHIBIT C
PAGE 2 OF 2

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ALASKA

THE UNITED STATES for the use of
GMW Fire Protection, Inc.
an Alaska Corporation

v.

KANAG'IQ CONSTRUCTION CO.,
INC., an Alaskan Corporation and
WESTERN SURETY COMPANY,
a South Dakota Corporation

Case No. A-05-170 (JKS)

# EXHIBIT "D"
# to MEMORANDUM IN SUPPORT OF MOTION FOR RULE OF LAW AND PARTIAL SUMMARY JUDGMENT REGARDING SUBCONTRACT

```
1                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
2

    THE UNITED STATES for the use of    )
3   GMW Fire Protection, Inc., an Alaska )
    Corporation,                         )
4                                        )
                    Plaintiff,           )
5        vs.                             )
                                         )
6   KANAG'IQ CONSTRUCTION CO.,           )
    INC., an Alaska Corporation and      )
7   WESTERN SURETY COMPANY, a            )
    South Dakota Corporation,            )
8                                        )
                    Defendants.          )
9   _____)

    Case No. A05-170 Civil (JKS)
10
                   DEPOSITION OF GLEN F. JOHNSON
11
                          May 17, 2006
12
    APPEARANCES:
13
        FOR THE PLAINTIFFS:        MS. SARAH J. TUGMAN
14                                 Attorney at Law
                                   2509 Eide Street, Suite 4
15                                 Anchorage, Alaska 99503
                                   (907) 677-7889
16
17      FOR THE DEFENDANTS:        MR. THOMAS S. GINGRAS
                                   Eide, Gingras & Pate, P.C.
18                                 Attorneys at Law
                                   425 G Street, Suite 930
19                                 Anchorage, Alaska 99501
                                   (907) 279-0930
20
        ALSO PRESENT:              BILL JURY
21
22
23
24
25
```



Page 14

```
 1   A   Yes.
 2   Q   I'd like you to read subparagraph B out loud, please.
 3   A   Unit prices as set forth below which on the basis of
 4       estimated quantities will involve a gross contract price
 5       of approximately, per attached fax, quotation, of zero
 6       dollars.  Subcontractor will be paid by line items.
 7   Q   Okay.  And that's one the terms of your contract with
 8       Kanag'iq, correct?
 9   A   For the first year, yes.
10   Q   We'll get to that in a minute.  Setting aside the time
11       frame for the moment, that is the language for a unit
12       price contract, correct?
13   A   Yes.
14   Q   So you concede that for the first year at least, it was a
15       unit price contract with Kanag'iq, correct?
16   A   That's not how it was handled, even for the first year.
17   Q   So in other words, you don't concede that?
18   A   No.
19   Q   Looking a little further down the first page, I'd like you
20       to read paragraph two out loud.
21   A   To be bound by all laws, government regulations and orders
22       and all provisions of the main contract, which provisions
23       are incorporated by reference and to be bound by
24       provisions attached here unto -- or hereto.
25   Q   Okay.  And this isn't the first contract you ever signed,
```

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ALASKA

THE UNITED STATES for the use of
GMW Fire Protection, Inc.
an Alaska Corporation

v.

KANAG'IQ CONSTRUCTION CO.,
INC., an Alaskan Corporation and
WESTERN SURETY COMPANY,
a South Dakota Corporation

Case No. A-05-170 (JKS)

# EXHIBIT "E"
# to MEMORANDUM IN SUPPORT OF MOTION FOR RULE OF LAW AND PARTIAL SUMMARY JUDGMENT REGARDING SUBCONTRACT

```
 1              IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
 2

    THE UNITED STATES for the use of      )
 3  GMW Fire Protection, Inc., an Alaska  )
    Corporation,                          )
 4                                        )
                      Plaintiff,          )
 5         vs.                            )
                                          )
 6  KANAG'IQ CONSTRUCTION CO.,            )
    INC., an Alaska Corporation and      )
 7  WESTERN SURETY COMPANY, a             )
    South Dakota Corporation,             )
 8                                        )
                      Defendants.         )
 9  _____)

    Case No. A05-170 Civil (JKS)
10
                   DEPOSITION OF STEVE FRERE
11
                        May 18, 2006
12
    APPEARANCES:
13
       FOR THE PLAINTIFFS:        MS. SARAH J. TUGMAN
14                                Attorney at Law
                                  2509 Eide Street, Suite 4
15                                Anchorage, Alaska 99503
                                  (907) 677-7889
16
17     FOR THE DEFENDANTS:        MR. THOMAS S. GINGRAS
                                  Eide, Gingras & Pate, P.C.
18                                Attorneys at Law
                                  425 G Street, Suite 930
19                                Anchorage, Alaska 99501
                                  (907) 279-0930
20
       ALSO PRESENT:              BILL JURY
21                                GLEN JOHNSON
22
23
24
25
```

