Thomas S. Gingras, Esquire
Alaska Bar No. 7811098
EIDE, GINGRAS & PATE, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
Tel. (907) 279-0930
Fax. (907) 279-0933

Attorneys for Defendants
    Kanag'iq Construction Co., Inc. &
    Western Surety Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>        Plaintiff,<br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>        Defendants. | <br><br><br><br><br><br><br><br><br><br><br>Case No. A05-170 Civil (JKS) |

### [PROPOSED]
### ORDER GRANTING MOTION FOR RULE OF LAW
### AND PARTIAL SUMMARY JUDGMENT REGARDING SUBCONTRACT

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY

COMPANY, by and through their counsel, Eide, Gingras & Pate, P.C., moved for a rule

of law and partial summary judgment regarding the subcontract in this matter. The

Order Granting Motion for Rule of Law and Partial Summary Judgment Re Subcontract    Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (JKS)

motion was made pursuant to Federal Rule of Civil Procedure 56. This Court has considered the motion, all accompanying documents, and any response.

IT IS ORDERED that Defendants' Motion for Rule of Law and Partial Summary Judgment is GRANTED:

(1) The subcontract at issue is an integrated contract;

(2) The subcontract at issue is a unit price contract;

(3) The subcontract incorporated by reference the provisions of the main contract; and

(4) The subcontract was extended by option with the main contract in 2001 and 2002.

DATED at Anchorage, Alaska this _____ day of June 2006.

By:_____
The Honorable James K. Singleton, Jr.
United States District Court Judge

**CERTIFICATE OF SERVICE**

DONNA CHARTER certifies as follows:

That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 19th day of June 2006, I served

[x] electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Attorneys for Plaintiff:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, Alaska 99503

EIDE, GINGRAS & PATE, P.C.

By   s/Donna Charter
         Donna Charter

F:\431\05\pleadings\mot rule of law order.DOC

Order Granting Motion for Rule of Law and Partial Summary Judgment Re Subcontract     Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (JKS)

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax