RECEIVED

JUN 2 7 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Sarah J.  Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>       Plaintiff,<br>v.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.  A05-170 Civil(JKS) |

### STIPULATION FOR EXTENSION OF TIME
### TO RESPOND TO MOTION FOR RULE OF LAW AND PARTIAL
### SUMMARY JUDGMENT REGARDING SUBCONTRACT

The parties, through their respective counsel, stipulate that Plaintiff shall have a two week extension of time from the due date, to answer Defendant's motions for Partial Summary Judgment and to Strike Plaintiff's Expert, until July 18, 2006.

DATED at Anchorage, Alaska this 27th day of June 2006.

**SARAH J. TUGMAN**
Attorney At Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
(907) 677-7889 • Fax (907) 677-9188

GMW v.Kanag'Iq Construction, A05-170 CI  Stipulation for Extension Page 1

Law Office of Sarah J. Tugman
Attorney for GMW Fire
        Protection, Inc.

_____
Sarah J. Tugman, AB 8310101


Eide, Gingras & Pate, P.C.
Attorneys for Defendants
Kanag'Iq Construction Co., Inc.
And Western Surey Company

_____
Thomas S. Gingras, AB 7811098


Certification

I certify that a true and correct copy
of the foregoing was hand delivered to
Tom Gingras this 27TH day of June, 2006.

_____
Frances Evans

SARAH J. TUGMAN
Attorney At Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
(907) 677-7889 • Fax (907) 677-9188