RECEIVED
JUL 17 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

INDEX OF EXHIBITS

1   Parts of the U.S./Kanag'Iq contract:
    Offer/Acceptance/Award (page 1)
    Section 01020, ¶ 1.1 - project scope (page 2)

2   Paragraphs from pages 20 and 21 of the
    U.S.- Kanag'Iq contract

3   Award of Delivery Order 5009

4   GMW's quote for work on Delivery Order for
    Ammunition Building (pages 1-15)
    GMW's 10/25/2002 bill to Kanag'Iq (page 16)
    GMW's 12/25/2002 bill to Kanag'Iq (page 17)
    GMW's 02/25/2003 bill to Kanag'Iq (page 18)

5   GMW's 06/25/2004 bill to Kanag'Iq for
        Delivery Order 5008 (page 1)
    GMW's 08/25/2004 bill to Kanag'Iq for Delivery Order 5008
        revising the contract amount (page 2)

6   Kanag'Iq's "Subcontract Progress Payments" form
        for the period ending 06/10/2004
        for Delivery Order 5008 (page 1)
    Kanag'Iq's "Subcontract Progress Payments" form
        for the period ending 11/19/2004
        for Delivery Order 5008 with revised
        contract amount (page 2)

7   09/19/2003 Email from Steve Frere to Kanag'Iq (page 1)
    Signed joint estimate for Delivery order 5015 (pages 2-3)
    Award of Delivery Order 5015 (pages 4-9)
    GMW's 06/09/04 quote for Delivery Order 5015 (pages 10-13)
    GMW's 06/30/04 quote for Delivery Order 5015 (pages 14-17)
    08/03/2004 cover letter and change order for Delivery Order
        5015 (pages 18-24)
    GMW's 09/28/2004 revised quotes for
        Delivery Order 5015 (pages 25-28)
    GMW's 10/25/2004 bill to Kanag'Iq (page 29)
    Kanag'Iq check stubs (page 30)
    11/16/2004 change order - Delivery Order 5015 (pages 31-33)
    GMW's 11/26/2006 bill to Kanag'Iq (page 34)
    GMW's 12/24/2006 bill to Kanag'Iq (page 35)
    "Transfer and Acceptance of Military Property" form for
        Delivery Order 5015 (pages 36-37)

8   GMW's 06/14/2004 quotes for Delivery Order 5016 (pages 1-6)
    GMW's 02/25/04 bill to Kanag'Iq (page 7)
    Kanag'Iq's "Subcontract Progress Payments" form
        for the period ending 06/11/2004 for Delivery Order
        5016 (page 8)
    GMW's 06/30/04 bill to Kanag'Iq (page 9)
    Kanag'Iq's check stub (page 10)
    GMW's 09/24/2004 bill to Kanag'Iq (page 11)
    GMW's 10/25/2004 bill to Kanag'Iq (page 12)
    Kanag'Iq's check tub (page 13)
    GMW's 11/26/2004 bill to Kanag'Iq (page 14)
    GMW's 12/24/2004 bill to Kanag'Iq (page 15)