Page 2 of 43

**OFFER** *(Must be fully completed by offeror)*

**14. NAME AND ADDRESS OF OFFEROR** *(Include ZIP Code)*

Kanag'Iq Construction Co. Inc.
3950 Mountain View Dr.
Anchorage, AK 99508-1511

DUNS # 793634585     CAGE CODE: 09XT8

CODE _____     FACILITY CODE _____

**15. TELEPHONE NO.** *(Include area code)*
(907) 258-5879     F65501-00-D0010

**16. REMITTANCE ADDRESS** *(Include only if different than Item 14)*

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _____ calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)

AMOUNTS ▶ See attached bid schedule

18. The offeror agrees to furnish any required performance and payment bonds.

**19. ACKNOWLEDGMENT OF AMENDMENTS**
*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | | | | | | |
|---|---|---|---|---|---|---|
| DATE | | | | | | |

**20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER** *(Type or print)*
William Jury  President

**20B. SIGNATURE**

**20C. OFFER DATE**
05/31/00

**AWARD** *(To be completed by Government)*

**21. ITEMS ACCEPTED:** IAW FAR 52.252-3 Alterations in solicitation portions of this solicitation are altered as follows: Delete Wage Rate AK 000001, Modification 4, 06/23/2000 and incorporate Wage Rate AK 000001, Modification 13, 09/22/2000.
Amendments 0001 and 0002     ITEMS AWARDED: line items 0001 - 0278
Estimated six hundred forty three thousand eighty three dollars and eighty one cents

**22. AMOUNT**
$643,083.81 (estimated)

**23. ACCOUNTING AND APPROPRIATION DATA**
SEE EACH INDIVIDUAL DELIVERY ORDER

**24. SUBMIT INVOICES TO ADDRESS SHOWN IN** *(4 copies unless otherwise specified)* ▶ ITEM 26

**25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO**
[X] 10 U.S.C. 2304(c) (5)     [ ] 41 U.S.C. 253 (c) ( )

**26. ADMINISTERED BY     CODE** F65501
3RD CONTRACTING SQUADRON/LGCA
10480 22ND STREET, SUITE 253
ELMENDORF AFB, AK 99506-2500

**27. PAYMENT WILL BE MADE BY**
DEFENSE FINANCE & ACCOUNTING SERVICE
HONOLULU OPERATING LOCATION
ATTN: DFAS-PC/FPVF
BLDG 77, BOX 1392, FORD ISLAND
PEARL HARBOR, HI 96860-7554

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

[ ] **28. NEGOTIATED AGREEMENT** *(Contractor is required to sign this document and return _____ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

[X] **29. AWARD** *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of: (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

**30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN** *(Type or print)*

**31A. NAME OF CONTRACTING OFFICER** *(Type or print)*
LUCRETIA A. TEITZEL

**30B. SIGNATURE**     **30C. DATE**

**31B. UNITED STATES OF AMERICA**
BY *Lucretia A. Teitzel*

**31C. AWARD DATE**
9/29/00

GPO : 1985 0 - 469-796     STANDARD FORM 1442 BACK (REV. 4-85)

EXHIBIT 1

F65501-00-D0010     Page 1 of 2

FIRE PROTECTION REQUIREMENTS
F65501-00-00010

SECTION 01020

SCOPE OF WORK

1  GENERAL

1.1  PROJECT SCOPE

The Contractor shall furnish all labor, supervision, materials, equipment, tools, transportation, and management necessary to repair or install fire protection systems, and incidental related work, on Elmendorf AFB, AK. The work included under this project consists of the following major items. Work will be awarded by delivery order and may include one or more buildings per order.

1.1.1  Automatic Sprinkler Systems

A. Design and provide new and/or modify existing automatic fire extinguishing sprinkler systems for complete fire protection coverage in various buildings.

B. Design automatic wet-pipe or dry-pipe fire extinguishing sprinkler systems in accordance with the required and advisory provisions of NFPA 13, except as modified in Section 13930, "Fire Sprinkler Systems". Each system shall include materials, accessories, and equipment inside and outside the building to provide each system complete and ready for use. Design and provide each system to give full consideration to blind spaces, piping, electrical equipment, ducts, and other construction and equipment in accordance with detailed working drawings to be submitted for approval. Locate sprinkler heads in a consistent pattern with ceiling grid, lights, and air supply diffusers. Provide sprinkler heads and piping system layout. Devices and equipment for fire protection service shall be UL listed or FM approved for use in wet /dry pipe sprinkler systems. Design systems for earthquake protection. Lead and asbestos work, cutting, patching, and paint repair, are incidental related work.

C. Furnish materials required to install buried water piping and make connections to existing water supply systems, and perform excavating, backfilling, and other incidental labor as required.

1.1.2  Alarm Systems

A. Survey the existing exit signs and fire alarm systems in various buildings. Determine whether a new or upgraded system is required to meet Section 16721, MIL-HDBK 1008C, and American Disabilities Act (ADA). Prepare and submit specification Section 16721, shop drawings and analysis for review and approval. The drawings and analysis submitted shall be stamped by a registered fire protection engineer who is regularly engaged in fire protection and detection design of these systems or a registered professional engineer with minimum three years experience in design of these (fire detection and alarm) systems.

B. Repair, replace and/or upgrade, in accordance with paragraph 1.1.2 A. above portions of the fire alarm system which include: fire control panel, emergency power supply, alarm initiating device, ionization detector, thermal detector, flame detector, manual pull station.

EXHIBIT 1
Page 2 of 2