H65501 00 D0010

FIRE PROTECTION REQUIREMENTS

1.3   CERTIFICATION OF MEASUREMENT

1.3.1   Joint Measurement

Prior to the issuance of each delivery order and at the completion of the designated work on the delivery order, the Government representative and the Contractor will conduct a joint measurement to determine the work to be accomplished and the work completed. Measurements of work will be verified in writing by the Government's representative and the Contractor at the time of both measurements.

1.3.2   Measurements

Actual quantities and bid item numbers shall be specified in each delivery order.

1.4   DELIVERY ORDERS

1.4.1   Performance

Performance of service shall be accomplished by the contractor only against delivery orders that are issued by the Contracting Officer. Delivery orders will list the items of work to be accomplished based on joint measurement.

1.4.2   Invoices

Invoices in four copies shall be submitted upon completion of each delivery order and shall contain the following:

1. Name of the contractor.

2. Delivery Order number.

3. Date that Delivery Order is issued.

4. Actual quantity, unit price, and actual cost of each work item.

Each delivery order will provide the performance period, which includes the required completion date with the required maximum number of on-site construction days, and the scope of work. Contractor shall provide a progress schedule for each delivery order in excess of a 60-day performance period.

1.4.2.1   Government Evaluation

The government's representative shall be allotted 10 working days to properly evaluate each completed delivery order, which includes verification of actual quantities and assessment of performance payments, prior to the contractor submitting the delivery order invoice to Contracting for payment. Upon approval of the actual quantities by the project engineer or project inspector, the contractor may then submit for payment. The contractor shall consider this time to evaluate the delivery orders by the government in his payment schedule.

FIRE PROTECTION REQUIREMENTS                F65501-00-D0010

1.4.2.2    Contractor Payment

The contractor will be paid based upon actual quantities of work performed that was included on the issued delivery order. When actual quantities are expected to exceed joint measurement quantities the contractor shall immediately notify the contracting officer. The government is under no obligation to pay the contractor for additional quantities that exceed the joint measurement quantities unless approved in writing by the contracting officer.

1.5    ALLOTTED PERFORMANCE TIME

The Contracting Officer will present to the contractor the desired performance time for each delivery order prior to the issuance of the delivery order. If this performance time is unacceptable to the contractor, the contractor can then negotiate with the Contracting Officer to determine the allotted performance time for each delivery order. If an agreeable performance time cannot be reached, the Contracting Officer shall determine the performance period based on the latest Means Cost Estimating Manual. Work area priorities will be established by the Contracting Officer prior to the issuance of each delivery order. Performance time on delivery orders is independent of each other and may run concurrently.

The contractor shall be prepared to use two or three crews at the same time in different work areas based on work requirements by the Contracting Officer to facilitate the completion of delivery orders.

1.6    WORK AREA

The work to be performed on this project is to be accomplished in areas occupied by military personnel. The contractor shall make arrangements so that he may block off particular areas during the performance of work, and still allow access for occupants to get to their units.

The Contractor shall give at least 10 working days advance notice in writing to the Contracting Officer prior to beginning any work in order that arrangements are be made with the occupants. If work is to be accomplished in the Family Housing area, the Contractor shall give at least 15 working days advance notice in writing to the Contracting Officer prior to beginning any work.

The contractor shall coordinate the work of all activities whereby both the government and the contractor can continue operations with the least possible interference and inconvenience

Thirty (30) days before any work starts, contractor shall visit the site to get familiar with all of the areas of construction. A meeting shall be held with the Contracting Officer, project engineer, project inspector, and the Waste & Water shop personnel to determine the plan of construction and the extent of utility outages.

For new water lines or fire hydrants, the base Waste & Water shop will exercise the existing main valves during the 10 working days to prepare for water isolation for the work area. However, some of the valves might not operate as expected, or the 10 working days period was not enough time due to military exercises or emergencies, which may cause a day or two of delay of construction. Contractor will be notified of the delay and he shall be prepared for the delay without any cost to the government.