09/17/03 WED 13:07 FAX 907 552 7497    3rd CONS/LGCC    3 →→→ KANAG I40    ⌀001



**DEPARTMENT OF THE AIR FORCE**
PACIFIC AIR FORCES (PACAF)

Sep 17, 2003

3rd Contracting Squadron/LGCA
10480 22nd Street, Suite 254
Elmendorf AFB, AK 99506

KANAG'IQ CONSTRUCTION COMPANY, INC
3950 MOUNTAIN VIEW DRIVE
ANCHORAGE, AK 99508

**CONTRACT F65501-00-D0010, FIRE SUPPRESSION, REQUIREMENTS
NOTICE OF AWARD: DELIVERY ORDER 5009**

The contractor will provide all labor, material, equipment and work necessary to perform the Fire Suppression requirements contract delivery order. The attached bid schedule provides the quantities required for each of the work items listed.

The performance period for this delivery order is 360 calendar days from Award. The work area will be Building 17720 and the shelter to Building 16718, Elmendorf AFB, AK.

A progress schedule (AF Form 3064) will be required for this delivery order. Submittals will be required in accordance with the attached AF 66. Both are due within 10 days.
                                                                     45 Submittals

If you have any questions concerning this delivery order please contact Becky Rhodes at 552-5362.

*signature*
LUCRETIA A TEITZEL
Contracting Officer

Attachment:
F65501-02-D0011/5009
AF 66 – Submittal Schedule

**RECEIVED**
SEP 17 2003

REQUEST FOR FILING

| | |
|---|---|
| JOB# | 1030-5009 |
| JOB NAME | Building 16718 Shelter |
| FILE NAME | Delivery Order |
| REQUESTOR | Pwee |
| DATE | 9/17/03 |

EXHIBIT 3
Page 1 of 7

201284

| ORDER FOR SUPPLIES OR SERVICES | | | | | PAGE 1 OF 2 |
|---|---|---|---|---|---|

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. | 2. DELIVERY ORDER/ CALL NO. | 3. DATE OF ORDER/CALL | 4. REQ./PURCH. REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| F65501-00-D-0010 | 5009 | 2003Sep16 | FQ500032390200 | |

| 6. ISSUED BY | CODE FA5000 | 7. ADMINISTERED BY | CODE FA5000 | 8. DELIVERY FOB |
|---|---|---|---|---|
| 3RD CONTRACTING SQUADRON/LGCA - FA5000<br>10480 22ND STREET<br>ELMENDORF AFB AK 99506 | | 3RD CONTRACTING SQUADRON/LGCA<br>10480 22ND STREET<br>ELMENDORF AFB AK 99506 | | ☒ DEST<br>☐ OTHER<br>(See Schedule if other) |

| 9. CONTRACTOR | CODE 09XT8 | FACILITY | 10. DELIVER TO FOB POINT BY (Date) SEE SCHEDULE | 11. MARK IF BUSINESS IS |
|---|---|---|---|---|
| KANAG IQ CONSTRUCTION CO. INC.<br>BILL JURY<br>3950 MOUNTAIN VIEW DRIVE<br>ANCHORAGE AK 99508 | | | 12. DISCOUNT TERMS<br>Net 14 Days | ☐ SMALL<br>☒ SMALL DISADVANTAGED<br>☐ WOMEN-OWNED |
| | | | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK<br>See Item 6 | |

| 14. SHIP TO | CODE FQ5000 | 15. PAYMENT WILL BE MADE BY | CODE F88300 | |
|---|---|---|---|---|
| 3RD CIVIL ENGINEER SQUADRON - FQ5000<br>BRETT BUSSELL / INSPECTOR<br>6326 ARTIC WARRIOR<br>ELMENDORF AFB AK 99506 | | DFAS - PACIFIC OPLOC<br>DFAS-PV/FPVF<br>477 ESSEX STREET<br>PEARL HARBOR HI 96860-5806 | | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2. |

| 16. TYPE OF ORDER | DELIVERY/ CALL | X | This delivery order/call is issued on another Govt. agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|---|
| | PURCHASE | | Reference your quote dated                    Furnish the following on terms specified herein. |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD) |
|---|---|---|---|

☐ If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE

See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA<br>BY: LUCRETIA A. TEITZEL    CONTRACTING / ORDERING OFFICER | 25. TOTAL $69,955.04 |
|---|---|---|
| | | 29. DIFFERENCES |

| 26. QUANTITY IN COLUMN 20 HAS BEEN | 27. SHIP NO. | 28. DO VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| ☐ INSPECTED  ☐ RECEIVED  ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED | ☐ PARTIAL<br>☐ FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| DATE        SIGNATURE OF AUTHORIZED GOVT. REP. | 31. PAYMENT | | 34. CHECK NUMBER |
| 36. I certify this account is correct and proper for payment. | ☐ COMPLETE<br>☐ PARTIAL<br>☐ FINAL | | 35. BILL OF LADING NO. |
| DATE        SIGNATURE AND TITLE OF CERTIFYING OFFICER | | | |
| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |

Form 1155, JAN 1998 (EG)             PREVIOUS EDITION MAY BE USED.

