12:26 PM                                                                                                    7/21/2004

**Kanag'iq Construction** 
527 E. 4th Ave.                    Telephone 907 258-5879
Anchorage, Alaska 99501            Fax        907 258-5896

## SUBCONTRACTOR PROGRESS PAYMENTS

| SUBCONTRACTOR: | GMW Fire Protection | | PAYMENT NO. | 1 |
|---|---|---|---|---|
| ADDRESS: | 6670 Wes Way Phone 336-5000<br>Anchorage, AK 99518 Fax 336-5050 | | PERIOD ENDING: | 6/10/2004 |
| PROJECT: | Fire Requirements 1030 D/O#5008<br>381st Intelligence (Elephant Cage) | | PROJECT NO. | 1030-5008 |

| Work Description | Code | Item Number | Amount | Percent Complete To Date | Total Complete To Date | Previous Payments | This Payment |
|---|---|---|---|---|---|---|---|
| Installation of Fire Alarm System | 15402 | | $452,067.50 | 20.00% | $90,413.50 | $0.00 | $90,413.50 |
| | | | $0 | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | $0 | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | -$0.00 |
| **SUBTOTAL** | | | $452,067.50 | 20.00% | $90,413.50 | $0.00 | $90,413.50 |
| **CHANGE ORDERS:** | | | | | | | |
| | | | $0 | 100.00% | $0.00 | $0.00 | $0.00 |
| | | | $0 | 100.00% | $0.00 | $0.00 | $0.00 |
| | | | $0 | 100.00% | $0.00 | | $0.00 |
| **TOTAL** | | | $0 | | $0.00 | $0.00 | $0.00 |
| **TOTAL ADJUSTED CONTRACT** | | | $452,067.50 | 20.00% | $90,413.50 | $0.00 | $90,413.50 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL THIS PAYMENT: | | | | | $90,413.50 |
| THRESHOLD | | | | | $47,244.09 |
| | 314,960.62 | 20% | 62,992.12 | 75% | |
| LESS RETAINAGE IF APPLICABLE | 0 % | | | | $0.00 |
| MATERIALS ON SITE NOT INCORPORATED: | | | | | $0.00 |
| LESS PREVIOUS MATERIALS ON SITE PAYMENT: | | | | | $0.00 |
| **TOTAL DUE THIS ESTIMATE** | | | | | $47,244.09 |



EXHIBIT 6    **01975**
Page 1 of 2

1:54 PM                                                                                                           12/10/2004

# Kanag'iq Construction 
527 E. 4th Ave.                Telephone 907 258-5879
Anchorage, Alaska 99501        Fax        907 258-5896

## SUBCONTRACTOR PROGRESS PAYMENTS

| SUBCONTRACTOR: | GMW Fire Protection | | PAYMENT NO. | 5 |
|---|---|---|---|---|
| ADDRESS: | 6670 Wes Way Phone 336-5000 Anchorage, AK 99518 Fax 336-5050 | | PERIOD ENDING: | 11/19/2004 |
| PROJECT: | Fire Requirements 1030 D/O#5008 381st Intelligence (Elephant Cage) | | PROJECT NO. | 1030-5008 |

| Work Description | Code | Item Number | Amount | Percent Complete To Date | Total Complete To Date | Previous Payments | This Payment |
|---|---|---|---|---|---|---|---|
| Installation of Fire Alarm System | 15402 | | | | | | |
| Revised Amount | | | 395,617.50 | 99.00% | $391,661.33 | $167,689.53 | $223,971.80 |
| | | | $0 | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| SUBTOTAL | | | $395,617.50 | 99.00% | $391,661.33 | $167,689.53 | $223,971.80 |
| CHANGE ORDERS: | | | | | | | |
| | | | $0 | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | $0 | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | $0 | 0.00% | $0.00 | $0.00 | $0.00 |
| TOTAL | | | $0 | | $0.00 | $0.00 | $0.00 |
| TOTAL ADJUSTED CONTRACT | | | $395,617.50 | 56.61% | $391,661.33 | $167,689.53 | $223,971.80 |

| | |
|---|---|
| TOTAL THIS PAYMENT: | $223,971.80 |
| THRESHOLD | $19,299.30 |
| LESS RETAINAGE IF APPLICABLE    0% | $0.00 |
| MATERIALS ON SITE NOT INCORPORATED: | $0.00 |
| LESS PREVIOUS MATERIALS ON SITE PAYMENT: | $0.00 |
| TOTAL DUE THIS ESTIMATE | $19,299.30 |

### Previous Payment

| Date | CK | Amount | |
|---|---|---|---|
| 21891 | 2/27/2004 | $15,000.00 | |
| 22960 | 7/21/2004 | $47,244.09 | |
| 23151 | 8/16/2004 | $44,881.89 | |
| 23382 | 9/15/2004 | $17,259.84 | |
| 23631 | 10/25/2004 | $43,303.71 | $167,689.53 |



01981

EXHIBIT 6

Page 2 of 2