IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>            Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. A05-170 Civil (TMB) |

**STIPULATION FOR EXTENSION OF TIME**

The parties, through their respective counsel, stipulate that Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, shall have up to and including August 3, 2006, to file and serve their Reply to GMW's Opposition to Kanag'iq's Motion for Partial Summary Judgment currently due on July 24, 2006.

DATED at Anchorage, Alaska this 21st day of July 2006.

EIDE, GINGRAS & PATE, P.C.
Attorneys for Defendants
Kanag'iq Construction Co., Inc. and
Western Surety Company

By: _____
Thomas S. Gingras

Stipulation for Extension of Time
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 1 of 2

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

425 G Street, Suite 930
Anchorage, AK 99501
Phone: (907) 279-0930
Fax: (907) 279-0933
E-mail: tsgingras@egpalaska.com
Alaska Bar No. 7811098

DATED at Anchorage, Alaska this 21st day of July 2006.

SARAH J. TUGMAN, ESQ.
Attorneys for Plaintiff,
GMW Fire Protection, Inc.

By: _____
Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, AK 99503
Phone: (907) 677-7889
Fax: (907) 6779188
E-mail: sjtugman@gci.net
Alaska Bar No. 8310101

**CERTIFICATE OF SERVICE**

That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 21st day of July 2006, I served by

[x] ~~hand delivery~~ *MAIL*

a true and accurate copy of the foregoing document upon the following counsel of record:

Attorneys for Plaintiff:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK 99503

EIDE, GINGRAS & PATE, P.C.

By   s/Donna Charter
       Donna Charter

F:\431\05\pleadings\Stipulation for Extension of Time re Reply to PSJ.DOC

Stipulation for Extension of Time                                                                          Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 Civil (TMB)<br>) |

## [PROPOSED ORDER]
## ORDER GRANTING EXTENSION OF TIME

This matter comes before the Court on Defendants' Stipulation for Extension of Time to Reply to GMW's Opposition to Kanag'iq's Motion for Partial Summary Judgment. Having considered the Stipulation, the Stipulation for Extension of Time is hereby GRANTED and Defendants, Kanag'iq Construction Co., Inc. and Western Surety Company, shall have up to and including August 3, 2006, to file and serve their Reply to GMW's Opposition to Kanag'iq's Motion for Partial Summary Judgment.

DATED at Anchorage, Alaska this _____ day of July 2006.

　　　　　　　　　　　　By:_____
　　　　　　　　　　　　The Honorable Timothy M. Burgess
　　　　　　　　　　　　United States District Court Judge

Order Granting Extension of Time　　　　　　　　　　　　　　　　　　　Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

**CERTIFICATE OF SERVICE**

That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 21st day of July 2006, I served by

    [x] Mail

a true and accurate copy of the foregoing document upon the following counsel of record:

**Attorneys for Plaintiff:**
Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK  99503

EIDE, GINGRAS & PATE, P.C.

By   s/Donna Charter
        Donna Charter

F:\431\05\pleadings\Stipulation for Extension of Time re Reply.DOC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Eide, Gingras & Pate P.C.**
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Order Granting Extension of Time
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 2 of 2