IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

THE UNITED STATES for the use of )
GMW Fire Protection, Inc., an Alaska )
Corporation, )
                                   )
              Plaintiff, )
  vs. )
                                     )
KANAG'IQ CONSTRUCTION CO., )
INC., an Alaska Corporation and )
WESTERN SURETY COMPANY, a )
South Dakota Corporation, )
                                     )
            Defendants. )   Case No. A05-170 Civil  (TMB)
_____ )

## UNOPPOSED MOTION, MEMORANDUM AND ORDER FOR EXTENSION OF TIME

      Defendants, Kanag'iq Construction Co., Inc. and Western Surety Company, by and through their attorneys, EIDE, GINGRAS & PATE, hereby move this court for the following extension of time:

      1.    Defendants shall have an extension of time until August 7, 2006 to file and serve their Reply to GMW's Opposition to Kanag'iq's Motion for Partial Summary Judgment currently due on August 3, 2006.

      2.    Plaintiff does not oppose this motion.

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Unopposed Motion, Memorandum and Order for Extension of Time      Page 1
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

DATED at Anchorage, Alaska this 3rd day of August, 2006.

EIDE, GINGRAS & PATE, P.C.
Attorneys for Defendants
Kanag'iq Construction Co., Inc. and
Western Surety Company

By:___s/Thomas S. Gingras_____
    Thomas S. Gingras
    425 G Street, Suite 930
    Anchorage, AK  99501
    Phone:  (907) 279-0930
    Fax:      (907) 279-0933
    E-mail:  tsgingras@egpalaska.com
    Alaska Bar No. 7811098

## ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

Patti J. Juliussen certifies as follows:  That I am a legal
secretary employed by the law firm of Eide, Gingras &
Pate, P.C. That on this 3rd day of August 2006, I served by
        [x] Electronically
a true and accurate copy of the foregoing document upon the
following counsel of record:

        Attorneys for Plaintiff:
        Sarah J. Tugman, Esq.
        2509 Eide Street, Suite 4
        Anchorage, AK  99503

EIDE, GINGRAS & PATE, P.C.

By__s/Patti J. Juliussen____
        Patti J. Juliussen

Unopposed Motion, Memorandum and Order for Extension of Time                    Page 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax