IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>          Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. A05-170 Civil (TMB) |

## [PROPOSED ORDER]
## ORDER GRANTING EXTENSION OF TIME

This matter comes before the Court on Defendants' Stipulation for Extension of Time to Reply to GMW's Opposition to Kanag'iq's Motion for Partial Summary Judgment. Having considered the Stipulation, the Stipulation for Extension of Time is hereby GRANTED and Defendants, Kanag'iq Construction Co., Inc. and Western Surety Company, shall have up to and including August 7, 2006, to file and serve their Reply to GMW's Opposition to Kanag'iq's Motion for Partial Summary Judgment.

DATED at Anchorage, Alaska this _____ day of August 2006.

By:_____
The Honorable Timothy M. Burgess
United States District Court Judge

Order Granting Extension of Time                                                                 Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

**CERTIFICATE OF SERVICE**

That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 4th day of August 2006, I served by

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK 99503

EIDE, GINGRAS & PATE, P.C.

By   s/Donna Charter
       Donna Charter

F:\431\05\pleadings\Stipulation for Extension of Time re Reply.DOC

Order Granting Extension of Time
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)