Sep 12 03 12:51p   CE CEC   552-3256   p.2

Contract #
F65501-00-D0010

Page 1 of 2

# FIRE PROTECTION REQUIREMENTS

| DELIVERY ORDER NO.: | 5010 | | DATE: | 12-Sep-03 |
|---|---|---|---|---|
| WORK AREA: | 9387 | | BY: | Frere |
| | | | PROJECT NO. | FXSB 96-5104 |

SCOPE OF WORK: Install Sprinkler System, Susitna Club

PERFORMANCE TIME: 360 Days

ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 2001 | Package Submittal | 900 | SPR | $ 15.58 | $ 14,022.00 |
| 2002 | Water Flow Test | 4 | EA | $ 423.58 | $ 1,694.32 |
| 2048 | Remove/Reinstall Ceiling Tiles | 20000 | SF | $ 2.72 | $ 54,400.00 |
| 2051 | Pipe, Black, Sch 40, 1.00" | 4200 | LF | $ 16.35 | $ 68,670.00 |
| 2052 | Pipe, Black, Sch 40, 1.25" | 1600 | LF | $ 17.90 | $ 28,640.00 |
| 2054 | Pipe, Black, Sch 40, 2.00" | 600 | LF | $ 22.58 | $ 13,548.00 |
| 2055 | Pipe, Black, Sch 10, 2.50" | 800 | LF | $ 27.26 | $ 21,808.00 |
| 2057 | Pipe, Black, Sch 10, 4.00" | 20 | LF | $ 33.48 | $ 669.60 |
| 2059 | Tee, Straight, 1.00" | 70 | EA | $ 91.89 | $ 6,432.30 |
| 2060 | Tee, Straight, 1.25" | 200 | EA | $ 98.88 | $ 19,776.00 |
| 2062 | Tee, Straight, 2.00" | 60 | EA | $ 136.33 | $ 8,179.80 |
| 2063 | Tee, Straight, Grooved, 2.50" | 80 | EA | $ 72.64 | $ 5,811.20 |
| 2065 | Tee, Straight, Grooved, 4.00" | 2 | EA | $ 124.74 | $ 249.48 |
| 2067 | Tee, Reducing, 1.00" | 900 | EA | $ 91.89 | $ 82,701.00 |
| 2075 | Ells, Straight, 1.00" | 400 | EA | $ 60.29 | $ 24,116.00 |
| 2099 | Caps, 1.00" | 20 | EA | $ 28.04 | $ 560.80 |
| 2105 | Caps, Grooved, 4.00" | 2 | EA | $ 38.93 | $ 77.86 |
| 2147 | Flanges, Grooved, 4.00" | 2 | EA | $ 155.73 | $ 311.46 |
| 2149 | Valve OS&Y 1.50" | 6 | EA | $ 194.66 | $ 1,167.96 |
| 2153 | Valve OS&Y 4.00" | 2 | EA | $ 638.49 | $ 1,276.98 |
| 2155 | Inspector' Test Valve | 2 | EA | $ 109.01 | $ 218.02 |
| 2156 | Check Valve & Ball Drip 4.00" | 1 | EA | $ 700.78 | $ 700.78 |
| 2158 | Alarm Valve & Trim 4.00" | 1 | EA | $ 3,114.56 | $ 3,114.56 |
| 2166 | Pressure Switch | 1 | EA | $ 194.66 | $ 194.66 |
| 2168 | Tamper Switch | 3 | EA | $ 155.73 | $ 467.19 |
| 2169 | Sprinkler Cabinet, 6 Heads | 1 | EA | $ 233.59 | $ 233.59 |
| 2170 | Fire Dept. Connection, 4"x2.5"x2.5" | 1 | EA | $ 545.06 | $ 545.06 |
| 2171 | Backflow Prevention Assembly, 4" | 1 | EA | $ 3,893.20 | $ 3,893.20 |
| 2177 | Quick Response Sprinkler | 900 | EA | $ 58.40 | $ 52,560.00 |
| 2178 | Sprinkler Head Escutcheon, Chrome | 150 | EA | $ 7.78 | $ 1,167.00 |
| 2180 | Sprinkler Guard, Bright Zinc | 5 | EA | $ 7.01 | $ 35.05 |
| 2182 | Dry Pendant Spr., 13" to 24" Length | 10 | EA | $ 194.66 | $ 1,946.60 |
| 2183 | Sway Brace, 2-way | 24 | EA | $ 140.16 | $ 3,363.84 |
| 2184 | Sway Brace, 4-way | 8 | EA | $ 171.31 | $ 1,370.48 |
| 2185 | Wall Pen, Conc/Mas, 1"-2" Pipe | 50 | EA | $ 194.66 | $ 9,733.00 |
| 2186 | Wall Pen, Conc./Mas, 2.5"-4" Pipe | 12 | EA | $ 233.59 | $ 2,803.08 |
| 2188 | Wall Pen, No Conc/Mas, 1"-2" Pipe | 60 | EA | $ 60.73 | $ 3,643.80 |

