Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

THE UNITED STATES for the use of   )
GMW Fire Protection, Inc.,         )
an Alaska Corporation,             )
                                   )
          Plaintiff,               )
v.                                 )
                                   )
KANAG'IQ CONSTRUCTION CO., INC.,   )
an Alaska Corporation and          )
WESTERN SURETY COMPANY, a          )
South Dakota Corporation,          )
                                   )
          Defendant.               )
_____) Case No. A-05-0170 CV (TMB)

NOTICE OF COMPLIANCE

   GMW give notice that it has complied with the Court's order regarding GMW's expert witness disclosures and today hand-delivered supplemental disclosures to counsel for Kanag'Iq.

   RESPECTFULLY SUBMITTED this 20th day of October, 2006.

                                        SARAH J. TUGMAN
                                        Alaska Bar No. 8310101

                                        _____
                                        Sarah J. Tugman

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing
document was hand-delivered to Tom Gingras
this 20th day of October, 2006.

_____
          Frances Evans