Sarah J. Tugman  
Attorney at Law  
2509 Eide Street, Suite 4  
Anchorage, Alaska 99503  
Telephone: (907) 677-7889  
Fax: (907) 677-9188  
e-mail: sjtugman@gci.net  
Attorney for GMW Fire Protection, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation, <br><br>             Plaintiff, <br><br> v. <br><br> KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation, <br><br>             Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. A-05-0170 CV (TMB) |

CERTIFICATION OR READINESS FOR TRIAL

Pursuant to the Court's order of May 4th, 2007, the parties certify that discovery is complete, there are no outstanding procedural or legal issues which are appropriate for resolution by motion, and the chance of settlement is remote. The parties propose a trial date during the first or middle weeks of January of 2008.

Dated: _____                    _____
                                      Thomas Gingras
                                      Attorney for Defendants

CERTIFICATION OF READINESS FOR TRIAL – PAGE 1

```
                                    s/ Sarah J. Tugman
                                    2509 Eide Street, Suite 4
                                    Anchorage, Alaska 99503
                                    Phone: (907) 677-7889
                                    Fax: (907) 677-9188
                                    E-mail: sjtugman@gci.net
                                    Alaska Bar No.: 8310101
```

              CERTIFICATE OF SERVICE

I hereby certify that on the ___ of May, 2007, a copy of the foregoing document was served electronically on Tom Gingras, attorney for Kanag'Iq Construction, Inc.

s/Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101

CERTIFICATION OF READINESS FOR TRIAL – PAGE 2