MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

GMW FIRE PROTECTION, INC., "EX REL"   vs.   KANAG'IQ CONSTRUCTION COMPANY, INC., ET AL

BEFORE THE HONORABLE TIMOTHY M. BURGESS   CASE NO 3:05-CV-00170-TMB

DEPUTY CLERK/RECORDER:   SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:   SARAH J. TUGMAN

DEFENDANT:   THOMAS S. GINGRAS

PROCEEDINGS: STATUS CONFERENCE HELD 6/08/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:01 a.m. court convened.

Court and counsel heard re setting trial date.

Plaintiff to file a joint status report by **June 15, 2007.**

At 10:10 a.m. court adjourned.

DATE:   June 8, 2007   DEPUTY CLERK'S INITIALS:   SCL