Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

THE UNITED STATES for the use of )
GMW Fire Protection, Inc., )
an Alaska Corporation, )
                                  )
          Plaintiff, )
v. )
                                  )
KANAG'IQ CONSTRUCTION CO., INC., )
an Alaska Corporation and )
WESTERN SURETY COMPANY, a )
South Dakota Corporation, )
                                  )
          Defendant. )
_____) Case No. A-05-0170 CV (TMB)

<u>JOINT STATUS REPORT</u>

Pursuant to the Court's order of June 8, 2007, the parties

agree to participate in a settlement conference with a judge

available through the federal district court other than the trial

judge assigned to the case.

     Dated: _____          _____
                                 Thomas Gingras
                                 Attorney for Defendants



                                 s/ Sarah J. Tugman
                                 2509 Eide Street, Suite 4
                                 Anchorage, Alaska 99503

JOINT STATUS REPORT – PAGE 1

Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the __ of June,
2007, a copy of the foregoing document was
served electronically on Tom Gingras,
attorney for Kanag'Iq Construction, Inc.

s/Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101