Sarah J. Tugman  
Attorney at Law  
2509 Eide Street, Suite 4  
Anchorage, Alaska 99503  
Telephone: (907) 677-7889  
Fax: (907) 677-9188  
e-mail: sjtugman@gci.net  
Attorney for GMW Fire Protection, Inc.

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A-05-0170 CV (TMB) |

JOINT STATUS REPORT

Pursuant to the Court's order of June 8, 2007, the parties agree to participate in a settlement conference with a judge available through the federal district court other than the trial judge assigned to the case.

                        s/ Thomas Gingras  
                        Eide, Gingras and Pate  
                        425 G Street, Suite 930  
                        Anchorage, Alaska 99501  
                        Phone: (907) 279-0930  
                        Fax: (907) 279-0933  
                        E-mail: thomas.gingras@egpalaska.com  
                        Alaska Bar No.: 7811098

```
                              s/ Sarah J. Tugman
                              2509 Eide Street, Suite 4
                              Anchorage, Alaska 99503
                              Phone: (907) 677-7889
                              Fax: (907) 677-9188
                              E-mail: sjtugman@gci.net
                              Alaska Bar No.: 8310101
```

CERTIFICATE OF SERVICE

I hereby certify that on the 13th of June, 2007, a copy of the foregoing document was served electronically on Tom Gingras, attorney for Kanag'Iq Construction, Inc.

s/Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101