**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of GMW Fire Protection, an Alaska corporation, <br><br> Plaintiff, <br><br> v. <br><br> KANAG'IQ CONSTRUCTION COMPANY, an Alaska corporation, and WESTERN SURETY COMPANY, <br><br> Defendants. | Case No. 3:05-cv-00170-TMB <br><br> <u>ORDER SCHEDULING</u> <u>SETTLEMENT CONFERENCE</u> |

IT IS ORDERED:

1. THAT a settlement conference convene in chambers before the undersigned judge on Thursday, July 26, 2007, at 9:30 a.m., at Anchorage.

2. THAT at said conference counsel shall appear with full authority to settle all issues of this litigation; and, if such is impossible to obtain, counsel shall have their clients, with full settlement authority, available in person or by telephone at the time above-specified.

DATED at Anchorage, Alaska, this Twelfth day of July 2007.

                                                  /s/
                                      James A. von der Heydt
                                      United States District Judge