IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 Civil (TMB)<br>) |

## REQUEST TO THE COURT
## RE RESCHEDULING SETTLEMENT CONFERENCE

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, request that the settlement conference currently scheduled for July 26, 2007, be rescheduled due to Defendants' counsel being out of state on previously scheduled matters. Defendants have conferred with Plaintiff's counsel regarding availability, and request that the settlement conference be moved to any date during the weeks of either August 20 or August 27, 2007.

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Request to the Court Re Rescheduling Settlement Conference                                   Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

DATED at Anchorage, Alaska this 17th day of July 2007.

EIDE, GINGRAS & PATE, P.C.
Attorneys for Defendants
Kanag'iq Construction Co., Inc. and
Western Surety Company

By:   /s/Thomas S. Gingras
       Thomas S. Gingras
       425 G Street, Suite 930
       Anchorage, AK  99501
       Phone:  (907) 279-0930
       Fax:  (907) 279-0933
       E-mail:  thomas.gingras@egpalaska.com
       Alaska Bar No.:  7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C.  That on this 17th day of July 2007, I served by

[x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK  99503

EIDE, GINGRAS & PATE, P.C.

By   /s/Donna Charter
          Donna Charter

F:\431\05\Pleadings\Rquest to Court re Settlement Conference.DOC

Request to the Court Re Rescheduling Settlement Conference                                Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)