IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. A05-170 Civil (TMB) |

## [PROPOSED ORDER]
## ORDER RESCHEDULING SETTLEMENT CONFERENCE

The Court having received Defendants' request to reschedule the settlement conference; and upon considering both Defendants' and Plaintiff's availability for rescheduling the settlement conference;

IT IS HEREBY ORDERED that said request is GRANTED, and the settlement conference is rescheduled for August ____, 2007, at _____ a.m. / p.m.

DATED at Anchorage, Alaska this _____ day of July 2007.


By:_____
James A. von der Heydt
United States District Court Judge

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Order Rescheduling Settlement Conference                                                  Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

**CERTIFICATE OF SERVICE**

That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 17th day of July 2007, I served by

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK  99503

EIDE, GINGRAS & PATE, P.C.

By___s/Donna Charter_____
       Donna Charter

F:\431\05\pleadings\Order re settlement conference.DOC

Order Rescheduling Settlement Conference  
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*  
Case No. A05-170 Civil (TMB)

Page 2 of 2