IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>           Plaintiff,<br><br>    vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Case No. 3:05-cv-00170-TMB<br>) |

## **ORDER RESCHEDULING SETTLEMENT CONFERENCE**

The Court having received Defendants' request to reschedule the settlement conference; and upon considering both Defendants' and Plaintiff's availability for rescheduling the settlement conference;

IT IS HEREBY ORDERED that said request is GRANTED, and the settlement conference is rescheduled for **Tuesday, August 21, 2007, at 9:30 a.m**.

DATED at Anchorage, Alaska this Eighteenth day of July 2007.

_____/s/_____
James A. von der Heydt
United States District Court Judge

**CERTIFICATE OF SERVICE**

**Eide, Gingras & Pate P.C.**
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

1

That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 17th day of July 2007, I served by

2

      [x] Electronically

3

a true and accurate copy of the foregoing document upon the following counsel of record:

4

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK  99503

5

EIDE, GINGRAS & PATE, P.C.

6

By  s/Donna Charter
        Donna Charter

7

F:\431\05\pleadings\Order re settlement conference.DOC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Eide, Gingras & Pate P.C.**
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Order Rescheduling Settlement Conference
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)