```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

*GMW FIRE PROTECTION, INC., EX REL*     v.    *KANAG'IQ CONSTRUCTION CO., INC.*

                                              Case No. 3:05-CV-00170-TMB

          THE HONORABLE JAMES A. VON DER HEYDT, DISTRICT JUDGE

Appearances
     Plaintiff: Sarah J. Tugman
     Defendant: Thomas S. Gingras

l. christensen, secretary

---

**ORDER FROM CHAMBERS**

      Settlement Conference held. No settlement possible at this time in the absence of factual decisions on the question of modification and how the sub-contract should be interpreted.

      Any party may move for continued settlement conference at any time prior to trial.

DATED:   August 22, 2007                   by:   lsc