IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>     Plaintiff,<br> vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. A05-170 Civil (TMB)<br>) |

**[PROPOSED ORDER]**

**ORDER GRANTING MOTION FOR RECONSIDERATION, MOTION TO CHANGE TRIAL DATE OR, IN THE ALTERNATIVE, MOTION FOR TRIAL SETTING CONFERENCE**

This matter comes before the Court on Defendants' Motion for Reconsideration, Motion to Change Trial Date or, In the Alternative, Motion for Trial Setting Conference. Having considered the motion and any opposition thereto, the motion is GRANTED. The new trial date in this matter is:

 The week of _____, 2008; or, in the alternative,

 A trial setting conference is scheduled for _____, 2007.

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Order Granting Motion for Reconsideration, Motion to Change Trial Date or, In the Alternative,   Page 1 of 2
Motion for Trial Setting Conference
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

DATED at Anchorage, Alaska this _____ day of October 2007.

By:_____
The Honorable Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 1st day of October 2007, I served

[x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By  /s/Donna Charter

F:\431\05\pleadings\mot to change trial date order.DOC

Order Granting Motion for Reconsideration, Motion to Change Trial Date or, In the Alternative, Motion for Trial Setting Conference
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)                                                                          Page 2 of 2

**Eide &Gingras., P.C.**
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax