IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation, </br></br>                Plaintiff,</br>   vs.</br></br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,</br></br>                Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)   Case No. A05-170 Civil (TMB)</br>) |

**MOTION FOR SHORTENED TIME**

Defendants KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their attorneys, Eide & Gingras, P.C., move for consideration on a shortened time schedule of its Motion for Reconsideration, Motion to Change Trial Date or, In the Alternative, Motion for Trial Setting Conference. Defendants make this motion pursuant to United States District Court Local Rule 7.2(c). This motion is unopposed and is accompanied by the attached Affidavit of Counsel.

DATED at Anchorage, Alaska this 2nd day of October 2007.

                                      EIDE, GINGRAS & PATE, P.C.
                                      Attorneys for Defendants
                                      Kanag'iq Construction Co., Inc. and
                                      Western Surety Company

                                      By:   /s/Thomas S. Gingras

Motion for Shortened Time                                                                                   Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

*Eide & Gingras, P.C.*
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Thomas S. Gingras
425 G Street, Suite 930
Anchorage, AK  99501
Phone:  (907) 279-0930
Fax:  (907) 279-0933
E-mail:  thomas.gingras@egpalaska.com
Alaska Bar No.:  7811098

CERTIFICATE OF SERVICE

I am a legal secretary employed by the law firm of Eide & Gingras, P.C.  That on this 2nd day of October 2007, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\pleadings\mot shortened time motion.DOC

Motion for Shortened Time    Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No.  A05-170 Civil (TMB)