# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*THE UNITED STATES for the use of GMW Fire Protection, Inc.*

*v.*

*KANAG/'IQ CONSTRUCTION CO., INC.*

Case No. 3:05-cv-0170 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:     ORDER FROM CHAMBERS

On August 27, 2007 the Court reviewed the settlement conference order of Judge von der Heydt and ordered the parties to submit two mutually agreeable proposed trial dates in November and December, 2007. On September 5, 2007, Plaintiff submitted only one trial date, which the court could not accommodate. There was no misunderstanding when the court set the trial date for December 11, 2007.

Defendant now suggests five trial dates with the caveat that Plaintiff's counsel reserves "the right to object to any of the proposed trial dates." As a result, the same calendaring dilemma remains.

The parties will have one last opportunity to submit three mutually acceptable trial dates in January and February 2008. In the event the parties are unable to do so, the Court will set a trial date.

**IT IS HEREBY ORDERED:**

Defendant's Motion for consideration on shortened time at Docket 61 is **GRANTED**. Defendant's Motion for Reconsideration at Docket 60 is also **GRANTED**.

The parties are directed to confer and Plaintiff shall file three mutually acceptable trial dates with the Court on or before October 21, 2007.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: October 3, 2007