Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A-05-0170 CV (TMB) |

## MUTUALLY ACCEPTABLE TRIAL DATES

Plaintiff's and Defendant's counsel have conferred about alternative trial dates. From the list of trial dates proposed by Defendant in its Motion for Reconsideration, Plaintiff and Plaintiff's counsel can rearrange their schedules to be available for trial on the weeks of January 7, 2008, January 14, 2008, January 21, 2008, or the week of February 4, 2008, but a trial set during the week of January 28, 2008 would conflict with a three day arbitration set that week. Defendants, since the dates were proposed, no longer have availability on the week of January 7th,

2008, leaving possible dates for <u>both</u> parties during the weeks of January 14, 2008, January 21, 2008 and February 4, 2008.

    RESPECTFULLY SUBMITTED this 3rd day of September, 2007.

s/ Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd of September, 2007, a copy of the foregoing document was served electronically on Tom Gingras, attorney for Kanag'Iq Construction, Inc.

s/Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101