IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of )<br>GMW Fire Protection, Inc., an Alaska )<br>Corporation, )<br>)<br>               Plaintiff, )<br>  vs. )<br>)<br>KANAG'IQ CONSTRUCTION CO., )<br>INC., an Alaska Corporation and )<br>WESTERN SURETY COMPANY, a )<br>South Dakota Corporation, )<br>)<br>               Defendants. )<br>_____) | Case No. A05-170 Civil (TMB) |

## JOINT MOTION FOR TWO-DAY EXTENSION OF TIME

Plaintiff and Defendants, by and through their respective counsel, jointly file this motion to request two additional days to comply with all deadlines set for November 26, 2007, in the Pre-Trial order. The parties are required to meet with the case manager on November 26, 2007, to mark, inspect, and review all trial exhibits. In light of the two day holiday this week, and the fact that the case manager is out sick today, the parties respectfully request two additional days to comply with all deadlines set for November 26, 2007, in the Pre-Trial Order.

Joint Motion for Two-Day Extension of Time    Page 1 of 3
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

DATED at Anchorage, Alaska this 21st day of November 2007.

EIDE & GINGRAS, P.C.
Attorneys for Defendants
Kanag'iq Construction Co., Inc. and
Western Surety Company

By: /s/Thomas S. Gingras
    Thomas S. Gingras
    425 G Street, Suite 930
    Anchorage, AK 99501
    Phone: (907) 279-0930
    Fax: (907) 279-0933
    E-mail: thomas.gingras@egpalaska.com
    Alaska Bar No.: 7811098

DATED at Anchorage, Alaska this 21st day of November 2007.

SARAH J. TUGMAN, ESQ.
Attorney for Plaintiff
GMW Fire Protection, Inc.

By: /s/Sarah J. Tugman
    Sarah J. Tugman
    2509 Eide Street, Suite 4
    Anchorage, AK 99503
    Phone: (907) 677-7889
    Fax: (907) 6779188
    E-mail: sjtugman@gci.net
    Alaska Bar No. 8310101

Joint Motion for Two-Day Extension of Time
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 2 of 3

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 21st day of November 2007, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By  /s/Donna Charter
       Donna Charter

F:\431\05\pleadings\Joint Motion re Extension of Time.DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Joint Motion for Two-Day Extension of Time
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 3 of 3