Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>           Plaintiff,<br><br>v.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A-05-0170 CV (TMB) |

ORDER GRANTING GMW'S MOTION IN LIMINE

The Court grants GMW's motion in limine and orders Kanag'Iq not to mention, in opening argument or otherwise, or to attempt to introduce evidence to show that GMW violated any provisions of A.S. 45.50471, Alaska's Unfair Trade Practices Act, as the evidence is insufficient, as a matter of law, to establish any such claim.

Dated this __ day of _____, 2007.

MOTION IN LIMINE – PAGE 1

                                                  _____
                                                  Timothy M. Burgess
                                                  Federal District Court Judge
                                                  District of Alaska

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 26th day of November, 2007, a copy of the foregoing document was served electronically on Tom Gingras, attorney for Kanag'Iq Construction, Inc.

s/Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: <u>sjtugman@gci.net</u>
Alaska Bar No.: 8310101