SOLICITATION #
F65501-00-R0053

*22-29C*

## Part I - THE SCHEDULE
## SECTION B
## BID SCHEDULE/ BASE YEAR
## PROJECT FXSB 99-1500
## FIRE PROTECTION REQUIREMENTS

**ESTIMATED QUANTITIES:**

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0001 | Package Submittal | 264 | SPR | $ 10.00 | $ 2,640.00 |
| 0002 | Water Flow Test | 1 | EA | $ 272.00 | $ 272.00 |
| 0003 | Remove/Re-Install Existing Fence | 50 | LF | $ - | $ - |
| 0004 | Remove/Replace Asphalt Pavement | 100 | SY | $ - | $ - |
| 0005 | Crushed Aggregate Base Course | 100 | CY | $ - | $ - |
| 0006 | Concrete Slab & Footing Removal | 300 | LF | $ - | $ - |
| 0007 | Concrete Floor Slab, Inside | 25 | CY | $ - | $ - |
| 0008 | Remove/Replace Sidewalk | 10 | SY | $ - | $ - |
| 0009 | Remove/Replace Curb & Gutter | 4 | LF | $ - | $ - |
| 0010 | Sand Bedding | 60 | CY | $ - | $ - |
| 0011 | Sand Bedding, Inside Building | 20 | CY | $ - | $ - |
| 0012 | Topsoil | 500 | SY | $ - | $ - |
| 0013 | Grass | 500 | SY | $ - | $ - |
| 0014 | Pavement Markings for Roads | 50 | LF | $ - | $ - |
| 0015 | Pipe Bollards | 12 | EA | $ - | $ - |
| 0016 | Trench Excavation (up to 8' ) | 50 | LF | $ - | $ - |
| 0017 | Trench Excavation (over 8' to 10' ) | 100 | LF | $ - | $ - |
| 0018 | Trench Excavation (over 10' to 12') | 200 | LF | $ - | $ - |
| 0019 | Trench Excavation (over 12' to 14') | 100 | LF | $ - | $ - |
| 0020 | Trench Inside Building (up to 8' ) | 10 | LF | $ - | $ - |
| 0021 | Trench Inside Building ( over 8' to 10' ) | 10 | LF | $ - | $ - |
| 0022 | Trench Inside Building (over 10' to 12') | 10 | LF | $ - | $ - |
| 0023 | Trench Inside Building (over 12' to 14') | 10 | LF | $ - | $ - |
| 0024 | Fire Hydrant | 1 | EA | $ - | $ - |
| 0025 | Gate Valve with Box, 6-inch | 3 | EA | $ - | $ - |
| 0026 | Gate Valve with Indicator Post, 6" | 3 | EA | $ - | $ - |
| 0027 | Tapping Sleeve & Valve, 6" X 6" | 1 | EA | $ - | $ - |
| 0028 | Tapping Sleeve & Valve, 8" X 6" | 1 | EA | $ - | $ - |
| 0029 | Tapping Sleeve & Valve, 10" X 6" | 1 | EA | $ - | $ - |
| 0030 | Tapping Sleeve & Valve, 12" X 6" | 1 | EA | $ - | $ - |
| 0031 | Tapping Sleeve & Valve, 14" X 6" | 1 | EA | $ - | $ - |
| 0032 | Tee, Ductile Iron, 6" X 6" | 1 | EA | $ - | $ - |
| 0033 | Tee, Ductile Iron, 8" X 6" | 1 | EA | $ - | $ - |
| 0034 | Tee, Ductile Iron, 10" X 6" | 1 | EA | $ - | $ - |
| 0035 | Tee, Ductile Iron, 12" X 6" | 1 | EA | $ - | $ - |
| 0036 | Tee, Ductile Iron, 14" X 6" | 1 | EA | $ - | $ - |
| 0037 | Bends, 45 Degree, Ductile Iron, 6" | 3 | EA | $ - | $ - |
| 0038 | Bends, 22.5 Degree, Ductile Iron, 6" | 3 | EA | $ - | $ - |
| 0039 | Bends, 90 Deg., Duct. Iron, 6" | 3 | EA | $ - | $ - |
| 0040 | Bends, 90 Deg., Duct. Iron, 6", Inside | 3 | EA | $ - | $ - |
| 0041 | Pipe, Ductile Iron, 6" | 300 | LF | $ - | $ - |
| 0042 | Pipe, Ductile Iron, 6", Inside Bldg. | 30 | LF | $ - | $ - |

EXHIBIT 4
Page 1 of 18

00879

SOLICITATION #
F65501-00-R0053

**ESTIMATED QUANTITIES:**

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0043 | Remove Existing Buried Transite Pipe | 20 | LF | $ - | $ - |
| 0044 | Remove Existing Buried Pipe | 20 | LF | $ - | $ - |
| 0045 | Test Fuel Contaminated Soil | 2 | EA | $ - | $ - |
| 0046 | Remediation of Fuel Containated Soil | 15 | TON | $ - | $ - |
| 0047 | Pit Run Gravel | 15 | TON | $ - | $ - |
| 0048 | Remove/Reinstall Ceiling Tiles | 1000 | SF | $ - | $ - |
| 0049 | 1" Black Nipple, to 12" | 100 | EA | $ 10.50 | $ 1,050.00 |
| 0050 | 1" Black Nipple, over 12" to 24" | 99 | EA | $ 11.50 | $ 1,138.50 |
| 0051 | Pipe, Black, Sch 40, 1.00" | 420 | LF | $ 10.50 | $ 4,410.00 |
| 0052 | Pipe, Black, Sch 40, 1.25" | 0 | LF | $ 11.50 | $ - |
| 0053 | Pipe, Black, Sch 40, 1.50" | 1750 | LF | $ 12.50 | $ 21,875.00 |
| 0054 | Pipe, Black, Sch 40, 2.00" | 42 | LF | $ 14.50 | $ 609.00 |
| 0055 | Pipe, Black, Sch 10, 2.50" | 0 | LF | $ - | $ - |
| 0056 | Pipe, Black, Sch 10, 3.00" | 380 | LF | $ 21.50 | $ 8,170.00 |
| 0057 | Pipe, Black, Sch 10, 4.00" | 42 | LF | $ 21.50 | $ 903.00 |
| 0058 | Pipe, Black, Sch 10, 6.00" | 400 | LF | $ - | $ - |
| 0059 | Tee, Straight, 1.00" | 10 | EA | $ 59.00 | $ 590.00 |
| 0060 | Tee, Straight, 1.25" | 40 | EA | $ - | $ - |
| 0061 | Tee, Straight, 1.50" | 17 | EA | $ 70.75 | $ 1,202.75 |
| 0062 | Tee, Straight, 2.00" | 2 | EA | $ 87.55 | $ 175.10 |
| 0063 | Tee, Straight, Grooved, 2.50" | 0 | EA | $ - | $ - |
| 0064 | Tee, Straight, Grooved, 3.00" | 4 | EA | $ 80.10 | $ 320.40 |
| 0065 | Tee, Straight, Grooved, 4.00" | 2 | EA | $ 80.10 | $ 160.20 |
| 0066 | Tee, Straight, Grooved, 6.00" | 3 | EA | $ - | $ - |
| 0067 | Tee, Reducing, 1.00" | 20 | EA | $ - | $ - |
| 0068 | Tee, Reducing, 1.25" | 0 | EA | $ 63.50 | $ - |
| 0069 | Tee, Reducing, 1.50" | 280 | EA | $ 70.75 | $ 19,810.00 |
| 0070 | Tee, Reducing, 2.00" | 17 | EA | $ 87.55 | $ 1,488.35 |
| 0071 | Tee, Reducing, Grooved, 2.50" | 10 | EA | $ - | $ - |
| 0072 | Tee, Reducing, Grooved, 3.00" | 10 | EA | $ - | $ - |
| 0073 | Tee, Reducing, Grooved, 4.00" | 10 | EA | $ - | $ - |
| 0074 | Tee, Reducing, Grooved, 6.00" | 3 | EA | $ - | $ - |
| 0075 | Ells, Straight, 1.00" | 100 | EA | $ 38.72 | $ 3,872.00 |
| 0076 | Ells, Straight, 1.25" | 40 | EA | $ - | $ - |
| 0077 | Ells, Straight, 1.50" | 20 | EA | $ 58.23 | $ 1,164.60 |
| 0078 | Ells, Straight, 2.00" | 6 | EA | $ 58.23 | $ 349.38 |
| 0079 | Ells, Straight, Grooved, 2.50" | 30 | EA | $ - | $ - |
| 0080 | Ells, Straight, Grooved, 3.00" | 10 | EA | $ 79.00 | $ 790.00 |
| 0081 | Ells, Straight, Grooved, 4.00" | 4 | EA | $ 79.00 | $ 316.00 |
| 0082 | Ells, Straight, Grooved, 6.00" | 10 | EA | $ - | $ - |
| 0083 | Ells, Reducing, 1.00" | 30 | EA | $ - | $ - |
| 0084 | Ells, Reducing, 1.25" | 30 | EA | $ - | $ - |
| 0085 | Ells, Reducing, 1.50" | 30 | EA | $ - | $ - |
| 0086 | Ells, Reducing, 2.00" | 30 | EA | $ - | $ - |
| 0087 | Concentric Reducers, 1.00" | 163 | EA | $ 35.00 | $ 5,705.00 |
| 0088 | Concentric Reducers, 1.25" | 50 | EA | $ - | $ - |
| 0089 | Concentric Reducers, 1.50" | 30 | EA | $ - | $ - |
| 0090 | Concentric Reducers, 2.00" | 30 | EA | $ - | $ - |

