# Invoice



6670 Wes Way
Anchorage, Alaska 99518
Phone: 907.336.5000   Fax: 907.336.5050

**BILL TO**

Kanag'Iq Construction Co., Inc.
527 East 4th Avenue
Anchorage, AK  99501

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|---|---|---|---|---|
| 6/25/2004 | Z3-34C #3 | Net 30 | 7/25/2004 | Z3-34C EAFB 381st Intell Del 5008 |

| SERVICED | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/25/2004 | *Installation of Fire Alarm System - 20% Complete*<br><br>CONTRACT AMOUNT: $452,067.50<br>Previous Billing:      $30,000.00<br>This Billing:           $85,000.00<br>Balance to Bill:      $337,067.50 | 85,000.00 |

Please remit payment to 6670 Wes Way, Anchorage, AK  99518

| Total | $85,000.00 |
|---|---|

Late charges may be accrued to your account at the rate of 1.5% per month on the unpaid balance.

EXHIBIT 5
Page 1 of 2
01973

# Invoice



6670 Wes Way
Anchorage, Alaska 99518
Phone: 907.336.5000   Fax: 907.336.5050

**BILL TO**

Kanag'Iq Construction Co., Inc.
527 East 4th Avenue
Anchorage, AK  99501

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|---|---|---|---|---|
| 8/25/2004 | Z3-34C #4 | Net 30 | 9/24/2004 | Z3-34C EAFB 381st Intell Del 5008 |

| SERVICED | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/25/2004 | Installation of Fire Alarm System - 35% Complete | 23,000.00 |
|  | Revised Contract Amount: $395,617.50 |  |
|  | Previous Billing:           $115,000.00 |  |
|  | This Billing:                 $23,000.00 |  |
|  | Balance to Bill:            $257,617.50 |  |

Please remit payment to 6670 Wes Way, Anchorage, AK. 99518

**Total**    $23,000.00

Late charges may be accrued to your account at the rate of
1.5% per month on the unpaid balance.

EXHIBIT  5
Page   2 of 2
01977