# FAX COVER SHEET



**Date** 9/19/03

**Number of pages including cover sheet** 3

**TO:** Phil Young
Kanag'Iq

**Subject** Deliver Order 5015
Fire Requirements

**Phone** 258-5879
**Fax Phone** 258-5896

**FROM:** Steve Frere
3rd Civil Engineer Sq.
3CES/CECCM
6326 Arctic Warrior Dr.
Elmendorf AFB AK 99506

**Phone** COM: (907) 552-5599
DSN: (317) 552-5599
**Fax Phone** COM: (907) 552-3256
DSN: (317) 552-3256

**CC:**

**REMARKS:** ☐ Urgent   ☒ For your review   ☐ Reply ASAP   ☐ Please Comment

Phil
Joint Estimate—please sign and fax back. This will be an interesting one.
DO 5015: $200K
Steve

REQUEST FOR FILING

| JOB# | 1030 |
|---|---|
| JOB NAME | Fire Requirement |
| FILE NAME | Pending |
| REQUESTOR | Phill |
| DATE | 9/19/03 |

UNCLASSIFIED

EXHIBIT 7
Page 1 of 37
202734

Contract # F65501-00-D0010 

Page 1 of 2

## FIRE PROTECTION REQUIREMENTS

| DELIVERY ORDER NO.: | 5015 | DATE: | 19-Sep-03 |
|---|---|---|---|
| WORK AREA: | 16322 | BY: | Frere |
| | | PROJECT NO. | 96-1661 |

**SCOPE OF WORK:** Install Fire Suppression System, Civil Air Patrol

**PERFORMANCE TIME:** 365 Days

| Item | Description | Qty | Unit | Unit Price | Total |
|---|---|---|---|---|---|
| 2001 | Package Submittal | 70 | SPR | $ 15.58 | $ 1,090.60 |
| 2002 | Water Flow Test | 4 | EA | $ 423.58 | $ 1,694.32 |
| 2012 | Topsoil | 100 | SY | $ 4.44 | $ 444.00 |
| 2013 | Grass | 100 | SY | $ 2.67 | $ 267.00 |
| 2019 | Trench Excavation (over 12' to 14') | 100 | LF | $ 79.30 | $ 7,930.00 |
| 2025 | Gate Valve with Box, 6-inch | 1 | EA | $ 1,201.66 | $ 1,201.66 |
| 2026 | Gate Valve with Indicator Post, 6" | 1 | EA | $ 376.16 | $ 376.16 |
| 2032 | Tee, Ductile Iron, 6" X 6" | 1 | EA | $ 431.17 | $ 431.17 |
| 2039 | Bends, 90 Deg., Duct. Iron, 6" | 2 | EA | $ 382.14 | $ 764.28 |
| 2041 | Pipe, Ductile Iron, 6" | 100 | LF | $ 37.20 | $ 3,720.00 |
| 2048 | Remove/Reinstall Ceiling Tiles | 6900 | SF | $ 2.72 | $ 18,768.00 |
| 2051 | Pipe, Black, Sch 40, 1.00" | 300 | LF | $ 16.35 | $ 4,905.00 |
| 2052 | Pipe, Black, Sch 40, 1.25" | 100 | LF | $ 17.90 | $ 1,790.00 |
| 2053 | Pipe, Black, Sch 40, 1.50" | 200 | LF | $ 19.47 | $ 3,894.00 |
| 2054 | Pipe, Black, Sch 40, 2.00" | 100 | LF | $ 22.58 | $ 2,258.00 |
| 2056 | Pipe, Black, Sch 10, 3.00" | 20 | LF | $ 28.81 | $ 576.20 |
| 2064 | Tee, Straight, Grooved, 3.00" | 3 | EA | $ 91.36 | $ 274.08 |
| 2067 | Tee, Reducing, 1.00" | 20 | EA | $ 91.89 | $ 1,837.80 |
| 2068 | Tee, Reducing, 1.25" | 20 | EA | $ 98.88 | $ 1,977.60 |
| 2069 | Tee, Reducing, 1.50" | 20 | EA | $ 110.18 | $ 2,203.60 |
| 2070 | Tee, Reducing, 2.00" | 20 | EA | $ 136.33 | $ 2,726.60 |
| 2071 | Tee, Reducing, Grooved, 2.50" | 20 | EA | $ 72.64 | $ 1,452.80 |
| 2075 | Ells, Straight, 1.00" | 20 | EA | $ 60.29 | $ 1,205.80 |
| 2076 | Ells, Straight, 1.25" | 20 | EA | $ 71.54 | $ 1,430.80 |
| 2077 | Ells, Straight, 1.50" | 20 | EA | $ 79.05 | $ 1,581.00 |
| 2078 | Ells, Straight, 2.00" | 20 | EA | $ 90.68 | $ 1,813.60 |
| 2079 | Ells, Straight, Grooved, 2.50" | 20 | EA | $ 56.64 | $ 1,132.80 |
| 2080 | Ells, Straight, Grooved, 3.00" | 10 | EA | $ 71.61 | $ 716.10 |
| 2083 | Ells, Reducing, 1.00" | 20 | EA | $ 60.29 | $ 1,205.80 |
| 2084 | Ells, Reducing, 1.25" | 20 | EA | $ 71.54 | $ 1,430.80 |
| 2085 | Ells, Reducing, 1.50" | 20 | EA | $ 79.05 | $ 1,581.00 |
| 2086 | Ells, Reducing, 2.00" | 20 | EA | $ 90.68 | $ 1,813.60 |
| 2149 | Valve OS&Y 1.50" | 2 | EA | $ 194.66 | $ 389.32 |
| 2152 | Valve OS&Y 3.00" | 2 | EA | $ 443.82 | $ 887.64 |
| 2156 | Check Valve & Ball Drip 4.00" | 1 | EA | $ 700.78 | $ 700.78 |
| 2157 | Alarm Valve & Trim 3.00" | 1 | EA | $ 2,958.84 | $ 2,958.84 |
| 2165 | Air Pressure Maintenance Device | 1 | EA | $ 778.64 | $ 778.64 |

