

# DEPARTMENT OF THE AIR FORCE
## PACIFIC AIR FORCES (PACAF)

Sep 17, 2003

3rd Contracting Squadron/LGCA
10480 22nd Street, Suite 254
Elmendorf AFB, AK 99506

KANAG'IQ CONSTRUCTION COMPANY, INC
3950 MOUNTAIN VIEW DRIVE
ANCHORAGE, AK 99508

**CONTRACT F65501-00-D0010, FIRE SUPPRESSION, REQUIREMENTS NOTICE OF AWARD: DELIVERY ORDER 5009**

The contractor will provide all labor, material, equipment and work necessary to perform the Fire Suppression requirements contract delivery order. The attached bid schedule provides the quantities required for each of the work items listed.

The performance period for this delivery order is 360 calendar days from Award. The work area will be Building 17720 and the shelter to Building 16718, Elmendorf AFB, AK.

A progress schedule (AF Form 3064) will be required for this delivery order. Submittals will be required in accordance with the attached AF 66. Both are due within ~~10~~ days.
                                                                    45 Submittals

If you have any questions concerning this delivery order please contact Becky Rhodes at 552-5362.

*Lucretia A Teitzel* (signature)
LUCRETIA A TEITZEL
Contracting Officer

Attachment:
F65501-02-D0011/5009
AF 66 – Submittal Schedule

**RECEIVED**
SEP 17 2003

REQUEST FOR FILING

EXHIBIT 3
Page 1 of 7

| JOB# | 1030-5009 |
|---|---|
| JOB NAME | Building 16718 Shelter |
| FILE NAME | Delivery Order |
| REQUESTOR | PWill |
| DATE | 9/17/03 |

201284

09/17/03 WED 13:07 FAX _7 552 7497   3rd CONS/LGCC   3 →→→ KANAG I40   ☒002

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 2

| 1. CONTRACT/PURCH. ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL | 4. REQ./PURCH. REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| F65501-00-D-0010 | 5009 | 2003Sep16 | FQ500032390200 | |

**6. ISSUED BY** CODE FA5000
3RD CONTRACTING SQUADRON/LGCA - FA5000
10480 22ND STREET
ELMENDORF AFB AK 99506

**7. ADMINISTERED BY** CODE FA5000
3RD CONTRACTING SQUADRON/LGCA
10480 22ND STREET
ELMENDORF AFB AK 99506

**8. DELIVERY FOB**
[X] DEST
[ ] OTHER
(See Schedule if other)

**9. CONTRACTOR** CODE 09XT8   FACILITY
KANAG IQ CONSTRUCTION CO. INC.
BILL JURY
3950 MOUNTAIN VIEW DRIVE
ANCHORAGE AK 99508

**10. DELIVER TO FOB POINT BY (Date)** SEE SCHEDULE
**12. DISCOUNT TERMS** Net 14 Days

**11. MARK IF BUSINESS IS**
[ ] SMALL
[X] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

**13. MAIL INVOICES TO THE ADDRESS IN BLOCK** See Item 6

**14. SHIP TO** CODE FQ5000
3RD CIVIL ENGINEER SQUADRON - FQ5000
BRETT BUSSELL / INSPECTOR
6326 ARTIC WARRIOR
ELMENDORF AFB AK 99506

**15. PAYMENT WILL BE MADE BY** CODE F68300
DFAS - PACIFIC OPLOC
DFAS-PV/FPVF
477 ESSEX STREET
PEARL HARBOR HI 96860-5806

MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.

**16. TYPE OF ORDER**
[ ] DELIVERY/CALL
[X] PURCHASE — Reference your quote dated _____
This delivery order/call is issued on another Govt. agency or in accordance with and subject to terms and conditions of above numbered contract.

Furnish the following on terms specified herein.
ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR   SIGNATURE   TYPED NAME AND TITLE   DATE SIGNED (YYYYMMDD)

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE**
See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

**24. UNITED STATES OF AMERICA**
BY: Lucretia A. Teitzel, CONTRACTING / ORDERING OFFICER

**25. TOTAL** $69,955.04

**26. QUANTITY IN COLUMN 20 HAS BEEN**
[ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

**27. SHIP NO.** [ ] PARTIAL [ ] FINAL
**28. DO VOUCHER NO.**
**29. DIFFERENCES**
**30. INITIALS**
**32. PAID BY**
**33. AMOUNT VERIFIED CORRECT FOR**

DATE ___ SIGNATURE OF AUTHORIZED GOVT. REP.

