# Invoice



6670 Wes Way
Anchorage, Alaska 99518
Phone: 907.336.5000   Fax: 907.336.5050

**BILL TO**

Kanag'Iq Construction Co., Inc.
527 East 4th Avenue
Anchorage, AK 99501

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|---|---|---|---|---|
| 6/25/2004 | Z3-34C #3 | Net 30 | 7/25/2004 | Z3-34C EAFB 381st Intell Del 5008 |

| SERVICED | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/25/2004 | Installation of Fire Alarm System - 20% Complete | 85,000.00 |
| | CONTRACT AMOUNT: $452,067.50 | |
| | Previous Billing:    $30,000.00 | |
| | This Billing:        $85,000.00 | |
| | Balance to Bill:    $337,067.50 | |

Please remit payment to 6670 Wes Way, Anchorage, AK. 99518

**Total**   $85,000.00

Late charges may be accrued to your account at the rate of
1.5% per month on the unpaid balance.

EXHIBIT 5
Page 1 of 2
01973



# Invoice

6670 Wes Way
Anchorage, Alaska 99518
Phone: 907.336.5000   Fax: 907.336.5050

**BILL TO**

Kanag'Iq Construction Co., Inc.
527 East 4th Avenue
Anchorage, AK  99501

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|---|---|---|---|---|
| 8/25/2004 | Z3-34C #4 | Net 30 | 9/24/2004 | Z3-34C EAFB 381st Intell Del 5008 |

| SERVICED | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/25/2004 | Installation of Fire Alarm System - 35% Complete | 23,000.00 |
| | Revised Contract Amount: $395,617.50 | |
| | Previous Billing:        $115,000.00 | |
| | This Billing:             $23,000.00 | |
| | Balance to Bill:         $257,617.50 | |

Please remit payment to 6670 Wes Way, Anchorage, AK. 99518

**Total**   $23,000.00

Late charges may be accrued to your account at the rate of
1.5% per month on the unpaid balance.

EXHIBIT  5
Page  2 of 2
01977