# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|
| | J | 1 | 5 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| 01 | 26-Jul-2004 | FQ500032620300 | |

| 6. ISSUED BY | CODE | FA5000 | 7. ADMINISTERED BY (If other than item 6) | CODE | |
|---|---|---|---|---|---|
| 3RD CONTRACTING SQUADRON - FA5000<br>10480 22ND STREET<br>ELMENDORF AFB AK 99506-2500 | | | See Item 6 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| KANAG IQ CONSTRUCTION CO. INC.<br>BILL JURY<br>527 EAST 4TH AVENUE<br>ANCHORAGE AK 99501-2623 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO.<br>F65501-00-D-0010-5015 |
| CODE   09XT8 | FACILITY CODE   09XT8 | X | 10B. DATED (SEE ITEM 13)<br>13-Apr-2001 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

## 12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>52.243-4 Changes |
| D. | OTHER (Specify type of modification and authority) |

E. IMPORTANT:  Contractor ☐ is not, ☒ is required to sign this document and return    1    copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
See Attached Summary

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| William Jury   President | MICHELLE C. JONES<br>Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | 16B. UNITED STATES OF AMERICA |
| (Signature of person authorized to sign) | BY (Signature of Contracting Officer) |
| 15C. DATE SIGNED: 8-2-04 | 16C. DATE SIGNED: 2 AUG 04 |

| EXCEPTION TO SF 30 | | |
|---|---|---|
| APPROVED BY OIRM 11-84 | 30-105-04 | STANDARD FORM 30 (Rev. 10-83)<br>Prescribed by GSA<br>FAR (48 CFR) 53.243 |

F65501-00-D-0010
501501
Page 2 of 5

SUMMARY OF CHANGES

## SECTION SF 30 - BLOCK 14 CONTINUATION PAGE

The following have been added by full text:
<u>MOD 01</u>
The purpose of this modification is to adjust the quantities to the work.

a.  The following items are reduced from the original schedule:

| Item | Description | Unit of Issue | Unit Cost | Original Qty | Original Total | New Qty | New Total | Decrease |
|---|---|---|---|---|---|---|---|---|
| 2001 | Package Submittal | SPR | $ 15.58 | 70 | $ 1,090.60 | 0 | $  - | $ 1,090.60 |
| 2002 | Water Flow Test | EA | $ 423.58 | 4 | $ 1,694.32 | 0 | $  - | $ 1,694.32 |
| 2012 | Topsoil | SY | $ 4.44 | 100 | $ 444.00 | 0 | $  - | $ 444.00 |
| 2013 | Grass | SY | $ 2.67 | 100 | $ 267.00 | 0 | $  - | $ 267.00 |
| 2019 | Trench Excavation (over 12' to 14') | LF | $ 79.30 | 100 | $ 7,930.00 | 0 | $  - | $ 7,930.00 |
| 2025 | Gate Valve with Box, 6-inch | EA | $ 1,201.66 | 1 | $ 1,201.66 | 0 | $  - | $ 1,201.66 |
| 2026 | Gate Valve with Indicator Post, 6" | EA | $ 376.16 | 1 | $ 376.16 | 0 | $  - | $ 376.16 |
| 2032 | Tee, Ductile Iron, 6" X 6" | EA | $ 431.17 | 1 | $ 431.17 | 0 | $  - | $ 431.17 |
| 2039 | Bends, 90 Deg., Duct. Iron, 6" | EA | $ 382.14 | 2 | $ 764.28 | 0 | $  - | $ 764.28 |
| 2041 | Pipe, Ductile Iron, 6" | LF | $ 37.20 | 100 | $ 3,720.00 | 0 | $  - | $ 3,720.00 |
| 2048 | Remove/Reinstall Ceiling Tiles | SF | $ 2.72 | 6900 | $18,768.00 | 0 | $  - | $ 18,768.00 |
| 2051 | Pipe, Black, Sch 40, 1.00" | LF | $ 16.35 | 300 | $ 4,905.00 | 0 | $  - | $ 4,905.00 |
| 2052 | Pipe, Black, Sch 40, 1.25" | LF | $ 17.90 | 100 | $ 1,790.00 | 0 | $  - | $ 1,790.00 |
| 2053 | Pipe, Black, Sch 40, 1.50" | LF | $ 19.47 | 200 | $ 3,894.00 | 0 | $  - | $ 3,894.00 |
| 2054 | Pipe, Black, Sch 40, 2.00" | LF | $ 22.58 | 100 | $ 2,258.00 | 0 | $  - | $ 2,258.00 |
| 2056 | Pipe, Black, Sch 10, 3.00" | LF | $ 28.81 | 20 | $ 576.20 | 0 | $  - | $ 576.20 |
| 2064 | Tee, Straight, Grooved, 3.00" | EA | $ 91.36 | 3 | $ 274.08 | 0 | $  - | $ 274.08 |
| 2067 | Tee, Reducing, 1.00" | EA | $ 91.89 | 20 | $ 1,837.80 | 0 | $  - | $ 1,837.80 |
| 2068 | Tee, Reducing, 1.25" | EA | $ 98.88 | 20 | $ 1,977.60 | 0 | $  - | $ 1,977.60 |
| 2069 | Tee, Reducing, 1.50" | EA | $ 110.18 | 20 | $ 2,203.60 | 0 | $  - | $ 2,203.60 |
| 2070 | Tee, Reducing, 2.00" | EA | $ 136.33 | 20 | $ 2,726.60 | 0 | $  - | $ 2,726.60 |
| 2071 | Tee, Reducing, Grooved, 2.50" | EA | $ 72.64 | 20 | $ 1,452.80 | 0 | $  - | $ 1,452.80 |
| 2075 | Ells, Straight, 1.00" | EA | $ 60.29 | 20 | $ 1,205.80 | 0 | $  - | $ 1,205.80 |
| 2076 | Ells, Straight, 1.25" | EA | $ 71.54 | 20 | $ 1,430.80 | 0 | $  - | $ 1,430.80 |
| 2077 | Ells, Straight, 1.50" | EA | $ 79.05 | 20 | $ 1,581.00 | 0 | $  - | $ 1,581.00 |
| 2078 | Ells, Straight, 2.00" | EA | $ 90.68 | 20 | $ 1,813.60 | 0 | $  - | $ 1,813.60 |
| 2079 | Ells, Straight, Grooved, 2.50" | EA | $ 56.64 | 20 | $ 1,132.80 | 0 | $  - | $ 1,132.80 |
| 2080 | Ells, Straight, Grooved, 3.00" | EA | $ 71.61 | 10 | $ 716.10 | 0 | $  - | $ 716.10 |
| 2083 | Ells, Reducing, 1.00" | EA | $ 60.29 | 20 | $ 1,205.80 | 0 | $  - | $ 1,205.80 |
| 2084 | Ells, Reducing, 1.25" | EA | $ 71.54 | 20 | $ 1,430.80 | 0 | $  - | $ 1,430.80 |
| 2085 | Ells, Reducing, 1.50" | EA | $ 79.05 | 20 | $ 1,581.00 | 0 | $  - | $ 1,581.00 |
| 2086 | Ells, Reducing, 2.00" | EA | $ 90.68 | 20 | $ 1,813.60 | 0 | $  - | $ 1,813.60 |
| 2149 | Valve OS&Y 1.50" | EA | $ 194.66 | 2 | $ 389.32 | 0 | $  - | $ 389.32 |
| 2152 | Valve OS&Y 3.00" | EA | $ 443.82 | 2 | $ 887.64 | 0 | $  - | $ 887.64 |
| 2155 | Inspector' Test Valve | EA | $ 109.01 | 1 | $ 109.01 | 0 | $  - | $ 109.01 |
| 2156 | Check Valve & Ball Drip 4.00" | EA | $ 700.78 | 1 | $ 700.78 | 0 | $  - | $ 700.78 |

