# GMW Fire Protection, Inc.
6670 Wes Way
Anchorage, AK 99518

## FAX TRANSMITTAL

| DATE: | June 14, 2004 | | |
|---|---|---|---|
| TO: | Julie | FROM: | Gretchen |
| CO: | Kanag'Iq Construction Co., Inc. | FAX: | 907-336-5050 |
| FAX: | 258-5896 | TEL: | 907-336-5000 |
| TEL: | 258-5879 | PAGES: | 1 |

**COMMENTS:**

Total contract for Work Order 5016:

Sprinkler $58,890.14
Fire Alarm $75,479.00

Total $134,369.14

EXHIBIT 8
Page 1 of 15

02023

SOLICITATION #
F65501-00-R0053

Page 1 of 2

## Part I - THE SCHEDULE
### SECTION B
### BID SCHEDULE/ BASE YEAR
### PROJECT FXSB 99-1500
### FIRE PROTECTION REQUIREMENTS

*Sprinkler Munitions Bldgs*

**ESTIMATED QUANTITIES:**

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0001 | Package Submittal | 86 | SPR | $ 10.00 | $ 860.00 |
| 0002 | Water Flow Test | 1 | EA | $ 272.00 | $ 272.00 |
| ##### | Gate Valve with Indicator Post, 6" | 2 | EA | $ 950.00 | $ 1,900.00 |
| ##### | 1" Black Nipple, over 12" to 24" | 4 | EA | $ 11.50 | $ 46.00 |
| ##### | Pipe, Black, Sch 40, 1.00" | 480 | LF | $ 10.50 | $ 5,040.00 |
| ##### | Pipe, Black, Sch 40, 1.25" | 60 | LF | $ 11.50 | $ 690.00 |
| ##### | Pipe, Black, Sch 40, 1.50" | 60 | LF | $ 12.50 | $ 750.00 |
| ##### | Pipe, Black, Sch 40, 2.00" | 16 | LF | $ 14.50 | $ 232.00 |
| ##### | Pipe, Black, Sch 10, 2.50" | 500 | LF | $ - | $ - |
| ##### | Pipe, Black, Sch 10, 3.00" | 530 | LF | $ 20.75 | $ 10,997.50 |
| ##### | Pipe, Black, Sch 10, 4.00" | 18 | LF | $ 21.50 | $ 387.00 |
| ##### | Tee, Straight, 1.00" | 17 | EA | $ 59.00 | $ 1,003.00 |
| ##### | Tee, Straight, 1.25" | 40 | EA | $ - | $ - |
| ##### | Tee, Straight, 1.50" | 17 | EA | $ 70.75 | $ 1,202.75 |
| ##### | Tee, Straight, 2.00" | 4 | EA | $ 87.55 | $ 350.20 |
| ##### | Tee, Straight, Grooved, 4.00" | 2 | EA | $ 80.10 | $ 160.20 |
| ##### | Tee, Reducing, 1.00" | 20 | EA | $ - | $ - |
| ##### | Tee, Reducing, 1.25" | 40 | EA | $ 63.50 | $ 2,540.00 |
| ##### | Ells, Straight, 1.00" | 12 | EA | $ 38.72 | $ 464.64 |
| ##### | Ells, Straight, 1.50" | 40 | EA | $ 48.55 | $ 1,942.00 |
| ##### | Ells, Straight, 2.00" | 8 | EA | $ 58.23 | $ 465.84 |
| ##### | Ells, Straight, Grooved, 3.00" | 12 | EA | $ 68.75 | $ 825.00 |
| ##### | Ells, Straight, Grooved, 4.00" | 12 | EA | $ 79.00 | $ 948.00 |
| ##### | Ells, Reducing, 1.00" | 44 | EA | $ 38.72 | $ 1,703.68 |
| ##### | Concentric Reducers, 1.00" | 4 | EA | $ 35.00 | $ 140.00 |
| ##### | Concentric Reducers, Grooved, 4.00" | 0 | EA | $ 85.00 | $ - |
| ##### | Plugs, 1.00" | 4 | EA | $ 4.50 | $ 18.00 |
| ##### | Caps, Grooved, 3.00" | 4 | EA | $ 70.20 | $ 280.80 |
| ##### | Flanges, Grooved, 4.00" | 8 | EA | $ 100.00 | $ 800.00 |
| ##### | Valve OS&Y 4.00" | 4 | EA | $ 410.00 | $ 1,640.00 |
| ##### | Inspector's Test Valve | 2 | EA | $ 70.00 | $ 140.00 |
| ##### | Check Valve & Ball Drip 4.00" | 2 | EA | $ 450.00 | $ 900.00 |
| ##### | Alarm Valve & Trim 4.00" | 2 | EA | $ 2,000.00 | $ 4,000.00 |
| ##### | Pressure Switch | 2 | EA | $ 125.00 | $ 250.00 |
| ##### | Tamper Switch | 4 | EA | $ 100.00 | $ 400.00 |
| ##### | Sprinkler Cabinet, 6 Heads | 2 | EA | $ 150.00 | $ 300.00 |
| ##### | Fire Dept. Connection, 4"x2.5"x2.5" | 2 | EA | $ 350.00 | $ 700.00 |
| ##### | Backflow Prevention Assembly, 4" | 2 | EA | $ 3,750.00 | $ 7,500.00 |
| ##### | Brass Upright or Pendant Sprinkler | 86 | EA | $ 37.50 | $ 3,225.00 |
| ##### | Brass Sidewall Sprinkler | 0 | EA | $ 37.50 | $ - |
| ##### | Sprinkler Head Escutcheon, Chrome | 0 | EA | $ 5.00 | $ - |
| ##### | Sprinkler Guard, Bright Zinc | 2 | EA | $ 4.50 | $ 9.00 |

