Exhibit 1: Form Exhibit List

UNITED STATES DISTRICT COURT,
District of Alaska
Exhibit List

THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaskan Corporation
v. KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and
WESTERN SURETY COMPANY, a South Dakota Corporation

Case No.: A05-170 Civil

| Presiding Judge: Honorable Timothy M. Burgess | | Plaintiff's Attorney: Sarah Tugman | Defendants' Attorney: Thomas S. Gingras |
|---|---|---|---|
| Trial Date(s): January 22, 2008 | | Court Reporter: | Courtroom Deputy: |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| | | see descr. | | | **EARLIER GMW-KANAG'IQ CONTRACTS** | |
| 1 | | | | | 01138 -9 – subcontract – Kanag'Iq and GMW PAX – 4-10-03 (Young Exh. 99) | |
| 2 | | | | | 01123-24 00 GMW estimate 2-11-03 PAX (Young Exh. 100) | |
| 3 | | | | | 01122, 0110, 01116 – 3 GMW billings PAX (various dates)(Young Exh. 101) | |

---

[1] Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | |
|---|---|---|
| 4 | | 01121, 01119, 01117 – KCC paystubs PAX (various dates) (Young Exh. 102) |
| 5 | | 01118 KCC sub. progress pymt. form – PAX (Young Exh. 103) |
| | | **ELMENDORF FIRE SUPPRESSION REQUIREMENTS CONTRACT** |
| 6 | | Prime contract, pages 20-21, §01020 |
| 7 | | Fax from KCC to GMW dated 5-25-00 |
| 8 | | unnumbered – Bid Schedule, Base year – faxed by GMW 6-5-00 (8 pages) |
| 9 | | 00053-57 – Bid Schedule, Base Year, titled new price GMW 7-17-00 (6 pages) |
| 10 | | 200707-25 – Bid Schedule, titled "Contract Ricing Agreement" – Base year (7 pages), First Option Year (6 pages), Second Option Year (6 pages) |
| 11 | | Statement of Acknowledgment dated 10-25-00 |
| 12 | | 00048-52 KCC/GMW subcontract (5 pages) dated 10-26-00 and 11-2-00 (Jury Exh. 6) |
| | | **DO 5006 – KNIK HALL** |
| 13 | | 01390-94 – notice of award dated 2-27-02 and attachments – DO 5006 (Young Exh. 104) |
| 14 | | 01372 – GMW quote dated 2-28-03 (Young Exh. 105) |

| | | |
|---|---|---|
| 15 | | 01371-70 – GMW invoices dated 4-25-03 and 5-25-03 (Young Exh. 106) |
| 16 | | 01368 – KCC paystub (Young Exh. 107) |
| | | **5007 – PUMP HOUSE** |
| 17 | | 01512-27 – GMW fax cover sheet and quotes for hangar dated 3-14-03 (Young Exh. 108) |
| 18 | | 01504-11 – GMW fax cover sheet and revised quotes dated 3-18-2003 (Young Exh. 109) |
| 19 | | 01417-33 – GMW quote dated 5-20-03 with attachments (pump house)(Young Exh. 110) |
| 20 | | 01411, 01412, 01413 – GMW billings (various dates) (pump house) (Young Exh. 111) |
| 21 | | 01410, 01409, 01407 – KCC sub. progress pymt. forms fire pump |
| 22 | | 01414, 01408, 01406 – KCC check stubs 7-29-03, 8-21-03 and 9-5-03 (pump house) |
| | | **5008 – BUILDING 18220** |
| 23 | | 201071 – Frere estimate dated 8-12-03 – building 18220 (Jury Exh. 7) |
| 24 | | 200993-96 – GMW fax cover sheet and attachments, quotes for DO 5008 dated 6-22-04 (Jury Exh. 9) |
| 25 | | 01973 – GMW invoice dated 6-25-04 for DO 5008 (Jury Exh. 10) |

