IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 Civil (TMB)<br>) |

## PARTIES' JOINT NOTICE RE MARKING OF EXHIBITS

Contemporaneously with the filing of this notice, the parties are submitting their proposed joint final pretrial order, their witness lists, and their exhibit list. The exhibit list, in its current form, has listed exhibits which are marked for purposes of identification only; although the reference to identification is not reflected on the exhibit labels. The parties are working in good faith to stipulate as to those documents which are agreed to be admissible versus those which are marked for identification only and will promptly supplement their exhibit list with the court.

Parties Joint Notice re Marking Exhibits  Page 1 of 3
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

DATED at Anchorage, Alaska this 28th day of November 2007.

> EIDE & GINGRAS, P.C.
> Attorneys for Defendants
> Kanag'iq Construction Co., Inc. and
> Western Surety Company
>
> By:  /s/Thomas S. Gingras
> Thomas S. Gingras
> 425 G Street, Suite 930
> Anchorage, AK  99501
> Phone:  (907) 279-0930
> Fax:  (907) 279-0933
> E-mail:  thomas.gingras@egpalaska.com
> Alaska Bar No.:  7811098

DATED at Anchorage, Alaska this 28th day of November 2007.

> SARAH J. TUGMAN, ESQ.
> Attorney for Plaintiff
> GMW Fire Protection, Inc.
>
> By:  /s/Sarah J. Tugman   (consent)
> Sarah J. Tugman
> 2509 Eide Street, Suite 4
> Anchorage, AK  99503
> Phone:  (907) 677-7889
> Fax:     (907) 6779188
> E-mail:  sjtugman@gci.net
> Alaska Bar No. 8310101

Parties Joint Notice re Marking Exhibits
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 2 of 3

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 28th day of November 2007, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK 99503

EIDE & GINGRAS, P.C.

By    /s/Iona Gold
    Iona Gold

F:\431\05\Pleadings\Joint Notice re Exhibits.DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Parties Joint Notice re Marking Exhibits
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 3 of 3