Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>      Plaintiff,<br>v.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A-05-0170 CV (TMB) |

OBJECTIONS TO DEFENDANT'S EXHIBITS

Plaintiff, pursuant to the pre-trial order, submits the following objections to Defendant's exhibits. Plaintiff is not admitting the accuracy of any of the exhibits and reserves the right to show errors and inaccuracies in the documents during cross-examination.

    <u>Exhibit C.</u>  Plaintiff has no objection to the authenticity of the documents, but as to the combination of the documents as comprising the subcontract originally executed by the parties. The bid price attached to the subconract is a price schedule which was faxed to Kanag'Iq by GMW on June 5, 2000.  There is a also a

document from GMW titled "new price GMW 7-17-00" and another price schedule titled "Contract Pricing Agreement." All three attachments are included as plaintiffs exhibits. Plaintiff has no objection te the admissibility of any of the documents, but does not believe that the document that Kanag'Iq has attached to the subcontract is the correct document.

  <u>Exhibit D.</u>  Hearsay.  Federal Rule of Evidence 802.

  <u>Exhibits F & G.</u>  Plaintiff has no objection to introduction of the documents, with the explanation that they are not copies of fully executed documents and plaintiff cannot be sure that they are the document that were ultimately executed.

  <u>Exhibit J.</u> – No objection with the provisio that the exhibit contains only some pages of the main contract.

  <u>Exhibit M.</u> – Hearsay and irrelevant, confusing and a waste of time as occurring long after completion of the project, and at the time the witness was shortly to be deposed and the statements are contradicted in his deposition.  Federal Rules of Evidence 402, 403 and 802.

  <u>Exhibit N.</u> – Hearsay.  Federal Rule of Evidence 802. Authentication required.

  <u>Exhibit P.</u> – Hearsay.  Federal Rule of Evidence 802. Authentication required.

  <u>Exhibit Q.</u> – No objection with the provisio that these are various parts of the prime contract, some of which are not fully

executed.

 <u>Exhibit W.</u> – Hearsay.  Federal Rule of Evidence 802. Authentication required.

 <u>Exhibit Z.</u> – Hearsay.  Federal Rule of Evidence 802. Authentication required.

 <u>Exhibit AG.</u> – Hearsay.  Federal Rule of Evidence 802. Authentication required.  Witness not qualified to offer opinion.

 Respectfully submitted this 30th day of November, 2007.


s/ Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of November 2007, a copy of the foregoing document was served electronically on Tom Gingras, attorney for Kanag'Iq Construction, Inc.

s/Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101