PLAINTIFF'S EXHIBIT
CASE NO. A-05-170 CV
EXHIBIT NO. 9

BID SCHEDULE/ BASE YEAR
PROJECT FXSB 99-1500
FIRE PROTECTION REQUIREMENTS

NEW PRICE GMW 7-17-00
ESTIMATED QUANTITIES

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0001 | Package Submittal | 450 | SPR | | |
| 0002 | Water Flow Test | 4 | EA | $ 10.00 | $ 4,500.00 |
| 0003 | Remove/Re-Install Existing Fence | 50 | LF | $ 272.00 | $ 1,088.00 |
| 0004 | Remove/Replace Asphalt Pavement | 100 | SY | | |
| 0005 | Crushed Aggregate Base Course | 100 | CY | | |
| 0006 | Concrete Slab & Footing Removal | 300 | LF | | |
| 0007 | Concrete Floor Slab, Inside | 25 | CY | | |
| 0008 | Remove/Replace Sidewalk | 10 | SY | | |
| 0009 | Remove/Replace Curb & Gutter | 4 | LF | | |
| 0010 | Sand Bedding | 60 | CY | | |
| 0011 | Sand Bedding, Inside Building | 20 | CY | | |
| 0012 | Topsoil | 500 | SY | | |
| 0013 | Grass | 500 | SY | | |
| 0014 | Pavement Markings for Roads | 50 | LF | | |
| 0015 | Pipe Bollards | 12 | EA | | |
| 0016 | Trench Excavation (up to 8') | 50 | LF | | |
| 0017 | Trench Excavation (over 8' to 10') | 100 | LF | | |
| 0018 | Trench Excavation (over 10' to 12') | 200 | LF | | |
| 0019 | Trench Excavation (over 12' to 14') | 100 | LF | | |
| 0020 | Trench Inside Building (up to 8') | 10 | LF | | |
| 0021 | Trench Inside Building (over 8' to 10') | 10 | LF | | |
| 0022 | Trench Inside Building (over 10' to 12') | 10 | LF | | |
| 0023 | Trench Inside Building (over 12' to 14') | 10 | LF | | |
| 0024 | Fire Hydrant | 1 | EA | | |
| 0025 | Gate Valve with Box, 6-inch | 3 | EA | | |
| 0026 | Gate Valve with Indicator Post, 6" | 3 | EA | | |
| 0027 | Tapping Sleeve & Valve, 6" X 6" | 1 | EA | | |
| 0028 | Tapping Sleeve & Valve, 8" X 6" | 1 | EA | | |
| 0029 | Tapping Sleeve & Valve, 10" X 6" | 1 | EA | | |
| 0030 | Tapping Sleeve & Valve, 12" X 6" | 1 | EA | | |
| 0031 | Tapping Sleeve & Valve, 14" X 6" | 1 | EA | | |
| 0032 | Tee, Ductile Iron, 6" X 6" | 1 | EA | | |
| 0033 | Tee, Ductile Iron, 8" X 6" | 1 | EA | | |
| 0034 | Tee, Ductile Iron, 10" X 6" | 1 | EA | | |
| 0035 | Tee, Ductile Iron, 12" X 6" | 1 | EA | | |
| 0036 | Tee, Ductile Iron, 14" X 6" | 1 | EA | | |
| 0037 | Bends, 45 Degree, Ductile Iron, 6" | 3 | EA | | |
| 0038 | Bends, 22.5 Degree, Ductile Iron, 6" | 3 | EA | | |
| 0039 | Bends, 90 Deg., Duct. Iron, 6" | 3 | EA | | |
| 0040 | Bends, 90 Deg., Duct. Iron, 6", Inside | 3 | EA | | |
| 0041 | Pipe, Ductile Iron, 6" | 300 | LF | | |
| 0042 | Pipe, Ductile Iron, 6", Inside Bldg. | 30 | LF | | |
| 0043 | Remove Existing Buried Transite Pipe | 20 | LF | | |
| 0044 | Remove Existing Buried Pipe | 20 | LF | | |
| 0045 | Test Fuel Contaminated Soil | 2 | EA | | |
| 0046 | Remediation of Fuel Contaminated Soil | 15 | TON | | |
| 0047 | Pit Run Gravel | 15 | TON | | |
| 0048 | Remove/Reinstall Ceiling Tiles | 1000 | SF | | |
| 0049 | 1" Black Nipple, to 12" | 50 | EA | $ 10.50 | $ 525.00 |
| 0050 | 1" Black Nipple, over 12" to 24" | 20 | EA | $ 11.50 | $ 230.00 |
| 0051 | Pipe, Black, Sch 40, 1.00" | 800 | LF | $ 10.50 | $ 8,400.00 |
| 0052 | Pipe, Black, Sch 40, 1.25" | 800 | LF | $ 11.50 | $ 9,200.00 |
| 0053 | Pipe, Black, Sch 40, 1.50" | 800 | LF | $ 12.50 | $ 10,000.00 |
| 0054 | Pipe, Black, Sch 40, 2.00" | 800 | LF | $ 14.50 | $ 11,600.00 |
| 0055 | Pipe, Black, Sch 10, 2.50" | 500 | LF | $ 17.50 | $ 8,750.00 |
| 0056 | Pipe, Black, Sch 10, 3.00" | 400 | LF | $ 18.50 | $ 7,400.00 |
| 0057 | Pipe, Black, Sch 10, 4.00" | 500 | LF | $ 21.50 | $ 10,750.00 |
| 0058 | Pipe, Black, Sch 10, 6.00" | 400 | LF | $ 37.50 | $ 15,000.00 |
| 0059 | Tee, Straight, 1.00" | 40 | EA | $ 59.00 | $ 2,360.00 |
| 0060 | Tee, Straight, 1.25" | 40 | EA | $ 63.50 | $ 2,540.00 |

Base Year: Page 1

00053