SOLICITATION #
F65501-00-R0053

**CONTRACT PRICING AGREEMENT**

Page 1 of 7



PLAINTIFF'S EXHIBIT
CASE NO. A-05-170 CIV
EXHIBIT NO. 10

Part I - THE SCHEDULE
SECTION B
BID SCHEDULE/ BASE YEAR
PROJECT FXSB 99-1500
FIRE PROTECTION REQUIREMENTS

ESTIMATED QUANTITIES

| ITEM # | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|---|---|---|---|---|---|
| 0001 | Package Submittal | 450 | SPR | $14.13 | $6,358.50 |
| 0002 | Water Flow Test | 4 | EA | $384.20 | $1,536.80 |
| 0003 | Remove/Re-Install Existing Fence | 50 | LF | $56.36 | $2,818.00 |
| 0004 | Remove/Replace Asphalt Pavement | 100 | SY | $17.71 | $1,771.00 |
| 0005 | Crushed Aggregate Base Course | 100 | CY | $72.46 | $7,246.00 |
| 0006 | Concrete Slab & Footing Removal | 300 | LF | $20.13 | $6,039.00 |
| 0007 | Concrete Floor Slab, Inside | 25 | CY | $353.13 | $8,828.25 |
| 0008 | Remove/Replace Sidewalk | 10 | SY | $367.25 | $3,672.50 |
| 0009 | Remove/Replace Curb & Gutter | 4 | LF | $367.25 | $1,469.00 |
| 0010 | Sand Bedding | 60 | CY | $24.15 | $1,449.00 |
| 0011 | Sand Bedding, Inside Building | 20 | CY | $32.31 | $646.20 |
| 0012 | Topsoil | 500 | SY | $4.03 | $2,015.00 |
| 0013 | Grass | 500 | SY | $2.42 | $1,210.00 |
| 0014 | Pavement Markings for Roads | 50 | LF | $16.10 | $805.00 |
| 0015 | Pipe Bollards | 12 | EA | $281.79 | $3,381.48 |
| 0016 | Trench Excavation (up to 8') | 50 | LF | $51.37 | $2,568.50 |
| 0017 | Trench Excavation (over 8' to 10') | 100 | LF | $58.71 | $5,871.00 |
| 0018 | Trench Excavation (over 10' to 12') | 200 | LF | $66.05 | $13,210.00 |
| 0019 | Trench Excavation (over 12' to 14') | 100 | LF | $71.92 | $7,192.00 |
| 0020 | Trench Inside Building (up to 8') | 10 | LF | $220.16 | $2,201.60 |
| 0021 | Trench Inside Building (over 8' to 10') | 10 | LF | $293.55 | $2,935.50 |
| 0022 | Trench Inside Building (over 10' to 12') | 10 | LF | $366.94 | $3,669.40 |
| 0023 | Trench Inside Building (over 12' to 14') | 10 | LF | $550.41 | $5,504.10 |
| 0024 | Fire Hydrant | 1 | EA | $2,699.89 | $2,699.89 |
| 0025 | Gate Valve with Box, 6-inch | 3 | EA | $1,089.94 | $3,269.82 |
| 0026 | Gate Valve with Indicator Post, 6" | 3 | EA | $341.19 | $1,023.57 |
| 0027 | Tapping Sleeve & Valve, 6" X 6" | 1 | EA | $957.91 | $957.91 |
| 0028 | Tapping Sleeve & Valve, 8" X 6" | 1 | EA | $923.34 | $923.34 |
| 0029 | Tapping Sleeve & Valve, 10" X 6" | 1 | EA | $968.30 | $968.30 |
| 0030 | Tapping Sleeve & Valve, 12" X 6" | 1 | EA | $1,008.90 | $1,008.90 |
| 0031 | Tapping Sleeve & Valve, 14" X 6" | 1 | EA | $1,470.00 | $1,470.00 |
| 0032 | Tee, Ductile Iron, 6" X 6" | 1 | EA | $391.09 | $391.09 |
| 0033 | Tee, Ductile Iron, 8" X 6" | 1 | EA | $409.49 | $409.49 |
| 0034 | Tee, Ductile Iron, 10" X 6" | 1 | EA | $783.12 | $783.12 |
| 0035 | Tee, Ductile Iron, 12" X 6" | 1 | EA | $582.81 | $582.81 |
| 0036 | Tee, Ductile Iron, 14" X 6" | 1 | EA | $1,073.59 | $1,073.59 |
| 0037 | Bends, 45 Degree, Ductile Iron, 6" | 3 | EA | $409.40 | $1,228.20 |
| 0038 | Bends, 22.5 Degree, Ductile Iron, 6" | 3 | EA | $421.65 | $1,264.95 |
| 0039 | Bends, 90 Deg., Duct. Iron, 6" | 3 | EA | $346.61 | $1,039.83 |
| 0040 | Bends, 90 Deg., Duct. Iron, 6", Inside | 3 | EA | $346.61 | $1,039.83 |
| 0041 | Pipe, Ductile Iron, 6" | 300 | LF | $33.74 | $10,122.00 |
| 0042 | Pipe, Ductile Iron, 6", Inside Bldg. | 30 | LF | $139.65 | $4,189.50 |
| 0043 | Remove Existing Buried Transite Pipe | 20 | LF | $141.25 | $2,825.00 |

Base Year: Page 1

200707