SOLICITATION #                                           Page 9 of 9
F65501-00-R0053



ESTIMATED QUANTITIES:

| ITEM | DESCRIPTION | QUANTITY | UNIT | CONTRACT UNIT PRICE | DOLLAR AMOUNT |
|------|-------------|----------|------|---------------------|---------------|