IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. A05-170 Civil (TMB) |

## AFFIDAVIT OF WILLIAM JURY

STATE OF ALASKA     )
                                  ) ss.
THIRD JUDICIAL DISTRICT  )

    William Jury, being first duly sworn, deposes and states:

    1.    I am the owner of Kanag'iq Construction Company, Inc. ("Kanag'iq").

    2.    Kanag'iq and GMW Fire Protection, Inc. ("GMW") entered into a subcontract, pursuant to which GMW was to provide materials and services on a unit-price basis for Kanag'iq (the general contractor) on fire alarm and sprinkler systems at Elmendorf Air Force Base.

    3.    During the course of that project GMW submitted bills to Kanag'iq for its work.

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Exhibit A
Page 1 of 2

Affidavit of William Jury          Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

4.    Based upon its subcontract with GMW, Kanag'iq expected billing to be on a unit price basis.

5.    Kanag'iq trusted that GMW's bills would be true and accurate.

6.    As a result, Kanag'iq overpaid GMW by more than Three Hundred Thousand Dollars ($300,000).

7.    Kanag'iq was misled and deceived by GMW's billings and overpaid in that amount.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska this 17th day of December 2007.

By: _____
        William Jury

SUBSCRIBED AND SWORN to before me this 17th day of December 2007.



_____
Notary Public in and for the State of Alaska
My Commission Expires: 10/15/11

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Exhibit A
Page 2 of 2

Affidavit of William Jury
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 2 of 2