IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>      Plaintiff,<br><br> vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>      Defendants. | Case No. A05-170 Civil (TMB) |

## [PROPOSED]
## ORDER DENYING PLAINTIFF'S MOTION IN LIMINE

This Court has considered Plaintiff's Motion in Limine, Defendant's Opposition, all accompanying documents, and any response.

IT IS ORDERED that Plaintiff's Motion in Limine is DENIED.

DATED at Anchorage, Alaska this _____ day of _____ 2007.

                /s/ Timothy M. Burgess
                Timothy M. Burgess
                United States District Judge

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Order Denying Plaintiff's Motion in Limine              Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

CERTIFICATE OF SERVICE

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 17th day of December 2007, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK 99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter
      Donna Charter

F:\431\05\pleadings\Order re Motion in Limine (Unfair Trade Practices).DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Order Denying Plaintiff's Motion in Limine    Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)