IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>                    Defendants.<br>_____ | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. A05-170 Civil  (TMB) |

**REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION IN LIMINE**

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their counsel, Eide & Gingras, P.C., request oral argument on Plaintiff's Motion in Limine.  This request is made pursuant to District of Alaska Local Rule 7.2(a).

DATED at Anchorage, Alaska this 21st day of December 2007.

EIDE, GINGRAS & PATE, P.C.
Attorneys for Defendants
Kanag'iq Construction Co., Inc.
And Western Surety Company

By:___s/Thomas S. Gingras_____
        Thomas S. Gingras
        425 G Street, Suite 930
        Anchorage, AK  99501
        Phone:  (907) 279-0930

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Request for Oral Argument on Plaintiff's Motion in Limine                                                    Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Fax:    (907) 279-0933
E-mail:  tsgingras@egpalaska.com
Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 21st day of December 2007, I served

[x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter
         Donna Charter


F:\431\05\pleadings\Request for Oral Argument.DOC

**Eide & Gingras, P.C.**
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Request for Oral Argument on Plaintiff's Motion in Limine    Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)