Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>       Plaintiff,<br><br>v.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A-05-0170 CV (TMB) |

GMW'S PROPOSED JURY INSTRUCTIONS

Plaintiff here submits its proposed jury instructions and special verdict form. In accordance with the court's order, Plaintiff provided its proposed instructions to Defendant on December 17th and explained to Defendant's counsel that its counsel would be out of town from December 24th, returning on the 31st of December. Defendant's counsel's answer in response was that he had no intention of working on jury instructions before the 21st of December. No jury instructions have been received from Defendant and instructions are now due and are filed by Plaintiff as required

OBJECTIONS TO JURY INSTRUCTIONS – PAGE 1

by this court's order.

While Plaintiff submits unfair trade practices instructions (instructions 10-14), Plaintiff does not believe that an unfair trade practices claim is appropriate in this case so that any such instructions should be given. The instructions are provided, however, if the court should disagree.

Respectfully submitted this 2nd day of January, 2008.

s/ Sarah J. Tugman  
2509 Eide Street, Suite 4  
Anchorage, Alaska 99503  
Phone: (907) 677-7889  
Fax: (907) 677-9188  
E-mail: sjtugman@gci.net  
Alaska Bar No.: 8310101

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January, 2008, a copy of the foregoing document was served electronically on Tom Gingras, attorney for Kanag'Iq Construction, Inc.

s/Sarah J. Tugman  
2509 Eide Street, Suite 4  
Anchorage, Alaska 99503  
Phone: (907) 677-7889  
Fax: (907) 677-9188  
E-mail: sjtugman@gci.net  
Alaska Bar No.: 8310101