**PLAINTIFF'S PROPOSED INSTRUCTION NO. 8 – RE BREACH OF CONSTRUCTION CONTRACT – PLAINTIFF'S DAMAGES**

If you find in favor of the plaintiff, GMW, you must then decide how much money, if any, would fairly compensate the plaintiff for the defendant's failure to keep its promise.

To do this, you must first determine the amount of money that the defendant promised to pay the plaintiff. From this amount you must subtract the amount, if any, that the defendant has already paid. The amount that remains is the amount you should award as damages.

Alaska Pattern Jury Instruction 24.09F