**PLAINTIFF'S PROPOSED INSTRUCTION NO. 10 – UNFAIR TRADE PRACTICES ACT – INTRO. INSTRUCTION**

The defendant, Kanag'Iq Construction, Inc., claims that it was damaged because the plaintiff, GMW Fire Protection, Inc., committed an unfair or deceptive act or practice. The defendant claims that the following act or practice was unfair or deceptive: that the plaintiff overcharged it.

You must determine that it is more likely true than not true:

(1) that the plaintiff engaged in an unfair or deceptive act or practice;

(2) that the act or practice occurred in the conduct of trade or commerce; and

(3) that the defendant suffered an ascertainable loss of money or property as a result of the deceptive or unfair act or practice.

The instructions that follow will explain how to make this determination.

Alaska Pattern Jury Instruction 10.10A