**PLAINTIFF'S PROPOSED INSTRUCTION NO. 12 -- RE – UNFAIR TRADE PRACTICES ACT – DECEPTIVE ACT DEFINED**

An act or practice is deceptive if it can be interpreted in a misleading way. The defendant is not required to show that the plaintiff intended to deceive anyone.

Alaska Pattern Jury Instruction 10.03A

Note: Plaintiff does not believe that an unfair trade practice claim should be permitted, but if it is, submits this instruction.