**PLAINTIFF'S PROPOSED INSTRUCTION NO. 13 – UNFAIR TRADE PRACTICES ACT – TRADE OR COMMERCE DEFINED**

Trade or Commerce means advertising, offering for sale, selling, renting, leasing, or distributing any services, property, or any other thing of value.

Alaska Pattern Jury Instruction 10.02

Note: Plaintiff does not believe that an unfair trade practice claim should be permitted, but if it is, submits this instruction.