**PLAINTIFF'S PROPOSED INSTRUCTION NO. 14 -- RE UNFAIR TRADE PRACTICES ACT – ASCERTAINABLE LOSS DEFINED**

The defendant suffered a loss of money or property if it received something other than what it bargained for.  The defendant's loss is ascertainable if it is measurable even though the precise amount of the loss is not known.

Alaska Pattern Jury Instruction 10.04

Note: Plaintiff does not believe that an unfair trade practice claim should be permitted, but if it is, submits this instruction.