Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation, <br><br> Plaintiff, <br><br> v. <br><br> KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. A-05-0170 CV (TMB) |

PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

The plaintiff, GMW Fire Protection Inc., wishes that the following

questions be asked of the jury:

What is your occupation?

Who is your employer?

What is the principal activity of the company where you work?

In your work do you have management or supervisory
responsibilities?

What other occupations have you had?

Have you ever owned your own business?

VOIR DIRE QUESTIONS – PAGE 1

Have you ever had a disgruntled employee try to get back at
for something?

Did you ever have to fire an employee?

Are you married?   Do you have children?

Have you or any members of your family ever filed a lawsuit?

Who filed it?
What was is about?
How was it resolved?
What were your feelings about the process and the resolution?

Have you or any members of your family or close friends ever been
sued?

Who filed the lawsuit?
What was it about?
What were your feelings about the process and the resolution?
How was it resolved?

Have you ever testified in a trial or given a deposition?

Have you ever retained an attorney?

Were you satisfied with the services you received?

Do you know any of the lawyers in this case?

What magazines do you enjoy reading?

Before you came today did you know anyone on this jury panel?

Are you familiar with anyone who works for GMW Fire Protection,
Inc.?

Or the following employees of GMW?

Glenn Johnson
Gretchen Grau
Clayton Johnson
Jim Luke
Ward Thomas
Marvin Berg

Are you familiar with any of these witnesses?

VOIR DIRE QUESTIONS - PAGE 2

        Thomas Johnson
        Dwayne Bertholl
        Barry Steinkrueger
        Jamie Thurman
        Dave Beck

Are you familiar with any of the employees of the government?

        Steve Frere
        Becky Rhodes
        Lucy Teitzel
        Michelle Jones


Are you familiar with anyone who works for Kanag'Iq Construction, Inc.?

        Or the following employees of Kanag'Iq?

                Bill Jury
                Phil Young
                July Foland (formerly Julie Jury)
                Ray Hamilton
                Chieko Jury

This is a dispute between a contractor and a subcontractor on a construction project at Elmendorf Air Force Base.  Have you heard of similar cases?  Have you formed any opinions about such cases?  Is so, what is your opinion?

Have you had any experience with contractors or subcontractors?

     What?

Have you ever been a party to a construction contract?

     How was the experience?

Another type of contract?

     What was that experience like?
     were there any problems?
     How were they resolved?

Have you ever had someone fail to pay you for work you had done?

     Did you do anything about it?
     What was the result?

Respectfully submitted this 2nd day of January, 2008.

s/ Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd of January,
2008, a copy of the foregoing document was
served electronically on Tom Gingras,
attorney for Kanag'Iq Construction, Inc.

s/Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101