IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>KANIG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

## DEFENDANTS' NOTICE TO COURT RE (JOINT) JURY INSTRUCTIONS, SPECIAL VERDICT FORM, AND VOIR DIRE

Defendants are mindful of the Court's indication in its Pre-Trial Order that the parties prepare and file joint jury instructions, a joint special verdict form, and joint voir dire questions (supplemented as necessary by separate request).

Defense counsel has encountered scheduling difficulties with Plaintiff's counsel and, as a result, anticipates that separate instructions, a special verdict form, and voir dire questions may be submitted.

As the undersigned understands it, Plaintiff's counsel was out of the office from on or about December 22, 2007 through January 1, 2008. Upon inquiry, Plaintiff's counsel was unavailable to meet at all today because Plaintiff's counsel had other appointments. See Affidavit of Counsel.

Defendants' Notice to Court Re (Joint) Jury Instructions, Special Verdict Form, and Voir Dire   Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Defense counsel suggested a mutually agreeable extension of one, or at the most, two days so that the parties could confer with respect to submissions which the Court indicated should be joint submissions. Plaintiff's counsel declined to do so.

The undersigned apologizes to the Court for any inconvenience and hopes that these matters can be resolved at the pre-trial conference on January 8, 2008.

DATED at Anchorage, Alaska this 2nd day of January 2008.

> EIDE & GINGRAS, P.C.
> Attorneys for Defendants
> Kanag'iq Construction Co., Inc.
> And Western Surety Company
>
> By:    s/Thomas S. Gingras
>        Thomas S. Gingras
>        425 G Street, Suite 930
>        Anchorage, AK  99501
>        Phone:  (907) 279-0930
>        Fax:    (907) 279-0933
>        E-mail: tsgingras@egpalaska.com
>        Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 2nd day of January 2008, I served

[x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\pleadings\Notice to the Court.DOC

Defendants' Notice to Court Re (Joint) Jury Instructions, Special Verdict Form, and Voir Dire   Page 2 of 2
The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.
Case No. A05-170 Civil (TMB)