IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A05-170 CI (TMB)<br>) |

**DEFENDANTS' NOTICE OF SUBMITTING**
**PROPOSED SPECIAL VERDICT FORM**

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their counsel, Eide & Gingras, P.C., hereby submit their Proposed Special Verdict Form.

DATED at Anchorage, Alaska this 2nd day of January 2008.

                        EIDE & GINGRAS, P.C.
                        Attorneys for Defendants
                        Kanag'iq Construction Co., Inc.
                        And Western Surety Company

                        By:   s/Thomas S. Gingras
                             Thomas S. Gingras
                             425 G Street, Suite 930
                             Anchorage, AK  99501
                             Phone:  (907) 279-0930
                             Fax:     (907) 279-0933

Defendants' Notice of Submitting Proposed Special Verdict Form   Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

E-mail: tsgingras@egpalaska.com
Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 2nd day of January 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK 99503

EIDE & GINGRAS, P.C.

By  /s/Donna Charter

F:\431\05\Trial Documents\Special Verdict Form (Notice).DOC

Defendants' Notice of Submitting Proposed Special Verdict Form    Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)