IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

### DEFENDANTS' NOTICE OF FILING REVISED PROPOSED SPECIAL VERDICT FORM

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their counsel, Eide & Gingras, P.C., hereby submit their revised Proposed Special Verdict Form.

DATED at Anchorage, Alaska this 8th day of January 2008.

　　　　　　　　　　　　EIDE & GINGRAS, P.C.
　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　Kanag'iq Construction Co., Inc. and
　　　　　　　　　　　　Western Surety Company

　　　　　　　　　　　　By:　　s/Thomas S. Gingras
　　　　　　　　　　　　　　　Thomas S. Gingras
　　　　　　　　　　　　　　　425 G Street, Suite 930
　　　　　　　　　　　　　　　Anchorage, AK  99501
　　　　　　　　　　　　　　　Phone:  (907) 279-0930
　　　　　　　　　　　　　　　Fax:    (907) 279-0933

Defendants' Notice of Filing Revised Proposed Special Verdict Form　　　　Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

E-mail: tsgingras@egpalaska.com
Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 8th day of January 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Trial Documents\Special Verdict Form-Revised (Notice).DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Defendants' Notice of Filing Revised Proposed Special Verdict Form                      Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)