MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

<u>GMW FIRE PROTECTION, INC., Ex Rel</u>
vs.
<u>KANAG'IQ CONSTRUCTION COMPANY, INC., et al</u>

BEFORE THE HONORABLE <u>TIMONTHY M. BURGESS</u>
CASE NO. <u>3:05-CV-00170-TMB</u>

DEPUTY CLERK/RECORDER:     SAMANTHA LARK

APPEARANCES:   PLAINTIFF: SARAH J. TUGMAN

              DEFENDANT: THOMAS S. GINGRAS
                         LAURA GOULD

PROCEEDINGS: FINAL PRETRIAL CONFERENCE AND ORAL ARGUMENT ON
             MOTION IN LIMINE (DKT 70) HELD 01/08/2008 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:04 p.m. court convened.

Court and counsel heard re Plaintiff's Motion in Limine (DKT 70) **DENIED.**

Court and counsel heard re jury instructions, jury questions, voir dire, jury selection, trial procedures, side bars and court room procedures.

Court ordered parties to file a joint statement, voir dire questions, jury instruction and special verdict forms on or before **January 16, 2008.**

At 3:52 p.m. court adjourned.


DATE: <u>January 8, 2008</u>          DEPUTY CLERK'S INITIALS: <u>sal</u>


Revised 6/18/07