IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

THE UNITED STATES for the use of )
GMW Fire Protection, Inc., an Alaska )
Corporation, )
                             )
             Plaintiff, )
                             )
     vs. )
                             )
KANAG'IQ CONSTRUCTION CO., )
INC., an Alaska Corporation, and )
WESTERN SURETY COMPANY, a )
South Dakota Corporation, )
                             )
           Defendants. )   Case No. A05-170 CI (TMB)
                             )

## NOTICE TO THE COURT RE EXCLUSION OF WITNESSES

At the pretrial conference on Tuesday, January 8, 2008, the Court inquired as to the position of the parties on the exclusion of witnesses.

Defendants hereby advise the Court that they wish witnesses to be excluded.

DATED at Anchorage, Alaska this 15th day of January 2008.

EIDE & GINGRAS, P.C.
Attorneys for Defendants
Kanag'iq Construction Co., Inc. and
Western Surety Company

By:   s/Thomas S. Gingras
       Thomas S. Gingras
       425 G Street, Suite 930
       Anchorage, AK  99501
       Phone:  (907) 279-0930
       Fax:    (907) 279-0933
       E-mail:  tsgingras@egpalaska.com

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

                                                      Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Alaska Bar No. 7811098

1

2

3 **CERTIFICATE OF SERVICE**

4 I am a legal secretary employed by the law
firm of Eide & Gingras, P.C.  That on this
15th day of January 2008, I served

5          [x] Electronically

6 a true and accurate copy of the foregoing
document upon the following counsel of record:

7          Sarah J. Tugman, Esq.
          2509 Eide Street, Suite 4
          Anchorage, AK  99503

8 EIDE & GINGRAS, P.C.

9 By   /s/Donna Charter

10 F:\431\05\Trial Documents\Notice to the Court re Exclusion of Witnesses.DOC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

**Eide & Gingras, P.C.**
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax