IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>     Plaintiff,<br><br> vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

## DEFENDANTS' MOTION FOR ADDITIONAL PEREMPTORY CHALLENGES

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their attorneys, Eide & Gingras, P.C., move for additional peremptory challenges during jury selection in this matter. This motion is filed pursuant to Federal Civil Rule 7(b)(1).

DATED at Anchorage, Alaska this 15th day of January 2008.

             EIDE & GINGRAS, P.C.
             Attorneys for Defendants
             Kanag'iq Construction Co., Inc. and
             Western Surety Company

             By: s/Thomas S. Gingras
               Thomas S. Gingras
               425 G Street, Suite 930
               Anchorage, AK  99501

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Defendants' Motion Requesting Additional Peremptory Challenges  Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Phone:  (907) 279-0930
Fax:      (907) 279-0933
E-mail:  tsgingras@egpalaska.com
Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C.  That on this 15th day of January 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By___/s/Donna Charter_____

F:\431\05\pleadings\mot peremptory challenges motion.DOC

Defendants' Motion Requesting Additional Peremptory Challenges    Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax