IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

### [PROPOSED]
### ORDER GRANTING DEFENDANTS' MOTION FOR ADDITIONAL PEREMPTORY CHALLENGES

Defendants, KANAG'IQ CONSTRUCTION CO. and WESTERN SURETY COMPANY, by and through their counsel, Eide & Gingras, P.C., moved for additional peremptory challenges during jury selection in this matter. The motion was made pursuant to Federal Civil Rule 7(b)(1). This Court having considered the motion, all accompanying documents, and any response:

IT IS SO ORDERED that Defendants' Motion for additional peremptory challenges is GRANTED.

DATED at Anchorage, Alaska this _____ day of _____ 2008.

By:_____
Timothy M. Burgess
District Court Judge

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Order Granting Defendants' Motion for Additional Peremptory Challenges                    Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this _____ day of January 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK 99503

EIDE & GINGRAS, P.C.

By__/s/Donna Charter_____

F:\431\05\CERT.DOC

Order Granting Defendants' Motion for Additional Peremptory Challenges   Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax