IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>         Plaintiff,<br><br>   vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR ADDITIONAL PEREMPTORY CHALLENGES

On January 8, 2007, counsel for the parties participated in a pretrial conference before the Court. At that time, the undersigned counsel for Defendants inquired about additional peremptory challenges for Defendants, based on the fact that there are two defendants in this case as opposed to a single defendant. Defendants support their request as follows.

Federal Civil Rule 47(b) provides that the Court shall allow the number of peremptory challenges provided by 28 U.S.C. § 1870, which provides in relevant part:

> In civil cases, each party shall be entitled to three peremptory challenges. Several defendants or several plaintiffs may be considered as a single party for the purposes of making challenges, or the court may allow additional

Memorandum of Law in Support of Defendants' Motion                                                      Page 1 of 3
Requesting Additional Peremptory Challenges
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

peremptory challenges and permit them to be exercised separately or jointly.

28 U.S.C. § 1870 (1959). Thus, it is within the Court's discretion to allow Defendants additional peremptory challenges during jury selection in this case. In a case involving multiple parties, the California District Court granted all parties the *maximum* number of peremptory challenges allowable under 28 U.S.C. § 1870. <u>Los Angeles Memorial Coliseum v. National Football League, et al.</u>, 89 F.R.D. 497, 510 (D. Cal., 1981). In that case there were cross-claims between defendants, while there are no cross-claims between Defendants in this case.

Defendants' interests in this case, however, are potentially adverse. If Plaintiff succeeds on its claim for action on the bond, Defendant Western Surety Company will pursue Defendant Kanag'iq for amounts paid from the bond. The issue of additional peremptory challenges frequently turns upon whether the defendants' interests are adverse to each other. <u>LNC Investments, Inc., et al. v. First Fidelity Bank, et al.</u>, 2000 WL 11188898 at *2 (S.D.N.Y.). The reasoning underlying this is that it is thought fair to give defendants with adverse interests an additional challenge or challenges so that their individual interests may be protected. <u>Id</u>. While Defendants' interests are not adverse at this time, those interests are potentially adverse depending on the outcome at trial.

Therefore, to protect the individual interests of Defendants Kanag'iq and Western Surety Company, they respectfully request additional peremptory challenges in a number that the Court deems appropriate.

Memorandum of Law in Support of Defendants' Motion　　　　　　　　　　　　　　　　Page 2 of 3
Requesting Additional Peremptory Challenges
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

DATED at Anchorage, Alaska this 15th day of January 2008.

EIDE & GINGRAS, P.C.
Attorneys for Defendants
Kanag'iq Construction Co., Inc. and
Western Surety Company

By:   s/Thomas S. Gingras
     Thomas S. Gingras
     425 G Street, Suite 930
     Anchorage, AK 99501
     Phone: (907) 279-0930
     Fax: (907) 279-0933
     E-mail: tsgingras@egpalaska.com
     Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 15th day of January 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK 99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\pleadings\mot peremptory challenges memo.DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Memorandum of Law in Support of Defendants' Motion
Requesting Additional Peremptory Challenges
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 3 of 3