IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

## SIMPLIFIED STATEMENT OF THE CASE

This is a construction contract case. In 2000, The United States Government entered into a written contract with Kanag'iq to construct fire alarm and sprinkler systems. In 2000, Kanag'iq subsequently entered into a written subcontract with GMW to provide materials and services on that construction project. The subcontract between Kanag'iq and GMW is the subject of this lawsuit.

The parties disagree on the type and term of the subcontract. Kanag'iq claims the subcontract is a unit price contract, while GMW claims it provided a lump sum price for each delivery order.

GMW alleges that Kanag'iq failed to pay GMW amounts supposedly owed under the subcontract between Kanag'iq and GMW. Kanag'iq denies the allegations. Kanag'iq

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Simplified Statement of the Case   Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

further alleges that GMW overbilled Kanag'iq for materials and services under the subcontract, for which Kanag'iq seeks an award of damages. You will be asked to determine several issues in this case with regard to the subcontract and an award of damages, if any, to either party. The Court will explain how to make these determinations.

DATED at Anchorage, Alaska this 16th day of January 2008.

LAW OFFICE OF SARAH J. TUGMAN
Attorneys for Plaintiffs
GMW Fire Protection, Inc.

By:   s/Sarah J. Tugman
      Sarah J. Tugman
      2509 Eide Street, Suite 4
      Anchorage, AK  99503
      Phone:  (907) 677-7889
      Fax:    (907) 677-9188
      E-mail: sjtugman@gci.net
      Alaska Bar No. 8310101

DATED at Anchorage, Alaska this 16th day of January 2008.

EIDE & GINGRAS, P.C.
Attorneys for Defendants
Kanag'iq Construction Co., Inc. and
Western Surety Company

By:   s/Thomas S. Gingras
      Thomas S. Gingras
      425 G Street, Suite 930
      Anchorage, AK  99501
      Phone:  (907) 279-0930
      Fax:    (907) 279-0933
      E-mail: tsgingras@egpalaska.com
      Alaska Bar No. 7811098

Simplified Statement of the Case                                                                 Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)