IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| vs. | )<br>) |
| KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) Case No. A05-170 CI (TMB)<br>) |

**JOINT SUBMISSION RE JURY INSTRUCTIONS**

Except for Defendants' Instructions No. 2, No. 3, No. 7, and No. 12, the parties have been unable to agree on jury instructions. The referenced instructions have previously been filed.

DATED at Anchorage, Alaska this 16th day of January 2008.

EIDE & GINGRAS, P.C.
Attorneys for Defendants
Kanag'iq Construction Co., Inc. and
Western Surety Company

By:   s/Thomas S. Gingras
      Thomas S. Gingras
      425 G Street, Suite 930
      Anchorage, AK  99501
      Phone:  (907) 279-0930
      Fax:    (907) 279-0933
      E-mail:  tsgingras@egpalaska.com

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Joint Submission re Jury Instructions                                                                              Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Alaska Bar No. 7811098

DATED at Anchorage, Alaska this 16th day of January 2008.

        LAW OFFICE OF SARAH J. TUGMAN
        Attorneys for Plaintiffs
        GMW Fire Protection, Inc.

        By: s/Sarah J. Tugman
          Sarah J. Tugman
          2509 Eide Street, Suite 4
          Anchorage, AK  99503
          Phone:  (907) 677-7889
          Fax: (907) 677-9188
          E-mail:  sjtugman@gci.net
          Alaska Bar No. 8310101

F:\431\05\Trial Documents\Joint Submission re JI.DOC

Joint Submission re Jury Instructions  Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)