IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>      Plaintiff,<br><br> vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

## JOINT NOTICE OF SUBMITTING
## PROPOSED SPECIAL VERDICT FORM

The parties, through their respective counsel, hereby submit their Joint Proposed Special Verdict Form.

DATED at Anchorage, Alaska this 16th day of January 2008.

              EIDE & GINGRAS, P.C.
              Attorneys for Defendants
              Kanag'iq Construction Co., Inc.
              And Western Surety Company

              By:  s/Thomas S. Gingras
                 Thomas S. Gingras
                 425 G Street, Suite 930
                 Anchorage, AK  99501
                 Phone:  (907) 279-0930
                 Fax:  (907) 279-0933
                 E-mail:  tsgingras@egpalaska.com
                 Alaska Bar No. 7811098

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Defendants' Notice of Submitting Proposed Special Verdict Form        Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

DATED at Anchorage, Alaska this 16th day of January 2008.

          LAW OFFICE OF SARAH J. TUGMAN
          Attorneys for Plaintiffs
          GMW Fire Protection, Inc.

          By:   s/Sarah J. Tugman
                Sarah J. Tugman
                2509 Eide Street, Suite 4
                Anchorage, AK  99503
                Phone:   (907) 677-7889
                Fax:       (907) 677-9188
                E-mail:   sjtugman@gci.net
                Alaska Bar No. 8310101

F:\431\05\Trial Documents\Joint Special Verdict Form (Notice).DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Defendants' Notice of Submitting Proposed Special Verdict Form   Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)