IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>                    Plaintiff,<br><br>   vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. A05-170 CI (TMB)<br>) |

## **SPECIAL VERDICT FORM**

We, the jury in the above-captioned case, find the following special verdict submitted to us in the above-captioned case:

### I.    CONTRACT

1. **Was the contract between GMW and Kanag'iq as executed a unit price contract?**

    Answer "yes" or "no." Answer: _____

2. **Was the contract between GMW and Kanag'iq ever amended in writing?**

    Answer "yes" or "no." Answer: _____

3. **Was the contract between GMW and Kanag'iq ever amended by conduct of the parties?**

    Answer "yes" or "no." Answer: _____

Special Verdict Form Page 1 of 4
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

4. Did GMW's breach, if any, of its contract with Kanag'iq cause damage to Kanag'iq?

   Answer "yes" or "no." Answer: _____

5. Did Kanag'iq's breach, if any, of its contract with GMW cause damage to GMW?

   Answer "yes" or "no." Answer: _____

## II. COVENANT OF GOOD FAITH AND FAIR DEALING

6. Did Kanag'iq breach the implied promise of good faith and fair dealing?

   Answer "yes" or "no." Answer: _____

7. Did GMW breach the implied promise of good faith and fair dealing?

   Answer "yes" or "no." Answer: _____

## III. QUANTUM MERUIT

8. If there was no contract between GMW and Kanag'iq:

   a. Did GMW furnish materials and provide services to Kanag'iq; and

      Answer "yes" or "no." Answer: _____

   b. Did Kanag'iq knowingly accept the benefit of the materials and services realizing there was no contract; and

      Answer "yes" or "no." Answer: _____

   c. Did Kanag'iq unfairly benefit from the services and materials if no additional compensation is paid to GMW?

      Answer "yes" or "no." Answer: _____

## IV. UNFAIR TRADE PRACTICES

9. Did GMW engage in any unfair trade practices?

   Answer "yes" or "no."  Answer: _____

10. Did GMW's unfair trade practice(s) cause damage to Kanag'iq?

    Answer "yes" or "no."  Answer: _____

## V. DAMAGES

Depending upon your answers to the preceding questions, you may need to answer questions about damages.  In doing so, the Court hereby instructs you that you should not concern yourself with the question whether or not damages are being awarded for the same harm more than once because of the different theories in this case.  You should treat each damage question separately, if you are directed to answer that damage question as a result of your answers to questions in the preceding sections.  The Court will determine how to deal with any potential award of damages for the same harm more than once.

11. If you answered "yes" to Question No. 3 with respect to GMW's breach, if any, please enter the amount of Kanag'iq's damages in dollars.

    Answer        $_____

12. If you answered "yes" to Question No. 4 with respect to Kanag'iq's breach, if any, please enter the amount of GMW's damages in dollars.

    Answer        $_____

13. If you answered "yes" to Question No. 5 with respect to Kanag'iq's breach, if any, of the implied promise of good faith and fair dealing, please enter the amount of GMW's damages in dollars.

    Answer        $_____

14. If you answered "yes" to Question No. 6 with respect to GMW's breach, if any, of the implied promise of good faith and fair dealing, please enter the amount of Kang'iq's damages in dollars.

    Answer        $_____

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

15. If you answered "yes" to Question Nos. 7(a), 7(b), and 7(c), please enter the amount of GMW's damages in dollars.

   Answer    $_____

16. If you answered "yes" to Question Nos. 8 and 9 with regard to unfair trade practice(s) on the part of GMW, please enter the amount of Kanag'iq's damages in dollars.

   Answer    $_____

DATED at Anchorage, Alaska this _____ day of _____ 2008.

_____
Foreperson of the Jury

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax