IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A05-170 CI (TMB)<br>) |

## NOTICE TO THE COURT RE DEFENDANTS' PROPOSED SPECIAL VERDICT FORM

Defendants hereby submit their proposed Special Verdict Form. The Court should note that Plaintiff has expressed issues with this Special Verdict Form and may be submitting its own proposed Special Verdict Form.

DATED at Anchorage, Alaska this 16th day of January 2008.

                EIDE & GINGRAS, P.C.
                Attorneys for Defendants
                Kanag'iq Construction Co., Inc. and
                Western Surety Company

                By:   s/Thomas S. Gingras
                        Thomas S. Gingras
                        425 G Street, Suite 930
                        Anchorage, AK 99501
                        Phone:  (907) 279-0930
                        Fax:    (907) 279-0933

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Notice to the Court re Defendants' Proposed Special Verdict Form    Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

E-mail: tsgingras@egpalaska.com
Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 15th day of January 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By__/s/Donna Charter_____

F:\431\05\Trial Documents\Notice to the Court re Proposed Special Verdict form.DOC

Notice to the Court re Defendants' Proposed Special Verdict Form   Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)