IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

**PARTIES' JOINT SUBMISSION RE VOIR DIRE**

The parties, through their respective counsel, hereby submit their respective voir dire questions/issues for voir dire. Copies of the submissions from both parties are attached for the Court's ease of reference. Plaintiff does not object to Defendants' areas of voir dire questioning. Defendants do not object to Plaintiff's voir dire questions.

Defense counsel anticipates that the Court will formulate its questions on the issues suggested by the defense and defense counsel will use his fifteen (15) minutes to follow up on those questions.

DATED at Anchorage, Alaska this 16th day of January 2008.

                EIDE & GINGRAS, P.C.
                Attorneys for Defendants
                Kanag'iq Construction Co., Inc. and
                Western Surety Company

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Parties Joint Submission re Voir Dire        Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

By:  s/Thomas S. Gingras
Thomas S. Gingras
425 G Street, Suite 930
Anchorage, AK  99501
Phone:  (907) 279-0930
Fax:      (907) 279-0933
E-mail:  tsgingras@egpalaska.com
Alaska Bar No. 7811098

DATED at Anchorage, Alaska this 16th day of January 2008.

LAW OFFICE OF SARAH J. TUGMAN
Attorneys for Plaintiffs
GMW Fire Protection, Inc.

By:  s/Sarah J. Tugman
Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, AK  99503
Phone:  (907) 677-7889
Fax:      (907) 677-9188
E-mail:  sjtugman@gci.net
Alaska Bar No. 8310101

F:\431\05\Trial Documents\Joint Submission re Voir Dire.DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Parties Joint Submission re Voir Dire
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 2 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br> Case No. A05-170 CI (TMB) |

### DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY ("Kanag'iq"), through their counsel, Eide & Gingras, P.C., propose the following areas of questions for voir dire, based on the assumption that the Court has its own standard questions with respect to citizenship, ability to speak the English language, knowledge of witnesses, lawyers, membership in organizations, and the like. Assuming that the Court has such standard questions, Kanag'iq intends to inquire on the following subjects:

1. Military service, past or present.

2. The jurors' views on tort reform.

3. Hobbies, movies, bumper stickers, books read recently, special interests, and the like.

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

4. Experience with contracts in any form, including, but not limited to, construction contracts, remodeling contracts, contracts for the sale or purchase of automobiles, and the like.

5. Experience with any claim or dispute involving contracts.

6. Experience with bonding companies versus insurance companies and an appreciation of the difference.

7. If justified by the evidence, the prospective jurors' feelings about awarding significant damages.

8. Employment experience in either the insurance or bonding industry.

9. Experience in bookkeeping/accounting.

10. Experience in business management.

11. Experience in the construction industry.

DATED at Anchorage, Alaska this 2nd day of January 2008.

        EIDE & GINGRAS, P.C.
        Attorneys for Defendants
        Kanag'iq Construction Co., Inc.
        And Western Surety Company

By:   s/Thomas S. Gingras
      Thomas S. Gingras
      425 G Street, Suite 930
      Anchorage, AK  99501
      Phone:  (907) 279-0930
      Fax:    (907) 279-0933
      E-mail: tsgingras@egpalaska.com
      Alaska Bar No. 7811098

Defendants' Proposed Voir Dire Questions   Page 2 of 3
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 2nd day of January 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By __/s/Donna Charter__

F:\431\05\Trial Documents\Proposed Voir Dire Questions.DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Defendants' Proposed Voir Dire Questions
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 3 of 3

Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

THE UNITED STATES for the use of )
GMW Fire Protection, Inc., )
an Alaska Corporation, )
　)
　　　Plaintiff, )
v. )
　)
KANAG'IQ CONSTRUCTION CO., INC., )
an Alaska Corporation and )
WESTERN SURETY COMPANY, a )
South Dakota Corporation, )
　)
　　　Defendant. )
_____ ) Case No. A-05-0170 CV (TMB)

PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

The plaintiff, GMW Fire Protection Inc., wishes that the following questions be asked of the jury:

What is your occupation?

Who is your employer?

What is the principal activity of the company where you work?

In your work do you have management or supervisory responsibilities?

What other occupations have you had?

Have you ever owned your own business?

VOIR DIRE QUESTIONS - PAGE 1

    Have you ever had a disgruntled employee try to get back at for something?

    Did you ever have to fire an employee?

Are you married? Do you have children?

Have you or any members of your family ever filed a lawsuit?

    Who filed it?
    What was is about?
    How was it resolved?
    What were your feelings about the process and the resolution?

Have you or any members of your family or close friends ever been sued?

    Who filed the lawsuit?
    What was it about?
    What were your feelings about the process and the resolution?
    How was it resolved?

Have you ever testified in a trial or given a deposition?

Have you ever retained an attorney?

    Were you satisfied with the services you received?

Do you know any of the lawyers in this case?

What magazines do you enjoy reading?

Before you came today did you know anyone on this jury panel?

Are you familiar with anyone who works for GMW Fire Protection, Inc.?

    Or the following employees of GMW?

        Glenn Johnson
        Gretchen Grau
        Clayton Johnson
        Jim Luke
        Ward Thomas
        Marvin Berg

Are you familiar with any of these witnesses?

VOIR DIRE QUESTIONS - PAGE 2

    Thomas Johnson
    Dwayne Bertholl
    Barry Steinkrueger
    Jamie Thurman
    Dave Beck

Are you familiar with any of the employees of the government?

    Steve Frere
    Becky Rhodes
    Lucy Teitzel
    Michelle Jones

Are you familiar with anyone who works for Kanag'Iq Construction, Inc.?

    Or the following employees of Kanag'Iq?

        Bill Jury
        Phil Young
        July Foland (formerly Julie Jury)
        Ray Hamilton
        Chieko Jury

This is a dispute between a contractor and a subcontractor on a construction project at Elmendorf Air Force Base. Have you heard of similar cases? Have you formed any opinions about such cases? Is so, what is your opinion?

Have you had any experience with contractors or subcontractors?

    What?

Have you ever been a party to a construction contract?

    How was the experience?

Another type of contract?

    What was that experience like?
    were there any problems?
    How were they resolved?

Have you ever had someone fail to pay you for work you had done?

    Did you do anything about it?
    What was the result?

VOIR DIRE QUESTIONS - PAGE 3

Respectfully submitted this 2nd day of January, 2008.

s/ Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd of January, 2008, a copy of the foregoing document was served electronically on Tom Gingras, attorney for Kanag'Iq Construction, Inc.

s/Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101