Exhibit 1: Form Exhibit List

UNITED STATES DISTRICT COURT,
District of Alaska
Exhibit List

THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaskan Corporation
v. KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and
WESTERN SURETY COMPANY, a South Dakota Corporation

Case No.: A05-170 Civil

| Presiding Judge: Honorable Timothy M. Burgess | Plaintiff's Attorney: Sarah Tugman | Defendants' Attorney: Thomas S. Gingras |
|---|---|---|
| Trial Date(s): January 22, 2008 | Court Reporter: | Courtroom Deputy: |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| | | see descr. | | | **EARLIER GMW-KANAG'IQ CONTRACTS** | |
| 1 | | | X | | 01138 -9 – subcontract – Kanag'Iq and GMW PAX – 4-10-03 (Young Exh. 99) | |
| 2 | | | X | | 01123-24 00 GMW estimate 2-11-03 PAX (Young Exh. 100) | |
| 3 | | | X | | 01122, 0110, 01116 – 3 GMW billings PAX (various dates)(Young Exh. 101) | |
| 4 | | | X | | 01121, 01119, 01117– KCC paystubs PAX (various dates (Young Exh. 102) | |

---

[1] Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 5 | | | X | | 01118 KCC sub. progress pymt. form – PAX (Young Exh. 103) | |
| | | | | | **ELMENDORF FIRE SUPPRESSION REQUIREMENTS CONTRACT** | |
| 6 | | | | X | Prime contract, pages 20-21, §01020 | |
| 7 | | | | X | Fax from KCC to GMW dated 5-25-00 | |
| 8 | | | | X | unnumbered – Bid Schedule, Base year – faxed by GMW 6-5-00 ( 8 pages) | |
| 9 | | | | X | 00053-57 – Bid Schedule, Base Year, titled new price GMW 7-17-00 (6 pages) | |
| 10 | | | X | | 200707-25 – Bid Schedule, titled "Contract Ricing Agreement" – Base year (7 pages), First Option Year (6 pages), Second Option Year (6 pages) | |
| 11 | | | | X | Statement of Acknowledgment dated 10-25-00 | |
| 12 | | | X | | 00048-52 KCC/GMW subcontract (5 pages) dated 10-26-00 and 11-2-00 (Jury Exh. 6) | |
| | | | | | **DO 5006 – KNIK HALL** | |
| 13 | | | | X | 01390-94 – notice of award dated 2-27-02 and attachments – DO 5006 (Young Exh. 104) | |
| 14 | | | | X | 01372 – GMW quote dated 2-28-03 (Young Exh. 105) | |
| 15 | | | | X | 01371-70 – GMW invoices dated 4-25-03 and 5-25-03 (Young Exh. 106) | |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 16 | | | | X | 01368 – KCC paystub (Young Exh. 107) | |
| | | | | | **5007 – PUMP HOUSE** | |
| 17 | | | | X | 01512-27 – GMW fax cover sheet and quotes for hangar dated 3-14-03 (Young Exh. 108) | |
| 18 | | | | X | 01504-11 – GMW fax cover sheet and revised quotes dated 3-18-2003 (Young Exh. 109) | |
| 19 | | | | X | 01417-33 –GMW quote dated 5-20-03 with attachments (pump house)(Young Exh. 110) | |
| 20 | | | | X | 01411, 01412, 01413 – GMW billings (various dates) (pump house) (Young Exh. 111) | |
| 21 | | | | X | 01410, 01409, 01407 – KCC sub. progress pymt. forms fire pump | |
| 22 | | | | X | 01414, 01408, 01406 – KCC check stubs 7-29-03, 8-21-03 and 9-5-03 (pump house) | |
| | | | | | **5008 – BUILDING 18220** | |
| 23 | | | | X | 201071 – Frere estimate dated 8-12-03 – building 18220 (Jury Exh. 7) | |
| 24 | | | | X | 200993-96 – GMW fax cover sheet and attachments, quotes for DO 5008 dated 6-22-04 (Jury Exh. 9) | |
| 25 | | | | X | 01973 – GMW invoice dated 6-25-04 for DO 5008 (Jury Exh. 10) | |
| 26 | | | | X | 01975 – KCC sub. progress pymt. form for DO 5008 (Jury Exh. 11) | |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 27 | | | | X | 03601 – GMW fax to KCC dated 7-13-04 re revised contract amount to come | |
| 28 | | | | X | 01977 – GMW invoice dated 8-25-04 for DO 5008 (revised amt.) (Jury Exh. 12) | |
| 29 | | | | X | 019181 – KCC sub. progress pymt. form for DO 5008 (Jury Exh. 13) | |
| 30 | | | | X | 03593 – GMW invoice dated 11-26-04 for DO 5008 | |
| 31 | | | | X | 200794-5 – KCC transfer and acceptance doc. for DO 5008 (Jury Exh. 14) | |
