| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 95 | | | | X | 203239 - 40 – change order effective 5-24-05 to DO 5016 (increase) (Young Exh. 96) | |
| 96 | | | | X | 2039090-91 Transfer and Acceptance dated 07/12/05 for Munitions storage building (Jury Ex. 71) | |
| | | | | | **5017 – BASE SUPPLY WAREHOUSES** | |
| 97 | | | | X | 200260-1 – engineer's estimate dated 9-22-03 signed by KCC for base supply warehouse (Jury Exh. 72) | |
| 98 | | | | X | 200093-95 – GMW fax cover sheet dated 6-23-04 to KCC with engr. est. for 5017 base supply warehouses (Jury Exh. 73) | |
| 99 | | | | X | 2000180–81, 200006-7 – engineer's change to DO 5017 dated 7-14-04 (reduction) and change to DO 5017 dated 8-24-04 (reduction)(Jury Exh. 74) | |
| 100 | | | | X | 02059 – GMW invoice dated 8-25-04 with new contract amount (Jury Exh. 75) | |
| 101 | | | | X | 01597 – fax from engineer to GMW dated 9-2-04 re: scope of work and start work for DO 5017 (Jury Exh. 76) | |
| 102 | | | | X | 200153,200147-52 – cover letter dated 9-13-04 re change order to DO 5017 and change order effective 8-24-04 (Young Exh. 97) | |
| 103 | | | | X | 01640 – GMW fax cover sheet – to Steve Frere, dated 9-30-04 | |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 104 | | | | X | 01639,020963-69 – GMW cover sheet with breakdown attached, dated 9-30-04 | |
| 105 | | | | X | 01637, 2063-69, GMW fax cover sheet to KCC dated 9-30-04 with attached quote for base warehouse supply bldgs. (Jury Exh. 77) | |
| 106 | | | | X | 02707 GMW invoice dated 10-26-04 for base supply warehouse (Jury Exh. 78) | |
| 107 | | | | X | 02062 KCC sub. progress pymt. form for DO 5017 (Jury Exh. 79) | |
| 108 | | | | X | 202703-4 – KCC transfer and acceptance doc. dated 7-13-05 for 5017 (Jury Exh. 80) | |
| | | | | | **5018 – METAL TECH BLDG.** | |
| 109 | | | | X | 200082-83 – engineer's estimate dated 9-19-03 signed by KCC for DO 5018 (Jury Exh. 81) | |
| 110 | | | | X | 01561-63 – GMW fax cover sheet dated 2-17-04 to KCC with attached quote for sprinkler in metal tech. bldg. (Jury Exh. 82) | |
| 111 | | | | X | 02070 – GMW invoice dated 3-25-04 for DO 5018 metal tech bldg. (Jury Exh. 83) | |
| 112 | | | | X | 200278-81,200207-8 – GMW fax cover sheet dated 3-26-04 with attached quote for DO 5018 metal tech. bldg. (Jury Exh. 84) | |
| 113 | | | | X | 02499 – GMW invoice dated 4-25-04 for Metal Tech. Bldg. | |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 114 | | | | X | 02072 – KCC sub. progress pymt. form for DO 5018 (Jury Exh. 85) | |
| 115 | | | | X | 02073 – KCC sub. progress pymt. form for DO 5018 (Jury Exh. 86) | |
| 116 | | | | X | 200320 -323 – change order effective 7-26-04 to DO 5018 (decrease) (Young Exh. 98) | |
| 117 | | | | X | 200252-3 – KCC transfer and acceptance doc. dated 7-13-05 for DO 5018 (Jury Exh. 87) | |
| | | | | | **GENERAL COMMUNICATIONS** | |
| 118 | | | | X | 01557 – GMW fax to KCC dated 2-5-04 re: elephant cage as-builts not correct (Jury Exh. 8) | |
| 119 | | | | X | 201805 – GMW fax to KCC dated 2-5-04 re design and scheduling snow barn, metal tech bldg, (Foland Exh. 112) | |
| 120 | | | | X | 200889 – KKC fax to GMW dated 3-28-04 – need price schedules for 5008, 5011, 5014, 5015 and 5017 (Foland Exh. 114) | |
| 121 | | | | X | 200890 – KCC fax to GMW dated 4-5-04 – need price schedules for 5008, 5014, 5015 and 5017 (Foland Exh. 115) | |
| 122 | | | | X | 200864 – KCC fax to GMW dated 5-4-04 asking for cost break downs for DOs 5008, 5015,and 5017 | |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 123 | | | | X | 200851 – KCC fax to GMW dated 5-26-04 asking for cost break downs for Dos 5008, 5015 and 5017 | |
