IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>               Plaintiff,<br><br>  vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A05-170 CI (TMB)<br>) |

## NOTICE OF ATTACHMENT

The parties, through their respective counsel, hereby submit their respective voir dire questions/issues for voir dire.

DATED at Anchorage, Alaska this 17th day of January 2008.

                       EIDE & GINGRAS, P.C.
                       Attorneys for Defendants
                       Kanag'iq Construction Co., Inc. and
                       Western Surety Company

                       By:    s/Thomas S. Gingras
                             Thomas S. Gingras
                             425 G Street, Suite 930
                             Anchorage, AK  99501
                             Phone:  (907) 279-0930
                             Fax:     (907) 279-0933
                             E-mail: tsgingras@egpalaska.com
                             Alaska Bar No. 7811098

Notice of Attachment                      Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

DATED at Anchorage, Alaska this 17th day of January 2008.

LAW OFFICE OF SARAH J. TUGMAN
Attorneys for Plaintiffs
GMW Fire Protection, Inc.

By:   s/Sarah J. Tugman
     Sarah J. Tugman
     2509 Eide Street, Suite 4
     Anchorage, AK  99503
     Phone:  (907) 677-7889
     Fax:     (907) 677-9188
     E-mail:  sjtugman@gci.net
     Alaska Bar No. 8310101

F:\431\05\Trial Documents\Joint Submission re Voir Dire.DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax