Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>                Plaintiff,<br><br>  vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

### NOTICE TO THE COURT RE JOINT EXHIBIT LIST

The parties, through their respective counsel, hereby submit their joint exhibit list.

DATED at Anchorage, Alaska this 17th day of January 2008.

                EIDE & GINGRAS, P.C.
                Attorneys for Defendants
                Kanag'iq Construction Co., Inc. and
                Western Surety Company

                By:   s/Thomas S. Gingras
                        Thomas S. Gingras
                        425 G Street, Suite 930
                        Anchorage, AK  99501
                        Phone:  (907) 279-0930
                        Fax:     (907) 279-0933
                        E-mail:  tsgingras@egpalaska.com
                        Alaska Bar No. 7811098

Notice to the Court re Joint Exhibit List          Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

DATED at Anchorage, Alaska this 17th day of January 2008.

        LAW OFFICE OF SARAH J. TUGMAN
Attorneys for Plaintiffs
GMW Fire Protection, Inc.

By:   s/Sarah J. Tugman
      Sarah J. Tugman
      2509 Eide Street, Suite 4
      Anchorage, AK 99503
      Phone: (907) 677-7889
      Fax: (907) 677-9188
      E-mail: sjtugman@gci.net
      Alaska Bar No. 8310101

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 17th day of January 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK 99503

EIDE & GINGRAS, P.C.

By  /s/Donna Charter

F:\431\05\Trial Documents\Notice to the Court re JI.DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Notice to the Court re Joint Exhibit List     Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)