```
         MINUTES OF THE UNITED STATES DISTRICT COURT
                     DISTRICT OF ALASKA
```

GMW FIRE PROTECTION, INC., EX REL   vs.   KANAG'IQ CONSTRUCTION COMPANY, INC., ET AL

BEFORE THE HONORABLE   TIMOTHY M. BURGESS
CASE NO.                3:05-cv-00170-TMB

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:   PLAINTIFF:     SARAH TUGMAN

               DEFENDANT:     THOMAS GINGRAS

PROCEEDINGS: FINAL PRETRIAL CONFERENCE HELD JANUARY 22, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:45 a.m. court convened.

Court and counsel heard re jury instructions.

Court and counsel heard re defendant's Motion for Additional Peremptory Challenges (Dkt 99); **DENIED.**

Court and counsel heard re jury selection, trial procedure, and demonstrative exhibits.

At 9:11 a.m. court adjourned.

DATE:     January 22, 2008       DEPUTY CLERK'S INITIALS:    amk