```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

| | | |
|---|---|---|
| GMW FIRE PROTECTION, INC., EX REL | vs. | KANAG'IQ CONSTRUCTION COMPANY, INC., ET AL |

BEFORE THE HONORABLE   TIMOTHY M. BURGESS
CASE NO.               3:05-cv-00170-TMB

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:   PLAINTIFF:     SARAH TUGMAN

               DEFENDANT:     THOMAS GINGRAS

PROCEEDINGS: TRIAL BY JURY - DAY 1 HELD JANUARY 22, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:14 a.m. court convened with Juror #17 present.

Individual voir dire conducted with Juror #17.

At 9:17 a.m. Juror #17 exited the courtroom.

At 9:18 a.m. Juror #17 excused for cause.

Witness exclusionary rule invoked.

At 9:27 a.m. 35 prospective jurors entered the courtroom.

Court heard. Parties introduced themselves.

Oath as to qualifications administered.

General voir dire conducted.

At 9:46 a.m. Juror #26 excused for cause.

At 10:01 a.m. Juror #31 excused for cause.

At 10:14 a.m. Juror #24 excused for cause.

At 10:18 a.m. Juror #11 excused for cause.

CONTINUED ON PAGE 2

DATE:   January 22, 2008        DEPUTY CLERK'S INITIALS:   amk

Revised 6/18/07

```
                    CONTINUATION - PAGE 2
              GMW FIRE PROTECTION, INC., EX REL
                             vs.
              KANAG'IQ CONSTRUCTION COMPANY INC., ET AL
                       3:05-cv-00170-TMB
                     TRIAL BY JURY - DAY 1
                       January 22, 2008
```
--------------------------------------------------------------------

At 10:19 a.m. Juror #28 excused for cause.

At 10:20 a.m. Juror #3 excused for cause.

At 10:39 a.m. Jurors #2, #27, #5, and #35 excused for cause.

Court instructed clerk to call 14 names; 14 names called.

Individual void dire conducted.

At 11:01 a.m. court thanked and excused the excess prospective jurors.

At 11:03 a.m. court recessed until 11:25 a.m. without the prospective jurors present.

Court and counsel heard re peremptory challenges.

At 11:29 a.m. 14 prospective jurors entered the courtroom.

Peremptory challenges taken; jury panel of 10 selected.

Oath as to trial jurors administered.

Preliminary jury instructions read.

At 11:47 a.m. the jury panel exited the courtroom.

Court and counsel heard re exhibits.

At 11:55 a.m. court recessed until 1:04 p.m. without the jury panel present.

At 1:06 p.m. the jury panel entered the courtroom.

                    CONTINUED ON PAGE 3

DATE:     January 22, 2008           DEPUTY CLERK'S INITIALS:   amk

Revised 6/18/07

```
                CONTINUATION - PAGE 3
            GMW FIRE PROTECTION, INC., EX REL
                          vs.
          KANAG'IQ CONSTRUCTION COMPANY INC., ET AL
                    3:05-cv-00170-TMB
                  TRIAL BY JURY - DAY 1
                    January 22, 2008
----------------------------------------------------------------
```

Court and counsel heard re jury note.

At 1:07 p.m. the jury panel exited the courtroom with the exception of Juror #3.

Individual voir dire conducted with Juror #3.

At 1:08 p.m. Juror #3 exited the courtroom.

At 1:09 p.m. Juror #4 entered the courtroom; individual voir dire conducted with Juror #4.

At 1:10 p.m. the jury panel entered the courtroom.

Opening arguments heard.

Glenn Floyd Johnson sworn and testified on behalf of the plaintiff. Plaintiff's exhibits 6-9, 11, 14-47, 118, 120-123, 125, 126, 144, and 152 **IDENTIFIED** (previously admitted by stipulation). Plaintiff's exhibit 1 **IDENTIFIED**. Plaintiff's exhibit 12 **ADMITTED**.

At 2:42 p.m. the jury panel exited the courtroom.

At 2:42 p.m. court recessed until 3:05 p.m. without the jury panel present.

Court and counsel heard re witnesses

At 3:06 p.m. the jury panel entered the courtroom.

CONTINUED ON PAGE 4

DATE:   January 22, 2008        DEPUTY CLERK'S INITIALS:   amk

Revised 6/18/07

```
                    CONTINUATION - PAGE 4
              GMW FIRE PROTECTION, INC., EX REL
                             vs.
            KANAG'IQ CONSTRUCTION COMPANY INC., ET AL
                       3:05-cv-00170-TMB
                      TRIAL BY JURY - DAY 1
                        January 22, 2008
```
---

Glenn Floyd Johnson resumed the stand and testified further on behalf of the plaintiff. Plaintiff's exhibit 64 and 154 **IDENTIFIED**. Plaintiff's exhibits 48-51, 53-63, 65-98, 101-111, 113-117, 130-143, 146, 148-151, and 153 **IDENTIFIED** (previously admitted by stipulation). Plaintiff's exhibits 145 and 147 **ADMITTED**.

At 4:23 p.m. the jury panel exited the courtroom to reconvene Wednesday, January 23, 2008 at 9:00 a.m.

Court and counsel heard re exhibits and witnesses.

At 4:39 p.m. court recessed this matter to reconvene Wednesday, **January 23, 2008 at 9:00 a.m.**


DATE:     January 22, 2008      DEPUTY CLERK'S INITIALS:   amk

Revised 6/18/07