Computer Matrix, LLC          Phone - 907-243-0668      Exhibit #___
310 K Street, Suite 200       Fax    907-243-1473       Page ___ of ___         jpk@gci.net
                                                                                sahile@gci.net

STEVE FRERE                        5/18/2006                    GMW FIRE v. KANAG'IQ CONST.
Vol. 1                                                                                A05-170 Civil

Page 25

```
 1   Q    Okay, Mr. Frere, we've been off record, you've taken a
 2        look at Exhibit A, and I'd like in particular to direct
 3        your attention to the language in subparagraph B where it
 4        says unit prices as set forth below which -- which on the
 5        basis of estimated quantities will involve a gross
 6        contract price of approximately, per attached fax,
 7        quotation, subcontractor will be paid by line items.  Do
 8        you.....
 9   A    Uh-huh.  (Affirmative)
10   Q    .....see that language?
11   A    Yes.
12   Q    Okay.  And then you see the attachment to the contract?
13   A    Yes.  This looks like the one -- this looks like.....
14   Q    The same format as the unit price schedule that would be
15        involved in the prime contract?
16   A    It looks identical to it.
17   Q    Assuming it's not the same numbers but it's the same
18        format, does that appear to you -- Exhibit A -- does that
19        appear to you to be a unit price contract?
20   A    Yes.
21   Q    Would you think that anyone with experience in the
22        construction industry would interpret that as a unit price
23        contract?
24   A    Yes.
25   Q    You can set Exhibit A aside now for a moment.  Going back
```

Computer Matrix, LLC                Phone - 907-243-0668                    jpk@gci.net
310 K Street, Suite 200             Fax    907-243-1473  Exhibit #____E____   sahile@gci.net
                                                        Page __2__ of __2__

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ALASKA

THE UNITED STATES for the use of
GMW Fire Protection, Inc.
an Alaska Corporation

v.

KANAG'IQ CONSTRUCTION CO.,
INC., an Alaskan Corporation and
WESTERN SURETY COMPANY,
a South Dakota Corporation

Case No. A-05-170 (JKS)

# EXHIBIT "F"
# to MEMORANDUM IN SUPPORT OF MOTION FOR RULE OF LAW AND PARTIAL SUMMARY JUDGMENT REGARDING SUBCONTRACT

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE J | PAGE OF PAGES 1 / 3 |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00003 | 3. EFFECTIVE DATE 29-Sep-2001 | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY   CODE F65501 3RD CONTRACTING SQUADRON 10480 22ND STREET ELMENDORF AFB, AK 99506-2500 | | | 7. ADMINISTERED BY (If other than item 6)   CODE See Item 6 | |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
KANAG IQ CONSTRUCTION CO, INC.
3950 MOUNTAIN VIEW DRIVE
ANCHORAGE, AK 99508
CODE 09XT8    FACILITY CODE 09XT8

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
[X] 10A. MOD. OF CONTRACT/ORDER NO. F65501-00-D-0010
[X] 10B. DATED (SEE ITEM 13) 14-Aug-2001

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[X] D. OTHER (Specify type of modification and authority)
IAW FAR 52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT—UNILATERAL

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
THE PURPOSE OF THIS MODIFICATIN IS TO EXERCISE THE FIRST OPTION YEAR OF THE CONTRACT FOR THE PERIOD OF 29 SEP 01 THROUGH 28 SEP 02, CLINS 1001 THROUGH 1280.