EXHIBIT 3
Page 2 of 7
201285

09/17/03  WED 13:08  FAX 907 552 7497        3rd CONS/LGCC              3 →→→ KANAG I40                    ☒003

F65501-00-D-0010
5009
Page 2 of 2

### SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 69,955.04 | Dollars, U.S. | $1.00 | $69,955.04 |

FIRE PROTECTION REQUIREMENTS
FFP - Install Fire Sprinkler System in Building 17720 and Shelter 16718.
NSN Z299-00-000-FIRE
MILSTRIP FQ500032390200
PURCHASE REQUEST NUMBER FQ500032390200
SIGNAL CODE A

ESTIMATED         $69,955.04
NET AMT

$69,955.04

### SECTION E Inspection and Acceptance

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0003 | Destination | Government | Destination | Government |

### SECTION F Deliveries or Performance

DELIVERY INFORMATION

| CLINS | DELIVERY DATE | UNIT OF ISSUE | QUANTITY | FOB | SHIP TO ADDRESS |
|---|---|---|---|---|---|
| 0003 | POP 17-SEP-03 TO 12-SEP-04 | Dollars, U.S. | 69,955.04 | Dest. | FQ5000<br>3RD CIVIL ENGINEER SQUADRON - FQ5000<br>BRETT BUSSELL / INSPECTOR<br>6326 ARTIC WARRIOR<br>ELMENDORF AFB AK 99506 |

### SECTION G Contract Administration Data

ACCOUNTING AND APPROPRIATION DATA

AA:       5733400    303 7431 712EN4 010000 59280 000000 668300 F68300  WO:A93521       000000000000
AMOUNT:   $69,955.04

EXHIBIT 3
Page 3 of 7

201286

09/17/03 WED 13:08 FAX 907 552 7497      3rd CONS/LGCC      3 →→→ KANAG I40      ☒004

Contract # F65501-00-D0010

Page 1 of 2

## FIRE PROTECTION REQUIREMENTS

| DELIVERY ORDER NO.: | 5009 | | DATE: | 26-Aug-03 |
|---|---|---|---|---|
| | | | BY: | Frere |
| WORK AREA: | 16718/17720 | | PROJECT NO. | FXSB 01-1211 |