Second Option Year: Page 1

Exhibit # H

Page 1 of 2

201504

Contract #
F65501-00-D0010

Page 2 of 2

### ESTIMATED QUANTITIES

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 2189 | Wall Pen, No Conc/Mas, 2.5"-4" Pipe | 22 | EA | $ 85.65 | $ 1,884.30 |
| 2195 | Paint Sprinkler Piping, to 4" | 1000 | LF | $ 1.55 | $ 1,550.00 |
| 2197 | Survey/Submit Fire Alarm Design | 42000 | SF | $ 0.42 | $ 17,640.00 |
| 2202 | Fire Control Panel, 16 Zone | 1 | EA | $ 4,316.29 | $ 4,316.29 |
| 2203 | Monaco BT2-8E Transceiver | 1 | EA | $ 8,855.84 | $ 8,855.84 |
| 2206 | Emerg. Power Supply, 48-Hour | 1 | EA | $ 2,356.74 | $ 2,356.74 |
| 2207 | Ionization Det, W/Battery Backup | 12 | EA | $ 113.81 | $ 1,365.72 |
| 2211 | Ionization Det, Air Duct | 5 | EA | $ 409.30 | $ 2,046.50 |
| 2217 | Pull Station, Standard | 6 | EA | $ 148.84 | $ 893.04 |
| 2223 | Remote Annunciator Panel, 16 Zone | 1 | EA | $ 1,247.12 | $ 1,247.12 |
| 2231 | Alarm Bell, 10" | 1 | EA | $ 175.63 | $ 175.63 |
| 2237 | Alarm Horn, Minihorn/Strobe | 30 | EA | $ 275.35 | $ 8,260.50 |
| 2241 | Wire #12 THHN/THWN/XHHW | 300 | FT | $ 0.87 | $ 261.00 |
| 2242 | Wire #14 THHN/THWN/XHHW | 6000 | FT | $ 0.63 | $ 3,780.00 |
| 2243 | #12-2 Shielded Cable | 100 | FT | $ 1.17 | $ 117.00 |
| 2244 | Conduit 1/2" EMT | 3000 | FT | $ 4.53 | $ 13,590.00 |
| 2245 | Conduit 3/4" EMT | 120 | FT | $ 5.85 | $ 702.00 |
| 2246 | Flexible Metal Conduit, 1/2" | 20 | FT | $ 4.27 | $ 85.40 |
| 2249 | Rigid Metal Conduit, 3/4" | 100 | FT | $ 10.51 | $ 1,051.00 |
| 2250 | Juction Box (4S) W/Fittings | 20 | EA | $ 38.93 | $ 778.60 |
| 2255 | Surface Metal Raceway | 2800 | LF | $ 49.05 | $ 137,340.00 |
| 2256 | Surface Junction/Device Boxes | 20 | EA | $ 27.49 | $ 549.80 |
| 2257 | Concrete Drill (or Core) 1" Diam. | 20 | EA | $ 105.89 | $ 2,117.80 |
| 2258 | Concrete Drill (or Core) 1-1/2" Diam. | 20 | EA | $ 124.58 | $ 2,491.60 |
| 2259 | Paint Conduit | 500 | LF | $ 1.95 | $ 975.00 |
| 2260 | Asbestos Work Plan | 1 | EA | $ 233.59 | $ 233.59 |
| 2261 | Lead Work Plan | 1 | EA | $ 233.59 | $ 233.59 |
| 2262 | Asbestos Air Sampling | 5 | DAY | $ 545.06 | $ 2,725.30 |
| 2263 | Remove/Replace Gypsum Wallboard | 3000 | SF | $ 1.95 | $ 5,850.00 |
| 2266 | Remove 24" x 48" ACM Ceiling Tile | 1500 | SF | $ 9.35 | $ 14,025.00 |
| 2267 | Asbestos Item Sampling and Analysis | 5 | EA | $ 194.66 | $ 973.30 |
| 2268 | Lead Item Sampling and Analysis | 5 | EA | $ 194.66 | $ 973.30 |
| 2269 | Remove Interior Wall with LBP | 1000 | SF | $ 7.78 | $ 7,780.00 |
| 2270 | Remove Interior Ceiling with LBP | 1000 | SF | $ 8.57 | $ 8,570.00 |
| 2278 | Wall Penetration W/Asbestos & LBP | 400 | EA | $ 9.89 | $ 3,956.00 |
| 2286 | Bond Cost | NA | LS | $ - | $ - |
| | ESTIMATED TOTAL | Line Numbers | | 2001 - 2286 | $ 699,853.63 |

*Steven Freve*
3 CES
7/12/03

*Phil Young*
Kanatg TQ
9/12/03

Second Option Year: Page 2

Exhibit # H
Page 2 of 2

201505

# FAX Cover Sheet

1030/5010

**GMW Fire Protection**
6670 Wes Way
Anchorage, AK 99518
Phone: 336-5000
Fax: 336-5050

Date: January 16, 2004

Number of pages (including cover): 6

**SENT TO:**  Name: Phil/Bill

Company: Kanag'iQ

Phone Number:

FAX Number: 258-5896

**SENT BY:**  Name: Glenn Johnson

**DESCRIPTION:**

Here is our cost breakdown for the Susitna Club.

Exhibit # I
Page 1 of 6

201533

Jan. 16. 2004 12:25PM   GMW Fire Protection, Inc.                                    No. 5795   P. 2

SOLICITATION #
F65501-00-R0053

Page 1 of 2

Part I - THE SCHEDULE
SECTION B
BID SCHEDULE/ BASE YEAR
PROJECT FXSB 99-1500
FIRE PROTECTION REQUIREMENTS

*Fire Sprinkler*
*Susitna Club*

ESTIMATED QUANTITIES:

| ITEM | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0001 | Package Submittal | 446 | SPR | $ 10.00 | $ 4,460.00 |
| 0002 | Water Flow Test | 1 | EA | $ 272.00 | $ 272.00 |
| ##### | 1" Black Nipple, to 12" | 1200 | EA | $ 10.50 | $ 12,600.00 |
| ##### | 1" Black Nipple, over 12" to 24" | 800 | EA | $ 11.50 | $ 9,200.00 |
| ##### | Pipe, Black, Sch 40, 1.00" | 2400 | LF | $ 10.50 | $ 25,200.00 |
| ##### | Pipe, Black, Sch 40, 1.25" | 800 | LF | $ 11.50 | $ 9,200.00 |
| ##### | Pipe, Black, Sch 40, 1.50" | 2790 | LF | $ 12.50 | $ 34,875.00 |
| ##### | Pipe, Black, Sch 40, 2.00" | 420 | LF | $ 14.50 | $ 6,090.00 |
| ##### | Pipe, Black, Sch 10, 3.00" | 1220 | LF | $ 21.50 | $ 26,230.00 |
| ##### | Pipe, Black, Sch 10, 4.00" | 105 | LF | $ 21.50 | $ 2,257.50 |
| ##### | Tee, Straight, 1.00" | 310 | EA | $ 59.00 | $ 18,290.00 |
| ##### | Tee, Straight, 1.25" | 220 | EA | $ 65.00 | $ 14,300.00 |
| ##### | Tee, Straight, 1.50" | 350 | EA | $ 70.75 | $ 24,762.50 |
| ##### | Tee, Straight, 2.00" | 130 | EA | $ 87.55 | $ 11,381.50 |
| ##### | Tee, Straight, Grooved, 3.00" | 60 | EA | $ 70.30 | $ 4,218.00 |
| ##### | Tee, Straight, Grooved, 4.00" | 12 | EA | $ 80.10 | $ 961.20 |
| ##### | Tee, Reducing, 1.25" | 45 | EA | $ 63.50 | $ 2,857.50 |
| ##### | Tee, Reducing, 1.50" | 45 | EA | $ 70.75 | $ 3,183.75 |
| ##### | Tee, Reducing, 2.00" | 24 | EA | $ 87.55 | $ 2,101.20 |
| ##### | Tee, Reducing, Grooved, 3.00" | 6 | EA | $ 70.30 | $ 421.80 |
| ##### | Tee, Reducing, Grooved, 4.00" | 4 | EA | $ 80.10 | $ 320.40 |
| ##### | Ells, Straight, 1.00" | 1200 | EA | $ 38.72 | $ 46,464.00 |
| ##### | Ells, Straight, 1.25" | 20 | EA | $ 45.00 | $ 900.00 |
| ##### | Ells, Straight, 1.50" | 60 | EA | $ 55.10 | $ 3,306.00 |
| ##### | Ells, Straight, 2.00" | 26 | EA | $ 58.23 | $ 1,513.98 |
| ##### | Ells, Straight, Grooved, 3.00" | 45 | EA | $ 72.00 | $ 3,240.00 |
| ##### | Ells, Straight, Grooved, 4.00" | 20 | EA | $ 79.00 | $ 1,580.00 |
| ##### | Ells, Reducing, 1.00" | 30 | EA | $ 63.50 | $ 1,905.00 |
| ##### | Concentric Reducers, 1.00" | 446 | EA | $ 35.00 | $ 15,610.00 |
| ##### | Concentric Reducers, Grooved, 4.00" | 2 | EA | $ 65.00 | $ 130.00 |
| ##### | Plugs, 1.00" | 16 | EA | $ 5.75 | $ 92.00 |
| ##### | Caps, Grooved, 4.00" | 6 | EA | $ 80.10 | $ 480.60 |
| ##### | Flanges, Grooved, 4.00" | 4 | EA | $ 100.00 | $ 400.00 |
| ##### | Valve OS&Y 4.00" | 2 | EA | $ 410.00 | $ 820.00 |
| ##### | Inspector's Test Valve | 1 | EA | $ 70.00 | $ 70.00 |
| ##### | Check Valve & Ball Drip 4.00" | 1 | EA | $ 450.00 | $ 450.00 |
| ##### | Alarm Valve & Trim 4.00" | 1 | EA | $ 2,000.00 | $ 2,000.00 |
| ##### | Pressure Switch | 1 | EA | $ 125.00 | $ 125.00 |
| ##### | Tamper Switch | 2 | EA | $ 100.00 | $ 200.00 |
| ##### | Sprinkler Cabinet, 6 Heads | 2 | EA | $ 150.00 | $ 300.00 |
| ##### | Fire Dept. Connection, 4"x2.5"x2.5" | 1 | EA | $ 350.00 | $ 350.00 |
| ##### | Backflow Prevention Assembly, 4" | 1 | EA | $ 3,750.00 | $ 3,750.00 |

Base Year: Page 1

Exhibit # *I*

Page *2* of *6*

201534

Jan. 16. 2004 12:25PM    GM" Fire Protection, Inc.                                No. 5795   P. 3

SOLICITATION #
F65501-00-R0053

Page 2 of 2

## ESTIMATED QUANTITIES:

| ITEM | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| ##### | Brass Upright or Pendant Sprinkler | 46 | EA | $ 37.50 | $ 1,725.00 |
| ##### | Chrome Sidewall Sprinkler | 15 | EA | $ 37.50 | $ 562.50 |
| ##### | Brass Sidewall Sprinkler | 2 | EA | $ 37.50 | $ 75.00 |
| ##### | Quick Response Sprinkler | 400 | EA | $ 37.50 | $ 15,000.00 |
| ##### | Sprinkler Head Escutcheon, Chrome | 400 | EA | $ 5.00 | $ 2,000.00 |
| ##### | Sprinkler Pipe Escutcheon, Chrome | 30 | EA | $ 5.00 | $ 150.00 |
| ##### | Sprinkler Guard, Bright Zinc | 46 | EA | $ 4.50 | $ 207.00 |
| ##### | Dry Pendant Spr., 13" to 24" Length | 10 | EA | $ 150.00 | $ 1,500.00 |
| ##### | Sway Brace, 2-way | 50 | EA | $ 90.00 | $ 4,500.00 |
| ##### | Sway Brace, 4-way | 24 | EA | $ 110.00 | $ 2,640.00 |
| ##### | Wall Pen, Conc/Mas, 1"-2" Pipe | 20 | EA | $ 125.00 | $ 2,500.00 |
| ##### | Wall Pen, Conc./Mas, 2.5"-4" Pipe | 6 | EA | $ 150.00 | $ 900.00 |
| ##### | Wall Pen, No Conc/Mas, 1"-2" Pipe | 510 | EA | $ 33.00 | $ 16,830.00 |
| ##### | Wall Pen, No Conc/Mas, 2.5"-4" Pipe | 10 | EA | $ 45.00 | $ 450.00 |
| ##### | Thread-O-Let, 1.50" | 8 | EA | $ 79.00 | $ 632.00 |
| ##### | Thread-O-Let, 2.00" | 160 | EA | $ 103.90 | $ 16,624.00 |