EXHIBIT 4

Page 2 of 18

00880

SOLICITATION #
F65501-00-R0053

## ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0091 | Concentric Reducers, Grooved, 2.50" | 10 | EA | $ - | $ - |
| 0092 | Concentric Reducers, Grooved, 3.00" | 10 | EA | $ - | $ - |
| 0093 | Concentric Reducers, Grooved, 4.00" | 10 | EA | $ - | $ - |
| 0094 | Concentric Reducers, Grooved, 6.00" | 4 | EA | $ - | $ - |
| 0095 | Plugs, 1.00" | 10 | EA | $ - | $ - |
| 0096 | Plugs, 1.25" | 10 | EA | $ - | $ - |
| 0097 | Plugs, 1.50" | 10 | EA | $ - | $ - |
| 0098 | Plugs, 2.00" | 10 | EA | $ - | $ - |
| 0099 | Caps, 1.00" | 15 | EA | $ - | $ - |
| 0100 | Caps, 1.25" | 15 | EA | $ - | $ - |
| 0101 | Caps, 1.50" | 15 | EA | $ - | $ - |
| 0102 | Caps, 2.00" | 15 | EA | $ - | $ - |
| 0103 | Caps, Grooved, 2.50" | 15 | EA | $ - | $ - |
| 0104 | Caps, Grooved, 3.00" | 6 | EA | $ 80.10 | $ 480.60 |
| 0105 | Caps, Grooved, 4.00" | 0 | EA | $ 80.10 | $ - |
| 0106 | Caps, Grooved, 6.00" | 6 | EA | $ - | $ - |
| 0107 | 1" Galvanized Nipple, to 12" | 10 | EA | $ - | $ - |
| 0108 | 1" Galvanized Nipple, over 12 to 24" | 6 | EA | $ - | $ - |
| 0109 | Pipe, Galvanized, Sch 40, 1.00" | 100 | LF | $ - | $ - |
| 0110 | Pipe, Galvanized, Sch 40, 1.25" | 100 | LF | $ - | $ - |
| 0111 | Pipe, Galvanized, Sch 40, 1.50 | 100 | LF | $ - | $ - |
| 0112 | Pipe, Galvanized, Sch 40, 2.00" | 60 | LF | $ - | $ - |
| 0113 | Pipe, Galvanized, Sch 40, 2.50" | 40 | LF | $ - | $ - |
| 0114 | Pipe, Galvanized, Sch 40, 3.00" | 40 | LF | $ - | $ - |
| 0115 | Pipe, Galvanized, Sch 40, 4.00" | 40 | LF | $ - | $ - |
| 0116 | Pipe, Galvanized, Sch 40, 6.00" | 20 | LF | $ - | $ - |
| 0117 | Tee, Galvanized, Straight 1.00" | 12 | EA | $ - | $ - |
| 0118 | Tee, Galvanized, Straight 1.25" | 10 | EA | $ - | $ - |
| 0119 | Tee, Galvanized, Straight 1.50" | 10 | EA | $ - | $ - |
| 0120 | Tee, Galvanized, Straight 2.00" | 8 | EA | $ - | $ - |
| 0121 | Tee, Galvanized, Reducing, 1.00" | 20 | EA | $ - | $ - |
| 0122 | Tee, Galvanized, Reducing, 1.25" | 20 | EA | $ - | $ - |
| 0123 | Tee, Galvanized, Reducing, 1.50" | 8 | EA | $ - | $ - |
| 0124 | Tee, Galvanized, Reducing, 2.00" | 8 | EA | $ - | $ - |
| 0125 | Ells, Galvanized, Straight, 1.00" | 12 | EA | $ - | $ - |
| 0126 | Ells, Galvanized, Straight, 1.25" | 10 | EA | $ - | $ - |
| 0127 | Ells, Galvanized, Straight, 1.50" | 10 | EA | $ - | $ - |
| 0128 | Ells, Galvanized, Straight, 2.00" | 8 | EA | $ - | $ - |
| 0129 | Ells, Galvanized, Reducing, 1.00" | 12 | EA | $ - | $ - |
| 0130 | Ells, Galvanized, Reducing, 1.25" | 10 | EA | $ - | $ - |
| 0131 | Ells, Galvanized, Reducing, 1.50" | 10 | EA | $ - | $ - |
| 0132 | Ells, Galvanized, Reducing, 2.00" | 8 | EA | $ - | $ - |
| 0133 | Concentric Reducers, Galvanized, 1.00" | 20 | EA | $ - | $ - |
| 0134 | Concentric Reducers, Galvanized, 1.25" | 20 | EA | $ - | $ - |
| 0135 | Concentric Reducers, Galvanized, 1.50" | 10 | EA | $ - | $ - |
| 0136 | Concentric Reducers, Galvanized, 2.00" | 10 | EA | $ - | $ - |
| 0137 | Caps Galvanized, 1.00" | 6 | EA | $ - | $ - |
| 0138 | Caps Galvanized, 1.25" | 4 | EA | $ - | $ - |