202735

Second Option Year: Page 1

EXHIBIT 7

Page 2 of 37

Contract #
F65501-00-D0010

Page 2 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 2166 | Pressure Switch | 1 | EA | $ | 194.66 | $ 194.66 |
| 2167 | Low Pressure Alarm Device | 1 | EA | $ | 194.66 | $ 194.66 |
| 2168 | Tamper Switch | 3 | EA | $ | 155.73 | $ 467.19 |
| 2169 | Sprinkler Cabinet, 6 Heads | 1 | EA | $ | 233.59 | $ 233.59 |
| 2170 | Fire Dept. Connection, 4"x2.5"x2.5" | 1 | EA | $ | 545.06 | $ 545.06 |
| 2171 | Backflow Prevention Assembly, 4" | 1 | EA | $ | 3,893.20 | $ 3,893.20 |
| 2177 | Quick Response Sprinkler | 70 | EA | $ | 58.40 | $ 4,088.00 |
| 2178 | Sprinkler Head Escutcheon, Chrome | 70 | EA | $ | 7.78 | $ 544.60 |
| 2183 | Sway Brace, 2-way | 6 | EA | $ | 140.16 | $ 840.96 |
| 2184 | Sway Brace, 4-way | 1 | EA | $ | 171.31 | $ 171.31 |
| 2185 | Wall Pen, Conc/Mas, 1"-2" Pipe | 10 | EA | $ | 194.66 | $ 1,946.60 |
| 2186 | Wall Pen, Conc/Mas, 2.5"-4" Pipe | 10 | EA | $ | 233.59 | $ 2,335.90 |
| 2188 | Wall Pen, No Conc/Mas, 1"-2" Pipe | 10 | EA | $ | 60.73 | $ 607.30 |
| 2189 | Wall Pen, No Conc/Mas, 2.5"-4" Pipe | 10 | EA | $ | 85.65 | $ 856.50 |
| 2197 | Survey/Submit Fire Alarm Design | 6,900 | SF | $ | 0.42 | $ 2,898.00 |
| 2202 | Fire Control Panel, 16 Zone | 1 | EA | $ | 4,316.29 | $ 4,316.29 |
| 2203 | Monaco BT2-8E Transceiver | 1 | EA | $ | 8,855.84 | $ 8,855.84 |
| 2206 | Emerg. Power Supply, 48 Hour | 1 | EA | $ | 2,356.74 | $ 2,356.74 |
| 2208 | Ionization Det, Rec. Ceiling Fixture | 1 | EA | $ | 113.81 | $ 113.81 |
| 2211 | Ionization Det, Air Duct | 2 | EA | $ | 409.30 | $ 818.60 |
| 2217 | Pull Station, Standard | 5 | EA | $ | 148.84 | $ 744.20 |
| 2224 | Power Failure Annunciator | 1 | EA | $ | 740.78 | $ 740.78 |
| 2231 | Alarm Bell, 10" | 1 | EA | $ | 175.63 | $ 175.63 |
| 2237 | Alarm Horn, Minihorn/Strobe | 12 | EA | $ | 275.35 | $ 3,304.20 |
| 2241 | Wire #12 THHN/THWN/XHHW | 1500 | FT | $ | 0.87 | $ 1,305.00 |
| 2242 | Wire #14 THHN/THWN/XHHW | 1500 | FT | $ | 0.63 | $ 945.00 |
| 2243 | #12-2 Shielded Cable | 600 | FT | $ | 1.17 | $ 702.00 |
| 2244 | Conduit 1/2" EMT | 300 | FT | $ | 4.53 | $ 1,359.00 |
| 2245 | Conduit 3/4" EMT | 300 | FT | $ | 5.85 | $ 1,755.00 |
| 2246 | Flexible Metal Conduit, 1/2" | 20 | FT | $ | 4.27 | $ 85.40 |
| 2247 | Flexible Metal Conduit, 3/4" | 20 | FT | $ | 5.37 | $ 107.40 |
| 2248 | Rigid Metal Conduit, 1/2" | 20 | FT | $ | 8.80 | $ 176.00 |
| 2249 | Rigid Metal Conduit, 3/4" | 20 | FT | $ | 10.51 | $ 210.20 |
| 2250 | Juction Box (4S) W/Fittings | 20 | EA | $ | 38.93 | $ 778.60 |
| 2257 | Concrete Drill (or Core) 1" Diam. | 5 | EA | $ | 105.89 | $ 529.45 |
| 2258 | Concrete Drill (or Core) 1-1/2" Diam. | 5 | EA | $ | 124.58 | $ 622.90 |
| 2279 | Sprinkler Riser Building | 1 | EA | $ | 9,587.34 | $ 9,587.34 |
| 2281 | Fire Pump with Controller | 1 | EA | $ | 53,200.00 | $ 53,200.00 |
| 2282 | Jockey Pump with Controller | 1 | EA | $ | 7,000.00 | $ 7,000.00 |
| 2286 | Bond Cost | NA | LS | $ | - | $ - |
| | ESTIMATED TOTAL | | | | | $ 199,925.31 |

202736

Second Option Year: Page 2

EXHIBIT 7

Page 3 of 37



# DEPARTMENT OF THE AIR FORCE
## PACIFIC AIR FORCES (PACAF)

Sep 24, 2003

3rd Contracting Squadron/LGCA
10480 22nd Street, Suite 254
Elmendorf AFB, AK 99506

KANAG'IQ CONSTRUCTION COMPANY, INC
3950 MOUNTAIN VIEW DRIVE
ANCHORAGE, AK 99508

**CONTRACT F65501-00-D0010, FIRE SUPPRESSION, REQUIREMENTS NOTICE OF AWARD: DELIVERY ORDER 5015**

The contractor will provide all labor, material, equipment and work necessary to perform the Fire Suppression requirements contract delivery order. The attached bid schedule provides the quantities required for each of the work items listed.

The performance period for this delivery order is 365 calendar days from Award. The work area will be the Civil Air Patrol building, Elmendorf AFB, AK.

A progress schedule (AF Form 3064) will be required for this delivery order. Submittals will be required in accordance with the attached AF 66. Both are due within 45 days.

In accordance with FAR 52.211-12, Liquidated Damages will be assessed in the amount of $427.05 for the first and last day of delay and $316.23 for every other day that the delivery call is not completed.

If you have any questions concerning this delivery order please contact Becky Rhodes at 552-5362.