**31. PAYMENT** [ ] COMPLETE [ ] PARTIAL [ ] FINAL

**36.** I certify this account is correct and proper for payment.
DATE ___ SIGNATURE AND TITLE OF CERTIFYING OFFICER

**34. CHECK NUMBER**
**35. BILL OF LADING NO.**

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

Form 1155, JAN 1998 (EG)   PREVIOUS EDITION MAY BE USED.

EXHIBIT 3
Page 2 of 7
201285

09/17/03 WED 13:08 FAX 907 552 7497    3rd CONS/LGCC    3 →→→ KANAG I40    @003

F65501-00-D-0010
5009
Page 2 of 2

### SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 69,955.04 | Dollars, U.S. | $1.00 | $69,955.04 |

FIRE PROTECTION REQUIREMENTS
FFP - Install Fire Sprinkler System in Building 17720 and Shelter 16718.
NSN Z299-00-000-FIRE
MILSTRIP FQ500032390200
PURCHASE REQUEST NUMBER FQ500032390200
SIGNAL CODE A

ESTIMATED NET AMT    $69,955.04

$69,955.04

### SECTION E Inspection and Acceptance

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0003 | Destination | Government | Destination | Government |

### SECTION F Deliveries or Performance

DELIVERY INFORMATION

| CLINS | DELIVERY DATE | UNIT OF ISSUE | QUANTITY | FOB | SHIP TO ADDRESS |
|---|---|---|---|---|---|
| 0003 | POP 17-SEP-03 TO 12-SEP-04 | Dollars, U.S. | 69,955.04 | Dest. | FQ5000 3RD CIVIL ENGINEER SQUADRON - FQ5000 BRETT BUSSELL / INSPECTOR 6326 ARTIC WARRIOR ELMENDORF AFB AK 99506 |

### SECTION G Contract Administration Data

ACCOUNTING AND APPROPRIATION DATA

AA:     5733400   303 7431 712EN4 010000 59280 000000 668300 F68300  WO:A93521
AMOUNT: $69,955.04                                                                    000000000000

EXHIBIT 3
Page 3 of 7

201286

Contract # F65501-00-D0010

Page 1 of 2

## FIRE PROTECTION REQUIREMENTS

| DELIVERY ORDER NO.: | 5009 | | DATE: | 26-Aug-03 |
|---|---|---|---|---|
| WORK AREA: | 16718/17720 | | BY: | Frere |
| | | | PROJECT NO. | FXSB 01-1211 |

SCOPE OF WORK: Install Fire Sprinkler System: Bldg. 17720 & Shelter to 16718

PERFORMANCE TIME: 360 Days

ESTIMATED QUANTITIES:



| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 2001 | Package Submittal | 70 | SPR | $ 15.58 | $ 1,090.60 |
| 2002 | Water Flow Test | 36 | EA | $ 423.58 | $ 15,248.88 |
| 2051 | Pipe, Black, Sch 40, 1.00" | 60 | LF | $ 16.35 | $ 981.00 |
| 2052 | Pipe, Black, Sch 40, 1.25" | 40 | LF | $ 17.90 | $ 716.00 |
| 2053 | Pipe, Black, Sch 40, 1.50" | 20 | LF | $ 19.47 | $ 389.40 |
| 2055 | Pipe, Black, Sch 10, 2.50" | 20 | LF | $ 27.26 | $ 545.20 |
| 2056 | Pipe, Black, Sch 10, 3.00" | 20 | LF | $ 28.81 | $ 576.20 |
| 2059 | Tee, Straight, 1.00" | 60 | EA | $ 91.89 | $ 5,513.40 |
| 2061 | Tee, Straight, 1.50" | 3 | EA | $ 110.18 | $ 330.54 |
| 2065 | Tee, Straight, Grooved, 4.00" | 1 | EA | $ 124.74 | $ 124.74 |
| 2069 | Tee, Reducing, 1.50" | 6 | EA | $ 110.18 | $ 661.08 |
| 2070 | Tee, Reducing, 2.00" | 4 | EA | $ 136.33 | $ 545.32 |
| 2075 | Ells, Straight, 1.00" | 20 | EA | $ 60.29 | $ 1,205.80 |
| 2076 | Ells, Straight, 1.25" | 20 | EA | $ 71.54 | $ 1,430.80 |
| 2079 | Ells, Straight, Grooved, 2.50" | 4 | EA | $ 56.64 | $ 226.56 |
| 2087 | Concentric Reducers, 1.00" | 12 | EA | $ 54.51 | $ 654.12 |
| 2088 | Concentric Reducers, 1.25" | 12 | EA | $ 60.73 | $ 728.76 |
| 2095 | Plugs, 1.00" | 4 | EA | $ 28.04 | $ 112.16 |
| 2109 | Pipe, Galvanized, Sch 40, 1.00" | 100 | LF | $ 21.02 | $ 2,102.00 |
| 2110 | Pipe, Galvanized, Sch 40, 1.25" | 40 | LF | $ 22.58 | $ 903.20 |
| 2115 | Pipe, Galvanized, Sch 40, 4.00" | 80 | LF | $ 44.38 | $ 3,550.40 |
| 2117 | Tee, Galvanized, Straight 1.00" | 60 | EA | $ 92.65 | $ 5,559.00 |
| 2118 | Tee, Galvanized, Straight 1.25" | 20 | EA | $ 98.88 | $ 1,977.60 |
| 2121 | Tee, Galvanized, Reducing, 1.00" | 20 | EA | $ 95.77 | $ 1,915.40 |
| 2137 | Caps Galvanized, 1.00" | 5 | EA | $ 29.57 | $ 147.85 |
| 2141 | Plugs, Galvanized, 1.00" | 5 | EA | $ 29.57 | $ 147.85 |
| 2147 | Flanges, Grooved, 4.00" | 2 | EA | $ 155.73 | $ 311.46 |
| 2149 | Valve OS&Y 1.50" | 1 | EA | $ 194.66 | $ 194.66 |
| 2150 | Valve OS&Y 2.00" | 1 | EA | $ 365.97 | $ 365.97 |
| 2151 | Valve OS&Y 2.50" | 1 | EA | $ 428.25 | $ 428.25 |
| 2152 | Valve OS&Y 3.00" | 1 | EA | $ 443.82 | $ 443.82 |
| 2153 | Valve OS&Y 4.00" | 1 | EA | $ 638.49 | $ 638.49 |
| 2155 | Inspector' Test Valve | 1 | EA | $ 109.01 | $ 109.01 |
| 2157 | Alarm Valve & Trim 3.00" | 1 | EA | $ 2,958.84 | $ 2,958.84 |
| 2161 | Dry Valve & Trim 4.00" | 1 | EA | $ 4,282.53 | $ 4,282.53 |
| 2163 | Air Compressor Small | 1 | EA | $ 1,479.42 | $ 1,479.42 |
| 2165 | Air Pressure Maintenance Device | 1 | EA | $ 778.64 | $ 778.64 |
| 2166 | Pressure Switch | 2 | EA | $ 194.66 | $ 389.32 |
| 2167 | Low Pressure Alarm Device | 1 | EA | $ 194.66 | $ 194.66 |
| 2168 | Tamper Switch | 2 | EA | $ 155.73 | $ 311.46 |

Second Option Year: Page 1

EXHIBIT 3
Page 4 of 7
201287

Contract #
F65501-00-D0010

Page 2 of 2

ESTIMATED QUANTITIES

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 2169 | Sprinkler Cabinet, 6 Heads | 2 | EA | $ 233.59 | $ 467.18 |
| 2176 | Brass Sidewall Sprinkler | 5 | EA | $ 54.51 | $ 272.55 |
| 2177 | Quick Response Sprinkler | 55 | EA | $ 58.40 | $ 3,212.00 |
| 2182 | Dry Pendant Spr., 13" to 24" Length | 1 | EA | $ 194.66 | $ 194.66 |
| 2183 | Sway Brace, 2-way | 4 | EA | $ 140.16 | $ 560.64 |
| 2184 | Sway Brace, 4-way | 1 | EA | $ 171.31 | $ 171.31 |
| 2185 | Wall Pen, Conc/Mas, 1"-2" Pipe | 2 | EA | $ 194.66 | $ 389.32 |
| 2186 | Wall Pen, Conc./Mas, 2.5"-4" Pipe | 2 | EA | $ 233.59 | $ 467.18 |
| 2189 | Wall Pen, No Conc/Mas, 2.5"-4" Pipe | 3 | EA | $ 85.65 | $ 256.95 |
| 2197 | Survey/Submit Fire Alarm Design | 3000 | SF | $ 0.42 | $ 1,260.00 |
| 2217 | Pull Station, Standard | 1 | EA | $ 148.84 | $ 148.84 |
| 2219 | Remote Annunciator Panel, 2 Zone | 1 | EA | $ 439.07 | $ 439.07 |
| 2232 | Alarm Bell, 10" with Visual Strobe | 1 | EA | $ 275.35 | $ 275.35 |
| 2242 | Wire #14 THHN/THWN/XHHW | 240 | FT | $ 0.63 | $ 151.20 |
| 2244 | Conduit 1/2" EMT | 200 | FT | $ 4.53 | $ 906.00 |
| 2246 | Flexible Metal Conduit, 1/2" | 120 | FT | $ 4.27 | $ 512.40 |
| 2286 | Bond Cost | 0 | LS | $ - | $ - |
| | ESTIMATED TOTAL | | | | $ 69,955.04 |