202861
EXHIBIT  7
Page  20  of  37

| Item | Description | Unit of Issue | Unit Cost | Qty | Original Total | New Qty | New Total | Decrease |
|---|---|---|---|---|---|---|---|---|
| 2157 | Alarm Valve & Trim 3.00" | EA | $2,958.84 | 1 | $2,958.84 | 0 | $ - | $2,958.84 |
| 2165 | Air Pressure Maintenance Device | EA | $778.64 | 1 | $778.64 | 0 | $ - | $778.64 |
| 2166 | Pressure Switch | EA | $194.66 | 1 | $194.66 | 0 | $ - | $194.66 |
| 2167 | Low Pressure Alarm Device | EA | $194.66 | 1 | $194.66 | 0 | $ - | $194.66 |
| 2168 | Tamper Switch | EA | $155.73 | 3 | $467.19 | 0 | $ - | $467.19 |
| 2169 | Sprinkler Cabinet, 6 Heads | EA | $233.59 | 1 | $233.59 | 0 | $ - | $233.59 |
| 2170 | Fire Dept. Connection, 4"x2.5"x2.5" | EA | $545.06 | 1 | $545.06 | 0 | $ - | $545.06 |
| 2171 | Backflow Prevention Assembly, 4" | EA | $3,893.20 | 1 | $3,893.20 | 0 | $ - | $3,893.20 |
| 2177 | Quick Response Sprinkler | EA | $58.40 | 70 | $4,088.00 | 0 | $ - | $4,088.00 |
| 2178 | Sprinkler Head Escutcheon, Chrome | EA | $7.78 | 70 | $544.60 | 0 | $ - | $544.60 |
| 2183 | Sway Brace, 2-way | EA | $140.16 | 6 | $840.96 | 0 | $ - | $840.96 |
| 2184 | Sway Brace, 4-way | EA | $171.31 | 1 | $171.31 | 0 | $ - | $171.31 |
| 2185 | Wall Pen, Conc/Mas, 1"-2" Pipe | EA | $194.66 | 10 | $1,946.60 | 0 | $ - | $1,946.60 |
| 2186 | Wall Pen, Conc/Mas, 2.5"-4" Pipe | EA | $233.59 | 10 | $2,335.90 | 0 | $ - | $2,335.90 |
| 2188 | Wall Pen, No Conc/Mas, 1"-2" Pipe | EA | $60.73 | 10 | $607.30 | 0 | $ - | $607.30 |
| 2189 | Wall Pen, No Conc/Mas, 2.5"-4" Pipe | EA | $85.65 | 10 | $856.50 | 0 | $ - | $856.50 |
| 2243 | #12-2 Shielded Cable | FT | $1.17 | 600 | $702.00 | 0 | $ - | $702.00 |
| 2246 | Flexible Metal Conduit, 1/2" | FT | $4.27 | 20 | $85.40 | 0 | $ - | $85.40 |
| 2247 | Flexible Metal Conduit, 3/4" | FT | $5.37 | 20 | $107.40 | 0 | $ - | $107.40 |
| 2249 | Rigid Metal Conduit, 3/4" | FT | $10.51 | 20 | $210.20 | 0 | $ - | $210.20 |
| 2279 | Sprinkler Riser Building | EA | $9,587.34 | 1 | $9,587.34 | 0 | $ - | $9,587.34 |
| 2281 | Fire Pump with Controller | EA | $53,200.00 | 1 | $53,200.00 | 0 | $ - | $53,200.00 |
| 2282 | Jockey Pump with Controller | EA | $7,000.00 | 1 | $7,000.00 | 0 | $ - | $7,000.00 |
| | | | | | | | $ - | $168,130.27 |

b.   The quantity of the following items have been added or increased:

| Item | Description | Unit of Issue | Unit Cost | Original Qty | Original Total | New Qty | New Total | Increase |
|---|---|---|---|---|---|---|---|---|
| 2202 | Fire Control Panel, 16 Zone | EA | $4,316.29 | 1 | $4,316.29 | 2 | $8,632.58 | $4,316.29 |
| 2206 | Emerg. Power Supply, 48 Hour | EA | $2,356.74 | 1 | $2,356.74 | 2 | $4,713.48 | $2,356.74 |
| 2208 | Ionization Det, Rec. Ceiling Fixture | EA | $113.81 | 1 | $113.81 | 60 | $6,828.60 | $6,714.79 |
| 2211 | Ionization Det, Air Duct | EA | $409.30 | 2 | $818.60 | 8 | $3,274.40 | $2,455.80 |
| 2215 | Thermal Detector, Ceiling Fixture | EA | $111.63 | | $ - | 160 | $17,860.80 | $17,860.80 |
| 2216 | Thermal Detector Releasing Unit | EA | $148.84 | | $ - | 160 | $23,814.40 | $23,814.40 |
| 2237 | Alarm Horn, Minihorn/Strobe | EA | $275.35 | 12 | $3,304.20 | 24 | $6,608.40 | $3,304.20 |
| 2241 | Wire #12 THHN/THWN/XHHW | FT | $0.87 | 1500 | $1,305.00 | 3000 | $2,610.00 | $1,305.00 |
| 2242 | Wire #14 THHN/THWN/XHHW | FT | $0.63 | 1500 | $945.00 | 4500 | $2,835.00 | $1,890.00 |
| 2248 | Rigid Metal Conduit, 1/2" | FT | $8.80 | 20 | $176.00 | 100 | $880.00 | $704.00 |
| 2250 | Juction Box (4S) W/Fittings | EA | $38.93 | 20 | $778.60 | 70 | $2,725.10 | $1,946.50 |
| 2255 | Surface Metal Raceway | LF | $49.05 | | $ - | 1800 | $88,290.00 | $88,290.00 |
| 2256 | Surface Junction/Device Boxes | EA | $27.49 | | $ - | 30 | $824.70 | $824.70 |
| 2257 | Concrete Drill (or Core) 1" Diam. | EA | $105.89 | 5 | $529.45 | 20 | $2,117.80 | $1,588.35 |
| 2258 | Concrete Drill (or Core) 1-1/2" Diam. | EA | $124.58 | 5 | $622.90 | 20 | $2,491.60 | $1,868.70 |

$159,240.27

F65501-00-D-0010
501501
Page 4 of 5

The changes listed above have been incorporated into the revised attached schedule. Replace the original schedule dated 19 Sep 03 with the attached revised schedule dated 27 Apr 04.

c.   The award amount is changed from $199,925.31 to $191,035.31 a decrease of $8,890.00 (-$168,130.27 +$159,240.27 = -$8,890.00)

d.   The performance period remains the same.

e.   See Summary page below for changes generated as a result of the updated electronic purchasing system. (Contracting Office address, Contractor address, Unit of Issue, NAICS code)

f.   All other terms and conditions remain the same.

## SECTION A - SOLICITATION/CONTRACT FORM

The total cost of this contract was decreased by $8,890.00 from $199,925.31 to $191,035.31.
The 'issued by' organization has changed from
  3RD CONTRACTING SQUADRON/LGCA - FA5000
  10480 22ND STREET
  ELMENDORF AFB AK 99506
    to
  3RD CONTRACTING SQUADRON - FA5000
  10480 22ND STREET
  ELMENDORF AFB AK 99506-2500

The 'administered by' organization has changed from
  3RD CONTRACTING SQUADRON/LGCA - FA5000
  10480 22ND STREET
  ELMENDORF AFB AK 99506
    to
  3RD CONTRACTING SQUADRON - FA5000
  10480 22ND STREET
  ELMENDORF AFB AK 99506-2500

The contractor organization has changed from
  KANAG IQ CONSTRUCTION CO. INC.
  BILL JURY
  3950 MOUNTAIN VIEW DRIVE
  ANCHORAGE AK 99508
    to
  KANAG IQ CONSTRUCTION CO. INC.
  BILL JURY
  527 EAST 4TH AVENUE
  ANCHORAGE AK 99501-2623

The remittance organization has changed from
  KANAG IQ CONSTRUCTION CO. INC.
  BILL JURY
  3950 MOUNTAIN VIEW DRIVE
  ANCHORAGE AK 99508
    to
  KANAG IQ CONSTRUCTION CO. INC.
  BILL JURY
  527 EAST 4TH AVENUE
  ANCHORAGE AK 99501-2623

EXHIBIT 7
Page 22 of 31

202863

Contract #
F65501-00-D0010

Page 1 of 2

## FIRE PROTECTION REQUIREMENTS

| DELIVERY ORDER NO.: | 5015 | | DATE: | 27-Apr-04 |
|---|---|---|---|---|
| | | | BY: | Frere |
| WORK AREA: | 16322 | | PROJECT NO. | 96-1661 |
| | | | AMOUNT | $ 191,035.31 |
| | | | PREVIOUS | $ 199,925.31 |
| SCOPE OF WORK: Delete sprinkler system work/upgrade fire alarm system only, Civil Air Patrol | | | CHANGE | $ (8,890.00) |

| PERFORMANCE TIME: | 365 Days |
|---|---|

ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 2001 | Package Submittal | 0 | SPR | $ 15.58 | $ - |
| 2002 | Water Flow Test | 0 | EA | $ 423.58 | $ - |
| 2012 | Topsoil | 0 | SY | $ 4.44 | $ - |
| 2013 | Grass | 0 | SY | $ 2.67 | $ - |
| 2019 | Trench Excavation (over 12' to 14') | 0 | LF | $ 79.30 | $ - |
| 2025 | Gate Valve with Box, 6-inch | 0 | EA | $ 1,201.66 | $ - |
| 2026 | Gate Valve with Indicator Post, 6" | 0 | EA | $ 376.16 | $ - |
| 2032 | Tee, Ductile Iron, 6" X 6" | 0 | EA | $ 431.17 | $ - |
| 2039 | Bends, 90 Deg., Duct. Iron, 6" | 0 | EA | $ 382.14 | $ - |
| 2041 | Pipe, Ductile Iron, 6" | 0 | LF | $ 37.20 | $ - |
| 2048 | Remove/Reinstall Ceiling Tiles | 0 | SF | $ 2.72 | $ - |
| 2051 | Pipe, Black, Sch 40, 1.00" | 0 | LF | $ 16.35 | $ - |
| 2052 | Pipe, Black, Sch 40, 1.25" | 0 | LF | $ 17.90 | $ - |
| 2053 | Pipe, Black, Sch 40, 1.50" | 0 | LF | $ 19.47 | $ - |
| 2054 | Pipe, Black, Sch 40, 2.00" | 0 | LF | $ 22.58 | $ - |
| 2056 | Pipe, Black, Sch 10, 3.00" | 0 | LF | $ 28.81 | $ - |
| 2064 | Tee, Straight, Grooved, 3.00" | 0 | EA | $ 91.36 | $ - |
| 2067 | Tee, Reducing, 1.00" | 0 | EA | $ 91.89 | $ - |
| 2068 | Tee, Reducing, 1.25" | 0 | EA | $ 98.88 | $ - |
| 2069 | Tee, Reducing, 1.50" | 0 | EA | $ 110.18 | $ - |
| 2070 | Tee, Reducing, 2.00" | 0 | EA | $ 136.33 | $ - |
| 2071 | Tee, Reducing, Grooved, 2.50" | 0 | EA | $ 72.64 | $ - |
| 2075 | Ells, Straight, 1.00" | 0 | EA | $ 60.29 | $ - |
| 2076 | Ells, Straight, 1.25" | 0 | EA | $ 71.54 | $ - |
| 2077 | Ells, Straight, 1.50" | 0 | EA | $ 79.05 | $ - |
| 2078 | Ells, Straight, 2.00" | 0 | EA | $ 90.68 | $ - |
| 2079 | Ells, Straight, Grooved, 2.50" | 0 | EA | $ 56.64 | $ - |
| 2080 | Ells, Straight, Grooved, 3.00" | 0 | EA | $ 71.61 | $ - |
| 2083 | Ells, Reducing, 1.00" | 0 | EA | $ 60.29 | $ - |
| 2084 | Ells, Reducing, 1.25" | 0 | EA | $ 71.54 | $ - |
| 2085 | Ells, Reducing, 1.50" | 0 | EA | $ 79.05 | $ - |
| 2086 | Ells, Reducing, 2.00" | 0 | EA | $ 90.68 | $ - |
| 2149 | Valve OS&Y 1.50" | 0 | EA | $ 194.66 | $ - |
| 2152 | Valve OS&Y 3.00" | 0 | EA | $ 443.82 | $ - |
| 2156 | Check Valve & Ball Drip 4.00" | 0 | EA | $ 700.78 | $ - |
| 2157 | Alarm Valve & Trim 3.00" | 0 | EA | $ 2,958.84 | $ - |
| 2165 | Air Pressure Maintenance Device | 0 | EA | $ 778.64 | $ - |
| 2166 | Pressure Switch | 0 | EA | $ 194.66 | $ - |