Base Year: Page 1

EXHIBIT 8
Page 2 of 15
02028

### ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| ##### | Sway Brace, 2-way | 6 | EA | $ 90.00 | $ 540.00 |
| ##### | Sway Brace, 4-way | 10 | EA | $ 110.00 | $ 1,100.00 |
| ##### | Wall Pen, Conc./Mas, 1"-2" Pipe | 4 | EA | $ 125.00 | $ 500.00 |
| ##### | Wall Pen, Conc./Mas, 2.5"-4" Pipe | 2 | EA | $ 150.00 | $ 300.00 |
| ##### | Thread-O-Let, 1.50" | 40 | EA | $ 79.00 | $ 3,160.00 |
| ##### | Thread-O-Let, 2.00" | 2 | EA | $ 103.90 | $ 207.80 |

ESTIMATED TOTAL       Line Numbers       0001 - 0280    $   58,890.41

SOLICITATION #
F65501-00-R0053

Page 1 of 3

## Part I - THE SCHEDULE
### SECTION B
### BID SCHEDULE/ BASE YEAR
### PROJECT FXSB 99-1500
### FIRE PROTECTION REQUIREMENTS
Work Order 5016 Munitions Storage

ESTIMATED QUANTITIES:



| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0197 | Survey/Submit Fire Alarm Design | 8,000 | SF | $ 0.25 | $ 2,000.00 |
| 0198 | Fire Control Panel, 1 Zone | 0 | EA | $ 1,200.00 | $ - |
| 0199 | Fire Control Panel, 2 Zone | 0 | EA | $ 1,200.00 | $ - |
| 0200 | Fire Control Panel, 4 Zone | 0 | EA | $ 1,480.50 | $ - |
| 0201 | Fire Control Panel, 8 Zone | 0 | EA | $ 2,425.50 | $ - |
| 0202 | Fire Control Panel, 12 Zone | 0 | EA | $ 2,600.00 | $ - |
| 0203 | Fire Control Panel, 16 Zone | 2 | EA | $ 2,900.00 | $ 5,800.00 |
| 0204 | Monaco BT2-8E Transceiver | 2 | EA | $ 5,950.00 | $ 11,900.00 |
| 0205 | Emerg. Power Supply, 24 Hour | 4 | EA | $ 1,745.00 | $ 6,980.00 |
| 0206 | Emerg. Power Supply, 36 Hour | 0 | EA | $ 1,745.00 | $ - |
| 0207 | Emerg. Power Supply, 48 Hour | 0 | EA | $ 1,745.00 | $ - |
| 0208 | Ionization Det, W/Battery Backup | 0 | EA | $ 73.08 | $ - |
| 0209 | Ionization Det, Rec. Ceiling Fixture | 0 | EA | $ 73.08 | $ - |
| 0210 | Ionization Detector Releasing Unit | 2 | EA | $ 96.00 | $ 192.00 |
| 0211 | Ionization Det, Self-Contained | 0 | EA | $ 59.00 | $ - |
| 0212 | Ionization Det, Air Duct | 4 | EA | $ 275.00 | $ 1,100.00 |
| 0213 | Ionization Det, Air Duct, Self Cont. | 0 | EA | $ 295.00 | $ - |
| 0214 | Thermal Det, 136 thru 190 Fixed Temp | 0 | EA | $ 75.00 | $ - |
| 0215 | Thermal Det, 15 Deg Rate of Rise | 0 | EA | $ 75.00 | $ - |
| 0216 | Thermal Detector, Ceiling Fixture | 0 | EA | $ 75.00 | $ - |
| 0217 | Thermal Detector Releasing Unit | 0 | EA | $ 100.00 | $ - |
| 0218 | Flame Det, Ultra-Violet Type | 0 | EA | $ 2,200.00 | $ - |
| 0219 | Flame Det, Std 3, 10, or 30s Delay | 0 | EA | $ 2,200.00 | $ - |
| 0220 | Flame Detector, Ceiling Fixture | 0 | EA | $ 2,200.00 | $ - |
| 0221 | Pull Station, Standard | 6 | EA | $ 100.00 | $ 600.00 |
| 0222 | Pull Station, Weatherproof | 0 | EA | $ 195.00 | $ - |
| 0223 | Remote Annunciator Panel, 1 Zone | 0 | EA | $ 295.00 | $ - |
| 0224 | Remote Annunciator Panel, 2 Zone | 0 | EA | $ 295.00 | $ - |
| 0225 | Remote Annunciator Panel, 4 Zone | 0 | EA | $ 310.00 | $ - |
| 0226 | Remote Annunciator Panel, 8 Zone | 0 | EA | $ 340.00 | $ - |