| | | |
|---|---|---|
| 26 | | 01975 – KCC sub. progress pymt. form for DO 5008 (Jury Exh. 11) |
| 27 | | 03601 – GMW fax to KCC dated 7-13-04 re revised contract amount to come |
| 28 | | 01977 – GMW invoice dated 8-25-04 for DO 5008 (revised amt.) (Jury Exh. 12) |
| 29 | | 019181 – KCC sub. progress pymt. form for DO 5008 (Jury Exh. 13) |
| 30 | | 03593 – GMW invoice dated 11-26-04 for DO 5008 |
| 31 | | 200794-5 – KCC transfer and acceptance doc. for DO 5008 (Jury Exh. 14) |
| 32 | | 201228 – engineer's estimate signed by KCC 9-11-03 for DO 5009 (Jury Exh. 15) |
| 33 | | 201308-13 – GMW fax cover sheet dated 11-4-03 and quotes attached for DO 5009 (Jury Exh. 16) |
| 34 | | 01987 – GMW invoice dated 12-24-03 for bldg. 177720 (Jury Exh. 17) |
| 35 | | 03485 – GMW invoice dated 9-24-04 for bldg. 177720 |
| 36 | | 201181 – KCC transfer and acceptance doc. for DO 5009 (Jury Exh. 18) |
| | | **5010 – SUSITNA CLUB** |
| 37 | | 201504-05 – engineer's estimate dated 9-12-03 signed by KCC for Susitna Club (Jury Exh. 19) |

| | | | |
|---|---|---|---|
| 38 | | 201533-39 – GMW fax cover sheet dated 1-16-04 and attached quotes for Susitna Club (Jury Exh. 20) | |
| 39 | | 03357 – GMW billing dated 1-25-2004 fo Susitna Club (Jury Exhibit 21) | |
| 40 | | KCC sub. progress payment form for DO 5010 (Jury Exh. 22) | |
| 41 | | 01630 – GMW fax cover sheet dated 9-28-04 re: revised quotes for Civil Air and Susitna Club fire alarms (Jury Exh. 23) | |
| 42 | | 03347 - GMW invoice dated 10-25-04 fo Susitna Club (Jury Exh. 24) | |
| 43 | | 02135 – KCC sub. progress pymt. form for Do 5010 (Jury Exh. 25) | |
| 44 | | 03345 – GMW invoice dated 11-26-04 for Susitna Club | |
| 45 | | 01746 and 200627-28, 01747-200629, 01748, 200630-01749, 200631, 01750, 200632, 01751 GMW fax cover sheet dated 1-03-05 and attached revised quotes for Susitna Club sprinklers and fire alarms (Jury Exh. 26) | Note: exhibit combines copies of the same document from both parties due to a fax transmission erasure on one of them |
| 46 | | 201390-01 – KCC transfer and acceptance doc. dated 7-12-05 for DO 5010 (Jury Exh. 27) | |
| | | **5011 – SNOW BARN** | |
| 47 | | 201760-61 – engineer's estimate dated 9-15-03 signed by KCC for snow barn DO 5011 (Jury Exh. 28) | |

| # | Description |
|---|---|
| 48 | 200727-29 – GMW fax cover sheet dated 3-12-04 and attached quote for snow barn DO 5011 (Jury Exh. 29) |
| 49 | 02041 – GMW invoice dated 3-25-04 for snow barn (Jury Exh. 30) |
| 50 | 201752 – KCC sub. progress payment form for DO 5011 (Jury Exh. 31) |
| 51 | 201677 – 81 change order effective 5-24-04 to DO 5011 (deleting sprinkler riser bldg, etc.) (Young Exh. 92) |
| 52 | 02043 – KCC sub. progress payment form for DO 5011 (Jury Exh. 32) |
| 53 | 201787-90 – GMW fax cover sheet dated 9-22-04 and revised quotes for snow barn alarm and asking for Bill's numbers (Jury Exh. 33) |
| 54 | 02048 – GMW invoice dated 9-27-04 for snow barn CO 5011 (Jury Exh. 34) |
| 55 | 02793 – GMW invoice dated 9-27-04 for the Snow Barn (sprinkler) |
| 56 | 02049 – KCC sub. progress pymt. form for DO 5011 (Jury Exh. 35) |
| 57 | 02786 – GMW invoice dated 12-24-04 for the Snow Barn (fire alarm) |
| 58 | KCC transfer and acceptance form dated 7-12-05 for DO 5011 (Jury Exh. 36) |