| | | | | | **5009 – BUILDING 17720** | |
| 32 | | | | X | 201228 – engineer's estimate signed by KCC 9-11-03 for DO 5009 (Jury Exh. 15) | |
| 33 | | | | X | 201308-13 – GMW fax cover sheet dated 11-4-03 and quotes attached for DO 5009 (Jury Exh. 16) | |
| 34 | | | | X | 01987 – GMW invoice dated 12-24-03 for bldg. 177720 (Jury Exh. 17) | |
| 35 | | | | X | 03485 – GMW invoice dated 9-24-04 for bldg. 177720 | |
| 36 | | | | X | 201181 – KCC transfer and acceptance doc. for DO 5009 (Jury Exh. 18) | |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| | | | | | **5010 – SUSITNA CLUB** | |
| 37 | | | | X | 201504-05 – engineer's estimate dated 9-12-03 signed by KCC for Susitna Club (Jury Exh. 19) | |
| 38 | | | | X | 201533-39 – GMW fax cover sheet dated 1-16-04 and attached quotes for Susitna Club (Jury Exh. 20) | |
| 39 | | | | X | 03357 – GMW billing dated 1-25-2004 for Susitna Club (Jury Exhibit 21) | |
| 40 | | | | X | KCC sub. progress payment form for DO 5010 (Jury Exh. 22) | |
| 41 | | | | X | 01630 – GMW fax cover sheet dated 9-28-04 re: revised quotes for Civil Air and Susitna Club fire alarms (Jury Exh. 23) | |
| 42 | | | | X | 03347 - GMW invoice dated 10-25-04 for Susitna Club (Jury Exh. 24) | |
| 43 | | | | X | 02135 – KCC sub. progress pymt. form for Do 5010 (Jury Exh. 25) | |
| 44 | | | | X | 03345 – GMW invoice dated 11-26-04 for Susitna Club | |
| 45 | | | | X | 01746 and 200627-28, 01747-200629, 01748, 200630-01749, 200631, 01750, 200632, 01751 GMW fax cover sheet dated 1-03-05 and attached revised quotes for Susitna Club sprinklers and fire alarms (Jury Exh. 26) | Note: exhibit combines copies of the same document from both parties due to a fax transmission erasure on one of them |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 46 | | | | X | 201390-01 – KCC transfer and acceptance doc. dated 7-12-05 for DO 5010 (Jury Exh. 27) | |
| | | | | | **5011 – SNOW BARN** | |
| 47 | | | | X | 201760-61 – engineer's estimate dated 9-15-03 signed by KCC for snow barn DO 5011 (Jury Exh. 28) | |
| 48 | | | | X | 200727-29 – GMW fax cover sheet dated 3-12-04 and attached quote for snow barn DO 5011 (Jury Exh. 29) | |
| 49 | | | | X | 02041 – GMW invoice dated 3-25-04 for snow barn (Jury Exh. 30) | |
| 50 | | | | X | 201752 – KCC sub. progress payment form for DO 5011 (Jury Exh. 31) | |
| 51 | | | | X | 201677 – 81 change order effective 5-24-04 to DO 5011 (deleting sprinkler riser bldg,etc.) (Young Exh. 92) | |
| 52 | | | | X | 02043 – KCC sub. progress payment form for DO 5011 (Jury Exh. 32) | |
| 53 | | | | X | 201787-90 – GMW fax cover sheet dated 9-22-04 and revised quotes for snow barn alarm and asking for Bill's numbers (Jury Exh. 33) | |
| 54 | | | | X | 02048 – GMW invoice dated 9-27-04 for snow barn CO 5011 (Jury Exh. 34) | |
| 55 | | | | X | 02793 – GMW invoice dated 9-27-04 for the Snow Barn (sprinkler) | |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 56 | | | | X | 02049 – KCC sub. progress pymt. form for DO 5011 (Jury Exh. 35) | |
| 57 | | | | X | 02786 – GMW invoice dated 12-24-04 for the Snow Barn (fire alarm) | |
| 58 | | | | X | KCC transfer and acceptance form dated 7-12-05 for DO 5011 (Jury Exh. 36) | |
| | | | | | **5012 – SURV. EQUIP.** | |
| 59 | | | | X | 202154 – engineer's estimate dated 9-15-03 for surv. equip. shop signed by KCC (Jury Exh. 37) | |
| 60 | | | | X | 03111 – GMW invoice dated 5-25-04 for survival equip. fire alarm (Jury Exh. 38) | |
| 61 | | | | X | 03112 – KCC sub. progress pymt. form for DO 5012 (Jury Exh. 39) | |
| 62 | | | | X | 03109 – GMW invoice dated 8-5-04 for survival equipment fire alarm | |
| 63 | | | | X | 202143-33 – KCC transfer and acceptance doc. dated 7-12-05 for DO 5012 (Jury Exh. 40) | |
| | | | | | **5013 – AGE BLDG.** | |