| 124 | | | | X | 200202 – fax dated 6-9-04 from engineer to KCC re: mod. for 5018, work reduced, funds from 5018 to 5014, need GMW to price 5015 civil air patrol alarms in lieu of sprinklers | |
| 125 | | | | X | 01594-5 – KCC fax to GMW dated 6-29-04 asking for updated DO costs | |
| 126 | | | | X | 200832 and 200507 – KCC fax to GMW dated 7-13-04 asking for updated contract amounts for all delivery orders with attached list of Dos | |
| 127 | | | | X | 200297 – KCC fax dated 11-24-04 to Brian Brown re DO 5018 | |
| 128 | | | | X | 200185 KCC fax dated 12-8-04 to GMW re Chandler leaving | |
| | | | | | **PAYMENT ISSUES** | |
| 129 | | | | X | 200740 – notes dated 3-31-04 re DOS (Frere's estimates and GMW's quotes)(Jury Exh. 89) | |
| 130 | | | | X | 01609 – GMW fax to KCC dated 9-21-04 re KCC changing contract amounts | |
| 131 | | | | X | 01663 – GMW fax to engineer dated 10-25-04 re Bill changing contract amounts | |
| 132 | | | | X | 200616 – GMW fax to KCC dated 10-25-04 wanting pymt. | |

Case No. 3:05-cv-0170 TMB
Appendix E - Joint Exhibit List (continued)                                                                 Page 14 of 20

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 133 | | | | X | 01689 – GMW fax to KCC dated 10-25-04 wanting pymt. | |
| 134 | | | | X | 01691 – GMW fax to KCC dated 10-25-04 | |
| 135 | | | | X | 01692 – KCC fax to GMW dated 10-25-04 in response, and asking for revised quote for DO 5018 | |
| 136 | | | | X | 200596 – GMW billing to KCC dated 12-10-04 | |
| 137 | | | | X | 01801-12 – GMW fax to Sergeant Brown, dated 12-10-04, re nonpayment by KCC | |
| 138 | | | | X | 01716 – GMW fax to engineer dated 12-10-04 re nonpayment | |
| 139 | | | | X | 200476, 01718-19 – KCC fax cover sheet to GMW dated 12-15-04 with letter dated 12-13-04 re KCC's DO review | |
| 140 | | | | X | 01720 – GMW fax to KCC dated 12-15-04 asking for an explanation | |
| 141 | | | | X | 01737 – email dated 12-17-04 from KCC (Phil Young) to GMW (Glenn Johnson) | |
| 142 | | | | X | 01740 – GMW (Glenn Johnson) fax to KCC (Phil Young) dated 12-20-04 | |
| 143 | | | | X | 01741 – email dated 12-21-04 from KCC (Phil Young) to GMW (Glenn Johnson) | |
| 144 | | | | X | 01745 – email dated 1-3-05 from KCC (Phil Young) to GMW (Glenn Johnson) | |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 145 | | | X | | 200625 – email dated 1-11-05 from GMW (Glenn Johnson) to KCC (Phil Young) re payment due | |
| 146 | | | | X | 01752-3 – emails 1-10 and 1-11-05 between GMW and KCC | |
| 147 | | | X | | 200591 – email dated 2-22-05 from GMW (Glenn Johnson) to KCC (Ray Hamilton) re nonpayment | |
| 148 | | | | X | 01785 – email dated 2-24-05 from GMW (Glenn Johnson) to KCC (Ray Hamilton) | |
| 149 | | | | X | 01794 – emails dated 4-28-05 from KCC (Ray Hamilton to GMW (Glenn Johnson) and from GMW (Glenn Johnson) to KCC (Ray Hamilton) | |
| 150 | | | | X | 01796 – emails dated 5-11 and 5-12-05 between GMW and KCC | |
| 151 | | | | X | 01734,01736 – GMW 12-16-04 letter to 3rd contracting re nonpayment | |
| 152 | | | | X | DO billing summary | |
| 153 | | | | X | GMW's list of outstanding amounts due | |
| 154 | | | X | | GMW's 2006 count of materials with line item pricing | |
| | | | | | **OTHER** | |
| 155 | | | X | | 201852-3 – Fax from KC Alaska to KCC dated 3-23-04 (with notation) with civil proposal attached | |
| 156 | | | X | | 201845 – KC Alaska Civil Proposal dated 4-20-04 | |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 157 | | | X | | 203225 – KC Alaska Contract price dated 6-21-04 (with notations) | |
| 158 | | | X | | 203232-34 – KC Alaska fax cover dated 7-8-05 sheet with 2 additional pages re work done by KC Alaska\ | |