A. SF 42: Change block 11 to read 730 calendar days. Change block 21 to read Items awarded 0001-1280. Change block 22 total estimated amount from $663,118.72 to $1,359,420.80, an increase of $696,232.08.
B. Reference I-170: Change to read 730 days after contract award.
C. Incorporate the Bid Schedule First Option Year, Line Items 1001 1280.
D. Within 10 days after the award of this modification extending the term of the contract, the contractor shall submit payment and performance bonds to the contracting office shown in block 7 of this document.
E. All other terms and conditions remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) LUCRETIA A. TEITZEL / CHIEF, ACQUISITION FLIGHT A/LG | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY _____ (Signature of Contracting Officer) | 16C. DATE SIGNED 14-Sep-2001 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84
30-105-04
STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

004062

Exhibit # E
Page 1 of 3

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F65501-00-D-0010-P00003 | PAGE<br>2 OF 3 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
KANAG IQ CONSTRUCTION CO. INC.

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

Changes in Solicitation/Contract/Order Form

    The total cost has increased from $1,000,000.00 by $696,232.08 to $1,696,232.08

Changes in Section 00010

    CLIN 0002

        The option setting has changed from selected to deselected
        The option number has decreased from 1 by 1 to 0
        The pricing detail quantity has increased from 675,295.56 by 20,936.52 to 696,232.08

NSN 7540-01-152-8057          50336-101          OPTIONAL FORM 336A (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

004063

Exhibit # E
Page 2 of 3

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>F65501-00-D-0010-P00003 | PAGE 3 OF 3 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
KANAG IQ CONSTRUCTION CO. INC.

Changes in Section 00800

Summary for the Payment Office

The total funded amount of the contract remains unchanged.

NSN 7540-01-152-8057    50336-101    OPTIONAL FORM 336A (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Exhibit # E
Page 3 of 3

004064

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ALASKA

THE UNITED STATES for the use of
GMW Fire Protection, Inc.
an Alaska Corporation

v.

KANAG'IQ CONSTRUCTION CO.,
INC., an Alaskan Corporation and
WESTERN SURETY COMPANY,
a South Dakota Corporation

Case No. A-05-170 (JKS)

# EXHIBIT "G"
# to MEMORANDUM IN SUPPORT OF MOTION FOR RULE OF LAW AND PARTIAL SUMMARY JUDGMENT REGARDING SUBCONTRACT

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 / 1 |

**2. AMENDMENT/MODIFICATION NO.** P00004
**3. EFFECTIVE DATE** 28-Sep-2002
**4. REQUISITION/PURCHASE REQ. NO.**
**5. PROJECT NO. (If applicable)**

**6. ISSUED BY** CODE F65501
3RD CONTRACTING SQUADRON
10480 22ND STREET
ELMENDORF AFB AK 99506-2500

**7. ADMINISTERED BY (If other than item 6)** CODE
See Item 6

**8. NAME AND ADDRESS OF CONTRACTOR** (No., Street, County, State and Zip Code)
KANAG IQ CONSTRUCTION CO. INC.
BILL JURY
3950 MOUNTAIN VIEW DRIVE
ANCHORAGE AK 99508

**9A. AMENDMENT OF SOLICITATION NO.**

**9B. DATED (SEE ITEM 11)**

X **10A. MOD. OF CONTRACT/ORDER NO.** F65501-00-D-0010

**CODE** 09XT8      **FACILITY CODE** 09XT8

X **10B. DATED (SEE ITEM 13)** 14-Aug-2001

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended. [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

[ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[X] D. OTHER (Specify type of modification and authority)
52/217-9 Option to Extend the Term of the Contract - UNILATERAL

**E. IMPORTANT:** Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
See schedule

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

**15A. NAME AND TITLE OF SIGNER (Type or print)**

**16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)**
LUCRETIA A. TEITZEL / CONTRACTING OFFICER

**15B. CONTRACTOR/OFFEROR**
_____
(Signature of person authorized to sign)

**15C. DATE SIGNED**

**16B. UNITED STATES OF AMERICA**
BY _/s/ Lucretia A. Teitzel_
(Signature of Contracting Officer)

**16C. DATE SIGNED** 28-Sep-2002

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84                30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Exhibit # E
Page 1 of 7

004073

F65501-00-D-0010
U00001
Page 2 of 4

SF 30, Block 14, continuation page.