SCOPE OF WORK: Install Fire Sprinkler System: Bldg. 17720 & Shelter to 16718

PERFORMANCE TIME: 360 Days

ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 2001 | Package Submittal | 70 | SPR | $ 15.58 | $ 1,090.60 |
| 2002 | Water Flow Test | 36 | EA | $ 423.58 | $ 15,248.88 |
| 2051 | Pipe, Black, Sch 40, 1.00" | 60 | LF | $ 16.35 | $ 981.00 |
| 2052 | Pipe, Black, Sch 40, 1.25" | 40 | LF | $ 17.90 | $ 716.00 |
| 2053 | Pipe, Black, Sch 40, 1.50" | 20 | LF | $ 19.47 | $ 389.40 |
| 2055 | Pipe, Black, Sch 10, 2.50" | 20 | LF | $ 27.26 | $ 545.20 |
| 2056 | Pipe, Black, Sch 10, 3.00" | 20 | LF | $ 28.81 | $ 576.20 |
| 2059 | Tee, Straight, 1.00" | 60 | EA | $ 91.89 | $ 5,513.40 |
| 2061 | Tee, Straight, 1.50" | 3 | EA | $ 110.18 | $ 330.54 |
| 2065 | Tee, Straight, Grooved, 4.00" | 1 | EA | $ 124.74 | $ 124.74 |
| 2069 | Tee, Reducing, 1.50" | 6 | EA | $ 110.18 | $ 661.08 |
| 2070 | Tee, Reducing, 2.00" | 4 | EA | $ 136.33 | $ 545.32 |
| 2075 | Ells, Straight, 1.00" | 20 | EA | $ 60.29 | $ 1,205.80 |
| 2076 | Ells, Straight, 1.25" | 20 | EA | $ 71.54 | $ 1,430.80 |
| 2079 | Ells, Straight, Grooved, 2.50" | 4 | EA | $ 56.64 | $ 226.56 |
| 2087 | Concentric Reducers, 1.00" | 12 | EA | $ 54.51 | $ 654.12 |
| 2088 | Concentric Reducers, 1.25" | 12 | EA | $ 60.73 | $ 728.76 |
| 2095 | Plugs, 1.00" | 4 | EA | $ 28.04 | $ 112.16 |
| 2109 | Pipe, Galvanized, Sch 40, 1.00" | 100 | LF | $ 21.02 | $ 2,102.00 |
| 2110 | Pipe, Galvanized, Sch 40, 1.25" | 40 | LF | $ 22.58 | $ 903.20 |
| 2115 | Pipe, Galvanized, Sch 40, 4.00" | 80 | LF | $ 44.38 | $ 3,550.40 |
| 2117 | Tee, Galvanized, Straight 1.00" | 60 | EA | $ 92.65 | $ 5,559.00 |
| 2118 | Tee, Galvanized, Straight 1.25" | 20 | EA | $ 98.88 | $ 1,977.60 |
| 2121 | Tee, Galvanized, Reducing, 1.00" | 20 | EA | $ 95.77 | $ 1,915.40 |
| 2137 | Caps Galvanized, 1.00" | 5 | EA | $ 29.57 | $ 147.85 |
| 2141 | Plugs, Galvanized, 1.00" | 5 | EA | $ 29.57 | $ 147.85 |
| 2147 | Flanges, Grooved, 4.00" | 2 | EA | $ 155.73 | $ 311.46 |
| 2149 | Valve OS&Y 1.50" | 1 | EA | $ 194.66 | $ 194.66 |
| 2150 | Valve OS&Y 2.00" | 1 | EA | $ 365.97 | $ 365.97 |
| 2151 | Valve OS&Y 2.50" | 1 | EA | $ 428.25 | $ 428.25 |
| 2152 | Valve OS&Y 3.00" | 1 | EA | $ 443.82 | $ 443.82 |
| 2153 | Valve OS&Y 4.00" | 1 | EA | $ 638.49 | $ 638.49 |
| 2155 | Inspector' Test Valve | 1 | EA | $ 109.01 | $ 109.01 |
| 2157 | Alarm Valve & Trim 3.00" | 1 | EA | $ 2,958.84 | $ 2,958.84 |
| 2161 | Dry Valve & Trim 4.00" | 1 | EA | $ 4,282.53 | $ 4,282.53 |
| 2163 | Air Compressor Small | 1 | EA | $ 1,479.42 | $ 1,479.42 |
| 2165 | Air Pressure Maintenance Device | 1 | EA | $ 778.64 | $ 778.64 |
| 2166 | Pressure Switch | 2 | EA | $ 194.66 | $ 389.32 |
| 2167 | Low Pressure Alarm Device | 1 | EA | $ 194.66 | $ 194.66 |
| 2168 | Tamper Switch | 2 | EA | $ 155.73 | $ 311.46 |

Second Option Year: Page 1

EXHIBIT 3

Page 4 of 7

201287

Contract # F65501-00-D0010                                              Page 2 of 2

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 2169 | Sprinkler Cabinet, 6 Heads | 2 | EA | $ 233.59 | $ 467.18 |
| 2176 | Brass Sidewall Sprinkler | 5 | EA | $ 54.51 | $ 272.55 |
| 2177 | Quick Response Sprinkler | 55 | EA | $ 58.40 | $ 3,212.00 |
| 2182 | Dry Pendant Spr., 13" to 24" Length | 1 | EA | $ 194.66 | $ 194.66 |
| 2183 | Sway Brace, 2-way | 4 | EA | $ 140.16 | $ 560.64 |
| 2184 | Sway Brace, 4-way | 1 | EA | $ 171.31 | $ 171.31 |
| 2185 | Wall Pen, Conc/Mas, 1"-2" Pipe | 2 | EA | $ 194.66 | $ 389.32 |
| 2186 | Wall Pen, Conc./Mas, 2.5"-4" Pipe | 2 | EA | $ 233.59 | $ 467.18 |
| 2189 | Wall Pen, No Conc/Mas, 2.5"-4" Pipe | 3 | EA | $ 85.65 | $ 256.95 |
| 2197 | Survey/Submit Fire Alarm Design | 3000 | SF | $ 0.42 | $ 1,260.00 |
| 2217 | Pull Station, Standard | 1 | EA | $ 148.84 | $ 148.84 |
| 2219 | Remote Annunciator Panel, 2 Zone | 1 | EA | $ 439.07 | $ 439.07 |
| 2232 | Alarm Bell, 10" with Visual Strobe | 1 | EA | $ 275.35 | $ 275.35 |
| 2242 | Wire #14 THHN/THWN/XHHW | 240 | FT | $ 0.63 | $ 151.20 |
| 2244 | Conduit 1/2" EMT | 200 | FT | $ 4.53 | $ 906.00 |
| 2246 | Flexible Metal Conduit, 1/2" | 120 | FT | $ 4.27 | $ 512.40 |
| 2286 | Bond Cost | 0 | LS | $ - | $ - |
| | ESTIMATED TOTAL | Line Numbers 2001-2286 | | | $ 69,955.04 |