ESTIMATED TOTAL       Line Numbers   0001-0280    $ 363,164.43

Jan. 16. 2004 12:25PM   GMW Fire Protection, Inc.   No. 5795   P. 4

SOLICITATION #
F65501-00-R0053

Page 1 of 3

## Part I - THE SCHEDULE
### SECTION B
### BID SCHEDULE/ BASE YEAR
### PROJECT FXSB 99-1500
### FIRE PROTECTION REQUIREMENTS
### Work Order 1030-5010 Susitna Club

ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0197 | Survey/Submit Fire Alarm Design | 41,560 | SF | $ 0.25 | $ 10,390.00 |
| 0198 | Fire Control Panel, 1 Zone | 0 | EA | $ 1,200.00 | $ - |
| 0199 | Fire Control Panel, 2 Zone | 0 | EA | $ 1,200.00 | $ - |
| 0200 | Fire Control Panel, 4 Zone | 0 | EA | $ 1,480.50 | $ - |
| 0201 | Fire Control Panel, 8 Zone | 0 | EA | $ 2,425.50 | $ - |
| 0202 | Fire Control Panel, 12 Zone | 0 | EA | $ 2,600.00 | $ - |
| 0203 | Fire Control Panel, 16 Zone | 1 | EA | $ 2,900.00 | $ 2,900.00 |
| 0204 | Monaco BT2-8E Transceiver | 1 | EA | $ 5,950.00 | $ 5,950.00 |
| 0205 | Emerg. Power Supply, 24 Hour | 0 | EA | $ 1,745.00 | $ - |
| 0206 | Emerg. Power Supply, 36 Hour | 0 | EA | $ 1,745.00 | $ - |
| 0207 | Emerg. Power Supply, 48 Hour | 1 | EA | $ 1,745.00 | $ 1,745.00 |
| 0208 | Ionization Det, W/Battery Backup | 0 | EA | $ 73.08 | $ - |
| 0209 | Ionization Det, Rec. Ceiling Fixture | 0 | EA | $ 73.08 | $ - |
| 0210 | Ionization Detector Releasing Unit | 17 | EA | $ 96.00 | $ 1,632.00 |
| 0211 | Ionization Det, Self-Contained | 0 | EA | $ 59.00 | $ - |
| 0212 | Ionization Det, Air Duct | 16 | EA | $ 275.00 | $ 4,400.00 |
| 0213 | Ionization Det, Air Duct, Self Cont. | 0 | EA | $ 295.00 | $ - |
| 0214 | Thermal Det, 136 thru 190 Fixed Temp | 0 | EA | $ 75.00 | $ - |
| 0215 | Thermal Det, 15 Deg Rate of Rise | 0 | EA | $ 75.00 | $ - |
| 0216 | Thermal Detector, Ceiling Fixture | 0 | EA | $ 75.00 | $ - |
| 0217 | Thermal Detector Releasing Unit | 0 | EA | $ 100.00 | $ - |
| 0218 | Flame Det, Ultra-Violet Type | 0 | EA | $ 2,200.00 | $ - |
| 0219 | Flame Det, Std 3, 10, or 30s Delay | 0 | EA | $ 2,200.00 | $ - |
| 0220 | Flame Detector, Ceiling Fixture | 0 | EA | $ 2,200.00 | $ - |
| 0221 | Pull Station, Standard | 10 | EA | $ 100.00 | $ 1,000.00 |
| 0222 | Pull Station, Weatherproof | 0 | EA | $ 195.00 | $ - |
| 0223 | Remote Annunciator Panel, 1 Zone | 0 | EA | $ 295.00 | $ - |
| 0224 | Remote Annunciator Panel, 2 Zone | 0 | EA | $ 295.00 | $ - |
| 0225 | Remote Annunciator Panel, 4 Zone | 0 | EA | $ 310.00 | $ - |
| 0226 | Remote Annunciator Panel, 8 Zone | 0 | EA | $ 340.00 | $ - |
| 0227 | Remote Annunciator Panel, 12 Zone | 0 | EA | $ 550.00 | $ - |
| 0228 | Remote Annunciator Panel, 16 Zone | 0 | EA | $ 837.90 | $ - |
| 0229 | Power Failure Annunciator | 0 | EA | $ 497.70 | $ - |
| 0230 | Remote Alarm Lamp, 1 Unit | 0 | EA | $ 65.00 | $ - |
| 0231 | Remote Alarm Lamp, 2 Unit | 0 | EA | $ 76.00 | $ - |