EXHIBIT 4
Page 3 of 18
00881

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | | DOLLAR AMOUNT | |
|---|---|---|---|---|---|---|---|
| | ESTIMATED QUANTITIES: | | | | | | |
| 0139 | Caps Galvanized, 1.50" | 4 | EA | $ | - | $ | - |
| 0140 | Caps Galvanized, 2.00" | 4 | EA | $ | - | $ | - |
| 0141 | Plugs, Galvanized, 1.00" | 4 | EA | $ | - | $ | - |
| 0142 | Plugs, Galvanized, 1.25" | 4 | EA | $ | - | $ | - |
| 0143 | Plugs, Galvanized, 1.50" | 4 | EA | $ | - | $ | - |
| 0144 | Plugs, Galvanized, 2.00" | 4 | EA | $ | - | $ | - |
| 0145 | Flanges, Grooved, 2.50" | 2 | EA | $ | - | $ | - |
| 0146 | Flanges, Grooved, 3.00" | 2 | EA | $ | - | $ | - |
| 0147 | Flanges, Grooved, 4.00" | 6 | EA | $ | 100.00 | $ | 600.00 |
| 0148 | Flanges, Grooved, 6.00" | 4 | EA | $ | - | $ | - |
| 0149 | Valve OS&Y 1.50" | 1 | EA | $ | - | $ | - |
| 0150 | Valve OS&Y 2.00" | 1 | EA | $ | - | $ | - |
| 0151 | Valve OS&Y 2.50" | 1 | EA | $ | - | $ | - |
| 0152 | Valve OS&Y 3.00" | 1 | EA | $ | - | $ | - |
| 0153 | Valve OS&Y 4.00" | 1 | EA | $ | 410.00 | $ | 410.00 |
| 0154 | Valve OS&Y 6.00" | 4 | EA | $ | - | $ | - |
| 0155 | Inspector's Test Valve | 1 | EA | $ | 70.00 | $ | 70.00 |
| 0156 | Check Valve & Ball Drip 4.00" | 1 | EA | $ | 450.00 | $ | 450.00 |
| 0157 | Alarm Valve & Trim 3.00" | 1 | EA | $ | - | $ | - |
| 0158 | Alarm Valve & Trim 4.00" | 1 | EA | $ | 2,000.00 | $ | 2,000.00 |
| 0159 | Alarm Valve & Trim 6.00" | 3 | EA | $ | - | $ | - |
| 0160 | Dry Valve & Trim 3.00" | 1 | EA | $ | - | $ | - |
| 0161 | Dry Valve & Trim 4.00" | 1 | EA | $ | - | $ | - |
| 0162 | Dry Valve & Trim 6.00" | 1 | EA | $ | - | $ | - |
| 0163 | Air Compressor Small | 1 | EA | $ | - | $ | - |
| 0164 | Air Compressor Medium | 1 | EA | $ | - | $ | - |
| 0165 | Air Pressure Maintenance Device | 2 | EA | $ | - | $ | - |
| 0166 | Pressure Switch | 1 | EA | $ | 125.00 | $ | 125.00 |
| 0167 | Low Pressure Alarm Device | 2 | EA | $ | - | $ | - |
| 0168 | Tamper Switch | 3 | EA | $ | 100.00 | $ | 300.00 |
| 0169 | Sprinkler Cabinet, 6 Heads | 1 | EA | $ | 150.00 | $ | 150.00 |
| 0170 | Fire Dept. Connection, 4"x2.5"x2.5" | 1 | EA | $ | 350.00 | $ | 350.00 |
| 0171 | Backflow Prevention Assembly, 4" | 1 | EA | $ | - | $ | - |
| 0172 | Backflow Prevention Assembly, 6" | 1 | EA | $ | 3,750.00 | $ | 3,750.00 |
| 0173 | Brass Upright or Pendant Sprinkler | 221 | EA | $ | 37.50 | $ | 8,287.50 |
| 0174 | Chrome Pendant Sprinkler | 1 | EA | $ | - | $ | - |
| 0175 | Chrome Sidewall Sprinkler | 40 | EA | $ | 37.50 | $ | 1,500.00 |
| 0176 | Brass Sidewall Sprinkler | 0 | EA | $ | 37.50 | $ | - |
| 0177 | Quick Response Sprinkler | 0 | EA | $ | 37.50 | $ | - |
| 0178 | Sprinkler Head Escutcheon, Chrome | 40 | EA | $ | 5.00 | $ | 200.00 |
| 0179 | Sprinkler Pipe Escutcheon, Chrome | 45 | EA | $ | 5.00 | $ | 225.00 |
| 0180 | Sprinkler Guard, Bright Zinc | 18 | EA | $ | 4.50 | $ | 81.00 |
| 0181 | Dry Pendant Spr., 1" to 12" Length | 3 | EA | $ | 102.00 | $ | 306.00 |
| 0182 | Dry Pendant Spr., 13" to 24" Length | 0 | EA | $ | - | $ | - |
| 0183 | Sway Brace, 2-way | 20 | EA | $ | 90.00 | $ | 1,800.00 |
| 0184 | Sway Brace, 4-way | 6 | EA | $ | 110.00 | $ | 660.00 |
| 0185 | Wall Pen, Conc/Mas, 1"-2" Pipe | 10 | EA | $ | 125.00 | $ | 1,250.00 |
| 0186 | Wall Pen, Conc./Mas, 2.5"-4" Pipe | 40 | EA | $ | 150.00 | $ | 6,000.00 |

EXHIBIT 4

Page 4 of 16

00882

SOLICITATION #
F65501-00-R0053

ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0187 | Wall Pen, Conc/Mas, 6" Pipe | 4 | EA | $ - | $ - |
| 0188 | Wall Pen, No Conc/Mas, 1"-2" Pipe | 12 | EA | $ - | $ - |
| 0189 | Wall Pen, No Conc/Mas, 2.5"-4" Pipe | 30 | EA | $ - | $ - |
| 0190 | Wall Pen, No Conc/Mas, 6" Pipe | 4 | EA | $ - | $ - |
| 0191 | Thread-O-Let, 1.0" | 50 | EA | $ - | $ - |
| 0192 | Thread-O-Let, 1.25" | 20 | EA | $ - | $ - |
| 0193 | Thread-O-Let, 1.50" | 65 | EA | $ 79.00 | $ 5,135.00 |
| 0194 | Thread-O-Let, 2.00" | 0 | EA | $ 103.90 | $ - |
| 0195 | Paint Sprinkler Piping, to 4" | 600 | LF | $ - | $ - |
| 0196 | Paint Sprinkler Piping, 6" | 150 | LF | $ - | $ - |
| 0197 | Survey/Submit Fire Alarm Design | 50,000 | SF | $ - | $ - |
| 0198 | Fire Control Panel, 2 Zone | 1 | EA | $ - | $ - |
| 0199 | Fire Control Panel, 4 Zone | 3 | EA | $ - | $ - |
| 0200 | Fire Control Panel, 8 Zone | 2 | EA | $ - | $ - |
| 0201 | Fire Control Panel, 12 Zone | 1 | EA | $ - | $ - |
| 0202 | Fire Control Panel, 16 Zone | 1 | EA | $ - | $ - |
| 0203 | Monaco BT2-8E Transceiver | 2 | EA | $ - | $ - |
| 0204 | Emerg. Power Supply, 24 Hour | 2 | EA | $ - | $ - |
| 0205 | Emerg. Power Supply, 36 Hour | 1 | EA | $ - | $ - |
| 0206 | Emerg. Power Supply, 48 Hour | 1 | EA | $ - | $ - |
| 0207 | Ionization Det, W/Battery Backup | 5 | EA | $ - | $ - |
| 0208 | Ionization Det, Rec. Ceiling Fixture | 2 | EA | $ - | $ - |
| 0209 | Ionization Detector Releasing Unit | 10 | EA | $ - | $ - |
| 0210 | Ionization Det, Self-Contained | 40 | EA | $ - | $ - |
| 0211 | Ionization Det, Air Duct | 4 | EA | $ - | $ - |
| 0212 | Ionization Det, Air Duct, Self Cont. | 2 | EA | $ - | $ - |
| 0213 | Thermal Det, 136 thru 190 Fixed Temp | 100 | EA | $ - | $ - |
| 0214 | Thermal Det, 15 Deg Rate of Rise | 2 | EA | $ - | $ - |
| 0215 | Thermal Detector, Ceiling Fixture | 2 | EA | $ - | $ - |
| 0216 | Thermal Detector Releasing Unit | 10 | EA | $ - | $ - |
| 0217 | Pull Station, Standard | 12 | EA | $ - | $ - |
| 0218 | Pull Station, Weatherproof | 1 | EA | $ - | $ - |
| 0219 | Remote Annunciator Panel, 2 Zone | 1 | EA | $ - | $ - |
| 0220 | Remote Annunciator Panel, 4 Zone | 1 | EA | $ - | $ - |
| 0221 | Remote Annunciator Panel, 8 Zone | 1 | EA | $ - | $ - |
| 0222 | Remote Annunciator Panel, 12 Zone | 1 | EA | $ - | $ - |
| 0223 | Remote Annunciator Panel, 16 Zone | 1 | EA | $ - | $ - |
| 0224 | Power Failure Annunciator | 2 | EA | $ - | $ - |
| 0225 | Remote Alarm Lamp, 1 Unit | 1 | EA | $ - | $ - |
| 0226 | Remote Alarm Lamp, 2 Unit | 1 | EA | $ - | $ - |
| 0227 | Remote Alarm Lamp, 4 Unit | 1 | EA | $ - | $ - |
| 0228 | Remote Alarm Lamp, 8 Unit | 1 | EA | $ - | $ - |
| 0229 | Remote Alarm Lamp, 12 Unit | 1 | EA | $ - | $ - |
| 0230 | Relay Base with Remote LED | 30 | EA | $ - | $ - |
| 0231 | Alarm Bell, 10" | 2 | EA | $ - | $ - |
| 0232 | Alarm Bell, 10 " with Visual Strobe | 1 | EA | $ - | $ - |
| 0233 | Alarm Horn, Standard | 1 | EA | $ - | $ - |
| 0234 | Alarm Horn, with Visual Strobe | 24 | EA | $ - | $ - |