LUCRETIA A TEITZEL
Contracting Officer

Attachment:
F65501-02-D0011/5015
AF 66 – Submittal Schedule

**RECEIVED**
SEP 2 4 2003

EXHIBIT 7
Page 4 of 37

202728

09/24/03 WED 09:30 FAX   552 7497   3rd CONS/LGCC   3 →→→ KANAG I40   ☒008

## ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 2

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. F65501-00-D-0010 | 2. DELIVERY ORDER/ CALL NO. 5015 | 3. DATE OF ORDER/CALL 2003Sep24 | 4. REQ/ PURCH. REQUEST NO. FQ500032620300 | 5. PRIORITY |
|---|---|---|---|---|

| 6. ISSUED BY   CODE FA5000 | 7. ADMINISTERED BY   CODE | 8. DELIVERY FOB |
|---|---|---|
| 3RD CONTRACTING SQUADRON/LGCA - FA5000<br>10480 22ND STREET<br>ELMENDORF AFB AK 99506 | SEE ITEM 6 | ☒ DEST<br>☐ OTHER<br>(See Schedule if other) |

| 9. CONTRACTOR   CODE 09XT8   FACILITY 09XT8 | 10. DELIVER TO FOB POINT BY (Date) SEE SCHEDULE | 11. MARK IF BUSINESS IS |
|---|---|---|
| KANAG IQ CONSTRUCTION CO. INC.<br>BILL JURY<br>3950 MOUNTAIN VIEW DRIVE<br>ANCHORAGE AK 99508 | 12. DISCOUNT TERMS Net 14 Days | ☐ SMALL<br>☒ SMALL DISADVANTAGED<br>☐ WOMEN-OWNED |
| | 13. MAIL INVOICES TO THE ADDRESS IN BLOCK<br>See Item 6 | |

| 14. SHIP TO   CODE FQ5000 | 15. PAYMENT WILL BE MADE BY   CODE F68300 | |
|---|---|---|
| 3RD CIVIL ENGINEER SQUADRON - FQ5000<br>BRETT BUSSELL / INSPECTOR<br>6326 ARTIC WARRIOR<br>ELMENDORF AFB AK 99506 | DFAS - PACIFIC OPLOC<br>DFAS-PV/FPVF<br>477 ESSEX STREET<br>PEARL HARBOR HI 96860-5806 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2. |

| 16. TYPE OF ORDER | ☒ DELIVERY/ CALL | This delivery order/call is issued on another Govt. agency or is in accordance with and subject to terms and conditions of above numbered contract. | |
|---|---|---|---|
| | ☐ PURCHASE | Reference your quote dated<br>ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME. | Furnish the following on terms specified herein. |

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD) |
|---|---|---|---|
| ☐ If this box is marked, supplier must sign Acceptance and return the following number of copies: | | | |

17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE
See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

| * If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. | 24. UNITED STATES OF AMERICA<br>BY: _Lucretia A. Tetzel_ (signature)   CONTRACTING/ ORDERING OFFICER | 25. TOTAL $199,925.31 |
|---|---|---|
| 26. QUANTITY IN COLUMN 20 HAS BEEN<br>☐ INSPECTED   ☐ RECEIVED   ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED | 27. SHIP NO.   28. DO VOUCHER NO. | 29. DIFFERENCES |
| | ☐ PARTIAL   ☐ FINAL   32. PAID BY | 30. INITIALS |
| DATE   SIGNATURE OF AUTHORIZED GOVT. REP. | 31. PAYMENT | 33. AMOUNT VERIFIED CORRECT FOR |
| 36. I certify this account is correct and proper for payment.<br>DATE   SIGNATURE AND TITLE OF CERTIFYING OFFICER | ☐ COMPLETE<br>☐ PARTIAL<br>☐ FINAL | 34. CHECK NUMBER |
| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |   35. BILL OF LADING NO. |

DD Form 1155, JAN 1998 (EG)   PREVIOUS EDITION MAY BE USED.

202729
EXHIBIT 7
Page 5 of 37

F65501-00-D-0010
5015
Page 2 of 2

### SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 199,925.31 | Dollars, U.S. | $1.00 | $199,925.31 |

FIRE PROTECTION REQUIREMENTS
FFP - Upgrade Fire Suppression System, Civil Air Patrol
NSN Z299-00-000-FIRE
MILSTRIP FQ500032620300
PURCHASE REQUEST NUMBER FQ500032620300
SIGNAL CODE A

ESTIMATED NET AMT       $199,925.31

$199,925.31

### SECTION E Inspection and Acceptance

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0003 | Destination | Government | Destination | Government |

### SECTION F Deliveries or Performance

DELIVERY INFORMATION

| CLINS | DELIVERY DATE | UNIT OF ISSUE | QUANTITY | FOB | SHIP TO ADDRESS |
|---|---|---|---|---|---|
| 0003 | POP 24-SEP-03 TO 23-SEP-04 | Dollars, U.S. | 199,925.31 | Dest. | FQ5000<br>3RD CIVIL ENGINEER SQUADRON - FQ5000<br>BRETT BUSSELL / INSPECTOR<br>6326 ARTIC WARRIOR<br>ELMENDORF AFB AK 99506 |

### SECTION G Contract Administration Data

ACCOUNTING AND APPROPRIATION DATA

AA:          5733400   303 7431 464449 010000 52295 000000 668300 F68300  WO:A93577       000000000000
AMOUNT:      $199,925.31

Contract # F65501-00-D0010

Page 1 of 2

## FIRE PROTECTION REQUIREMENTS

| DELIVERY ORDER NO.: | 5015 | | DATE: | 19-Sep-03 |
|---|---|---|---|---|
| WORK AREA: | 16322 | | BY: | Frere |
| | | | PROJECT NO. | 96-1661 |