Second Option Year: Page 2

EXHIBIT 3
Page 5 of 7

201288

09/17/03 WED 13:09 FAX 907 552 7497   3rd CONS/LGCC   3 →→→ KANAG I40   ☒006

Sep 09 03 06:04p   p.2

| 1. COMPONENT AIR FORCE | FY 2000 MILITARY CONSTRUCTION PROJECT DATA (computer generated) | 2. DATE |
|---|---|---|
| 3. INSTALLATION AND LOCATION Elmendorf Air Force Base, Alaska | | |
| 4. PROJECT TITLE Build Shelter between Shop & Warehouse, Armaments Bldg. 16718 & 17720 | | 5. PROJECT NUMBER W.O. 74637 |

[Map showing Project Location at Elmendorf Air Force Base, with buildings 17726, 17724, 17722, 17720, 16718, Hangar 15, 16716, 16714, 16712, 16673, 16675, 16710, 16708, 16742, streets including Talley Ave, Fairway F, and Alaska Railroad, Elmendorf Air Force Base boundary. "1250' IBD 4000 LBS C/D 1.1" notation shown.]

thomasson/aramentshop&warehouseconnectbldg16718/5Dec00

| | Typed Name & Grade | Signature/Date |
|---|---|---|
| User: | Daniel R. Fisher, MSgt, USAF  3 EMS/LGMR | DEC 6 2000 |
| BCE: | DENNIS R. MATTSON, GM-14 Deputy Base Civil Engineer | 6 Dec 00 |
| WG/SE: | David Keddington, Lt Col, USAF Chief, 3rd Wing Safety | 13 Dec 00 |
| WG/CC: | DOUGLAS M. FRASER, Colonel, USAF Commander | 23 Jan 01 12 Feb 01 |

DD Form 1391c, 1 Dec 76   Previous edition is obsolete in the USAF.   Page No.

EXHIBIT 3
Page 6 of 7
201289

09/17/03 WED 13:09 FAX 907 552 7497   3rd CONS/LGCC   3 →→→ KANAG I40   ☒007

# SCHEDULE OF MATERIAL SUBMITTALS

PROJECT NO.: FXSB 01-1211
PROJECT TITLE: Initial Fire Sprinkler System
SOLICITATION/CONTRACT NO.: F65501-00-D0010

| LINE NO | ITEM OR DESCRIPTION OF ITEM, CONTRACT REFERENCE, TYPE OF SUBMITTAL | NO. OF COPIES REQUIRED | | | | | | | | | OTHER | REQUIRED SUBMISSION DATE IN CONTRACTING | DATE RECEIVED DATE IN CONTRACTING | DATE TO CIVIL ENGINEERING | RETURN SUSPENSE DATE | FOLLOW-UP | APPROVED | DISAPPROVED | DATE CONTRACTOR NOTIFIED | CONTRACTOR RESUBMITTAL | FINAL APPROVAL | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CERTIFICATION OF COMPLIANCE | SHOP DRAWINGS | SAMPLES | COLOR SELECTION | MANUFACTURER'S RECOMMENDATIONS | MANUFACTURER'S WARRANTY | CATALOG DATA | OPERATING INSTRUCTIONS | WORK PLAN | | | | | | | | | | | | |
| 1 | 13930-1.3.1 Package Submittal | | 4 | | | | | | | | | | | | | | | | | | | |
| 2 | 16721 - Paras 4.1.1 thru 4.1.3 Fire Alarm Design Complete | | 4 | | | | | 4 | | | 45 days after DO issued | | | | | | | | | | | |
| 3 | 16721 - 4.1.4 Test Reports | | | | | | | 4 | | | 45 days after DO issued | | | | | | | | | | | |
| 4 | 16721 - 4.1.5 Certificate of Completion | 4 | | | | | | | | | 3 days after tests | | | | | | | | | | | |
| 5 | 16721 - Paras 4.1.6, 4.1.7, & 4.1.8 Maintenance Manuals | | | | | 4 | | | | | 5 days prior to final insp. | | | | | | | | | | | |
| | | | | | | | | | 4 | | 5 days prior to final tests | | | | | | | | | | | |

AF Form 68, SEP 86

EXHIBIT 3
Page 7 of 7
201290