Second Option Year: Page 1

200004

EXHIBIT 7
Page 23 of 31

## ESTIMATED QUANTITIES

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 2167 | Low Pressure Alarm Device | 0 | EA | $ 194.66 | $ - |
| 2168 | Tamper Switch | 0 | EA | $ 155.73 | $ - |
| 2169 | Sprinkler Cabinet, 6 Heads | 0 | EA | $ 233.59 | $ - |
| 2170 | Fire Dept. Connection, 4"x2.5"x2.5" | 0 | EA | $ 545.06 | $ - |
| 2171 | Backflow Prevention Assembly, 4" | 0 | EA | $ 3,893.20 | $ - |
| 2177 | Quick Response Sprinkler | 0 | EA | $ 58.40 | $ - |
| 2178 | Sprinkler Head Escutcheon, Chrome | 0 | EA | $ 7.78 | $ - |
| 2183 | Sway Brace, 2-way | 0 | EA | $ 140.16 | $ - |
| 2184 | Sway Brace, 4-way | 0 | EA | $ 171.31 | $ - |
| 2185 | Wall Pen, Conc/Mas, 1"-2" Pipe | 0 | EA | $ 194.66 | $ - |
| 2186 | Wall Pen, Conc./Mas, 2.5"-4" Pipe | 0 | EA | $ 233.59 | $ - |
| 2188 | Wall Pen, No Conc/Mas, 1"-2" Pipe | 0 | EA | $ 60.73 | $ - |
| 2189 | Wall Pen, No Conc/Mas, 2.5"-4" Pipe | 0 | EA | $ 85.65 | $ - |
| 2197 | Survey/Submit Fire Alarm Design | 6,900 | SF | $ 0.42 | $ 2,898.00 |
| 2202 | Fire Control Panel, 16 Zone | 2 | EA | $ 4,316.29 | $ 8,632.58 |
| 2203 | Monaco BT2-8E Transceiver | 1 | EA | $ 8,855.84 | $ 8,855.84 |
| 2204 | Emerg. Power Supply, 24 Hour | 0 | EA | $ 2,356.74 | $ - |
| 2206 | Emerg. Power Supply, 48 Hour | 2 | EA | $ 2,356.74 | $ 4,713.48 |
| 2208 | Ionization Det, Rec. Ceiling Fixture | 60 | EA | $ 113.81 | $ 6,828.60 |
| 2211 | Ionization Det, Air Duct | 8 | EA | $ 409.30 | $ 3,274.40 |
| 2215 | Thermal Detector, Ceiling Fixture | 160 | EA | $ 111.63 | $ 17,860.80 |
| 2216 | Thermal Detector Releasing Unit | 160 | EA | $ 148.84 | $ 23,814.40 |
| 2217 | Pull Station, Standard | 5 | EA | $ 148.84 | $ 744.20 |
| 2224 | Power Failure Annunciator | 1 | EA | $ 740.78 | $ 740.78 |
| 2231 | Alarm Bell, 10" | 1 | EA | $ 175.63 | $ 175.63 |
| 2237 | Alarm Horn, Minihorn/Strobe | 24 | EA | $ 275.35 | $ 6,608.40 |
| 2241 | Wire #12 THHN/THWN/XHHW | 3000 | FT | $ 0.87 | $ 2,610.00 |
| 2242 | Wire #14 THHN/THWN/XHHW | 4500 | FT | $ 0.63 | $ 2,835.00 |
| 2243 | #12-2 Shielded Cable | 0 | FT | $ 1.17 | $ - |
| 2244 | Conduit 1/2" EMT | 300 | FT | $ 4.53 | $ 1,359.00 |
| 2245 | Conduit 3/4" EMT | 300 | FT | $ 5.85 | $ 1,755.00 |
| 2246 | Flexible Metal Conduit, 1/2" | 0 | FT | $ 4.27 | $ - |
| 2247 | Flexible Metal Conduit, 3/4" | 0 | FT | $ 5.37 | $ - |
| 2248 | Rigid Metal Conduit, 1/2" | 100 | FT | $ 8.80 | $ 880.00 |
| 2249 | Rigid Metal Conduit, 3/4" | 0 | FT | $ 10.51 | $ - |
| 2250 | Juction Box (4S) W/Fittings | 70 | EA | $ 38.93 | $ 2,725.10 |
| 2255 | Surface Metal Raceway | 1800 | LF | $ 49.05 | $ 88,290.00 |
| 2256 | Surface Junction/Device Boxes | 30 | EA | $ 27.49 | $ 824.70 |
| 2257 | Concrete Drill (or Core) 1" Diam. | 20 | EA | $ 105.89 | $ 2,117.80 |
| 2258 | Concrete Drill (or Core) 1-1/2" Diam. | 20 | EA | $ 124.58 | $ 2,491.60 |
| 2279 | Sprinkler Riser Building | 0 | EA | $ 9,587.34 | $ - |
| 2281 | Fire Pump with Controller | 0 | EA | $ 53,200.00 | $ - |
| 2282 | Jockey Pump with Controller | 0 | EA | $ 7,000.00 | $ - |
| 2286 | Bond Cost | NA | LS | $ - | $ - |
| | ESTIMATED TOTAL | Line Numbers | | 2001 - 2286 | $ 191,035.31 |