| 0227 | Remote Annunciator Panel, 12 Zone | 0 | EA | $ 550.00 | $ - |
| 0228 | Remote Annunciator Panel, 16 Zone | 0 | EA | $ 837.90 | $ - |
| 0229 | Power Failure Annunciator | 0 | EA | $ 497.70 | $ - |
| 0230 | Remote Alarm Lamp, 1 Unit | 0 | EA | $ 65.00 | $ - |
| 0231 | Remote Alarm Lamp, 2 Unit | 0 | EA | $ 76.00 | $ - |

SOLICITATION #
F65501-00-R0053

Page 2 of 3

### ESTIMATED QUANTITIES:

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0232 | Remote Alarm Lamp, 8 Unit | 0 | EA | $ 92.00 | $ - |
| 0233 | Remote Alarm Lamp, 12 Unit | 0 | EA | $ 106.00 | $ - |
| 0234 | Relay Base with Remote LED | 0 | EA | $ 86.00 | $ - |
| 0235 | Alarm Bell, 8" | 0 | EA | $ 118.00 | $ - |
| 0236 | Alarm Bell, 8" with Visual Strobe | 0 | EA | $ 185.00 | $ - |
| 0237 | Alarm Bell, 10" | 2 | EA | $ 118.00 | $ 236.00 |
| 0238 | Alarm Bell, 10" with Visual Strobe | 0 | EA | $ 185.00 | $ - |
| 0239 | Alarm Horn, Standard | 0 | EA | $ 119.70 | $ - |
| 0240 | Alarm Horn, with Visual Strobe | 8 | EA | $ 185.00 | $ 1,480.00 |
| 0241 | Alarm Horn, Weatherproof | 0 | EA | $ 195.00 | $ - |
| 0242 | Alarm Horn, Explosioproof | 0 | EA | $ 775.00 | $ - |
| 0243 | Alarm Horn, Minihorn/Strobe | 0 | EA | $ 185.00 | $ - |
| 0244 | Visual Strobe, Standard | 0 | EA | $ 175.00 | $ - |
| 0245 | Visual Strobe, Weatherproof | 0 | EA | $ 185.00 | $ - |
| 0246 | Visual Strobe, Explosionproof | 0 | EA | $ 775.00 | $ - |
| 0247 | Wire #12 THHN/THWN/XHHW | 4000 | LF | $ 0.40 | $ 1,600.00 |
| 0248 | Wire #14 THHN/THWN/XHHW | 4000 | LF | $ 0.56 | $ 2,240.00 |
| 0249 | #12-2 Shielded Cable | 1000 | LF | $ 0.75 | $ 750.00 |
| 0250 | Conduit 1/2" EMT | 2000 | LF | $ 2.90 | $ 5,800.00 |
| 0251 | Conduit 3/4" EMT | 0 | LF | $ 3.75 | $ - |
| 0252 | Flexible Metal Conduit, 1/2" | 500 | LF | $ 2.75 | $ 1,375.00 |
| 0253 | Flexible Metal Conduit, 3/4" | 0 | LF | $ 3.45 | $ - |
| 0254 | Rigid Metal Conduit, 1/2" | 0 | LF | $ 5.65 | $ - |
| 0255 | Rigid Metal Conduit, 3/4" | 0 | LF | $ 6.75 | $ - |
| 0256 | Juction Box (4S) W/Fittings | 500 | EA | $ 25.00 | $ 12,500.00 |
| 0257 | Explosionproof Seal Off, 1/2" | 0 | EA | $ 35.50 | $ - |
| 0258 | Explosionproof Seal Off, 3/4" | 0 | EA | $ 42.50 | $ - |
| 0259 | Explosionproof LB/LL/LR, 1/2" | 2 | EA | $ 50.50 | $ 101.00 |
| 0260 | Explosionproof LB/LL/LR, 3/4" | 0 | EA | $ 56.50 | $ - |
| 0261 | Surface Metal Raceway | 0 | LF | $ 31.50 | $ - |
| 0262 | Surface Junction/Device Boxes | 500 | EA | $ 17.65 | $ 8,825.00 |
| 0263 | Concrete Drill (or Core) 1" Diam. | 0 | EA | $ 68.00 | $ - |
| 0264 | Concrete Drill (or Core) 1-1/2" Diam. | 0 | EA | $ 80.00 | $ - |
| 0265 | Paint Conduit | 0 | LF | $ - | $ - |
| 0266 | Asbestos Work Plan | 0 | EA | $ - | $ - |
| 0267 | Lead Work Plan | 0 | EA | $ - | $ - |
| 0268 | Asbestos Air Sampling | 0 | DAY | $ - | $ - |
| 0269 | Remove Sprayed-On Building Ins. | 0 | SF | $ - | $ - |
| 0270 | Remove/Replace Gypsum Wallboard | 0 | SF | $ - | $ - |
| 0271 | Remove Vinyl Asbestos Tile & Mastic | 0 | SF | $ - | $ - |