| | | | |
|---|---|---|---|
| | **5012 – SURV. EQUIP.** | | |
| 59 | 202154 – engineer's estimate dated 9-15-03 for surv. equip. shop signed by KCC (Jury Exh. 37) | | |
| 60 | 03111 – GMW invoice dated 5-25-04 for survival equip. fire alarm (Jury Exh. 38) | | |
| 61 | 03112 – KCC sub. progress pymt. form for DO 5012 (Jury Exh. 39) | | |
| 62 | 03109 – GMW invoice dated 8-5-04 for survival equipment fire alarm | | |
| 63 | 202143-33 – KCC transfer and acceptance doc. dated 7-12-05 for DO 5012 (Jury Exh. 40) | | |
| | **5013 – AGE BLDG.** | | |
| 64 | 202342-44 – engineer's estimate dated 9-18-03 signed by KCC for DO 5013 (Jury Exh. 41) | | |
| 65 | 202371-76 – GMW fax cover sheet dated 2-3-04 quotes for AGE bld. w/o alarm (Jury Exh. 43) | | |
| 66 | 202419-21 – revised engineer's estimate for DO 5013 dated 2-17-04 | | |
| 67 | 02608 – GMW invoice dated 3-8-04 for AGE bldg. (Jury Exh. 44) | | |
| 68 | 202273, 202388-90 – cover letter dated 5-11-04 re change order to DO 5013 with revised estimate (Jury Exh. 42) | | |
| 69 | 201394-5 – KCC transfer and acceptance doc. dated 7-12-05 for AGE bdg. (Jury Exh. 47) | | |

| | | |
|---|---|---|
| | | **5014 – SURV. EQUIP.** |
| 70 | | 202586-7 – engineer's estimate dated 9-19-03 signed by KCC for survival equipment shop (Jury Exh. 48) |
| 71 | | 02005 – GMW invoice dated 1-25-04 for survival equipment sprinklers (Jury Exh. 50) |
| 72 | | 202522 -3 – GMW quote (faxed 4-20-04) for survival building sprinkler only (Jury Exh. 51) |
| 73 | | 02008 – KCC sub. progress pymt. form for DO 5014 survival equip. bldg. (Jury Exh. 52) |
| 74 | | 202673-76 – change order effective 6-14-04 to DO 5014 (increase) (Young Exh.) 94 |
| 75 | | 202589 – KCC transfer and acceptance doc. dated 7-13-05 for DO 5014 (Jury Exh. 54) |
| 76 | | 202664-67 – change order effective 9-28-05 to DO 5014 (increase)(Jury Exh. 53) |
| | | **5015 – CIVIL AIR PATROL** |
| 77 | | 202795-96 – engineer's estimate dated 9-13-03 signed by KCC for DO 5015 (Jury exhibit 55) |
| 78 | | 200202 fax from engineer to KCC dated 6-9-04 asking for price from GMW to alarm DO 5015 instead of sprinklers (Jury Exh. 56) |
| 79 | | 200611, 202876-78 – GMW fax cover sheet dated 6-9-04 with bid schedule attached for DO 5015 civil air patrol (Jury Exh. 57) |