| 64 | | | X | | 202342-44 – engineer's estimate dated 9-18-03 signed by KCC for DO 5013 (Jury Exh. 41) | |
| 65 | | | | X | 202371-76 – GMW fax cover sheet dated 2-3-04 quotes for AGE bld. w/o alarm (Jury Exh. 43) | |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 66 | | | | X | 202419–21 – revised engineer's estimate for DO 5013 dated 2-17-04 | |
| 67 | | | | X | 02608 – GMW invoice dated 3-8-04 for AGE bldg. (Jury Exh. 44) | |
| 68 | | | | X | 202273, 202388-90 – cover letter dated 5-11-04 re change order to DO 5013 with revised estimate (Jury Exh. 42) | |
| 69 | | | | X | 201394-5 – KCC transfer and acceptance doc. dated 7-12-05 for AGE bdg. (Jury Exh. 47) | |
| | | | | | **5014 – SURV. EQUIP.** | |
| 70 | | | | X | 202586-7– engineer's estimate dated 9-19-03 signed by KCC for survival equipment shop (Jury Exh. 48) | |
| 71 | | | | X | 02005 – GMW invoice dated 1-25-04 for survival equipment sprinklers (Jury Exh. 50) | |
| 72 | | | | X | 202522 -3 – GMW quote (faxed 4-20-04) for survival building sprinkler only (Jury Exh. 51) | |
| 73 | | | | X | 02008 – KCC sub. progress pymt. form for DO 5014 survival equip. bldg. (Jury Exh. 52) | |
| 74 | | | | X | 202673-76 – change order effective 6-14-04 to DO 5014 (increase) (Young Exh.) 94 | |
| 75 | | | | X | 202589 – KCC transfer and acceptance doc. dated 7-13-05 for DO 5014 (Jury Exh. 54) | |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 76 | | | | X | 202664-67 – change order effective 9-28-05 to DO 5014 (increase)(Jury Exh. 53) | |
| | | | | | **5015 – CIVIL AIR PATROL** | |
| 77 | | | | X | 202795-96 – engineer's estimate dated 9-13-03 signed by KCC for DO 5015 (Jury exhibit 55) | |
| 78 | | | | X | 200202 fax from engineer to KCC dated 6-9-04 asking for price from GMW to alarm DO 5015 instead of sprinklers (Jury Exh. 56) | |
| 79 | | | | X | 200611, 202876-78 – GMW fax cover sheet dated 6-9-04 with bid schedule attached for DO 5015 civil air patrol (Jury Exh. 57) | |
| 80 | | | | X | 02970, 202873-75 – GMW cover sheet dated 6-30-04 and attached quotes for DO 5015 civil air patrol alarm (Jury Exh. 58) | |
| 81 | | | | X | 202860-64 – change order effective 7-26-04 to DO 5015 (decrease) (Young Exh. 95) | |
| 82 | | | | X | 01630,02038-40 – GMW fax dated 9-28-04 and revised quote for fire alarm (Jury Exhibit 59) | |
| 83 | | | | X | 02033 – GMW invoice dated 10-25-04 for civil air patrol bldg. (Jury Exh. 60) | |
| 84 | | | | X | 02035 – KCC sub. progress pymt. form for DO 50015 (Jury Exh. 61) | |
| 85 | | | | X | 02894 – GMW invoice dated 12-24-04 for Civil Air Patrol Bldg. | |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 86 | | | | X | 202701-2 – KCC transfer and acceptance doc. dated 7-13-05 for DO 5015 (Jury Exh. 62) | |
| | | | | | **5016 – MUNITIONS BLDG.** | |
| 87 | | | | X | 203110, 203106-108 – faxes from engineer dated 9-19-03 to KCC re DO 5016 (and 5017 & 5018) with attached engineer's estimate signed by KCC for 5016 (Jury Exh. 63) | |
| 88 | | | | X | 01541 – GMW fax cover sheet dated 1-16-04 with quotes for munitions bldg. sprinklers (Jury Exh. 64) | |
| 89 | | | | X | 203182, 02023, 02028-32 – GMW fax cover sheet dated 6-14-04 with quotes for DO 5016 sprinklers and alarms (Jury Exh. 65) | |
| 90 | | | | X | 203183-86, 200610 – GMW fax cover sheet dated 6-14-04 with attached quote for DO 5016 munitions storage bldgs. (Jury Exh. 66) | |
| 91 | | | | X | 02970, 20350-54 – GMW fax cover sheet dated 6-30-04 with attached quotes for DO 5016 (Jury Exh. 67) | |
| 92 | | | | X | 02961 – GMW invoice dated 9-24-04 for munitions storage bldg. (Jury Exh. 68) | |
| 93 | | | | X | 02022 – KCC sub. progress pymt. form for DO 5016 munitions storage (Jury Exh 69) | |
| 94 | | | | X | 02957 – GMW invoice dated 12-24-04 for Munitions Storage Bldg. | |