| 159 | | | X | | 201851 and 201848 – KC Alaska fax cover sheet with letter attached (with notation) dated 9-17-04 | |
| 160 | | | X | | 203235-8 – KC Alaska fax cover sheet dated 1-5-05 with 3 invoices attached | |
| 161 | | | X | | 203223 – KCC letter dated 2-21-05 KC Alaska re payment | |
| 162 | | | X | | 202521 – Anchorage Lath & Plastering quote dated 7-8-04 | |
| 163 | | | X | | 203034 – AAA Fence quote dated 10-14-04 | |
| 164 | | | X | | 2030245 – Diomede Ent. quote dated 11-18-04 | |
| 165 | | | X | | 202513 – KCC proposal letter to 3rd Contracting dated 6-3-04 | |
| 166 | | | | X | 203006-8 – KC estimate re Munitions Storage dated 3-2-05 | |
| 167 | | | | X | Deposition of William Jury | |
| 168 | | | | X | Deposition of Phil Young | |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 169 | | | | X | Deposition of Julie Foland | |
| | | | | | | |
| | | | | | **DEFENDANTS' EXHIBITS** | |
| | A | | | X | Complaint | |
| | B | 003723 – 004097 | | X | Main Contract [Govt. / Kanag'iq] | |
| | C | | X | | Subcontract [Kanag'iq / GMW] | |
| | D | | X | | Affidavit of Thomas Johnson | |
| | E | | | X | Deposition of Thomas Johnson | |
| | F | 4062-4064 | | X | Option to Extend Contract, First Option Year, 9-14-01 | |
| | G | 4073-4076 | | X | Option to Extend Contract, Second Option Year, 9-28-02 | |
| | H | | | X | Payment Bond [Kanag'iq / Western Surety] | |
| | I | | | X | Deposition of Glen Johnson | |
| | J | | X | | Project Specifications – Excerpt [Johnson, Exh. C | |
| | K | 200654 200649 200647 | | X | Faxes re Project [Johnson Exh. D-F] | |
| | L | | | X | Deposition of Steve Frere | |
| | M | | X | | Emails re Project [Frere Exh. G] | |
| | N | | X | | Price Schedule - Oversize Spreadsheets [Frere Exh. H] | |
| | O | | | X | Document re Delivery Orders [Tugman] [Frere Exh. I] | |
| | P | | X | | Spreadsheets re item counts, signed by S. Frere | |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
|  | Q | NA | X |  | Fire Protection Requirements, Modifications of Contract:4-22-03, 9-19-03 and 11-14-03, Bid Schedule / Second Option Year (Jury Exh. 1) |  |
|  | R | 200707 - 200713 |  | X | Bid Schedule / Base Year (Jury Exh. 2) |  |
|  | S | 200714 - 200719 |  | X | Bid Schedule / First Option Year (Jury Exh. 3) |  |
|  | T | 200734 - 200739 |  | X | Bid Schedule / Second Option Year (Jury Exh. 4) |  |
|  | U | 200720 - 200725 |  | X | Bid Schedule / Second Option Year (Jury Exh. 5) |  |
|  | V | 02008 |  | X | Subcontractor Progress Payments (Jury Exh. 45) |  |
|  | W | 01729- 01730 |  |  | WITHDRAWN |  |
|  | X | 203223 |  | X | Correspondence from Kanag'iq to KC re payment (Jury Exh. 49) |  |
|  | Y | 203239 |  | X | Modification of Contract 5-31-05 (Jury Exh. 70) |  |
|  | Z | 203373 | X |  | Recap 5008 381 Intelligence (Elephant Cage), undated (Jury Exh. 88) |  |
|  | AA | 200733 |  | X | 2030 Fire Requirements, undated (Jury Exh. 90) |  |
|  |  |  |  |  | SEE NEXT PAGE |  |

| Plt. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| | AB | 01609 01663 200616 01689 01691-2 01716 200476 01718-20 011737 01740-41 01745 200625 10753 01752 200591 01785 01794 01796 | | X | Fax Transmittals and emails to/from GMW / Kanag'iq (Jury Exh. 91) | |
| | AC | | | X | 1030 Fire Requirements. 3-30-04 (Jury Exh. Not ID'd) | |
| | AD | 00353 -57 | | X | Bid Schedule / Base Year (undated) (Jury Exh. Not ID'd) | |
| | AE | 01398 | | X | Statement of Acknowledgment, Prime Contractor / Subcontractor 10-12-00 (Jury Exh. Not ID'd) | |
| | AF | | | X | Emails between GMW / Kanag'iq re Payment Disputes | |
| | AG | | X | | Calculations by Chieko Jury (Accountant) | |
| | | | | | | |
| | | | | | | |