The purpose of this modification is to exercise the option to extend the term of the contract for the Second Option Year.

a. Incorporate the Bid Schedule for the Second Option Year, line items 2001 through 2278. The performance period is extended through 28 Sep 03
b. Change the performance period listed in Block 11 of the SF 1442 to read 1095 calendar days, and increase of 365 calendar days
c. Change the total estimated amount from $1,359,420.80 to $2,027,528.27, and increase of $709,148.90
d. Within 10 days after the award of this modification extending the term of the contract the contractor shall submit payment and performance bonds to the contracting office shown in Block 6 of this document in the amounts listed in FAR clause 52.228-15, Payment and Performance Bonds – Construction.
e. Change FAR clause 52.216-18, Ordering, paragraph (a) to read "Such orders may be issued from…; Sep 29, 2002 through Sep 28, 2003.
f. The accounting and appropriation data will be annotated on each individual delivery order.
g. All other terms and conditions remain unchanged.

Exhibit # 6
Page 2 of 4

004074

F65501-00-D-0010
U00001
Page 3 of 4

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 709,148.90 | Dollars, U.S. | $1.00 | $709,148.90 EST |
| | FIRE PROTECTION REQUIREMENTS FFP NSN Z299-00-000-FIRE SIGNAL CODE A | | | | |

ESTIMATED NET AMT    $709,148.90

004075

Exhibit # G
Page 3 of 4

F65501-00-D-0010
U00001
Page 4 of 4

DELIVERY INFORMATION

| CLINS | DELIVERY DATE | UNIT OF ISSUE | QUANTITY | FOB | SHIP TO ADDRESS |
|---|---|---|---|---|---|
| 0001 | POP 29-SEP-00 TO 28-SEP-01 | Dollars, U.S. | 1,000,000.00 | Dest. | FQ5000 3RD CIVIL ENGINEER SQUADRON LARRY TRAW / INSPECTOR 6326 ARTIC WARRIOR ELMENDORF AFB AK 99504 |
| 0002 | POP 28-SEP-01 TO 27-SEP-02 | Dollars, U.S. | 696,232.08 | Dest. | Same as CLIN 0001 |
| 0003 | POP 29-SEP-02 TO 28-SEP-03 | Dollars, U.S. | 709,148.90 | Dest. | Same as CLIN 0001 |

CONTRACT MINIMUM/MAXIMUM QUANTITY AND CONTRACT VALUE

The minimum quantity and contract value for all orders issued against this contract shall not be less than the minimum quantity and contract value stated in the following table. The maximum quantity and contract value for all orders issued against this contract shall not exceed the maximum quantity and contract value stated in the following table.

| MINIMUM QUANTITY | MINIMUM AMOUNT | MAXIMUM QUANTITY | MAXIMUM AMOUNT |
|---|---|---|---|
| | $0.00 | | $643,083.81 |

CLIN MINIMUM/MAXIMUM QUANTITY AND CLIN VALUE

The minimum quantity(s) and CLIN value(s) for all orders issued against the CLIN(s) on this contract shall not be less than the minimum quantity(s) and CLIN value(s) stated in the following table. The maximum quantity(s) and CLIN value(s) for all orders issued against the CLIN(s) on this contract shall not exceed the maximum quantity(s) and CLIN value(s) stated in the following table.

| CLIN | MINIMUM QUANTITY | MINIMUM AMOUNT | MAXIMUM QUANTITY | MAXIMUM AMOUNT |
|---|---|---|---|---|
| 0001 | | | 643,083.81 | |
| 0002 | | | 675,295.56 | $675,295.56 |
| 0003 | | | 709,148.90 | |

SECTION 00800 Special Contract Requirements

ACCOUNTING AND APPROPRIATION DATA

CONTRACT    FUNDING DATA                                                                    COST CODE

Exhibit # G
Page 4 of 4

004076