Second Option Year: Page 2

EXHIBIT 3
Page 5 of 7
201288

09/17/03 WED 13:09 FAX 907 552 7497     3rd CONS/LGCC       3 →→→ KANAG I40           ☒006

Sep 09 03 06:04p                                                                    p.2

| 1. COMPONENT AIR FORCE | FY 2000 MILITARY CONSTRUCTION PROJECT DATA (computer generated) | | 2. DATE |
|---|---|---|---|
| 3. INSTALLATION AND LOCATION Elmendorf Air Force Base, Alaska | | | |
| 4. PROJECT TITLE Build Shelter between Shop & Warehouse, Araments Bldg. 16718 & 17720 | | 5. PROJECT NUMBER W.O. 74637 | |

Project Location

1250' IBD
4000 LBS C/D 1.1

17726  17724  17722  17720  16718
Hangar 15
1250' IBD
4000 LBS C/D 1.1
16716
16714
16712
16673  16675  16710  16708
16742

TALLEY AVE
ELMENDORF AIR FORCE BASE
ALASKA RAILROAD
FAIRWAY F

thomasson/aramentshop&warehouseconnectbldg16718/5Dec00

| | Typed Name & Grade | Signature/Date |
|---|---|---|
| User: | Daniel R. Fisher, MSgt, USAF 3 EMS/LGMR | DEC 6 2000 6 Dec 00 |
| BCE: | DENNIS R. MATTSON, GM-14 Deputy Base Civil Engineer | 15 Dec 00 |
| WG/SE: | David Koddington, Lt Col, USAF Chief, 3rd Wing Safety | 23 Jan 01 |
| WG/CC: | DOUGLAS M. FRASER, Colonel, USAF Commander | 12 Feb 01 |

DD Form 1391c, 1 Dec 76        Previous edition is obsolete in the USAF.       Page No.

EXHIBIT  3
Page  6  of  7
201289

# SCHEDULE OF MATERIAL SUBMITTALS

| PROJECT NO. | PROJECT TITLE | SOLICITATION/CONTRACT NO. |
|---|---|---|
| FX58 01-1211 | Install Fire Sprinkler System | F65501-J0-D0010 |

| LINE NO | ITEM OR DESCRIPTION OF ITEM, CONTRACT REFERENCE, TYPE OF SUBMITTAL | NO. OF COPIES REQUIRED ||||||||||| REQUIRED SUBMISSION DATE | TO BE COMPLETED BY CONTRACT ADMINISTRATOR |||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CERTIFICATION OF COMPLIANCE | SHOP DRAWINGS | SAMPLES | COLOR SELECTION | MANUFACTURER'S RECOMMENDATIONS | WARRANTY | MANUFACTURER'S | CATALOG DATA | OPERATING INSTRUCTIONS | WORK PLAN | OTHER | | DATE RECEIVED IN CONTRACTING | DATE TO CIVIL ENGINEERING | RETURN SUSPENSE DATE | FOLLOW-UP | APPROVED / DISAPPROVED / DATE CONTRACTOR NOTIFIED | CONTRACTOR RESUBMITTAL | FINAL APPROVAL | REMARKS |
| 1 | 13930-1.3.1 Package Submittal | 4 | | | | | | | | | | | | | | | | | | | |
| 2 | 16721 - Paras 4.1.1 thru 4.1.3 Fire Alarm Design Complete | | 4 | | | | | | 4 | | | 45 days after DO issued | | | | | | | | |
| 3 | 16721 - 4.1.4 Test Reports | | | | | | | | 4 | | | 45 days after DO issued | | | | | | | | |
| 4 | 16721 - 4.1.5 Certificate of Completion | 4 | | | | | | | | | | 3 days after tests | | | | | | | | |
| 5 | 16721 - Paras 4.1.6, 4.1.7, & 4.1.8 Maintenance Manuals | | | | | 4 | | | | 4 | | 5 days prior to final insp. 5 days prior to final tests | | | | | | | | |

AF Form 68, SEP 86

EXHIBIT 3
Page 7 of 7
201290