Base Year: Page 1

Exhibit # I
Page 4 of 6

201536

Jan. 16. 2004 12:26PM   GMW Fire Protection, Inc.   No.5795   P. 5

SOLICITATION #
F65501-00-R0053

Page 2 of 3

ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0232 | Remote Alarm Lamp, 8 Unit | 0 | EA | $ 92.00 | $ - |
| 0233 | Remote Alarm Lamp, 12 Unit | 0 | EA | $ 106.00 | $ - |
| 0234 | Relay Base with Remote LED | 0 | EA | $ 86.00 | $ - |
| 0235 | Alarm Bell, 8" | 0 | EA | $ 118.00 | $ - |
| 0236 | Alarm Bell, 8" with Visual Strobe | 0 | EA | $ 185.00 | $ - |
| 0237 | Alarm Bell, 10" | 1 | EA | $ 118.00 | $ 118.00 |
| 0238 | Alarm Bell, 10" with Visual Strobe | 0 | EA | $ 185.00 | $ - |
| 0239 | Alarm Horn, Standard | 0 | EA | $ 119.70 | $ - |
| 0240 | Alarm Horn, with Visual Strobe | 50 | EA | $ 185.00 | $ 9,250.00 |
| 0241 | Alarm Horn, Weatherproof | 0 | EA | $ 195.00 | $ - |
| 0242 | Alarm Horn, Explosioproof | 0 | EA | $ 775.00 | $ - |
| 0243 | Alarm Horn, Minihorn/Strobe | 0 | EA | $ 185.00 | $ - |
| 0244 | Visual Strobe, Standard | 16 | EA | $ 175.00 | $ 2,800.00 |
| 0245 | Visual Strobe, Weatherproof | 0 | EA | $ 185.00 | $ - |
| 0246 | Visual Strobe, Explosionproof | 0 | EA | $ 775.00 | $ - |
| 0247 | Wire #12 THHN/THWN/XHHW | 45000 | LF | $ 0.40 | $ 18,000.00 |
| 0248 | Wire #14 THHN/THWN/XHHW | 45000 | LF | $ 0.56 | $ 25,200.00 |
| 0249 | #12-2 Shielded Cable | 15000 | LF | $ 0.75 | $ 11,250.00 |
| 0250 | Conduit 1/2" EMT | 5000 | LF | $ 2.90 | $ 14,500.00 |
| 0251 | Conduit 3/4" EMT | 0 | LF | $ 3.75 | $ - |
| 0252 | Flexible Metal Conduit, 1/2" | 10000 | LF | $ 2.75 | $ 27,500.00 |
| 0253 | Flexible Metal Conduit, 3/4" | 0 | LF | $ 3.45 | $ - |
| 0254 | Rigid Metal Conduit, 1/2" | 0 | LF | $ 5.65 | $ - |
| 0255 | Rigid Metal Conduit, 3/4" | 0 | LF | $ 6.75 | $ - |
| 0256 | Juction Box (4S) W/Fittings | 500 | EA | $ 25.00 | $ 12,500.00 |
| 0257 | Explosionproof Seal Off, 1/2" | 0 | EA | $ 35.50 | $ - |
| 0258 | Explosionproof Seal Off, 3/4" | 0 | EA | $ 42.50 | $ - |
| 0259 | Explosionproof LB/LL/LR, 1/2" | 0 | EA | $ 50.50 | $ - |
| 0260 | Explosionproof LB/LL/LR, 3/4" | 0 | EA | $ 56.50 | $ - |
| 0261 | Surface Metal Raceway | 500 | LF | $ 31.50 | $ 15,750.00 |
| 0262 | Surface Junction/Device Boxes | 66 | EA | $ 17.65 | $ 1,164.90 |
| 0263 | Concrete Drill (or Core) 1" Diam. | 0 | EA | $ 68.00 | $ - |
| 0264 | Concrete Drill (or Core) 1-1/2" Diam. | 0 | EA | $ 80.00 | $ - |
| 0265 | Paint Conduit | 0 | LF | $ - | $ - |
| 0266 | Asbestos Work Plan | 0 | EA | $ - | $ - |
| 0267 | Lead Work Plan | 0 | EA | $ - | $ - |
| 0268 | Asbestos Air Sampling | 0 | DAY | $ - | $ - |
| 0269 | Remove Sprayed-On Building Ins. | 0 | SF | $ - | $ - |
| 0270 | Remove/Replace Gypsum Wallboard | 0 | SF | $ - | $ - |
| 0271 | Remove Vinyl Asbestos Tile & Mastic | 0 | SF | $ - | $ - |

Base Year: Page 2

Exhibit # 1
Page 5 of 6

201537

Jan.16. 2004 12:26PM   G'''' Fire Protection, Inc.                           No.5795   P. 6

SOLICITATION #
F65501-00-R0053

Page 3 of 3

**ESTIMATED QUANTITIES:**

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0272 | Remove 24" x 24" ACM Ceiling Tile | 100 | SF | $ - | $ - |
| 0273 | Remove 24" x 48" ACM Ceiling Tile | 100 | SF | $ - | $ - |
| 0274 | Asbestos Item Sampling and Analysis | 4 | EA | $ - | $ - |
| 0275 | Lead Item Sampling and Analysis | 4 | EA | $ - | $ - |
| 0276 | Remove Interior Wall with LBP | 100 | SF | $ - | $ - |
| 0277 | Remove Interior Ceiling with LBP | 200 | SF | $ - | $ - |
| 0278 | Remove Trim W/LBP, to 6" Wide | 40 | LF | $ - | $ - |
| 0279 | Remove Trim W/LBP, to 12" Wide | 20 | LF | $ - | $ - |
| 0280 | Remove LBP from Steel Surfaces | 10 | SF | $ - | $ - |
| 0281 | Remove Sheet Metal Duct with LBP | 40 | LF | $ - | $ - |
| 0282 | Remove Pipe W/LBP, to 2" Diameter | 50 | LF | $ - | $ - |
| 0283 | Remove Pipe W/LBP, 2.5" to 4" Diam. | 50 | LF | $ - | $ - |
| 0284 | Install New Exit Signs | 160 | EA | $ 150.00 | $ 24,000.00 |
| 0285 | Remove Existing Exit Signs | 160 | EA | $ 75.00 | $ 12,000.00 |