EXHIBIT 4
Page 5 of 18
00883

SOLICITATION #
F65501-00-R0053

ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0235 | Alarm Horn, Weatherproof | 2 | EA | $        - | $        - |
| 0236 | Alarm Horn, Explosioproof | 2 | EA | $        - | $        - |
| 0237 | Alarm Horn, Minihorn/Strobe | 12 | EA | $        - | $        - |
| 0238 | Visual Strobe, Standard | 1 | EA | $        - | $        - |
| 0239 | Visual Strobe, Weatherproof | 2 | EA | $        - | $        - |
| 0240 | Visual Strobe, Explosionproof | 2 | EA | $        - | $        - |
| 0241 | Wire #12 THHN/THWN/XHHW | 5000 | LF | $ | $ |
| 0242 | Wire #14 THHN/THWN/XHHW | 1500 | LF | $ | $ |
| 0243 | #12-2 Shielded Cable | 1500 | LF | $ | $ |
| 0244 | Conduit 1/2" EMT | 1700 | LF | $        - | $        - |
| 0245 | Conduit 3/4" EMT | 800 | LF | $        - | $        - |
| 0246 | Flexible Metal Conduit, 1/2" | 125 | LF | $        - | $        - |
| 0247 | Flexible Metal Conduit, 3/4" | 125 | LF | $        - | $        - |
| 0248 | Rigid Metal Conduit, 1/2" | 80 | LF | $        - | $        - |
| 0249 | Rigid Metal Conduit, 3/4" | 80 | LF | $        - | $        - |
| 0250 | Juction Box (4S) W/Fittings | 100 | EA | $        - | $        - |
| 0251 | Explosionproof Seal Off, 1/2" | 4 | EA | $        - | $        - |
| 0252 | Explosionproof Seal Off, 3/4" | 4 | EA | $        - | $        - |
| 0253 | Explosionproof LB/LL/LR, 1/2" | 4 | EA | $        - | $        - |
| 0254 | Explosionproof LB/LL/LR, 3/4" | 4 | EA | $        - | $        - |
| 0255 | Surface Metal Raceway | 100 | LF | $        - | $        - |
| 0256 | Surface Junction/Device Boxes | 25 | EA | $        - | $        - |
| 0257 | Concrete Drill (or Core) 1" Diam. | 6 | EA | $        - | $        - |
| 0258 | Concrete Drill (or Core) 1-1/2" Diam. | 6 | EA | $        - | $        - |
| 0259 | Paint Conduit | 120 | LF | $        - | $        - |
| 0260 | Asbestos Work Plan | 1 | EA | $        - | $        - |
| 0261 | Lead Work Plan | 1 | EA | $        - | $        - |
| 0262 | Asbestos Air Sampling | 2 | DAY | $        - | $        - |
| 0263 | Remove/Replace Gypsum Wallboard | 500 | SF | $        - | $        - |
| 0264 | Remove Vinyl Asbestos Tile & Mastic | 100 | SF | $        - | $        - |
| 0265 | Remove 24" x 24" ACM Ceiling Tile | 100 | SF | $        - | $        - |
| 0266 | Remove 24" x 48" ACM Ceiling Tile | 100 | SF | $        - | $        - |
| 0267 | Asbestos Item Sampling and Analysis | 4 | EA | $        - | $        - |
| 0268 | Lead Item Sampling and Analysis | 4 | EA | $        - | $        - |
| 0269 | Remove Interior Wall with LBP | 100 | SF | $        - | $        - |
| 0270 | Remove Interior Ceiling with LBP | 200 | SF | $        - | $        - |
| 0271 | Remove Trim W/LBP, to 6" Wide | 40 | LF | $        - | $        - |
| 0272 | Remove Trim W/LBP, to 12" Wide | 20 | LF | $        - | $        - |
| 0273 | Remove LBP from Steel Surfaces | 10 | SF | $        - | $        - |
| 0274 | Remove Pipe W/LBP, to 2" Diameter | 50 | LF | $        - | $        - |
| 0275 | Remove Pipe W/LBP, 2.5" to 4" Diam. | 50 | LF | $        - | $        - |
| 0276 | Install New Exit Signs | 20 | EA | $        - | $        - |
| 0277 | Remove Existing Exit Signs | 20 | EA | $        - | $        - |
| 0278 | Wall Penetration W/Asbestos & LBP | 200 | EA | $        - | $        - |
| 0279 | Sprinkler riser building | 35 | EA | $        - | $        - |
| 0280 | Bond Cost | | | $ | |

EXHIBIT   4
Page   6   of   18
00884

SOLICITATION #
F65501-00-R0053

**ESTIMATED QUANTITIES:**

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|--------|-------------|----------|------|---------------------|---------------|
| ESTIMATED TOTAL | | Line Numbers | | 0001 - 0280 | $ 111,141.38 |

EXHIBIT 4
Page 7 of 18

00885

SOLICITATION #
F65501-00-R0053

## Part I - THE SCHEDULE
## SECTION B
## BID SCHEDULE/ BASE YEAR
## PROJECT FXSB 99-1500
## FIRE PROTECTION REQUIREMENTS

ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0001 | Package Submittal | 0 | SPR | $ 10.00 | $ - |
| 0002 | Water Flow Test | 0 | EA | $ 272.00 | $ - |
| 0003 | Remove/Re-Install Existing Fence | 50 | LF | $ - | $ - |
| 0004 | Remove/Replace Asphalt Pavement | 100 | SY | $ - | $ - |
| 0005 | Crushed Aggregate Base Course | 100 | CY | $ - | $ - |
| 0006 | Concrete Slab & Footing Removal | 300 | LF | $ - | $ - |
| 0007 | Concrete Floor Slab, Inside | 25 | CY | $ - | $ - |
| 0008 | Remove/Replace Sidewalk | 10 | SY | $ - | $ - |
| 0009 | Remove/Replace Curb & Gutter | 4 | LF | $ - | $ - |
| 0010 | Sand Bedding | 60 | CY | $ - | $ - |
| 0011 | Sand Bedding, Inside Building | 20 | CY | $ - | $ - |
| 0012 | Topsoil | 500 | SY | $ - | $ - |
| 0013 | Grass | 500 | SY | $ - | $ - |
| 0014 | Pavement Markings for Roads | 50 | LF | $ - | $ - |
| 0015 | Pipe Bollards | 12 | EA | $ - | $ - |
| 0016 | Trench Excavation (up to 8' ) | 50 | LF | $ - | $ - |
| 0017 | Trench Excavation (over 8' to 10' ) | 100 | LF | $ - | $ - |
| 0018 | Trench Excavation (over 10' to 12') | 200 | LF | $ - | $ - |
| 0019 | Trench Excavation (over 12' to 14') | 100 | LF | $ - | $ - |
| 0020 | Trench Inside Building (up to 8' ) | 10 | LF | $ - | $ - |
| 0021 | Trench Inside Building ( over 8' to 10' ) | 10 | LF | $ - | $ - |
| 0022 | Trench Inside Building (over 10' to 12') | 10 | LF | $ - | $ - |
| 0023 | Trench Inside Building (over 12' to 14') | 10 | LF | $ - | $ - |
| 0024 | Fire Hydrant | 1 | EA | $ - | $ - |
| 0025 | Gate Valve with Box, 6-inch | 3 | EA | $ - | $ - |
| 0026 | Gate Valve with Indicator Post, 6" | 3 | EA | $ - | $ - |
| 0027 | Tapping Sleeve & Valve, 6" X 6" | 1 | EA | $ - | $ - |
| 0028 | Tapping Sleeve & Valve, 8" X 6" | 1 | EA | $ - | $ - |
| 0029 | Tapping Sleeve & Valve, 10" X 6" | 1 | EA | $ - | $ - |
| 0030 | Tapping Sleeve & Valve, 12" X 6" | 1 | EA | $ - | $ - |
| 0031 | Tapping Sleeve & Valve, 14" X 6" | 1 | EA | $ - | $ - |
| 0032 | Tee, Ductile Iron, 6" X 6" | 1 | EA | $ - | $ - |
| 0033 | Tee, Ductile Iron, 8" X 6" | 1 | EA | $ - | $ - |
| 0034 | Tee, Ductile Iron, 10" X 6" | 1 | EA | $ - | $ - |
| 0035 | Tee, Ductile Iron, 12" X 6" | 1 | EA | $ - | $ - |