**SCOPE OF WORK:** Upgrade Fire Suppression System, Civil Air Patrol

**PERFORMANCE TIME:** 365 Days

**ESTIMATED QUANTITIES:**

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 2001 | Package Submittal | | | | |
| 2002 | Water Flow Test | 70 | SPR | $ 15.58 | $ 1,090.60 |
| 2012 | Topsoil | 4 | EA | $ 423.58 | $ 1,694.32 |
| 2013 | Grass | 100 | SY | $ 4.44 | $ 444.00 |
| 2019 | Trench Excavation (over 12' to 14') | 100 | SY | $ 2.67 | $ 267.00 |
| 2025 | Gate Valve with Box, 6-inch | 100 | LF | $ 79.30 | $ 7,930.00 |
| 2026 | Gate Valve with Indicator Post, 6" | 1 | EA | $ 1,201.66 | $ 1,201.66 |
| 2032 | Tee, Ductile Iron, 6" X 6" | 1 | EA | $ 376.16 | $ 376.16 |
| 2039 | Bends, 90 Deg., Duct. Iron, 6" | 1 | EA | $ 431.17 | $ 431.17 |
| 2041 | Pipe, Ductile Iron, 6" | 2 | EA | $ 382.14 | $ 764.28 |
| 2048 | Remove/Reinstall Ceiling Tiles | 100 | LF | $ 37.20 | $ 3,720.00 |
| 2051 | Pipe, Black, Sch 40, 1.00" | 6900 | SF | $ 2.72 | $ 18,768.00 |
| 2052 | Pipe, Black, Sch 40, 1.25" | 300 | LF | $ 16.35 | $ 4,905.00 |
| 2053 | Pipe, Black, Sch 40, 1.50" | 100 | LF | $ 17.90 | $ 1,790.00 |
| 2054 | Pipe, Black, Sch 40, 2.00" | 200 | LF | $ 19.47 | $ 3,894.00 |
| 2056 | Pipe, Black, Sch 10, 3.00" | 100 | LF | $ 22.58 | $ 2,258.00 |
| 2064 | Tee, Straight, Grooved, 3.00" | 20 | LF | $ 28.81 | $ 576.20 |
| 2067 | Tee, Reducing, 1.00" | 3 | EA | $ 91.36 | $ 274.08 |
| 2068 | Tee, Reducing, 1.25" | 20 | EA | $ 91.89 | $ 1,837.80 |
| 2069 | Tee, Reducing, 1.50" | 20 | EA | $ 98.88 | $ 1,977.60 |
| 2070 | Tee, Reducing, 2.00" | 20 | EA | $ 110.18 | $ 2,203.60 |
| 2071 | Tee, Reducing, Grooved, 2.50" | 20 | EA | $ 136.33 | $ 2,726.60 |
| 2075 | Ells, Straight, 1.00" | 20 | EA | $ 72.64 | $ 1,452.80 |
| 2076 | Ells, Straight, 1.25" | 20 | EA | $ 60.29 | $ 1,205.80 |
| 2077 | Ells, Straight, 1.50" | 20 | EA | $ 71.54 | $ 1,430.80 |
| 2078 | Ells, Straight, 2.00" | 20 | EA | $ 79.05 | $ 1,581.00 |
| 2079 | Ells, Straight, Grooved, 2.50" | 20 | EA | $ 90.68 | $ 1,813.60 |
| 2080 | Ells, Straight, Grooved, 3.00" | 20 | EA | $ 56.64 | $ 1,132.80 |
| 2083 | Ells, Reducing, 1.00" | 10 | EA | $ 71.61 | $ 716.10 |
| 2084 | Ells, Reducing, 1.25" | 20 | EA | $ 60.29 | $ 1,205.80 |
| 2085 | Ells, Reducing, 1.50" | 20 | EA | $ 71.54 | $ 1,430.80 |
| 2086 | Ells, Reducing, 2.00" | 20 | EA | $ 79.05 | $ 1,581.00 |
| 2149 | Valve OS&Y 1.50" | 20 | EA | $ 90.68 | $ 1,813.60 |
| 2152 | Valve OS&Y 3.00" | 2 | EA | $ 194.66 | $ 389.32 |
| 2156 | Check Valve & Ball Drip 4.00" | 2 | EA | $ 443.82 | $ 887.64 |
| 2157 | Alarm Valve & Trim 3.00" | 1 | EA | $ 700.78 | $ 700.78 |
| 2165 | Air Pressure Maintenance Device | 1 | EA | $ 2,958.84 | $ 2,958.84 |
| 2166 | Pressure Switch | 1 | EA | $ 778.64 | $ 778.64 |
| 2167 | Low Pressure Alarm Device | 1 | EA | $ 194.66 | $ 194.66 |
| 2168 | Tamper Switch | 1 | EA | $ 194.66 | $ 194.66 |
| | | 3 | EA | $ 155.73 | $ 467.19 |

Second Option Year: Page 1

202731

EXHIBIT 7

Page 7 of 37

Contract #
F65501-00-D0010

Page 2 of 2

## ESTIMATED QUANTITIES

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 2169 | Sprinkler Cabinet, 6 Heads | 1 | EA | $ 233.59 | $ 233.59 |
| 2170 | Fire Dept. Connection, 4"x2.5"x2.5" | 1 | EA | $ 545.06 | $ 545.06 |
| 2171 | Backflow Prevention Assembly, 4" | 1 | EA | $ 3,893.20 | $ 3,893.20 |
| 2177 | Quick Response Sprinkler | 70 | EA | $ 58.40 | $ 4,088.00 |
| 2178 | Sprinkler Head Escutcheon, Chrome | 70 | EA | $ 7.78 | $ 544.60 |
| 2183 | Sway Brace, 2-way | 6 | EA | $ 140.16 | $ 840.96 |
| 2184 | Sway Brace, 4-way | 1 | EA | $ 171.31 | $ 171.31 |
| 2185 | Wall Pen, Conc/Mas, 1"-2" Pipe | 10 | EA | $ 194.66 | $ 1,946.60 |
| 2186 | Wall Pen, Conc./Mas, 2.5"-4" Pipe | 10 | EA | $ 233.59 | $ 2,335.90 |
| 2188 | Wall Pen, No Conc/Mas, 1"-2" Pipe | 10 | EA | $ 60.73 | $ 607.30 |
| 2189 | Wall Pen, No Conc/Mas, 2.5"-4" Pipe | 10 | EA | $ 85.65 | $ 856.50 |
| 2197 | Survey/Submit Fire Alarm Design | 6,900 | SF | $ 0.42 | $ 2,898.00 |
| 2202 | Fire Control Panel, 16 Zone | 1 | EA | $ 4,316.29 | $ 4,316.29 |
| 2203 | Monaco BT2-8E Transceiver | 1 | EA | $ 8,855.84 | $ 8,855.84 |
| 2206 | Emerg. Power Supply, 48 Hour | 1 | EA | $ 2,356.74 | $ 2,356.74 |
| 2208 | Ionization Det, Rec. Ceiling Fixture | 1 | EA | $ 113.81 | $ 113.81 |
| 2211 | Ionization Det, Air Duct | 2 | EA | $ 409.30 | $ 818.60 |
| 2217 | Pull Station, Standard | 5 | EA | $ 148.84 | $ 744.20 |
| 2224 | Power Failure Annunciator | 1 | EA | $ 740.78 | $ 740.78 |
| 2231 | Alarm Bell, 10" | 1 | EA | $ 175.63 | $ 175.63 |
| 2237 | Alarm Horn, Minihorn/Strobe | 12 | EA | $ 275.35 | $ 3,304.20 |
| 2241 | Wire #12 THHN/THWN/XHHW | 1500 | FT | $ 0.87 | $ 1,305.00 |
| 2242 | Wire #14 THHN/THWN/XHHW | 1500 | FT | $ 0.63 | $ 945.00 |
| 2243 | #12-2 Shielded Cable | 600 | FT | $ 1.17 | $ 702.00 |
| 2244 | Conduit 1/2" EMT | 300 | FT | $ 4.53 | $ 1,359.00 |
| 2245 | Conduit 3/4" EMT | 300 | FT | $ 5.85 | $ 1,755.00 |
| 2246 | Flexible Metal Conduit, 1/2" | 20 | FT | $ 4.27 | $ 85.40 |
| 2247 | Flexible Metal Conduit, 3/4" | 20 | FT | $ 5.37 | $ 107.40 |
| 2248 | Rigid Metal Conduit, 1/2" | 20 | FT | $ 8.80 | $ 176.00 |
| 2249 | Rigid Metal Conduit, 3/4" | 20 | FT | $ 10.51 | $ 210.20 |
| 2250 | Juction Box (4S) W/Fittings | 20 | EA | $ 38.93 | $ 778.60 |
| 2257 | Concrete Drill (or Core) 1" Diam. | 5 | EA | $ 105.89 | $ 529.45 |
| 2258 | Concrete Drill (or Core) 1-1/2" Diam. | 5 | EA | $ 124.58 | $ 622.90 |
| 2279 | Sprinkler Riser Building | 1 | EA | $ 9,587.34 | $ 9,587.34 |
| 2281 | Fire Pump with Controller | 1 | EA | $ 53,200.00 | $ 53,200.00 |
| 2282 | Jockey Pump with Controller | 1 | EA | $ 7,000.00 | $ 7,000.00 |
| 2286 | Bond Cost | NA | LS | $ - | $ - |
| | ESTIMATED TOTAL | Line Numbers | | 2001-2286 | $ 199,925.31 |