200005
EXHIBIT 7
Page 24 of 37

## FAX Cover Sheet

*GMW Fire Protection*
*6670 Wes Way*
*Anchorage, AK 99518*
*Phone: 336-5000*
*Fax: 336-5050*

Date: September 28, 2004

Number of pages (including cover): 1

**SENT TO:**    Name:  Phil/Bill/Julie

Company:  Kanag'Q

Phone Number:  258-5879

FAX Number:  258-5896

**SENT BY:**    Name:  Glenn Johnson

**DESCRIPTION:**

Here are the revised quotes you asked for on the Civil Air, and Susitna club fire alarm.

thanks

*Five Alarm revised*

01630

EXHIBIT 7
Page 25 of 37

SOLICITATION #
F65501-00-R0053

*Eng 25 18152⁰³*
*Maf 2S -18152⁰³*
*Field 5O 36304⁰⁵*

**Part I - THE SCHEDULE**
**SECTION B**
**BID SCHEDULE/ BASE YEAR**
**PROJECT FXSB 99-1500**
**FIRE PROTECTION REQUIREMENTS**
Work Order 5015 Civil Air Patrol

*F/A*

*revised 9·28·04*

**ESTIMATED QUANTITIES:**

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0197 | Survey/Submit Fire Alarm Design | 9,420 | SF | $ 0.25 | $ 2,355.00 |
| 0198 | Fire Control Panel, 1 Zone | 0 | EA | $ 1,200.00 | $ - |
| 0199 | Fire Control Panel, 2 Zone | 0 | EA | $ 1,200.00 | $ - |
| 0200 | Fire Control Panel, 4 Zone | 0 | EA | $ 1,480.50 | $ - |
| 0201 | Fire Control Panel, 8 Zone | 0 | EA | $ 2,425.50 | $ - |
| 0202 | Fire Control Panel, 12 Zone | 0 | EA | $ 2,600.00 | $ - |
| 0203 | Fire Control Panel, 16 Zone | 1 | EA | $ 2,900.00 | $ 2,900.00 |
| 0204 | Monaco BT2-8E Transceiver | 1 | EA | $ 5,950.00 | $ 5,950.00 |
| 0205 | Emerg. Power Supply, 24 Hour | 2 | EA | $ 1,745.00 | $ 3,490.00 |
| 0206 | Emerg. Power Supply, 36 Hour | 0 | EA | $ 1,745.00 | $ - |
| 0207 | Emerg. Power Supply, 48 Hour | 0 | EA | $ 1,745.00 | $ - |
| 0208 | Ionization Det, W/Battery Backup | 0 | EA | $ 73.08 | $ - |
| 0209 | Ionization Det, Rec. Ceiling Fixture | 0 | EA | $ 73.08 | $ - |
| 0210 | Ionization Detector Releasing Unit | 60 | EA | $ 96.00 | $ 5,760.00 |
| 0211 | Ionization Det, Self-Contained | 0 | EA | $ 59.00 | $ - |
| 0212 | Ionization Det, Air Duct | 4 | EA | $ 275.00 | $ 1,100.00 |
| 0213 | Ionization Det, Air Duct, Self Cont. | 0 | EA | $ 295.00 | $ - |
| 0214 | Thermal Det, 136 thru 190 Fixed Temp | 0 | EA | $ 75.00 | $ - |
| 0215 | Thermal Det, 15 Deg Rate of Rise | 0 | EA | $ 75.00 | $ - |
| 0216 | Thermal Detector, Ceiling Fixture | 0 | EA | $ 75.00 | $ - |
| 0217 | Thermal Detector Releasing Unit | 0 | EA | $ 100.00 | $ - |
| 0218 | Flame Det, Ultra-Violet Type | 0 | EA | $ 2,200.00 | $ - |
| 0219 | Flame Det, Std 3, 10, or 30s Delay | 0 | EA | $ 2,200.00 | $ - |
| 0220 | Flame Detector, Ceiling Fixture | 0 | EA | $ 2,200.00 | $ - |
| 0221 | Pull Station, Standard | 10 | EA | $ 100.00 | $ 1,000.00 |
| 0222 | Pull Station, Weatherproof | 0 | EA | $ 195.00 | $ - |
| 0223 | Remote Annunciator Panel, 1 Zone | | EA | $ 295.00 | $ - |
| 0224 | Remote Annunciator Panel, 2 Zone | 0 | EA | $ 295.00 | $ - |
| 0225 | Remote Annunciator Panel, 4 Zone | 0 | EA | $ 310.00 | $ - |
| 0226 | Remote Annunciator Panel, 8 Zone | 0 | EA | $ 340.00 | $ - |
| 0227 | Remote Annunciator Panel, 12 Zone | 0 | EA | $ 550.00 | $ - |
| 0228 | Remote Annunciator Panel, 16 Zone | 1 | EA | $ 837.90 | $ 837.90 |
| 0229 | Power Failure Annunciator | 1 | EA | $ 497.70 | $ 497.70 |
| 0230 | Remote Alarm Lamp, 1 Unit | 0 | EA | $ 65.00 | $ - |
| 0231 | Remote Alarm Lamp, 2 Unit | 0 | EA | $ 76.00 | $ - |