Base Year: Page 2

EXHIBIT 8
Page 5 of 15

02031

SOLICITATION #
F65501-00-R0053

Page 3 of 3

### ESTIMATED QUANTITIES

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0272 | Remove 24" x 24" ACM Ceiling Tile | 100 | SF | $ - | $ - |
| 0273 | Remove 24" x 48" ACM Ceiling Tile | 100 | SF | $ - | $ - |
| 0274 | Asbestos Item Sampling and Analysis | 4 | EA | $ - | $ - |
| 0275 | Lead Item Sampling and Analysis | 4 | EA | $ - | $ - |
| 0276 | Remove Interior Wall with LBP | 100 | SF | $ - | $ - |
| 0277 | Remove Interior Ceiling with LBP | 200 | SF | $ - | $ - |
| 0278 | Remove Trim W/LBP, to 6" Wide | 40 | LF | $ - | $ - |
| 0279 | Remove Trim W/LBP, to 12" Wide | 20 | LF | $ - | $ - |
| 0280 | Remove LBP from Steel Surfaces | 10 | SF | $ - | $ - |
| 0281 | Remove Sheet Metal Duct with LBP | 40 | LF | $ - | $ - |
| 0282 | Remove Pipe W/LBP, to 2" Diameter | 50 | LF | $ - | $ - |
| 0283 | Remove Pipe W/LBP, 2.5" to 4" Diam. | 50 | LF | $ - | $ - |
| 0284 | Install New Exit Signs | 0 | EA | $ 150.00 | $ - |
| 0285 | Remove Existing Exit Signs | 160 | EA | $ 75.00 | $ 12,000.00 |

ESTIMATED TOTAL        Line Numbers   0001 - 0285    $ 75,479.00

# Invoice



**GMW Fire Protection**

6670 Wes Way
Anchorage, Alaska 99518
Phone: 907.336.5000  Fax: 907.336.5050

| BILL TO |
|---|
| **Kanag'Iq Construction Co., Inc.**<br>**527 East 4th Avenue**<br>**Anchorage, AK  99501** |

D05016

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|---|---|---|---|---|
| 2/25/2004 | Z4-04C #1 | Net 30 | 3/26/2004 | Z4-04C Munitions Storage Bldg - 5017 |

| SERVICED | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/25/2004 | *Installation of Sprinkler & Fire Alarm - 100% Engineering & Materials* | 20,000.00 |

Pd
2/27/24

| | Total |
|---|---|
| Please remit payment to 6670 Wes Way, Anchorage, AK. 99518 | $20,000.00 |

Late charges may be accrued to your account at the rate of
1.5% per month on the unpaid balance.