| | | | Description | | |
|---|---|---|---|---|---|
| 80 | | | 02970, 202873-75 – GMW cover sheet dated 6-30-04 and attached quotes for DO 5015 civil air patrol alarm (Jury Exh. 58) | | |
| 81 | | | 202860-64 – change order effective 7-26-04 to DO 5015 (decrease) (Young Exh. 95) | | |
| 75 | | | 202589 – KCC transfer and acceptance doc. dated 7-13-05 for DO 5014 (Jury Exh. 54) | | |
| 82 | | | 01630, 02038-40 – GMW fax dated 9-28-04 and revised quote for fire alarm (Jury Exhibit 59) | | |
| 83 | | | 02033 – GMW invoice dated 10-25-04 for civil air patrol bldg. (Jury Exh. 60) | | |
| 84 | | | 02035 – KCC sub. progress pymt. form for DO 50015 (Jury Exh. 61) | | |
| 82 | | | 01630, 02038-40 – GMW fax dated 9-28-04 and revised quote for fire alarm (Jury Exhibit 59) | | |
| 83 | | | 02033 – GMW invoice dated 10-25-04 for civil air patrol bldg. (Jury Exh. 60) | | |
| 84 | | | 02035 – KCC sub. progress pymt. form for DO 50015 (Jury Exh. 61) | | |
| 85 | | | 02894 – GMW invoice dated 12-24-04 for Civil Air Patrol Bldg. | | |
| 86 | | | 202701-2 – KCC transfer and acceptance doc. dated 7-13-05 for DO 5015 (Jury Exh. 62) | | |

| | 5016 – MUNITIONS BLDG. | | |
|---|---|---|---|
| 87 | 203110, 203106-108 – faxes from engineer dated 9-19-03 to KCC re DO 5016 (and 5017 & 5018) with attached engineer's estimate signed by KCC for 5016 (Jury Exh. 63) | | |
| 88 | 01541 – GMW fax cover sheet dated 1-16-04 with quotes for munitions bldg. sprinklers (Jury Exh. 64) | | |
| 89 | 203182, 02023, 02028-32 – GMW fax cover sheet dated 6-14-04 with quotes for DO 5016 sprinklers and alarms (Jury Exh. 65) | | |
| 90 | 203183-86, 200610 – GMW fax cover sheet dated 6-14-04 with attached quote for DO 5016 munitions storage bldgs. (Jury Exh. 66) | | |
| 91 | 02970, 20350-54 – GMW fax cover sheet dated 6-30-04 with attached quotes for DO 5016 (Jury Exh. 67) | | |
| 92 | 02961 – GMW invoice dated 9-24-04 for munitions storage bldg. (Jury Exh. 68) | | |
| 92 | 02022 – KCC sub. progress pymt. form for DO 5016 munitions storage (Jury Exh 69) | | |
| 94 | 02957 – GMW invoice dated 12-24-04 for Munitions Storage Bldg. | | |
| 95 | 203239 - 40 – change order effective 5-24-05 to DO 5016 (increase) (Young Exh. 96) | | |

| | | |
|---|---|---|
| | | **5017 – BASE SUPPLY WAREHOUSES** |
| 97 | | 200260-1 – engineer's estimate dated 9-22-03 signed by KCC for base supply warehouse (Jury Exh. 72) |
| 98 | | 200093-95 – GMW fax cover sheet dated 6-23-04 to KCC with engr. est. for 5017 base supply warehouses (Jury Exh. 73) |
| 99 | | 2000180-81, 200006-7 – engineer's change to DO 5017 dated 7-14-04 (reduction) and change to DO 5017 dated 8-24-04 (reduction)(Jury Exh. 74) |
| 100 | | 02059 – GMW invoice dated 8-25-04 with new contract amount (Jury Exh. 75) |
| 101 | | 01597 – fax from engineer to GMW dated 9-2-04 re: scope of work and start work for DO 5017 (Jury Exh. 76) |
| 102 | | 200153,200147-52 – cover letter dated 9-13-04 re change order to DO 5017 and change order effective 8-24-04 (Young Exh. 97) |
| 103 | | 01640 – GMW fax cover sheet – to Steve Frere, dated 9-30-04 |
| 104 | | 01639,020963-69 – GMW cover sheet with breakdown attached, dated 9-30-04 |
| 105 | | 01637, 2063-69, GMW fax cover sheet to KCC dated 9-30-04 with attached quote for base warehouse supply bldgs. (Jury Exh. 77) |
| 106 | | 02707 GMW invoice dated 10-26-04 for base supply warehouse (Jury Exh. 78) |