ESTIMATED TOTAL         Line Numbers         0001 - 0285    $  202,049.90

```
                                                                Page 1
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ALASKA
 3
 4   THE UNITED STATES for the use )
     of GMW PROTECTION, INC., an   )
 5   Alaska Corporation,           )
                                   )
 6                  Plaintiff,     )
                                   )
 7   v.                            )
                                   )
 8   KANAG'IQ CONSTRUCTION CO.,    )
     INC., an Alaska Corporation,  )
 9   and WESTERN SURETY COMPANY,   )
     a South Dakota Corporation,   )
10                                 )
                    Defendant.     )
11   _____)
     Case No. A05-170 Civil (JKS)
12
13
14   _____
15
16              DEPOSITION OF WILLIAM JURY
17   _____
18
                        Pages 1 - 214
19                Tuesday, April 25, 2006
                        9:00 A.M.
20
21
                 Taken by Counsel for Plaintiff
22                            at
              THE LAW OFFICES OF SARAH J. TUGMAN
23                2509 Eide Street, Suite 4
                      Anchorage, Alaska
24
25
```

Received MAY 09 2006 EIDE, GINGRAS & PATE P.C.
COPY
HD 4100 P

Page 140

1  A. No.
2  Q. Okay. Take a look at 51.
3     (Exhibit 51 marked.)
4  Q. Do you recognize that document?
5  A. Yes.
6  Q. Is that the quote for which GMW agreed to
7  do the work?
8  A. It's an estimate.
9  Q. At what time was the amount GMW -- at what
10 time was the amount GMW was to get for doing this
11 delivery order to be determined?
12 A. I don't understand the question.
13 Q. At what time was the amount GMW was to get
14 for doing the work, this delivery order, when were
15 you going to figure out what -- how much that was
16 going to be?
17 A. That would have been after the job was
18 completed and counted. And that would have been
19 based on our subcontract.
20 Q. When did you count the job?
21 A. I wasn't responsible for the count.
22 Q. Who was?
23 A. The government.
24 Q. When did the government count it?
25 A. I have no idea.

Page 141

1  Q. Would you be surprised to find out that the
2  government never counted it?
3  A. Wouldn't surprise me.
4  Q. So how was GMW ever to get paid?
5  A. Well, we kept paying them all along, so --
6  Q. But you stopped paying them.
7  A. We didn't stop paying them. We stopped
8  paying their overinflated invoices. We continued to
9  pay them. We were trying to do damage control based
10 on severely overpriced invoicing.
11 Q. Let's take a look at 52. Oh, wait a sec.
12 Wait a sec.
13    (Exhibit 52 marked.)
14 Q. Is that another of Kanag'Iq's documents?
15 A. Yes.
16 Q. 53.
17    (Exhibit 53 marked.)
18 Q. Was there a modification, price
19 modification for this delivery order?
20    MR. GINGRAS: By "this order," you're
21 referring to which order?
22    MS. TUGMAN: We're talking about 5014. We
23 started back at Exhibit 48.
24    THE WITNESS: Okay.
25 ////

Page 142

1  BY MS. TUGMAN:
2  Q. What was this change order for?
3  A. For differing site conditions.
4  Q. So what was the new total price for this
5  delivery order?
6  A. $136,567.91.
7     (Exhibit 54 marked.)
8  Q. The amount on this document is incorrect,
9  isn't it, the total value number?
10 A. It's different.
11 Q. And the actual delivery order was the
12 136,000 figure, wasn't it, that we've just identified
13 on the change order?
14 A. Yes.
15 Q. Okay. Okay. What work did GMW do on 5014?
16 A. Sprinkler.
17 Q. What did Kanag'Iq do?
18 A. Riser building.
19 Q. What did KC do?
20 A. Underground pipe installation.
21 Q. Okay. There was an additional price
22 modification for this delivery order, wasn't there,
23 besides the 136? Do you recall there being one to
24 125 from the 99, original 99,000? Does that ring a
25 bell at all with you?

Page 143

1  A. What was the amount?
2  Q. Went up from 99 to 125. Modification
3  before the one we just made an exhibit.
4  A. I remember something to that effect.
5  Q. If you want to take a look at that.
6  A. Okay.
7  Q. So there was a change order before the one
8  we just looked at --
9  A. Um-hum.
10 Q. -- that brought the price up from in the
11 neighborhood of 99,000 to 125,000 and then a second
12 modification following that, bringing it up to 136?
13 A. Yes.
14 Q. The modification, that second modification
15 that you're -- or the first modification that you're
16 looking at there, what is that for?
17 A. They were reducing the scope, and they were
18 adding a scope of work.
19 Q. Okay. What did they reduce and what did
20 they add?
21 A. They reduced paving and aggregate base to
22 the tune of $9,400. That was a reduction. And they
23 added submittals, sand bedding, topsoil, grass,
24 trenching and excavating, sprinkler system and
25 wallboard --

Page 156

1  THE WITNESS: Yeah, he's addressing it to
2  Phil.
3  BY MS. TUGMAN:
4  Q. Yeah. Then there is another one following
5  it saying it's not 200, now it's two 15. I got
6  15,000 more for this delivery order. Is that what
7  this says?
8  A. Yes.
9  Q. Okay. And is there -- is the delivery
10 order document signed by Kanag'Iq?
11 A. Yes.
12 Q. On what day?
13 A. It looks like September 18. It's got some
14 scribble to it.
15 Q. Could be 19?
16 A. It could be.
17 Q. Could be 17?
18 A. It could be 18 or 19.
19 Q. Okay.
20 A. Tough to tell.
21 Q. And what's the bottom-line price on this?
22 A. Estimated total is $214,978.44.
23 Q. Okay. Now, Exhibit 64.
24    (Exhibit 64 marked.)
25 Q. I couldn't find the document to go with

Page 157

1  this, but I found the fax cover sheet. Do you recall
2  on January 16, 2004, receiving a cost breakdown from
3  GMW?
4  A. January of 2004?
5  Q. Um-hum.
6  A. I'm sure I've seen it, but --
7  Q. Okay. There is another --
8     (Exhibit 65 marked.)
9  Q. Another one I have here that is dated --
10 wait. This is -- we have another on -- there is two
11 cover sheets to this. They're both dated the same
12 day. Why are there two? I have no idea.
13    But anyway, there are documents attached to
14 it. Are these numbers received from GMW on June 14,
15 2004?
16 A. Yes.
17 Q. Does it indicate that this is the total
18 contract for work order 5016?
19 A. It indicates total estimated amount.
20 Q. What does the fax cover sheet say?
21 A. It says total contract work, but this is
22 not an agreed-upon amount, because this document says
23 estimated total.
24 Q. Okay. Next document is 66.
25    (Exhibit 66 marked.)