EXHIBIT 4
Page 8 of 18
00886

SOLICITATION #
F65501-00-R0053

## ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0036 | Tee, Ductile Iron, 14" X 6" | 1 | EA | $ - | $ - |
| 0037 | Bends, 45 Degree, Ductile Iron, 6" | 3 | EA | $ - | $ - |
| 0038 | Bends, 22.5 Degree, Ductile Iron, 6" | 3 | EA | $ - | $ - |
| 0039 | Bends, 90 Deg., Duct. Iron, 6" | 3 | EA | $ - | $ - |
| 0040 | Bends, 90 Deg., Duct. Iron, 6", Inside | 3 | EA | $ - | $ - |
| 0041 | Pipe, Ductile Iron, 6" | 300 | LF | $ - | $ - |
| 0042 | Pipe, Ductile Iron, 6", Inside Bldg, | 30 | LF | $ - | $ - |
| 0043 | Remove Existing Buried Transite Pipe | 20 | LF | $ - | $ - |
| 0044 | Remove Existing Buried Pipe | 20 | LF | $ - | $ - |
| 0045 | Test Fuel Contaminated Soil | 2 | EA | $ - | $ - |
| 0046 | Remediation of Fuel Containated Soil | 15 | TON | $ - | $ - |
| 0047 | Pit Run Gravel | 15 | TON | $ - | $ - |
| 0048 | Remove/Reinstall Ceiling Tiles | 1000 | SF | $ - | $ - |
| 0049 | 1" Black Nipple, to 12" | 0 | EA | $ 10.50 | $ - |
| 0050 | 1" Black Nipple, over 12" to 24" | 0 | EA | $ 11.50 | $ - |
| 0051 | Pipe, Black, Sch 40, 1.00" | 0 | LF | $ 10.50 | $ - |
| 0052 | Pipe, Black, Sch 40, 1.25" | 0 | LF | $ 11.50 | $ - |
| 0053 | Pipe, Black, Sch 40, 1.50" | 0 | LF | $ 12.50 | $ - |
| 0054 | Pipe, Black, Sch 40, 2.00" | 0 | LF | $ 14.50 | $ - |
| 0055 | Pipe, Black, Sch 10, 2.50" | 0 | LF | $ 17.50 | $ - |
| 0056 | Pipe, Black, Sch 10, 3.00" | 0 | LF | $ 18.50 | $ - |
| 0057 | Pipe, Black, Sch 10, 4.00" | 0 | LF | $ 21.50 | $ - |
| 0058 | Pipe, Black, Sch 10, 6.00" | 0 | LF | $ 37.50 | $ - |
| 0059 | Tee, Straight, 1.00" | 0 | EA | $ 59.00 | $ - |
| 0060 | Tee, Straight, 1.25" | 0 | EA | $ 63.50 | $ - |
| 0061 | Tee, Straight, 1.50" | 0 | EA | $ 70.75 | $ - |
| 0062 | Tee, Straight, 2.00" | 0 | EA | $ 87.55 | $ - |
| 0063 | Tee, Straight, Grooved, 2.50" | 0 | EA | $ 46.65 | $ - |
| 0064 | Tee, Straight, Grooved, 3.00" | 0 | EA | $ 58.67 | $ - |
| 0065 | Tee, Straight, Grooved, 4.00" | 0 | EA | $ 80.10 | $ - |
| 0066 | Tee, Straight, Grooved, 6.00" | 0 | EA | $ 144.90 | $ - |
| 0067 | Tee, Reducing, 1.00" | 0 | EA | $ 59.00 | $ - |
| 0068 | Tee, Reducing, 1.25" | 0 | EA | $ 63.50 | $ - |
| 0069 | Tee, Reducing, 1.50" | 0 | EA | $ 70.75 | $ - |
| 0070 | Tee, Reducing, 2.00" | 0 | EA | $ 87.55 | $ - |
| 0071 | Tee, Reducing, Grooved, 2.50" | 0 | EA | $ 46.65 | $ - |
| 0072 | Tee, Reducing, Grooved, 3.00" | 0 | EA | $ 58.67 | $ - |
| 0073 | Tee, Reducing, Grooved, 4.00" | 0 | EA | $ 80.10 | $ - |
| 0074 | Tee, Reducing, Grooved, 6.00" | 0 | EA | $ 144.90 | $ - |
| 0075 | Ells, Straight, 1.00" | 0 | EA | $ 38.72 | $ - |

EXHIBIT 4
Page 9 of 18
00887

SOLICITATION #
F65501-00-R0053

Page 3 of 8

ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|--------|-------------|----------|------|---------------------|---------------|
| 0076 | Ells, Straight, 1.25" | 0 | EA | $ 45.94 | $ - |
| 0077 | Ells, Straight, 1.50" | 0 | EA | $ 50.76 | $ - |
| 0078 | Ells, Straight, 2.00" | 0 | EA | $ 58.23 | $ - |
| 0079 | Ells, Straight, Grooved, 2.50" | 0 | EA | $ 34.45 | $ - |
| 0080 | Ells, Straight, Grooved, 3.00" | 0 | EA | $ 45.98 | $ - |
| 0081 | Ells, Straight, Grooved, 4.00" | 0 | EA | $ 50.00 | $ - |
| 0082 | Ells, Straight, Grooved, 6.00" | 0 | EA | $ 105.00 | $ - |
| 0083 | Ells, Reducing, 1.00" | 0 | EA | $ 38.72 | $ - |
| 0084 | Ells, Reducing, 1.25" | 0 | EA | $ 45.94 | $ - |
| 0085 | Ells, Reducing, 1.50" | 0 | EA | $ 50.76 | $ - |
| 0086 | Ells, Reducing, 2.00" | 0 | EA | $ 58.23 | $ - |
| 0087 | Concentric Reducers, 1.00" | 0 | EA | $ 35.00 | $ - |
| 0088 | Concentric Reducers, 1.25" | 0 | EA | $ 39.00 | $ - |
| 0089 | Concentric Reducers, 1.50" | 0 | EA | $ 42.62 | $ - |
| 0090 | Concentric Reducers, 2.00" | 0 | EA | $ 48.90 | $ - |
| 0091 | Concentric Reducers, Grooved, 2.50" | 0 | EA | $ 33.80 | $ - |
| 0092 | Concentric Reducers, Grooved, 3.00" | 0 | EA | $ 39.00 | $ - |
| 0093 | Concentric Reducers, Grooved, 4.00" | 0 | EA | $ 45.00 | $ - |
| 0094 | Concentric Reducers, Grooved, 6.00" | 0 | EA | $ 75.00 | $ - |
| 0095 | Plugs, 1.00" | 0 | EA | $ 18.00 | $ - |
| 0096 | Plugs, 1.25" | 0 | EA | $ 20.00 | $ - |
| 0097 | Plugs, 1.50" | 0 | EA | $ 22.00 | $ - |
| 0098 | Plugs, 2.00" | 0 | EA | $ 25.00 | $ - |
| 0099 | Caps, 1.00" | 0 | EA | $ 18.00 | $ - |
| 0100 | Caps, 1.25" | 0 | EA | $ 20.00 | $ - |
| 0101 | Caps, 1.50" | 0 | EA | $ 22.00 | $ - |
| 0102 | Caps, 2.00" | 0 | EA | $ 25.00 | $ - |
| 0103 | Caps, Grooved, 2.50" | 0 | EA | $ 20.00 | $ - |
| 0104 | Caps, Grooved, 3.00" | 0 | EA | $ 22.00 | $ - |
| 0105 | Caps, Grooved, 4.00" | 0 | EA | $ 25.00 | $ - |
| 0106 | Caps, Grooved, 6.00" | 0 | EA | $ 27.00 | $ - |
| 0107 | 1" Galvanized Nipple, to 12" | 0 | EA | $ 11.65 | $ - |
| 0108 | 1" Galvanized Nipple, over 12 to 24" | 0 | EA | $ 13.50 | $ - |
| 0109 | Pipe, Galvanized, Sch 40, 1.00" | 0 | EA | $ 13.50 | $ - |
| 0110 | Pipe, Galvanized, Sch 40, 1.25" | 0 | LF | $ 14.50 | $ - |
| 0111 | Pipe, Galvanized, Sch 40, 1.50 | 0 | LF | $ 15.50 | $ - |
| 0112 | Pipe, Galvanized, Sch 40, 2.00" | 0 | LF | $ 20.00 | $ - |
| 0113 | Pipe, Galvanized, Sch 40, 2.50" | 0 | LF | $ 23.04 | $ - |
| 0114 | Pipe, Galvanized, Sch 40, 3.00" | 0 | LF | $ 25.50 | $ - |
| 0115 | Pipe, Galvanized, Sch 40, 4.00" | 0 | LF | $ 28.50 | $ - |