Second Option Year: Page 2

202732
EXHIBIT 7
Page 8 of 37

# SCHEDULE OF MATERIAL SUBMITTALS

PROJECT NO.: FXSB 96-1161
PROJECT TITLE: Upgrade Fire Suppression System, CAP
SOLICITATION/CONTRACT NO.: F65501-00-D0010

| LINE NO. | ITEM OR DESCRIPTION OF ITEM, CONTRACT REFERENCE, TYPE OF SUBMITTAL | CERTIFICATION OF COMPLIANCE | SHOP DRAWINGS | SAMPLES | COLOR SELECTION | MANUFACTURER'S RECOMMENDATIONS | MANUFACTURER'S WARRANTY | CATALOG DATA | OPERATING INSTRUCTIONS | WORK PLAN | OTHER | RECEIVED (SUBMISSION DATE BY CONTRACTOR) | DATE RECEIVED (DATE BY CONTRACTOR) | DATE TO OWN. ENGINEERING | RETURN RESPONSE DATE | FOLLOW-UP | APPROVED | DISAPPROVED | DATE CONTRACTOR NOTIFIED | CONTRACTOR RESUBMITTAL | FINAL APPROVAL | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 13930-1.3.1 Package Submittal | | 4 | | | | | | | | | | | | | | | | | | | |
| 2 | 16721 - Paras 4.1.1 thru 4.1.3 Fire Alarm Design Complete | | 4 | | | | | 4 | | | 70 days after DO issued | | | | | | | | | | | |
| 3 | 16721 - 4.1.4 Test Reports | | | | | | | 4 | | | 70 days after DO issued | | | | | | | | | | | |
| 4 | 16721 - 4.1.5 Certificate of Completion | 4 | | | | | | | | | 3 days after tests | | | | | | | | | | | |
| 5 | 16721 - Paras 4.1.6, 4.1.7, & 4.1.8 Maintenance Manuals | | | | | 4 | | | 4 | | 5 days prior to final insp. / 5 days prior to final tests | | | | | | | | | | | |

EXHIBIT 7
Page 9 of 37
202733
AF Form 66, SEP 86

Jun. 9. 2004  4:15PM   GMW Fire Protection                                    No.8455  P. 1

# FAX Cover Sheet

**GMW Fire Protection, Inc.**
**6670 Wes Way**
**Anchorage, AK 99518**
**Phone: 336-5000**
**Fax: 336-5050**

Date: 6/9/04

Number of pages (including cover): 4

**SENT TO:**  Name: Bill / Phil / Jim

Company: Kanag'iq Const on

Phone Number: 258-5879

FAX Number: 258-5896

**SENT BY:** Name: Thomas Johnson

**DESCRIPTION:**

Bid schedule for Civil Air Patrol 5015.

EXHIBIT 7
Page 10 of 37
200611

SOLICITATION #
F65501-00-R0053

*Price Schedule*

Page 1 of 3

Part I - THE SCHEDULE
SECTION B
BID SCHEDULE/ BASE YEAR
PROJECT FXSB 99-1500
FIRE PROTECTION REQUIREMENTS
(Work Order 5015 Civil Air Patrol)

**ESTIMATED QUANTITIES:**

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0197 | Survey/Submit Fire Alarm Design | 9,420 | SF | $ 0.25 | $ 2,355.00 |
| 0198 | Fire Control Panel, 1 Zone | 0 | EA | $ 1,200.00 | $ - |
| 0199 | Fire Control Panel, 2 Zone | 0 | EA | $ 1,200.00 | $ - |
| 0200 | Fire Control Panel, 4 Zone | 0 | EA | $ 1,480.50 | $ - |
| 0201 | Fire Control Panel, 8 Zone | 0 | EA | $ 2,425.50 | $ - |
| 0202 | Fire Control Panel, 12 Zone | 0 | EA | $ 2,600.00 | $ - |
| 0203 | Fire Control Panel, 16 Zone | 1 | EA | $ 2,900.00 | $ 2,900.00 |
| 0204 | Monaco BT2-8E Transceiver | 1 | EA | $ 5,950.00 | $ 5,950.00 |
| 0205 | Emerg. Power Supply, 24 Hour | 2 | EA | $ 1,745.00 | $ 3,490.00 |
| 0206 | Emerg. Power Supply, 36 Hour | 0 | EA | $ 1,745.00 | $ - |
| 0207 | Emerg. Power Supply, 48 Hour | 0 | EA | $ 1,745.00 | $ - |
| 0208 | Ionization Det, W/Battery Backup | 0 | EA | $ 73.08 | $ - |
| 0209 | Ionization Det, Rec. Ceiling Fixture | 0 | EA | $ 73.08 | $ - |
| 0210 | Ionization Detector Releasing Unit | 60 | EA | $ 96.00 | $ 5,760.00 |
| 0211 | Ionization Det, Self-Contained | 0 | EA | $ 59.00 | $ - |
| 0212 | Ionization Det, Air Duct | 4 | EA | $ 275.00 | $ 1,100.00 |
| 0213 | Ionization Det, Air Duct, Self Cont. | 0 | EA | $ 295.00 | $ - |
| 0214 | Thermal Det, 136 thru 190 Fixed Temp | 0 | EA | $ 75.00 | $ - |
| 0215 | Thermal Det, 15 Deg Rate of Rise | 0 | EA | $ 75.00 | $ - |
| 0216 | Thermal Detector, Ceiling Fixture | 0 | EA | $ 75.00 | $ - |
| 0217 | Thermal Detector Releasing Unit | 0 | EA | $ 100.00 | $ - |
| 0218 | Flame Det, Ultra-Violet Type | 0 | EA | $ 2,200.00 | $ - |
| 0219 | Flame Det, Std 3, 10, or 30s Delay | 0 | EA | $ 2,200.00 | $ - |
| 0220 | Flame Detector, Ceiling Fixture | 0 | EA | $ 2,200.00 | $ - |
| 0221 | Pull Station, Standard | 10 | EA | $ 100.00 | $ 1,000.00 |
| 0222 | Pull Station, Weatherproof | 0 | EA | $ 195.00 | $ - |
| 0223 | Remote Annunciator Panel, 1 Zone | 0 | EA | $ 295.00 | $ - |
| 0224 | Remote Annunciator Panel, 2 Zone | 0 | EA | $ 295.00 | $ - |
| 0225 | Remote Annunciator Panel, 4 Zone | 0 | EA | $ 310.00 | $ - |
| 0226 | Remote Annunciator Panel, 8 Zone | 0 | EA | $ 340.00 | $ - |
| 0227 | Remote Annunciator Panel, 12 Zone | 0 | EA | $ 550.00 | $ - |
| 0228 | Remote Annunciator Panel, 16 Zone | 1 | EA | $ 837.90 | $ 837.90 |
| 0229 | Power Failure Annunciator | 1 | EA | $ 497.70 | $ 497.70 |
| 0230 | Remote Alarm Lamp, 1 Unit | 0 | EA | $ 65.00 | $ - |
| 0231 | Remote Alarm Lamp, 2 Unit | 0 | EA | $ 76.00 | $ - |