Base Year: Page 1

SOLICITATION #
F65501-00-R0053

Page 2 of 3

## ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0232 | Remote Alarm Lamp, 8 Unit | 0 | EA | $ 92.00 | $ - |
| 0233 | Remote Alarm Lamp, 12 Unit | 0 | EA | $ 106.00 | $ - |
| 0234 | Relay Base with Remote LED | 30 | EA | $ 86.00 | $ 2,580.00 |
| 0235 | Alarm Bell, 8" | 0 | EA | $ 118.00 | $ - |
| 0236 | Alarm Bell, 8" with Visual Strobe | 0 | EA | $ 185.00 | $ - |
| 0237 | Alarm Bell, 10" | 0 | EA | $ 118.00 | $ - |
| 0238 | Alarm Bell, 10 " with Visual Strobe | 0 | EA | $ 185.00 | $ - |
| 0239 | Alarm Horn, Standard | 0 | EA | $ 119.70 | $ - |
| 0240 | Alarm Horn, with Visual Strobe | 20 | EA | $ 185.00 | $ 3,700.00 |
| 0241 | Alarm Horn, Weatherproof | 0 | EA | $ 195.00 | $ - |
| 0242 | Alarm Horn, Explosiproof | 0 | EA | $ 775.00 | $ - |
| 0243 | Alarm Horn, Minihorn/Strobe | 0 | EA | $ 185.00 | $ - |
| 0244 | Visual Strobe, Standard | 10 | EA | $ 175.00 | $ 1,750.00 |
| 0245 | Visual Strobe, Weatherproof | 0 | EA | $ 185.00 | $ - |
| 0246 | Visual Strobe, Explosionproof | 0 | EA | $ 775.00 | $ - |
| 0247 | Wire #12 THHN/THWN/XHHW | 500 | LF | $ 0.40 | $ 200.00 |
| 0248 | Wire #14 THHN/THWN/XHHW | 6500 | LF | $ 0.56 | $ 3,640.00 |
| 0249 | #12-2 Shielded Cable | 11500 | LF | $ 0.75 | $ 8,625.00 |
| 0250 | Conduit 1/2" EMT | 1000 | LF | $ 2.90 | $ 2,900.00 |
| 0251 | Conduit 3/4" EMT | 0 | LF | $ 3.75 | $ - |
| 0252 | Flexible Metal Conduit, 1/2" | 1000 | LF | $ 2.75 | $ 2,750.00 |
| 0253 | Flexible Metal Conduit, 3/4" | 0 | LF | $ 3.45 | $ - |
| 0254 | Rigid Metal Conduit, 1/2" | 0 | LF | $ 5.65 | $ - |
| 0255 | Rigid Metal Conduit, 3/4" | 0 | LF | $ 6.75 | $ - |
| 0256 | Juction Box (4S) W/Fittings | 300 | EA | $ 25.00 | $ 7,500.00 |
| 0257 | Explosionproof Seal Off, 1/2" | 0 | EA | $ 35.50 | $ - |
| 0258 | Explosionproof Seal Off, 3/4" | 0 | EA | $ 42.50 | $ - |
| 0259 | Explosionproof LB/LL/LR, 1/2" | 0 | EA | $ 50.50 | $ - |
| 0260 | Explosionproof LB/LL/LR, 3/4" | 0 | EA | $ 56.50 | $ - |
| 0261 | Surface Metal Raceway | 200 | LF | $ 31.50 | $ 6,300.00 |
| 0262 | Surface Junction/Device Boxes | 250 | EA | $ 17.65 | $ 4,412.50 |
| 0263 | Concrete Drill (or Core) 1" Diam. | 20 | EA | $ 68.00 | $ 1,360.00 |
| 0264 | Concrete Drill (or Core) 1-1/2" Diam. | 0 | EA | $ 80.00 | $ - |
| 0265 | Paint Conduit | 0 | LF | $ - | $ - |
| 0266 | Asbestos Work Plan | 0 | EA | $ - | $ - |
| 0267 | Lead Work Plan | 0 | EA | $ - | $ - |
| 0268 | Asbestos Air Sampling | 0 | DAY | $ - | $ - |
| 0269 | Remove Sprayed-On Building Ins. | 0 | SF | $ - | $ - |
| 0270 | Remove/Replace Gypsum Wallboard | 0 | SF | $ - | $ - |
| 0271 | Remove Vinyl Asbestos Tile & Mastic | 0 | SF | $ - | $ - |

Base Year: Page 2



02039
EXHIBIT 7
Page 21 of 37

SOLICITATION #
F65501-00-R0053

## ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0272 | Remove 24" x 24" ACM Ceiling Tile | 0 | SF | $            - | $            - |
| 0273 | Remove 24" x 48" ACM Ceiling Tile | 0 | SF | $            - | $            - |
| 0274 | Asbestos Item Sampling and Analysis | 0 | EA | $            - | $            - |
| 0275 | Lead Item Sampling and Analysis | 0 | EA | $            - | $            - |
| 0276 | Remove Interior Wall with LBP | 0 | SF | $            - | $            - |
| 0277 | Remove Interior Ceiling with LBP | 0 | SF | $            - | $            - |
| 0278 | Remove Trim W/LBP, to 6" Wide | 0 | LF | $            - | $            - |
| 0279 | Remove Trim W/LBP, to 12" Wide | 0 | LF | $            - | $            - |
| 0280 | Remove LBP from Steel Surfaces | 0 | SF | $            - | $            - |
| 0281 | Remove Sheet Metal Duct with LBP | 0 | LF | $            - | $            - |
| 0282 | Remove Pipe W/LBP, to 2" Diameter | 0 | LF | $            - | $            - |
| 0283 | Remove Pipe W/LBP, 2.5" to 4" Diam. | 0 | LF | $            - | $            - |
| 0284 | Install New Exit Signs | 0 | EA | $      150.00 | $            - |
| 0285 | Remove Existing Exit Signs | 40 | EA | $       75.00 | $     3,000.00 |



ESTIMATED TOTAL          Line Numbers          0001 - 0285     $      72,608.10

Base Year: Page 3

**02040**

EXHIBIT 7

Page 28 of 37



**Invoice**

6670 Wes Way
Anchorage, Alaska 99518
Phone: 907.336.5000   Fax: 907.336.5050

**BILL TO**

Kanag'Iq Construction Co., Inc.
527 East 4th Avenue
Anchorage, AK  99501

DO 5015

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|------|-----------|-------|----------|---------|
| 10/25/2004 | Z4-07C #1 | Net 30 | 11/24/2004 | Z4-07C Civil Air Patrol Bldg |

| SERVICED | DESCRIPTION | AMOUNT |
|----------|-------------|--------|
| 10/25/2004 | *Installation of Fire Alarm System - 100% Engineering* | *18,000.00* |
| | *CONTRACT AMOUNT:$72,608.10* | |

| Please remit payment to 6670 Wes Way, Anchorage, AK.  99518 | **Total** | **$18,000.00** |

Late charges may be accrued to your account at the rate of
1.5% per month on the unpaid balance.