02020

EXHIBIT __8__
Page __7__ of __15__

6/16/2004

# Kanag'iq Construction 

527 E. 4th Ave.
Anchorage, Alaska 99501

Telephone 907 258-5879
Fax          907 258-5896

## SUBCONTRACTOR PROGRESS PAYMENTS

| SUBCONTRACTOR: | GMW Fire Protection | | |
|---|---|---|---|
| ADDRESS: | 6670 Wes Way Phone 336-5000<br>Anchorage, AK 99518  Fax 336-5050 | PAYMENT NO. | 1 |
| | | PERIOD ENDING: | 6/11/2004 |
| PROJECT: | Fire Requirements 1030 D/O#5016<br>Munitions Storage Building<br>Install Fire Suppression Sys | PROJECT NO. | 1030-5016 |

| Work Description | Code | Item Number | Amount | Percent Complete To Date | Total Complete To Date | Previous Payments | This Payment |
|---|---|---|---|---|---|---|---|
| Installation of Fire Alarm System | 15402 | | $134,369.14 | 16.00% | $21,499.06 | $0.00 | $21,499.06 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| | | | | 0.00% | $0.00 | $0.00 | $0.00 |
| SUBTOTAL | | | $134,369.14 | 16.00% | $21,499.06 | $0.00 | $21,499.06 |
| CHANGE ORDERS: | | | | | | | |
| | | | $0 | 100.00% | $0.00 | $0.00 | $0.00 |
| | | | $0 | 100.00% | $0.00 | $0.00 | $0.00 |
| | | | $0 | 100.00% | $0.00 | $0.00 | $0.00 |
| TOTAL | | | $0 | 100.00% | $0.00 | | $0.00 |
| | | | $0 | | $0.00 | $0.00 | $0.00 |
| TOTAL ADJUSTED CONTRACT | | | $134,369.14 | 16.00% | $21,499.06 | $0.00 | $21,499.06 |

| | |
|---|---|
| TOTAL THIS PAYMENT: | |
| LESS RETAINAGE IF APPLICABLE   0 % | $21,499.06 |
| MATERIALS ON SITE NOT INCORPORATED: | $0.00 |
| LESS PREVIOUS MATERIALS ON SITE PAYMENT: | $0.00 |
| | $0.00 |
| TOTAL DUE THIS ESTIMATE | $21,499.06 |

Previous Payment

| Date | CK # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

02022

EXHIBIT 8
Page 8 of 15



# Invoice

6670 Wes Way
Anchorage, Alaska 99518
Phone: 907.336.5000   Fax: 907.336.5050

PAID

**BILL TO**
Kanag'Iq Construction Co., Inc.
527 East 4th Avenue
Anchorage, AK  99501

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|---|---|---|---|---|
| 6/30/2004 | Z4-04C #2 | Net 30 | 7/30/2004 | Z4-04C Munitions Storage Bldg - 5017 |

| SERVICED | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/30/2004 | Installation of Sprinkler System | 1,499.06 |

Please remit payment to 6670 Wes Way, Anchorage, AK. 99518

**Total**  $1,499.06

Late charges may be accrued to your account at the rate of 1.5% per month on the unpaid balance.

02964

EXHIBIT 8
Page 9 of 15

KANAG'IQ CONSTRUCTION CO., INC.                                                                22726

GMW Fire Protection Inc.                                        6/29/2004

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 06/11/2004 | Bill | SP#3 J#1030-5018  24.14C | 22,935.00 | 22,935.00 | | 22,935.00 |
| 06/11/2004 | Bill | SP#1 J#1030-5014  23.44C | 55,246.08 | 55,246.08 | | 55,246.08 |
| 06/11/2004 | Bill | SP#1 J#1030-5016 GMW 24.04C | 21,499.06 | 21,499.06 | | 21,499.06 |
| | | | | Check Amount | | 99,680.14 |

**02963**

Northrim Bank            Fire 5018-3, 5014-1, 5018-3                                              99,680.14

EXHIBIT 8
Page 10 of 15

# Invoice



6670 Wes Way
Anchorage, Alaska 99518
Phone: 907.336.5000   Fax: 907.336.5050

| BILL TO |
|---|
| Kanag'Iq Construction Co., Inc.<br>527 East 4th Avenue<br>Anchorage, AK  99501 |

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|---|---|---|---|---|
| 9/24/2004 | Z4-04C#3 | Net 30 | 10/24/2004 | Z4-04C Munitions Storage Bldg - 5017 |

| SERVICED | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/24/2004 | *Installation of Sprinkler System - 75% Installation*<br><br>*CONTRACT AMOUNT:$134,369.14* | *22,650.00* |

Please remit payment to 6670 Wes Way, Anchorage, AK. 99518

**Total** $22,650.00

Late charges may be accrued to your account at the rate of
1.5% per month on the unpaid balance.