| | | |
|---|---|---|
| 107 | | 02062 KCC sub. progress pymt. form for DO 5017 (Jury Exh. 79) |
| 108 | | 202703-4 – KCC transfer and acceptance doc. dated 7-13-05 for 5017 (Jury Exh. 80) |
| | | **5018 – METAL TECH BLDG.** |
| 109 | | 200082-83 – engineer's estimate dated 9-19-03 signed by KCC for DO 5018 (Jury Exh. 81) |
| 110 | | 01561-63 – GMW fax cover sheet dated 2-17-04 to KCC with attached quote for sprinkler in metal tech. bldg. (Jury Exh. 82) |
| 111 | | 02070 – GMW invoice dated 3-25-04 for DO 5018 metal tech bldg. (Jury Exh. 83) |
| 112 | | 200278-81,200207-8 – GMW fax cover sheet dated 3-26-04 with attached quote for DO 5018 metal tech bldg. (Jury Exh. 84) |
| 113 | | 02499 – GMW invoice dated 4-25-04 for Metal Tech. Bldg. |
| 114 | | 02072 – KCC sub. progress pymt. form for DO 5018 (Jury Exh. 85) |
| 115 | | 02073 – KCC sub. progress pymt. form for DO 5018 (Jury Exh. 86) |
| 116 | | 200320 -323 – change order effective 7-26-04 to DO 5018 (decrease) (Young Exh. 98) |
| 117 | | 200252-3 – KCC transfer and acceptance doc. dated 7-13-05 for DO 5018 (Jury Exh. 87) |

| | | GENERAL COMMUNICATIONS |
|---|---|---|
| 118 | | 01557 – GMW fax to KCC dated 2-5-04 re: elephant cage as-builts not correct (Jury Exh. 8) |
| 119 | | 201805 – GMW fax to KCC dated 2-5-04 re design and scheduling snow barn, metal tech bldg. (Foland Exh. 112) |
| 120 | | 200889 – KKC fax to GMW dated 3-28-04 – need price schedules for 5008, 5011, 5014, 5015 and 5017 (Foland Exh. 114) |
| 121 | | 200890 – KCC fax to GMW dated 4-5-04 – need price schedules for 5008, 5014, 5015 and 5017 (Foland Exh. 115) |
| 122 | | 200864 – KCC fax to GMW dated 5-4-04 asking for cost break downs for DOs 5008, 5015, and 5017 |
| 123 | | 200851 – KCC fax to GMW dated 5-26-04 asking for cost break downs for Dos 5008, 5015 and 5017 |
| 124 | | 200202 – fax dated 6-9-04 from engineer to KCC re: mod. for 5018, work reduced, funds from 5018 to 5014, need GMW to price 5015 civil air patrol alarms in lieu of sprinklers |
| 125 | | 01594-5 – KCC fax to GMW dated 6-29-04 asking for updated DO costs |
| 126 | | 200832 and 200507 – KCC fax to GMW dated 7-13-04 asking for updated contract amounts for all delivery orders with attached list of Dos |