Page 158

1  Q. Are these more numbers from GMW to you on
2  this same delivery order?
3  A. Can you tell me what this -- okay. This is
4  fire alarm.
5  Q. Received June 2004 at Kanag'Iq?
6  A. Pardon me?
7  Q. Was this received June 14, 2004, at
8  Kanag'Iq?
9  A. Yes.
10 Q. Okay. Then there is yet another.
11    (Exhibit 67 marked.)
12 Q. Are these numbers from GMW -- now, this is
13 again part of that longer fax that I just pulled off
14 the part on the Civil Air -- or the 5016, the
15 munitions storage. Was that received at Kanag'Iq
16 June 30?
17 A. Yes.
18 Q. Okay. Is 68 an invoice from GMW indicating
19 a contract price for a sprinkler system of
20 $134,369.14?
21    MR. GINGRAS: It hasn't been marked yet.
22    MS. TUGMAN: 68, I think.
23    (Exhibit 68 marked.)
24    MR. GINGRAS: Okay. Your question was?
25 ////

Page 159

1  BY MS. TUGMAN:
2  Q. Is this an invoice from GMW?
3  A. Yes.
4  Q. Does it indicate a contract amount?
5  A. It does, and it's not an agreed-upon
6  contract amount.
7  Q. Okay. And document -- or Exhibit 69.
8     (Exhibit 69 marked.)
9  Q. Is a Kanag'Iq-prepared document?
10 A. Yes.
11 Q. With respect to Delivery Order 5016?
12 A. Yes.
13 Q. Showing a total adjusted contract of
14 $134,369.14?
15 A. It shows that a total adjusted contract
16 amount but not an agreed-upon contract amount.
17 Q. Did you prepare this document?
18 A. No.
19 Q. Okay. Document No. 70. Do you remember
20 there being a change order to this delivery order?
21    (Exhibit 70 marked.)
22 Q. Is there -- does this change the contract
23 price between you and the government, or this
24 Delivery Order 5016?
25 A. Yes.

WILLIAM JURY
4/25/2006

Page 214

1                    WITNESS CERTIFICATE
2
    RE:  GMW vs. KANAG'IQ
3   CASE NO.:  A05-170 Civil (JKS)
    DEPOSITION OF:  WILLIAM JURY
4   DATE TAKEN:  APRIL 25, 2006
5
         I hereby certify that I have read the foregoing
6   deposition and accept it as true and correct with the
    following exceptions:
7
    ===========================================================
8   Page   Line    Description/Reason for Change
    ===========================================================
9
10   ____   ____    SEE ATTACHED.
11   ____   ____    _____
12   ____   ____    _____
13   ____   ____    _____
14   ____   ____    _____
15   ____   ____    _____
16   ____   ____    _____
17   ____   ____    _____
18   ____   ____    _____
19   ____   ____    _____
20           [signature]                              6/9/06
21              Signature                              Date
22
    Please sign your name and date it on the above line.
23  (As needed, use additional paper to note corrections,
    dating and signing each page.)
24                                                    (DMP)
25

PACIFIC RIM REPORTING   907-272-4383
www.courtreportersalaska.com

Exhibit # 1
Page 4 of 5

| | | |
|---|---|---|
| 140 | 8 | It is an estimate/budget amount. |
| 141 | 5 | We did a progress payment method in order to get money to GMW, knowing that eventually the government would make an official count and pass that on to KCC for correct billing purposes. |
| 142 | 18 | Riser building including door and frame, roofing, sheetrock, mud, tape, concrete foundation, concrete walkway, landscaping, watering. |
| 147 | 16 | It is an estimate for work on the CAP. |
| 148 | 11 | This is an estimated total and not a quote as the cover sheet indicates. |
| 149 | 1 | Yes. |
| 149 | 4 | Yes. |
| 150 | 9 | It does indicate a contract amount on GMW paperwork. However, at no time did KCC approve an estimated total for this work as the government had not performed a count of materials installed. |
| 153 | 18 | We didn't do any physical work. We did the behind-the-scenes work, including the construction schedule, progress reports and pay requests. |
| 157 | 21 | It says total contract work, but this is not an agreed-upon amount because this document says estimated total. It is merely a way to get a look at what type of budget we can expect, if accurate. Unfortunately, none of the estimated totals were accurate, as required by the specifications. |
| 159 | 15 | It shows that a total adjusted contract amount but not an agreed-upon contract amount. Accounting at KCC trusted GMW to provide a realistic estimate for tracking purposes. |
| 160 | 23 | Yes, we built two riser buildings. |
| 162 | 22 | Yes. |
| 162 | 25 | Which exhibit are we talking about? I personally did not sign any joint estimates. |
| 168 | 19 | It has new contract amount. We did not agree to this amount as we were being billed for engineering and no engineering was required on this delivery order. Delivery order 5017 was a change out of old materials for new, so engineering was not necessary. The only billing we should have received was for material. |
| 171 | 17 | That amount was not agreed upon by KCC, even with the large reduction in costs. |