EXHIBIT 4
Page 10 of 18

00888

SOLICITATION #
F65501-00-R0053

ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0116 | Pipe, Galvanized, Sch 40, 6.00" | 0 | LF | $ 45.00 | $ - |
| 0117 | Tee, Galvanized, Straight 1.00" | 0 | EA | $ 59.50 | $ - |
| 0118 | Tee, Galvanized, Straight 1.25" | 0 | EA | $ 63.50 | $ - |
| 0119 | Tee, Galvanized, Straight 1.50" | 0 | EA | $ 70.75 | $ - |
| 0120 | Tee, Galvanized, Straight 2.00" | 0 | EA | $ 87.55 | $ - |
| 0121 | Tee, Galvanized, Reducing, 1.00" | 0 | EA | $ 61.50 | $ - |
| 0122 | Tee, Galvanized, Reducing, 1.25" | 0 | EA | $ 64.50 | $ - |
| 0123 | Tee, Galvanized, Reducing, 1.50" | 0 | EA | $ 71.75 | $ - |
| 0124 | Tee, Galvanized, Reducing, 2.00" | 0 | EA | $ 89.50 | $ - |
| 0125 | Ells, Galvanized, Straight, 1.00" | 0 | EA | $ 38.72 | $ - |
| 0126 | Ells, Galvanized, Straight, 1.25" | 0 | EA | $ 45.94 | $ - |
| 0127 | Ells, Galvanized, Straight, 1.50" | 0 | EA | $ 50.76 | $ - |
| 0128 | Ells, Galvanized, Straight, 2.00" | 0 | EA | $ 58.23 | $ - |
| 0129 | Ells, Galvanized, Reducing, 1.00" | 0 | EA | $ 38.72 | $ - |
| 0130 | Ells, Galvanized, Reducing, 1.25" | 0 | EA | $ 45.94 | $ - |
| 0131 | Ells, Galvanized, Reducing, 1.50" | 0 | EA | $ 50.76 | $ - |
| 0132 | Ells, Galvanized, Reducing, 2.00" | 0 | EA | $ 58.23 | $ - |
| 0133 | Concentric Reducers, Galvanized, 1.00" | 0 | EA | $ 37.50 | $ - |
| 0134 | Concentric Reducers, Galvanized, 1.25" | 0 | EA | $ 43.30 | $ - |
| 0135 | Concentric Reducers, Galvanized, 1.50" | 0 | EA | $ 47.36 | $ - |
| 0136 | Concentric Reducers, Galvanized, 2.00" | 0 | EA | $ 54.32 | $ - |
| 0137 | Caps Galvanized, 1.00" | 0 | EA | $ 18.99 | $ - |
| 0138 | Caps Galvanized, 1.25" | 0 | EA | $ 20.94 | $ - |
| 0139 | Caps Galvanized, 1.50" | 0 | EA | $ 22.64 | $ - |
| 0140 | Caps Galvanized, 2.00" | 0 | EA | $ 25.91 | $ - |
| 0141 | Plugs, Galvanized, 1.00" | 0 | EA | $ 18.99 | $ - |
| 0142 | Plugs, Galvanized, 1.25" | 0 | EA | $ 20.94 | $ - |
| 0143 | Plugs, Galvanized, 1.50" | 0 | EA | $ 22.64 | $ - |
| 0144 | Plugs, Galvanized, 2.00" | 0 | EA | $ 25.91 | $ - |
| 0145 | Flanges, Grooved, 2.50" | 0 | EA | $ 90.00 | $ - |
| 0146 | Flanges, Grooved, 3.00" | 0 | EA | $ 90.00 | $ - |
| 0147 | Flanges, Grooved, 4.00" | 0 | EA | $ 100.00 | $ - |
| 0148 | Flanges, Grooved, 6.00" | 0 | EA | $ 125.00 | $ - |
| 0149 | Valve OS&Y 1.50" | 0 | EA | $ 125.00 | $ - |
| 0150 | Valve OS&Y 2.00" | 0 | EA | $ 235.00 | $ - |
| 0151 | Valve OS&Y 2.50" | 0 | EA | $ 275.00 | $ - |
| 0152 | Valve OS&Y 3.00" | 0 | EA | $ 285.00 | $ - |
| 0153 | Valve OS&Y 4.00" | 0 | EA | $ 410.00 | $ - |
| 0154 | Valve OS&Y 6.00" | 0 | EA | $ 750.00 | $ - |
| 0155 | Inspector's Test Valve | 0 | EA | $ 70.00 | $ - |

EXHIBIT 4

SOLICITATION #
F65501-00-R0053

ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0156 | Check Valve & Ball Drip 4.00" | 0 | EA | $ 450.00 | $ - |
| 0157 | Alarm Valve & Trim 3.00" | 0 | EA | $ 1,900.00 | $ - |
| 0158 | Alarm Valve & Trim 4.00" | 0 | EA | $ 2,000.00 | $ - |
| 0159 | Alarm Valve & Trim 6.00" | 0 | EA | $ 2,100.00 | $ - |
| 0160 | Dry Valve & Trim 3.00" | 0 | EA | $ 2,750.00 | $ - |
| 0161 | Dry Valve & Trim 4.00" | 0 | EA | $ 2,750.00 | $ - |
| 0162 | Dry Valve & Trim 6.00" | 0 | EA | $ 3,000.00 | $ - |
| 0163 | Air Compressor Small | 0 | EA | $ 950.00 | $ - |
| 0164 | Air Compressor Medium | 0 | EA | $ 1,250.00 | $ - |
| 0165 | Air Pressure Maintenance Device | 0 | EA | $ 500.00 | $ - |
| 0166 | Pressure Switch | 0 | EA | $ 125.00 | $ - |
| 0167 | Low Pressure Alarm Device | 0 | EA | $ 125.00 | $ - |
| 0168 | Tamper Switch | 0 | EA | $ 100.00 | $ - |
| 0169 | Sprinkler Cabinet, 6 Heads | 0 | EA | $ 150.00 | $ - |
| 0170 | Fire Dept. Connection, 4"x2.5"x2.5" | 0 | EA | $ 350.00 | $ - |
| 0171 | Backflow Prevention Assembly, 4" | 0 | EA | $ 2,500.00 | $ - |
| 0172 | Backflow Prevention Assembly, 6" | 0 | EA | $ 3,750.00 | $ - |
| 0173 | Brass Upright or Pendant Sprinkler | 0 | EA | $ 25.00 | $ - |
| 0174 | Chrome Pendant Sprinkler | 0 | EA | $ 35.00 | $ - |
| 0175 | Chrome Sidewall Sprinkler | 0 | EA | $ 35.00 | $ - |
| 0176 | Brass Sidewall Sprinkler | 0 | EA | $ 35.00 | $ - |
| 0177 | Quick Response Sprinkler | 0 | EA | $ 37.50 | $ - |
| 0178 | Sprinkler Head Escutcheon, Chrome | 0 | EA | $ 5.00 | $ - |
| 0179 | Sprinkler Pipe Escutcheon, Chrome | 0 | EA | $ 3.50 | $ - |
| 0180 | Sprinkler Guard, Bright Zinc | 0 | EA | $ 4.50 | $ - |
| 0181 | Dry Pendant Spr., 1" to 12" Length | 0 | EA | $ 102.00 | $ - |
| 0182 | Dry Pendant Spr., 13" to 24" Length | 0 | EA | $ 125.00 | $ - |
| 0183 | Sway Brace, 2-way | 0 | EA | $ 90.00 | $ - |
| 0184 | Sway Brace, 4-way | 0 | EA | $ 110.00 | $ - |
| 0185 | Wall Pen, Conc/Mas, 1"-2" Pipe | 0 | EA | $ 125.00 | $ - |
| 0186 | Wall Pen, Conc./Mas, 2.5"-4" Pipe | 0 | EA | $ 150.00 | $ - |
| 0187 | Wall Pen, Conc/Mas, 6" Pipe | 0 | EA | $ 175.00 | $ - |
| 0188 | Wall Pen, No Conc/Mas, 1"-2" Pipe | 0 | EA | $ 39.00 | $ - |
| 0189 | Wall Pen, No Conc/Mas, 2.5"-4" Pipe | 0 | EA | $ 55.00 | $ - |
| 0190 | Wall Pen, No Conc/Mas, 6" Pipe | 0 | EA | $ 72.00 | $ - |
| 0191 | Thread-O-Let, 1.0" | 0 | EA | $ 65.00 | $ - |
| 0192 | Thread-O-Let, 1.25" | 0 | EA | $ 71.00 | $ - |
| 0193 | Thread-O-Let, 1.50" | 0 | EA | $ 79.00 | $ - |
| 0194 | Thread-O-Let, 2.00" | 0 | EA | $ 103.90 | $ - |
| 0195 | Paint Sprinkler Piping, to 4" | 600 | LF | $ - | $ - |