Base Year: Page 1

202876
EXHIBIT 7
Page 11 of 37

SOLICITATION #
F65501-00-R0053

Page 2 of 3

**ESTIMATED QUANTITIES:**

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0232 | Remote Alarm Lamp, 8 Unit | 0 | EA | $ 92.00 | $ - |
| 0233 | Remote Alarm Lamp, 12 Unit | 0 | EA | $ 106.00 | $ - |
| 0234 | Relay Base with Remote LED | 30 | EA | $ 86.00 | $ 2,580.00 |
| 0235 | Alarm Bell, 8" | 0 | EA | $ 118.00 | $ - |
| 0236 | Alarm Bell, 8" with Visual Strobe | 0 | EA | $ 185.00 | $ - |
| 0237 | Alarm Bell, 10" | 0 | EA | $ 118.00 | $ - |
| 0238 | Alarm Bell, 10" with Visual Strobe | 0 | EA | $ 185.00 | $ - |
| 0239 | Alarm Horn, Standard | 0 | EA | $ 119.70 | $ - |
| 0240 | Alarm Horn, with Visual Strobe | 20 | EA | $ 185.00 | $ 3,700.00 |
| 0241 | Alarm Horn, Weatherproof | 0 | EA | $ 195.00 | $ - |
| 0242 | Alarm Horn, Explosioproof | 0 | EA | $ 775.00 | $ - |
| 0243 | Alarm Horn, Minihorn/Strobe | 0 | EA | $ 185.00 | $ - |
| 0244 | Visual Strobe, Standard | 10 | EA | $ 175.00 | $ 1,750.00 |
| 0245 | Visual Strobe, Weatherproof | 0 | EA | $ 185.00 | $ - |
| 0246 | Visual Strobe, Explosionproof | 0 | EA | $ 775.00 | $ - |
| 0247 | Wire #12 THHN/THWN/XHHW | 500 | LF | $ 0.40 | $ 200.00 |
| 0248 | Wire #14 THHN/THWN/XHHW | 6500 | LF | $ 0.56 | $ 3,640.00 |
| 0249 | #12-2 Shielded Cable | 6500 | LF | $ 0.75 | $ 4,875.00 |
| 0250 | Conduit 1/2" EMT | 2000 | LF | $ 2.90 | $ 5,800.00 |
| 0251 | Conduit 3/4" EMT | 0 | LF | $ 3.75 | $ - |
| 0252 | Flexible Metal Conduit, 1/2" | 5000 | LF | $ 2.75 | $ 13,750.00 |
| 0253 | Flexible Metal Conduit, 3/4" | 0 | LF | $ 3.45 | $ - |
| 0254 | Rigid Metal Conduit, 1/2" | 0 | LF | $ 5.65 | $ - |
| 0255 | Rigid Metal Conduit, 3/4" | 0 | LF | $ 6.75 | $ - |
| 0256 | Juction Box (4S) W/Fittings | 300 | EA | $ 25.00 | $ 7,500.00 |
| 0257 | Explosionproof Seal Off, 1/2" | 0 | EA | $ 35.50 | $ - |
| 0258 | Explosionproof Seal Off, 3/4" | 0 | EA | $ 42.50 | $ - |
| 0259 | Explosionproof LB/LL/LR, 1/2" | 0 | EA | $ 50.50 | $ - |
| 0260 | Explosionproof LB/LL/LR, 3/4" | 0 | EA | $ 56.50 | $ - |
| 0261 | Surface Metal Raceway | 200 | LF | $ 31.50 | $ 6,300.00 |
| 0262 | Surface Junction/Device Boxes | 250 | EA | $ 17.65 | $ 4,412.50 |
| 0263 | Concrete Drill (or Core) 1" Diam. | 20 | EA | $ 68.00 | $ 1,360.00 |
| 0264 | Concrete Drill (or Core) 1-1/2" Diam. | 0 | EA | $ 80.00 | $ - |
| 0265 | Paint Conduit | 0 | LF | $ - | $ - |
| 0266 | Asbestos Work Plan | 0 | EA | $ - | $ - |
| 0267 | Lead Work Plan | 0 | EA | $ - | $ - |
| 0268 | Asbestos Air Sampling | 0 | DAY | $ - | $ - |
| 0269 | Remove Sprayed-On Building Ins. | 0 | SF | $ - | $ - |
| 0270 | Remove/Replace Gypsum Wallboard | 0 | SF | $ - | $ - |
| 0271 | Remove Vinyl Asbestos Tile & Mastic | 0 | SF | $ - | $ - |