02033
EXHIBIT 7
Page 29 of 37

Check#:  23632        Date:    5/2004      Vendor#:    19 GMW Fire Protect    .nc.

| Invoice# | Job/Description | | Balance | Retain | Discount | This Check |
|---|---|---|---|---|---|---|
| SP#1Fire5015 | 10305015 1030-5015 Civil Ai | 24-07C | 7,260.81 | | | 7,260.81 |
| SP#1Fire5017 | 10305017 1030-5017 Base | 24-09C | 98,950.00 | | | 98,950.00 |
| P#3Fire5011 | 10305011 1030-5011 Snow | 24-08C | 52,624.35 | | | 52,624.35 |

10/26/2004

---

KANAG'IQ CONSTRUCTION CO., INC.

23892

Check#:  23892        Date:  12/09/2004      Vendor#:    19 GMW Fire Protection, Inc.

| Invoice# | Job/Description | Balance | Retain | Discount | This Check |
|---|---|---|---|---|---|
| SP#2J#10305015 | 10305015 1030-5015 Civil Ai | 7,260.81 | | | 7,260.81 |

24-07C

12/09/2004

02034

EXHIBIT 7
Page 30 of 37

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | |
|---|---|---|
| | 1. CONTRACT ID CODE<br>J | PAGE OF PAGES<br>1    2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE<br>04-Nov-2004 | 4. REQUISITION/PURCHASE REQ. NO.<br>FQ500032620300 | 5. PROJECT NO.(If applicable) |
|---|---|---|---|

| 6. ISSUED BY                                      CODE | FA5000 | 7. ADMINISTERED BY  (If other than item 6)         CODE |
|---|---|---|

3RD CONTRACTING SQUADRON - FA5000
10480 22ND STREET
ELMENDORF AFB AK 99506-2500

**See Item 6**

| 8. NAME AND ADDRESS OF CONTRACTOR  (No., Street, County, State and Zip Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| KANAQ IQ CONSTRUCTION CO. INC.<br>BILL JURY<br>527 EAST 4TH AVENUE<br>ANCHORAGE AK 99501-2623 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO.<br>F65501-00-D-0010-5015 |
| CODE   09XT8 | FACILITY CODE   09XT8 | X | 10B. DATED (SEE ITEM 13)<br>13-Apr-2001 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

## 12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO THE AUTHORITY OF:<br>FAR 52.249-10 Default |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:  Contractor ☐ is not, ☒ is required to sign this document and return       1       copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION  (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to extend the performance period.
a.  The completion date is changed from 23 September 04 to read 23 December 04, an extension of 90 calendar days.
b.  The delivery order amount remains the same.
c.  All other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print)<br>William Jury   President | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>TEL:                              EMAIL: |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>11-16-04 | 16B. UNITED STATES OF AMERICA<br>BY<br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

| | | |
|---|---|---|
| EXCEPTION TO SF 30<br>APPROVED BY OIRM 11-84 | 30-105-04 | STANDARD FORM 30 (Rev. 10-83)<br>Prescribed by GSA<br>FAR (48 CFR) 53.243 |

202850
EXHIBIT  7
Page  31  of  37

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION F - DELIVERIES OR PERFORMANCE

The following Delivery Schedule item for CLIN 0003 has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 24-SEP-2003 TO 23-SEP-2004 | N/A | 3RD CIVIL ENGINEER SQUADRON - FQ5000<br>BRETT BUSSELL<br>6326 ARTIC WARRIOR<br>ELMENDORF AFB AK 99506<br>552-4442<br>FOB: Destination | FQ5000 |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 24-SEP-2003 TO 23-DEC-2004 | N/A | 3RD CIVIL ENGINEER SQUADRON - FQ5000<br>BRETT BUSSELL<br>6326 ARCTIC WARRIOR<br>ELMENDORF AFB AK 99506<br>552-4442<br>FOB: Destination | FQ5000-B |

(End of Summary of Changes)

# Kanag'iq Construction

527 E. 4th Ave.  
Anchorage, Alaska 99501

Telephone 907 258-5879  
Fax        907 258-5896

## SUBCONTRACTOR PROGRESS PAYMENTS

| | | |
|---|---|---|
| **SUBCONTRACTOR:** | GMW Fire Protection | **PAYMENT NO.** 2 |
| **ADDRESS:** | 6670 Wes Way Phone 336-5000 | **PERIOD ENDING:** 11/19/2004 |
| | Anchorage, AK 99518 Fax 336-5050 | |
| **PROJECT:** | Fire Requirements 1030 D/O#5015 | **PROJECT NO.** 1030-5015 |
| | Civil Air Patrol Building | |

| Work Description | Code | Item Number | Amount | Percent Complete To Date | Total Complete To Date | Previous Payments | This Payment |
|---|---|---|---|---|---|---|---|
| Installation of Fire Alarm System | 15402 | | $72,608.10 | 20.00% | $14,521.62 | $7,260.81 | $7,260.81 |
| | | | $0 | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | $0 | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| **SUBTOTAL** | | | $72,608.10 | 20.00% | $14,521.62 | $7,260.81 | $7,260.81 |
| **CHANGE ORDERS:** | | | | | | | |
| | | | $0 | 100.00% | $0.00 | $0.00 | $0.00 |
| | | | $0 | 100.00% | $0.00 | $0.00 | $0.00 |
| | | | $0 | 100.00% | $0.00 | $0.00 | $0.00 |
| | | | $0 | 100.00% | $0.00 | | $0.00 |
| **TOTAL** | | | $0 | | $0.00 | $0.00 | $0.00 |
| **TOTAL ADJUSTED CONTRACT** | | | $72,608.10 | 10.00% | $14,521.62 | $7,260.81 | $7,260.81 |

| | |
|---|---|
| **TOTAL THIS PAYMENT:** | $7,260.81 |
| LESS RETAINAGE IF APPLICABLE  0 % | $0.00 |
| MATERIALS ON SITE NOT INCORPORATED: | $0.00 |
| LESS PREVIOUS MATERIALS ON SITE PAYMENT: | $0.00 |
| **TOTAL DUE THIS ESTIMATE** | $7,260.81 |

| Previous Payment | | |
|---|---|---|
| Date | CK # | Amount |
| | | |
| | | |

**02035**

EXHIBIT 7

Page 33 of 37

**Invoice**



6670 Wes Way
Anchorage, Alaska 99518
Phone: 907.336.5000   Fax: 907.336.5050

| BILL TO |
| --- |
| Kanag'Iq Construction Co., Inc. |
| 527 East 4th Avenue |
| Anchorage, AK  99501 |