02961

EXHIBIT 8
Page 11 of 15



# Invoice

**6670 Wes Way**
Anchorage, Alaska 99518
Phone: 907.336.5000  Fax: 907.336.5050

**BILL TO**

Kanag'Iq Construction Co., Inc.
527 East 4th Avenue
Anchorage, AK  99501

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|---|---|---|---|---|
| 10/25/2004 | Z4-04C #4 | Net 30 | 11/24/2004 | Z4-04C Munitions Storage Bldg - 5017 |

| SERVICED | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/25/2004 | Installation of Sprinkler & Fire Alarm System - 90% Complete<br>CONTRACT AMOUNT: $134,369.14 | 77,000.00 |

*10.25.04*
*ck 23631*
*pd*

Please remit payment to 6670 Wes Way, Anchorage, AK. 99518

**Total**  $77,000.00

Late charges may be accrued to your account at the rate of
1.5% per month on the unpaid balance.

02025

EXHIBIT 8
Page 12 of 15

KANAG'IQ CONSTRUCTION CO., INC.

2363:

| Check#: 23631 | Date: 10/25/2004 | Vendor#: | 19 GMW Fire Protection, Inc. | | | |
|---|---|---|---|---|---|---|
| Invoice# | Job/Description | | Balance | Retain | Discount | This Check |
| P#2 J#10305011 | 10305011 1030-5011 Snow | | 28,757.77 | | | 28,757.77 |
| SP#4J#10305008 | 10305008 1030-5008 381 Int | | 43,330.71 — 5008 | | | 43,330.71 |
| SP#2J10305011RE | 10305011 1030-5011 Snow | | -11,838.16 | | | -11,838.16 |
| SP#3J10305011 | 10305011 1030-5011 Snow | | 20,837.60 | — 5011 total $8,999.44 | | 20,837.60 |
| SP#2J#10305011R | 10305011 1030-5011 Snow | | 28,757.77 | | | 28,757.77 |
| PE#2J#10305016 | 10305016 1030-5016 Muniti | | 102,120.55 — 5016 | | | 102,120.55 |

*10.25.04 Munition Storage*

10/25/2004

02960

EXHIBIT 8
Page 13 of 15



# Invoice

6670 Wes Way
Anchorage, Alaska 99518
Phone: 907.336.5000  Fax: 907.336.5050

**BILL TO**
Kanag'Iq Construction Co., Inc.
527 East 4th Avenue
Anchorage, AK  99501

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|---|---|---|---|---|
| 11/26/2004 | Z4-04C #5 | Net 30 | 12/26/2004 | Z4-04C Munitions Storage Bldg - 5017 |

| SERVICED | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/26/2004 | Installation of Sprinkler & Fire Alarm Systems - 99% Complete  CONTRACT AMOUNT: $134,369.14 | 11,876.39 |

Please remit payment to 6670 Wes Way, Anchorage, AK. 99518

Late charges may be accrued to your account at the rate of 1.5% per month on the unpaid balance.

| | Total | $11,876.39 |
|---|---|---|

02026

EXHIBIT 8
Page 14 - 15



# Invoice

6670 Wes Way
Anchorage, Alaska 99518
Phone: 907.336.5000  Fax: 907.336.5050

**BILL TO**

Kanag'Iq Construction Co., Inc.
527 East 4th Avenue
Anchorage, AK 99501

| DATE | INVOICE # | TERMS | DUE DATE | PROJECT |
|---|---|---|---|---|
| 12/24/2004 | Z4-04C #6 | Net 30 | 1/23/2005 | Z4-04C Munitions Storage Bldg - 5017 |

| SERVICED | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/24/2004 | *Installation of Sprinkler & Fire Alarm Systems - 100% Complete* | 1,343.69 |
| | CONTRACT AMOUNT:$134,369.14 | |

Please remit payment to 6670 Wes Way, Anchorage, AK. 99518

**Total** $1,343.69

Late charges may be accrued to your account at the rate of 1.5% per month on the unpaid balance.

02027

EXHIBIT 8
Page 15 of 15