| # | Description |
|---|---|
| 127 | 200297 – KCC fax dated 11-24-04 to Brian Brown re DO 5018 |
| 128 | 200185 KCC fax dated 12-8-04 to GMW re Chandler leaving |
| | **PAYMENT ISSUES** |
| 129 | 200740 – notes dated 3-31-04 re DOS (Frere's estimates and GMW's quotes)(Jury Exh. 89) |
| 130 | 01609 – GMW fax to KCC dated 9-21-04 re KCC changing contract amounts |
| 131 | 01663 – GMW fax to engineer dated 10-25-04 re Bill changing contract amounts |
| 132 | 200616 – GMW fax to KCC dated 10-25-04 wanting pymt. |
| 133 | 01689 – GMW fax to KCC dated 10-25-04 wanting pymt. |
| 134 | 01691 – GMW fax to KCC dated 10-25-04 |
| 135 | 01692 – KCC fax to GMW dated 10-25-04 in response, and asking for revised quote for DO 5018 |
| 136 | 200596 – GMW billing to KCC dated 12-10-04 |
| 137 | 01801-12 – GMW fax to Sergeant Brown, dated 12-10-04, re nonpayment by KCC |
| 138 | 01716 – GMW fax to engineer dated 12-10-04 re nonpayment |

| # | | Description |
|---|---|---|
| 139 | | 200476, 01718-19 – KCC fax cover sheet to GMW dated 12-15-04 with letter dated 12-13-04 re KCC's DO review |
| 140 | | 01720 – GMW fax to KCC dated 12-15-04 asking for an explanation |
| 141 | | 01737 – email dated 12-17-04 from KCC (Phil Young) to GMW (Glenn Johnson) |
| 142 | | 01740 – GMW (Glenn Johnson) fax to KCC (Phil Young) dated 12-20-04 |
| 143 | | 01741 – email dated 12-21-04 from KCC (Phil Young) to GMW (Glenn Johnson) |
| 144 | | 01745 – email dated 1-3-05 from KCC (Phil Young) to GMW (Glenn Johnson) |
| 145 | | 200625 – email dated 1-11-05 from GMW (Glenn Johnson) to KCC (Phil Young) re payment due |
| 146 | | 01752-3 – emails 1-10 and 1-11-05 between GMW and KCC |
| 147 | | 200591 – email dated 2-22-05 from GMW (Glenn Johnson) to KCC (Ray Hamilton) re nonpayment |
| 148 | | 01785 – email dated 2-24-05 from GMW (Glenn Johnson) to KCC (Ray Hamilton) |
| 149 | | 01794 – emails dated 4-28-05 from KCC (Ray Hamilton) to GMW (Glenn Johnson) and from GMW (Glenn Johnson) to KCC (Ray Hamilton) |
| 150 | | 01796 – emails dated 5-11 and 5-12-05 between GMW and KCC |

| # | | | Description |
|---|---|---|---|
| 151 | | | 01734, 01736 – GMW 12-16-04 letter to 3rd contracting re nonpayment |
| 152 | | | DO billing summary |
| 153 | | | GMW's list of outstanding amounts due |
| 154 | | | GMW's 2006 count of materials with line item pricing |
| | | | **OTHER** |
| 155 | | | 201852-3 – Fax from KC Alaska to KCC dated 3-23-04 (with notation) with civil proposal attached |
| 156 | | | 201845 – KC Alaska Civil Proposal dated 4-20-04 |
| 157 | | | 203225 – KC Alaska Contract price dated 6-21-04 (with notations) |
| 158 | | | 203232-34 – KC Alaska fax cover dated 7-8-05 sheet with 2 additional pages re work done by KC Alaska\ |
| 159 | | | 201851 and 201848 – KC Alaska fax cover sheet with letter attached (with notation) dated 9-17-04 |
| 160 | | | 203235-8 – KC Alaska fax cover sheet dated 1-5-05 with 3 invoices attached |
| 161 | | | 203223 – KCC letter dated 2-21-05 KC Alaska re payment |
| 162 | | | 202521 – Anchorage Lath & Plastering quote dated 7-8-04 |
| 163 | | | 203034 – AAA Fence quote dated 10-14-04 |