6

Exhibit # J
Page 5 of 5

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF ALASKA
 2
    THE UNITED STATES for the use of      )
 3  GMW Fire Protection, Inc., an Alaska  )
    Corporation,                          )
 4                                        )
                      Plaintiff,          )
 5       vs.                              )
                                          )
 6  KANAG'IQ CONSTRUCTION CO.,            )
    INC., an Alaska Corporation and       )
 7  WESTERN SURETY COMPANY, a             )
    South Dakota Corporation,             )
 8                                        )
                      Defendants.         )
 9  _____)
    Case No. A05-170 Civil (JKS)
10
                   DEPOSITION OF STEVE FRERE
11
                         May 18, 2006
12
    APPEARANCES:
13
        FOR THE PLAINTIFFS:        MS. SARAH J. TUGMAN
14                                 Attorney at Law
                                   2509 Eide Street, Suite 4
15                                 Anchorage, Alaska 99503
                                   (907) 677-7889
16
17      FOR THE DEFENDANTS:        MR. THOMAS S. GINGRAS
                                   Eide, Gingras & Pate, P.C.
18                                 Attorneys at Law
                                   425 G Street, Suite 930
19                                 Anchorage, Alaska 99501
                                   (907) 279-0930
20
        ALSO PRESENT:              BILL JURY
21                                 GLEN JOHNSON
22
23
24
25
```

Page 110

1  anyone until the end -- when we were getting down into
2  2004, when -- when I think there were troubles about Glen
3  being -- you know, that he wasn't being paid. And that
4  when I met with Ray Hamilton and that they had been --
5  this was the first time that I had noticed -- known --
6  noticed -- known that Kanag'iq had been performing
7  surveys, for example, like in the -- and given pri -- I
8  mean, they had to base their unit pri -- their estimates
9  on unit pricing. I don't know how else they would have
10 done that.
11 Q  Yeah.
12 A  So they were going out and doing counts, Kanag'iq was.
13    And so when I -- when I met with Ray Hamilton and Bill,
14    you know, they had showed me their field, you know, what
15    they had gathered in the field and they were comparing
16    what their inventory was, they were comparing that to the
17    -- what -- what GMW was billing for, what the results of
18    their audit were, and then the -- also the -- the -- what
19    I saw were certified payroll, you know, discussion of the
20    audit that was performed by Kanag'iq in the Susitna Club,
21    and then the amount that we had for that project and then
22    the amount that GMW was -- was billing Kanag'iq for.
23 Q  Yeah. Well, during the course of the project, did you
24    feel any need to periodically remind Kanag'iq that it had
25    a unit price contract?

Page 111

1  A  Yeah, I told them you guys -- you know, what are you guys
2     doing, paying them for everything?
3  Q  And what kind of response did you get?
4  A  Nothing.
5  Q  Did anyone ever tell you that it was going to be sorted
6     out towards the end of the contract?
7  A  No.
8  Q  Isn't it fair to say that the way Kanag'iq was running the
9     project vis-a-vis GMW was very much the way the project
10    was being run as between the government and Kanag'iq, that
11    is time pressure, getting it done, and we'll sort it out
12    at the end of the survey?
13 A  Yeah, they were -- I always assumed that this is what we
14    would have to do, that we would sort it out at the end of
15    the con -- this -- I was always prepared to have to do
16    this because this was the terms of the contract between
17    the government and -- it was when they started doing these
18    surveys, I said well these guys actually know what type of
19    contract they do if they're doing these surveys, all
20    right.
21 Q  Okay.
22 A  That's what -- that's what led me to believe that Kanag'iq
23    was -- was beginning to understand the terms of their
24    contract and when they started doing their -- when they
25    started doing their surveys. I mean, what else would they

Page 112

1  base their -- I mean, that's the whole point.
2  Q  Okay.
3  A  I mean, Kanag'iq is -- was emphasizing the unit prices at
4     that time. And I said, well okay, here we go. This is
5     how we're going to wind up, we're going to be going out
6     doing audits and that's going to help -- be what -- how we
7     determine the amount the contractor is entitled to.
8  Q  If I heard you correctly, I thought I heard you describe a
9     situation which Glen came and talked to you and apologized
10    and I thought I heard you say something about being behind
11    schedule and not knowing what was going on.
12 A  Well, he couldn't have known -- they were -- they were.
13    He was -- he was sideswiped. I mean, we hadn't even
14    received shop drawings for some of these projects when we
15    were near the end of the -- you know, we were closing near
16    the end of the contract and we were nowhere complete. GMW
17    was nowhere complete and I don't think that -- that he had
18    known about that. All right. I don't think that -- that
19    he was aware that a lot of the fire alarm work, they were
20    way behind schedule on.
21 Q  Did he tell you how he became aware that they were way
22    behind schedule?
23 A  No. I think we sent -- the government sent a notice to
24    Kanag'iq.
25 Q  Okay. Did he say anything about who was responsible at

Page 113

1     GMW for being behind schedule?
2  A  Excuse me?
3  Q  Did Mr. Johnson, Glen, say anything to you about who at
4     GMW was responsible for GMW being behind schedule?
5  A  Well, they were responsible for being -- it was they own
6     doing.
7  Q  But did he name an individual?
8  A  Yeah.
9  Q  Who?
10 A  Well, he had -- well, he -- we -- we had discussed Thomas,
11    you know, Thomas had left him in a -- he had not only had
12    problems with Thomas at Elmen -- but also for work that
13    they had had downtown.
14 Q  What kind of problems had he had with Thomas?
15 A  Well, we were way behind schedule and he was responsible
16    for the fire alarm work. So that there was -- was -- you
17    know, Thomas was put in responsible charge of the fire
18    alarm system work, and that's really where we were behind
19    schedule. And the prices, you'll see, I mean, his -- his
20    estimates. And I would ta -- I'd -- because here I am,
21    I'm trying to figure out whether I'm going to be running
22    out of money on this thing.
23        And you know, this was a big, crazy family, you
24    see, so we would talk amongst each other with a lot of
25    candor and, you know, I mean I was -- what the hell, you

29 (Pages 110 to 113)

Computer Matrix, LLC                Phone - 907-243-0668    Exhibit # K           jpk@gci.net
310 K Street, Suite 200             Fax    907-243-1473     Page 2 of 2           sahile@gci.net