Base Year: Page 5

EXHIBIT 4
Page 12 of 18
00890

## ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0196 | Paint Sprinkler Piping, 6" | 150 | LF | $ - | $ - |
| 0197 | Survey/Submit Fire Alarm Design | 25,000 | SF | $ 0.25 | $ 6,250.00 |
| 0198 | Fire Control Panel, 1 Zone | 0 | EA | $ 1,200.00 | $ - |
| 0199 | Fire Control Panel, 2 Zone | 0 | EA | $ 1,200.00 | $ - |
| 0200 | Fire Control Panel, 4 Zone | 0 | EA | $ 1,480.50 | $ - |
| 0201 | Fire Control Panel, 8 Zone | 1 | EA | $ 2,425.50 | $ 2,425.50 |
| 0202 | Fire Control Panel, 12 Zone | 0 | EA | $ 2,600.00 | $ - |
| 0203 | Fire Control Panel, 16 Zone | 0 | EA | $ 2,900.00 | $ - |
| 0204 | Monaco BT2-8E Transceiver | 1 | EA | $ 5,950.00 | $ 5,950.00 |
| 0205 | Emerg. Power Supply, 24 Hour | 2 | EA | $ 1,745.00 | $ 3,490.00 |
| 0206 | Emerg. Power Supply, 36 Hour | 0 | EA | $ 1,745.00 | $ - |
| 0207 | Emerg. Power Supply, 48 Hour | 0 | EA | $ 1,745.00 | $ - |
| 0208 | Ionization Det, W/Battery Backup | 0 | EA | $ 73.08 | $ - |
| 0209 | Ionization Det, Rec. Ceiling Fixture | 1 | EA | $ 73.08 | $ 73.08 |
| 0210 | Ionization Detector Releasing Unit | 0 | EA | $ 96.00 | $ - |
| 0211 | Ionization Det, Self-Contained | 0 | EA | $ 59.00 | $ - |
| 0212 | Ionization Det, Air Duct | 0 | EA | $ 275.00 | $ - |
| 0213 | Ionization Det, Air Duct, Self Cont. | 0 | EA | $ 295.00 | $ - |
| 0214 | Thermal Det, 136 thru 190 Fixed Temp | 1 | EA | $ 75.00 | $ 75.00 |
| 0215 | Thermal Det, 15 Deg Rate of Rise | 0 | EA | $ 75.00 | $ - |
| 0216 | Thermal Detector, Ceiling Fixture | 0 | EA | $ 75.00 | $ - |
| 0217 | Thermal Detector Releasing Unit | 0 | EA | $ 100.00 | $ - |
| 0218 | Flame Det, Ultra-Violet Type | 0 | EA | $ 2,200.00 | $ - |
| 0219 | Flame Det, Std 3, 10, or 30s Delay | 0 | EA | $ 2,200.00 | $ - |
| 0220 | Flame Detector, Ceiling Fixture | 0 | EA | $ 2,200.00 | $ - |
| 0221 | Pull Station, Standard | 3 | EA | $ 100.00 | $ 300.00 |
| 0222 | Pull Station, Weatherproof | 0 | EA | $ 195.00 | $ - |
| 0223 | Remote Annunciator Panel, 1 Zone | 0 | EA | $ 295.00 | $ - |
| 0224 | Remote Annunciator Panel, 2 Zone | 0 | EA | $ 295.00 | $ - |
| 0225 | Remote Annunciator Panel, 4 Zone | 0 | EA | $ 310.00 | $ - |
| 0226 | Remote Annunciator Panel, 8 Zone | 1 | EA | $ 340.00 | $ 340.00 |
| 0227 | Remote Annunciator Panel, 12 Zone | 0 | EA | $ 550.00 | $ - |
| 0228 | Remote Annunciator Panel, 16 Zone | 0 | EA | $ 837.90 | $ - |
| 0229 | Power Failure Annunciator | 0 | EA | $ 497.70 | $ - |
| 0230 | Remote Alarm Lamp, 1 Unit | 0 | EA | $ 65.00 | $ - |
| 0231 | Remote Alarm Lamp, 2 Unit | 0 | EA | $ 76.00 | $ - |
| 0232 | Remote Alarm Lamp, 8 Unit | 0 | EA | $ 92.00 | $ - |
| 0233 | Remote Alarm Lamp, 12 Unit | 0 | EA | $ 106.00 | $ - |
| 0234 | Relay Base with Remote LED | 0 | EA | $ 86.00 | $ - |
| 0235 | Alarm Bell, 8" | 0 | EA | $ 118.00 | |