Base Year: Page 2

202877
EXHIBIT 7
Page 12 of 37

SOLICITATION #
F65501-00-R0053

Page 3 of 3

**ESTIMATED QUANTITIES:**

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0272 | Remove 24" x 24" ACM Ceiling Tile | 0 | SF | $ - | $ - |
| 0273 | Remove 24" x 48" ACM Ceiling Tile | 0 | SF | $ - | $ - |
| 0274 | Asbestos Item Sampling and Analysis | 0 | EA | $ - | $ - |
| 0275 | Lead Item Sampling and Analysis | 0 | EA | $ - | $ - |
| 0276 | Remove Interior Wall with LBP | 0 | SF | $ - | $ - |
| 0277 | Remove Interior Ceiling with LBP | 0 | SF | $ - | $ - |
| 0278 | Remove Trim W/LBP, to 6" Wide | 0 | LF | $ - | $ - |
| 0279 | Remove Trim W/LBP, to 12" Wide | 0 | LF | $ - | $ - |
| 0280 | Remove LBP from Steel Surfaces | 0 | SF | $ - | $ - |
| 0281 | Remove Sheet Metal Duct with LBP | 0 | LF | $ - | $ - |
| 0282 | Remove Pipe W/LBP, to 2" Diameter | 0 | LF | $ - | $ - |
| 0283 | Remove Pipe W/LBP, 2.5" to 4" Diam. | 0 | LF | $ - | $ - |
| 0284 | Install New Exit Signs | 0 | EA | $ 150.00 | $ - |
| 0285 | Remove Existing Exit Signs | 40 | EA | $ 75.00 | $ 3,000.00 |

ESTIMATED TOTAL    Line Numbers    0001 - 0285    $ 82,758.10

Base Year: Page 3

202878
EXHIBIT 7
Page 13 of 37

# GMW Fire Protection, Inc.
6670 Wes Way
Anchorage, AK. 99518

## FAX TRANSMITTAL

| DATE: | June 30, 2004 | | |
|---|---|---|---|
| TO: | Bill | FROM: | Gretchen |
| CO: | Kanag'Iq Construction Co., Inc. | FAX: | 907-336-5050 |
| FAX: | 258-5896 | TEL: | 907-336-5000 |
| TEL: | 258-5879 | PAGES: | 9 |

**COMMENTS:**

Quotes for Munitions Storage 5016 – Sprinkler and Fire Alarm, and Civil Air Patrol 5015 Fire Alarm.

02970
EXHIBIT 7
Page 14 of 37

SOLICITATION #
F65501-00-R0053

Page 1 of 3

5015

**Part I - THE SCHEDULE**
**SECTION B**
**BID SCHEDULE/ BASE YEAR**
**PROJECT FXSB 99-1500**
**FIRE PROTECTION REQUIREMENTS**
**Work Order 5015 Civil Air Patrol**

### ESTIMATED QUANTITIES

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0197 | Survey/Submit Fire Alarm Design | 9,420 | SF | $ 0.25 | $ 2,355.00 |
| 0198 | Fire Control Panel, 1 Zone | 0 | EA | $ 1,200.00 | $ - |
| 0199 | Fire Control Panel, 2 Zone | 0 | EA | $ 1,200.00 | $ - |
| 0200 | Fire Control Panel, 4 Zone | 0 | EA | $ 1,480.50 | $ - |
| 0201 | Fire Control Panel, 8 Zone | 0 | EA | $ 2,425.50 | $ - |
| 0202 | Fire Control Panel, 12 Zone | 0 | EA | $ 2,600.00 | $ - |
| 0203 | Fire Control Panel, 16 Zone | 1 | EA | $ 2,900.00 | $ 2,900.00 |
| 0204 | Monaco BT2-8E Transceiver | 1 | EA | $ 5,950.00 | $ 5,950.00 |
| 0205 | Emerg. Power Supply, 24 Hour | 2 | EA | $ 1,745.00 | $ 3,490.00 |
| 0206 | Emerg. Power Supply, 36 Hour | 0 | EA | $ 1,745.00 | $ - |
| 0207 | Emerg. Power Supply, 48 Hour | 0 | EA | $ 1,745.00 | $ - |
| 0208 | Ionization Det, W/Battery Backup | 0 | EA | $ 73.08 | $ - |
| 0209 | Ionization Det, Rec. Ceiling Fixture | 0 | EA | $ 73.08 | $ - |
| 0210 | Ionization Detector Releasing Unit | 60 | EA | $ 96.00 | $ 5,760.00 |
| 0211 | Ionization Det, Self-Contained | 0 | EA | $ 59.00 | $ - |
| 0212 | Ionization Det, Air Duct | 4 | EA | $ 275.00 | $ 1,100.00 |
| 0213 | Ionization Det, Air Duct, Self Cont. | 0 | EA | $ 295.00 | $ - |
| 0214 | Thermal Det, 136 thru 190 Fixed Temp | 0 | EA | $ 75.00 | $ - |
| 0215 | Thermal Det, 15 Deg Rate of Rise | 0 | EA | $ 75.00 | $ - |
| 0216 | Thermal Detector, Ceiling Fixture | 0 | EA | $ 75.00 | $ - |
| 0217 | Thermal Detector Releasing Unit | 0 | EA | $ 100.00 | $ - |
| 0218 | Flame Det, Ultra-Violet Type | 0 | EA | $ 2,200.00 | $ - |
| 0219 | Flame Det, Std 3, 10, or 30s Delay | 0 | EA | $ 2,200.00 | $ - |
| 0220 | Flame Detector, Ceiling Fixture | 0 | EA | $ 2,200.00 | $ - |
| 0221 | Pull Station, Standard | 10 | EA | $ 100.00 | $ 1,000.00 |
| 0222 | Pull Station, Weatherproof | 0 | EA | $ 195.00 | $ - |
| 0223 | Remote Annunciator Panel, 1 Zone | 0 | EA | $ 295.00 | $ - |
| 0224 | Remote Annunciator Panel, 2 Zone | 0 | EA | $ 295.00 | $ - |
| 0225 | Remote Annunciator Panel, 4 Zone | 0 | EA | $ 310.00 | $ - |
| 0226 | Remote Annunciator Panel, 8 Zone | 0 | EA | $ 340.00 | $ - |
| 0227 | Remote Annunciator Panel, 12 Zone | 0 | EA | $ 550.00 | $ - |
| 0228 | Remote Annunciator Panel, 16 Zone | 1 | EA | $ 837.90 | $ 837.90 |
| 0229 | Power Failure Annunciator | 1 | EA | $ 497.70 | $ 497.70 |
| 0230 | Remote Alarm Lamp, 1 Unit | 0 | EA | $ 65.00 | $ - |
| 0231 | Remote Alarm Lamp, 2 Unit | 0 | EA | $ 76.00 | $ - |