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
| --- | --- | --- | --- | --- |
| 11/26/2004 | Z4-07C #2 | Net 30 | 12/26/2004 | Z4-07C Civil Air Patrol Bldg |

| SERVICED | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 11/26/2004 | *Installation of Fire Alarm System - 100% Materials & 35% Installation* | 31,000.00 |
| | *CONTRACT AMOUNT:$72,608.10* | |

| Please remit payment to 6670 Wes Way, Anchorage, AK.  99518 | **Total** | $31,000.00 |
| --- | --- | --- |

Late charges may be accrued to your account at the rate of
1.5% per month on the unpaid balance.

**02036**

EXHIBIT  7
Page  34  of  37

# INVOICE



**GMW Fire Protection Inc.**

6670 Wes Way
Anchorage, Alaska 99518
Phone: 907.336.5000   Fax: 907.336.5050

**BILL TO**

Kanag'Iq Construction Co., Inc.
527 East 4th Avenue
Anchorage, AK  99501

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|---|---|---|---|---|
| 12/24/2004 | Z4-07C #3 | Net 30 | 1/23/2005 | Z4-07C Civil Air Patrol Bldg |

| SERVICED | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/24/2004 | *Installation of Fire Alarm System - 100% Complete*<br><br>*CONTRACT AMOUNT:$72,608.10* | 23,608.10 |

| Please remit payment to 6670 Wes Way, Anchorage, AK.  99518 | **Total** | **$23,608.10** |
|---|---|---|

Late charges may be accrued to your account at the rate of
1.5% per month on the unpaid balance.

**02037**

EXHIBIT 7
Page 35 of 37

202701

# TRANSFER AND ACCEPTANCE OF MILITARY REAL PROPERTY

Form Approved
OMB No. 0704-0188

PAGE 1 OF 2 PAGES

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503.

1. FROM (Installation/Activity/Service and Zip code)
Kanag'Iq Construction Company Inc.
5277 E 4th Avenue
Anchorage, AK 99501

8. TO (Installation/Activity/Service and Zip code)
3rd Contracting Squadron/LGCA
10480 22nd Street
Elmendorf AFB, AK 99506

9. DISTRICT CODE / 10. OPERATING UNIT / 2. OPERATING UNIT / 3. DISTRICT CODE / 4. OPERATING CODE / 5. DATE 7-13-2005 / 6. JOB NUMBER / 7. SERIAL NUMBER / 13. CONTRACT NUMBER F65501-00-D0010 / 15. PROJECT NUMBER F65501-00-D0010 Delivery Order 5015 96-1661

11. DISTRICT CODE / 12. OPERATING AGENCY / 13. ACCOUNTING OFFICE NUMBER

16. TYPE OF TRANSACTION
A. ☐ NEW CONSTR.  B. ☐ BEN/FCI / ☒ EXISTING FAC. / ☒ CAPITAL IMP. / ☐ OTHER (Specify)  ☐ FINAN. COM. / ☐ PHYSICAL COM. / ☐ OTHER (Specify)

| ITEM NO. | CATEGORY CODE | FACILITY (Category description) | NO. OF UNITS | TYPE | UNIT OF MEAS. | TOTAL QUANTITY | COST | DRAWING NUMBERS | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 1 | | Civil Air Patrol Bldg, Upgrade Fire Suppression System | | P | SF | 6900 | 18,768.00 | | Remove Reinstall Ceiling Tiles |
| 2 | | Civil Air Patrol Bldg | | P | SF | 6900 | 2,898.00 | | Fire Alarm Design |
| 3 | | Civil Air Patrol Bldg | | P | EA | 1 | 4,316.29 | | Fire Control Panel |
| 4 | | Civil Air Patrol Bldg | | P | EA | 1 | 8,855.84 | | Transceiver |
| 5 | | Civil Air Patrol Bldg | | P | EA | 80 | 10,240.80 | | Relay Base with Remote LED |
| 6 | | Civil Air Patrol Bldg | | P | LF | 2000 | 98,100.00 | | Surface Metal Raceway |
| 7 | | Civil Air Patrol Bldg | | P | EA | 24 | 6,608.40 | | Alarm Horn Strobe |

Total Value: $197,927.78

27. STATEMENT OF COMPLETION. The facilities listed hereon are in accordance with maps, drawings, and specifications and change orders approved by the authorized representative of the using agency except for the deficiencies listed on the reverse side.

TRANSFERRED BY (Signature)

TITLE (Fire Exec ...)
William Jury President

DATE 7-13-2005

28. ACCEPTED BY (Signature)

TITLE (Real Engr/Base Civ. Engr/Navy Rep.)

DATE

28. PROPERTY VOUCHER NUMBER

DD Form 1354, FEB 90 (EG)    Previous editions are obsolete.    Designed using Perform Pro, WHS/DIOR, Aug 94




EXHIBIT 1
Page 36 of 37

202702

30. | CONSTRUCTION DEFICIENCIES

31. REMARKS

**INSTRUCTIONS**

This form has been designed and issued for use in connection with the transfer of military real property between the military departments and to or from other government agencies. It supersedes ENG Forms 220 and 2608 (formerly used by the Army and Air Force) and NAVDOCKS Form 2317 (formerly used by the Navy).

Existing instructions issued by the military departments relative to the preparation of the three superseded forms are applicable to this form to the extent

that the various items and columns on the superseded forms have been retained. Additional instructions, as appropriate, will be promulgated by the military departments in connection with any new items appearing hereon.

With the issuance of this DD form, it is not intended that the departments shall revise and reprint manuals and directives simply to show the number of this DD form. Such action can be accomplished through the normal course of revision for other reasons.

DD Form 1354 Reverse, FEB 90

EXHIBIT 7
Page 37 of 37