| | | | |
|---|---|---|---|
| 164 | | | 2030245 – Diomede Ent. quote dated 11-18-04 |
| 165 | | | 202513 – KCC proposal letter to 3rd Contracting dated 6-3-04 |
| 166 | | | 203006-8 – KC estimate re Munitions Storage dated 3-2-05 |
| 167 | | | Deposition of William Jury |
| 168 | | | Deposition of Phil Young |
| 169 | | | Deposition of Julie Foland |
| | | | **DEFENDANTS' EXHIBITS** |
| | A | | Complaint |
| | B | 003723 – 004097 | Main Contract [Govt. / Kanag'iq] |
| | C | | Subcontract [Kanag'iq / GMW] |
| | D | | Affidavit of Thomas Johnson |
| | E | | Deposition of Thomas Johnson |
| | F | 4062-4064 | Option to Extend Contract, First Option Year, 9-14-01 |
| | G | 4073-4076 | Option to Extend Contract, Second Option Year, 9-28-02 |
| | H | | Payment Bond [Kanag'iq / Western Surety] |
| | I | | Deposition of Glen Johnson |
| | J | | Project Specifications – Excerpt [Johnson, Exh. C |
| | K | 200654 200649 200647 | Faxes re Project [Johnson Exh. D-F] |

| | | | |
|---|---|---|---|
| L | | | Deposition of Steve Frere |
| M | | | Emails re Project [Frere Exh. G] |
| N | | | Price Schedule - Oversize Spreadsheets [Frere Exh. H] |
| O | | | Document re Delivery Orders [Tugman] [Frere Exh. I] |
| P | | | Spreadsheets re item counts, signed by S. Frere |
| Q | NA | | Fire Protection Requirements, Modifications of Contract:4-22-03, 9-19-03 and 11-14-03, Bid Schedule / Second Option Year (Jury Exh. 1) |
| R | 200707 - 200713 | | Bid Schedule / Base Year (Jury Exh. 2) |
| S | 200714 - 200719 | | Bid Schedule / First Option Year (Jury Exh. 3) |
| T | 200734 - 200739 | | Bid Schedule / Second Option Year (Jury Exh. 4) |
| U | 200720 - 200725 | | Bid Schedule / Second Option Year (Jury Exh. 5) |
| V | 02008 | | Subcontractor Progress Payments (Jury Exh. 45) |
| W | 203374 - 203407 | | Delivery Orders Being Tracked by Kanag'iq, last page without Bates No. (Jury Exh. 46) |
| X | 203223 | | Correspondence from Kanag'iq to KC re payment (Jury Exh. 49) |
| Y | 203239 | | Modification of Contract 5-31-05 (Jury Exh. 70) |
| Z | 203373 | | Recap 5008 381 Intelligence (Elephant Cage), undated (Jury Exh. 88) |
| AA | 200733 | | 2030 Fire Requirements, undated (Jury Exh. 90) |
| AB | 01609<br>01663<br>200616<br>01689<br>01691-2<br>01716 | | Fax Transmittals and emails to/from GMW / Kanag'iq (Jury Exh. 91) |

| | | | (cont'd) |
|---|---|---|---|
| AB | 200476<br>01718-20<br>011737<br>01740-41<br>01745<br>200625<br>10753<br>01752<br>200591<br>01785<br>01794<br>01796 | | |
| AC | | | 1030 Fire Requirements. 3-30-04 (Jury Exh. Not ID'd) |
| AD | 00353 -57 | | Bid Schedule / Base Year (undated) (Jury Exh. Not ID'd) |
| AE | 01398 | | Statement of Acknowledgment, Prime Contractor / Subcontractor 10-12-00 (Jury Exh. Not ID'd) |
| AF | | | Emails between GMW / Kanag'iq re Payment Disputes |
| AG | | | Calculations by Chieko Jury (Accountant) |