EXHIBIT 4

SOLICITATION #
F65501-00-R0053

ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0236 | Alarm Bell, 8" with Visual Strobe | 0 | EA | $ 185.00 | $ - |
| 0237 | Alarm Bell, 10" | 0 | EA | $ 118.00 | $ - |
| 0238 | Alarm Bell, 10 " with Visual Strobe | 0 | EA | $ 185.00 | $ - |
| 0239 | Alarm Horn, Standard | 0 | EA | $ 119.70 | $ - |
| 0240 | Alarm Horn, with Visual Strobe | 3 | EA | $ 185.00 | $ 555.00 |
| 0241 | Alarm Horn, Weatherproof | 0 | EA | $ 195.00 | $ - |
| 0242 | Alarm Horn, Explosioproof | 13 | EA | $ 775.00 | $ 10,075.00 |
| 0243 | Alarm Horn, Minihorn/Strobe | 0 | EA | $ 185.00 | $ - |
| 0244 | Visual Strobe, Standard | 1 | EA | $ 175.00 | $ 175.00 |
| 0245 | Visual Strobe, Weatherproof | 0 | EA | $ 185.00 | $ - |
| 0246 | Visual Strobe, Explosionproof | 18 | EA | $ 775.00 | $ 13,950.00 |
| 0247 | Wire #12 THHN/THWN/XHHW | 0 | LF | $ 0.40 | $ - |
| 0248 | Wire #14 THHN/THWN/XHHW | 12000 | LF | $ 0.56 | $ 6,720.00 |
| 0249 | #12-2 Shielded Cable | 0 | LF | $ 0.75 | $ - |
| 0250 | Conduit 1/2" EMT | 0 | LF | $ 2.90 | $ - |
| 0251 | Conduit 3/4" EMT | 0 | LF | $ 3.75 | $ - |
| 0252 | Flexible Metal Conduit, 1/2" | 0 | LF | $ 2.75 | $ - |
| 0253 | Flexible Metal Conduit, 3/4" | 0 | LF | $ 3.45 | $ - |
| 0254 | Rigid Metal Conduit, 1/2" | 0 | LF | $ 5.65 | $ - |
| 0255 | Rigid Metal Conduit, 3/4" | 2000 | LF | $ 6.75 | $ 13,500.00 |
| 0256 | Juction Box (4S) W/Fittings | 20 | EA | $ 25.00 | $ 500.00 |
| 0257 | Explosionproof Seal Off, 1/2" | 0 | EA | $ 35.50 | $ - |
| 0258 | Explosionproof Seal Off, 3/4" | 100 | EA | $ 42.50 | $ 4,250.00 |
| 0259 | Explosionproof LB/LL/LR, 1/2" | 0 | EA | $ 50.50 | $ - |
| 0260 | Explosionproof LB/LL/LR, 3/4" | 82 | EA | $ 56.50 | $ 4,633.00 |
| 0261 | Surface Metal Raceway | 0 | LF | $ 31.50 | $ - |
| 0262 | Surface Junction/Device Boxes | 0 | EA | $ 17.65 | $ - |
| 0263 | Concrete Drill (or Core) 1" Diam. | 0 | EA | $ 68.00 | $ - |
| 0264 | Concrete Drill (or Core) 1-1/2" Diam. | 15 | EA | $ 80.00 | $ 1,200.00 |
| 0265 | Paint Conduit | 0 | LF | $ - | $ - |
| 0266 | Asbestos Work Plan | 0 | EA | $ - | $ - |
| 0267 | Lead Work Plan | 0 | EA | $ - | $ - |
| 0268 | Asbestos Air Sampling | 0 | DAY | $ - | $ - |
| 0269 | Remove Sprayed-On Building Ins. | 100 | SF | $ - | $ - |
| 0270 | Remove/Replace Gypsum Wallboard | 500 | SF | $ - | $ - |
| 0271 | Remove Vinyl Asbestos Tile & Mastic | 100 | SF | $ - | $ - |
| 0272 | Remove 24" x 24" ACM Ceiling Tile | 100 | SF | $ - | $ - |
| 0273 | Remove 24" x 48" ACM Ceiling Tile | 100 | SF | $ - | $ - |
| 0274 | Asbestos Item Sampling and Analysis | 4 | EA | $ - | $ - |
| 0275 | Lead Item Sampling and Analysis | 4 | EA | $ - | $ - |

EXHIBIT 4

00892

## ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0276 | Remove Interior Wall with LBP | 100 | SF | $ - | $ - |
| 0277 | Remove Interior Ceiling with LBP | 200 | SF | $ - | $ - |
| 0278 | Remove Trim W/LBP, to 6" Wide | 40 | LF | $ - | $ - |
| 0279 | Remove Trim W/LBP, to 12" Wide | 20 | LF | $ - | $ - |
| 0280 | Remove LBP from Steel Surfaces | 10 | SF | $ - | $ - |
| 0281 | Remove Sheet Metal Duct with LBP | 40 | LF | $ - | $ - |
| 0282 | Remove Pipe W/LBP, to 2" Diameter | 50 | LF | $ - | $ - |
| 0283 | Remove Pipe W/LBP, 2.5" to 4" Diam. | 50 | LF | $ - | $ - |
| 0284 | Install New Exit Signs | 0 | EA | $ 150.00 | $ - |
| 0285 | Remove Existing Exit Signs | 16 | EA | $ 75.00 | $ 1,200.00 |



| ESTIMATED TOTAL | Line Numbers | 0001 - 0285 | $ 75,661.58 |
|---|---|---|---|

EXHIBIT 4
Page 15 of 18
00893



# Invoice

## Fire Protection Specialists

7910 King Street
Anchorage, Alaska 99518
Phone: 907.336.5000  Fax: 907.336.5050

**BILL TO**

Kanag'Iq Construction Co., Inc.
3950 Mountain View Dr.
Anchorage, AK  99508

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|------|-----------|-------|----------|---------|
| 10/25/2002 | Z2-29C #1 | Net 30 | 11/24/2002 | Z2-29C Ammunitions Bldg |

| SERVICED | DESCRIPTION | AMOUNT |
|----------|-------------|--------|
| 10/25/2002 | *Installation of Sprinkler and Fire Alarm Systems - 100% Engineering* | *10,000.00* |
| | *CONTRACT AMOUNT: $186,803.00* | |
| | *This Billing:       $10,000.00* | |
| | *Balance to Bill:    $176,803.00* | |

KANAG'IQ CONSTRUCTION CO., INC.

17195

GMW Fire Protection Inc.                                          2/21/2003

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 02/21/2003 | Bill | SP#1 1030E M.maint | 10,000.00 | 10,000.00 | | 10,000.00 |
| | | | | Check Amount | | 10,000.00 |

Northrim Bank          Missle Maint Bldg-Job#1030E WO#5005 SP#1                    10,000.00

Please remit payment to 7910 King Street, Anchorage, AK.  99518     **Total**     *$10,000.00*

) charges may be accrued to your account at the rate
of 1.5% per month on the unpaid balance.

EXHIBIT 4
Page 16 of 18

00876



# Invoice

## Fire Protection Specialists

7910 King Street
Anchorage, Alaska 99518
Phone: 907.336.5000  Fax: 907.336.5050

**BILL TO**

**Kanag'Iq Construction Co., Inc.**
**3950 Mountain View Dr.**
**Anchorage, AK  99508**

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|---|---|---|---|---|
| 12/25/2002 | Z2-29C #2 | Net 30 | 1/24/2003 | Z2-29C Ammunitions Bldg |

| SERVICED | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/25/2002 | *Installation of Sprinkler and Fire Alarm Systems - 100% Materials & 85% Installation* | 163,540.00 |
| | *CONTRACT AMOUNT:$186,803.00* | |
| | *This Billing:*          *$163,540.00* | |
| | *Balance to Bill:*       *$13,263.00* | |

KANAG'IQ CONSTRUCTION CO., INC.

GMW Fire Protection Inc.                                                              17314

| Date | Type | Reference | Original Amt. | Balance Due | 3/17/2003 Discount | Payment |
|---|---|---|---|---|---|---|
| 02/21/2003 | Bill | SP#2/final Job#1030E | 176,803.00 | 176,803.00 | | 176,803.00 |

Check Amount          176,803.00

Northrim Bank          Missle Maint Bldg-Job#1030E WO#5005 SP#2                    176,803.00

_____

charges may be accrued to your account at the rate of
% per month on the unpaid balance.

EXHIBIT 4
Page 17 of 18

**00877**



# Invoice

## Fire Protection Specialists

7910 King Street
Anchorage, Alaska 99518
Phone: 907.336.5000   Fax: 907.336.5050

**BILL TO**

Kanag'Iq Construction Co., Inc.
3950 Mountain View Dr.
Anchorage, AK  99508

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|------|-----------|-------|----------|---------|
| 2/25/2003 | Z2-29C #3 | Net 30 | 3/27/2003 | Z2-29C Ammunitions Bldg |

| SERVICED | DESCRIPTION | AMOUNT |
|----------|-------------|--------|
| 2/25/2003 | *Installation of Sprinkler & Fire Alarm System - 100% Complete* | 13,263.00 |
| | CONTRACT AMOUNT:$186,803.00<br>*This Billing:*          $13,263.00<br>*Total Billed:*          $186,803.00 | |

*pd*
*CK #17314*
*posted*
*3.17.03*

Please remit payment to 7910 King Street, Anchorage, AK.  99518

| | **Total** | **$13,263.00** |
|---|---|---|

Late charges may be accrued to your account at the rate of
5% per month on the unpaid balance.

EXHIBIT  4
Page  18  of  18

00878