Base Year: Page 1



202873

EXHIBIT 7
Page 15 of 37

SOLICITATION #
F65501-00-R0053

Page 2 of 3

**ESTIMATED QUANTITIES:**

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0232 | Remote Alarm Lamp, 8 Unit | 0 | EA | $ 92.00 | $ - |
| 0233 | Remote Alarm Lamp, 12 Unit | 0 | EA | $ 106.00 | $ - |
| 0234 | Relay Base with Remote LED | 30 | EA | $ 86.00 | $ 2,580.00 |
| 0235 | Alarm Bell, 8" | 0 | EA | $ 118.00 | $ - |
| 0236 | Alarm Bell, 8" with Visual Strobe | 0 | EA | $ 185.00 | $ - |
| 0237 | Alarm Bell, 10" | 0 | EA | $ 118.00 | $ - |
| 0238 | Alarm Bell, 10" with Visual Strobe | 0 | EA | $ 185.00 | $ - |
| 0239 | Alarm Horn, Standard | 0 | EA | $ 119.70 | $ - |
| 0240 | Alarm Horn, with Visual Strobe | 20 | EA | $ 185.00 | $ 3,700.00 |
| 0241 | Alarm Horn, Weatherproof | 0 | EA | $ 195.00 | $ - |
| 0242 | Alarm Horn, Explosioproof | 0 | EA | $ 775.00 | $ - |
| 0243 | Alarm Horn, Minihorn/Strobe | 0 | EA | $ 185.00 | $ - |
| 0244 | Visual Strobe, Standard | 10 | EA | $ 175.00 | $ 1,750.00 |
| 0245 | Visual Strobe, Weatherproof | 0 | EA | $ 185.00 | $ - |
| 0246 | Visual Strobe, Explosionproof | 0 | EA | $ 775.00 | $ - |
| 0247 | Wire #12 THHN/THWN/XHHW | 500 | LF | $ 0.40 | $ 200.00 |
| 0248 | Wire #14 THHN/THWN/XHHW | 6500 | LF | $ 0.56 | $ 3,640.00 |
| 0249 | #12-2 Shielded Cable | 6500 | LF | $ 0.75 | $ 4,875.00 |
| 0250 | Conduit 1/2" EMT | 2000 | LF | $ 2.90 | $ 5,800.00 |
| 0251 | Conduit 3/4" EMT | 0 | LF | $ 3.75 | $ - |
| 0252 | Flexible Metal Conduit, 1/2" | 5000 | LF | $ 2.75 | $ 13,750.00 |
| 0253 | Flexible Metal Conduit, 3/4" | 0 | LF | $ 3.45 | $ - |
| 0254 | Rigid Metal Conduit, 1/2" | 0 | LF | $ 5.65 | $ - |
| 0255 | Rigid Metal Conduit, 3/4" | 0 | LF | $ 6.75 | $ - |
| 0256 | Juction Box (4S) W/Fittings | 300 | EA | $ 25.00 | $ 7,500.00 |
| 0257 | Explosionproof Seal Off, 1/2" | 0 | EA | $ 35.50 | $ - |
| 0258 | Explosionproof Seal Off, 3/4" | 0 | EA | $ 42.50 | $ - |
| 0259 | Explosionproof LB/LL/LR, 1/2" | 0 | EA | $ 50.50 | $ - |
| 0260 | Explosionproof LB/LL/LR, 3/4" | 0 | EA | $ 56.50 | $ - |
| 0261 | Surface Metal Raceway | 200 | LF | $ 31.50 | $ 6,300.00 |
| 0262 | Surface Junction/Device Boxes | 250 | EA | $ 17.65 | $ 4,412.50 |
| 0263 | Concrete Drill (or Core) 1" Diam. | 20 | EA | $ 68.00 | $ 1,360.00 |
| 0264 | Concrete Drill (or Core) 1-1/2" Diam. | 0 | EA | $ 80.00 | $ - |
| 0265 | Paint Conduit | 0 | LF | $ - | $ - |
| 0266 | Asbestos Work Plan | 0 | EA | $ - | $ - |
| 0267 | Lead Work Plan | 0 | EA | $ - | $ - |
| 0268 | Asbestos Air Sampling | 0 | DAY | $ - | $ - |
| 0269 | Remove Sprayed-On Building Ins. | 0 | SF | $ - | $ - |
| 0270 | Remove/Replace Gypsum Wallboard | 0 | SF | $ - | $ - |
| 0271 | Remove Vinyl Asbestos Tile & Mastic | 0 | SF | $ - | $ - |

Base Year: Page 2

202874

EXHIBIT 7

Page 16 of 37

SOLICITATION #
F65501-00-R0053

Page 3 of 3

### ESTIMATED QUANTITIES

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0272 | Remove 24" x 24" ACM Ceiling Tile | 0 | SF | $ - | $ - |
| 0273 | Remove 24" x 48" ACM Ceiling Tile | 0 | SF | $ - | $ - |
| 0274 | Asbestos Item Sampling and Analysis | 0 | EA | $ - | $ - |
| 0275 | Lead Item Sampling and Analysis | 0 | EA | $ - | $ - |
| 0276 | Remove Interior Wall with LBP | 0 | SF | $ - | $ - |
| 0277 | Remove Interior Ceiling with LBP | 0 | SF | $ - | $ - |
| 0278 | Remove Trim W/LBP, to 6" Wide | 0 | LF | $ - | $ - |
| 0279 | Remove Trim W/LBP, to 12" Wide | 0 | LF | $ - | $ - |
| 0280 | Remove LBP from Steel Surfaces | 0 | SF | $ - | $ - |
| 0281 | Remove Sheet Metal Duct with LBP | 0 | LF | $ - | $ - |
| 0282 | Remove Pipe W/LBP, to 2" Diameter | 0 | LF | $ - | $ - |
| 0283 | Remove Pipe W/LBP, 2.5" to 4" Diam. | 0 | LF | $ - | $ - |
| 0284 | Install New Exit Signs | 0 | EA | $ 150.00 | $ - |
| 0285 | Remove Existing Exit Signs | 40 | EA | $ 75.00 | $ 3,000.00 |

ESTIMATED TOTAL    Line Numbers 0001 - 0285    $ 82,758.10



**DEPARTMENT OF THE AIR FORCE**
PACIFIC AIR FORCES (PACAF)

Aug 3, 2004

3rd Contracting Squadron/LGCA
Attn: Becky Rhodes
10480 22nd Street, Suite 254
Elmendorf AFB, AK 99506

KANAG'IQ CONSTRUCTION COMPANY, INC
527 EAST 4th AVENUE
ANCHORAGE, AK 99501

**CONTRACT F65501-00-D0010, FIRE SUPPRESSION, REQUIREMENTS, Delivery Order 5015, Modification 01**

Attached is a fully executed copy of modification 01 to delivery order 5015, which increases the scope of work. A revised AF 3064, Progress Schedule IS required. If you have any questions, contact Becky Rhodes at 552-5362.

JERRY T. WEBB
Contracting Officer

Enclosure
SF 30 – Modification 5015-01

202859
EXHIBIT 7
Page 18 of 37