IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>           Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>           Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>3:05-cv-00170 TMB |

## SPECIAL VERDICT FORM

We, the jury in the above-captioned case, find the following special verdict submitted to us in the above-captioned case:

### DAMAGES

It is the duty of the Court to instruct you about the measure of damages. By instructing you on damages, the Court does not mean to suggest for which party your verdict should be rendered.

It is for you to determine what damages, if any, have been proved.

Your award, if any, must be based upon evidence and not upon speculation, guesswork, or conjecture.

    1.    If you find for neither GMW nor Kanag'iq, check the following box:

        ☐    No damages awarded

The foreperson should sign the verdict form and you need answer no further questions.

Otherwise, proceed to Questions 2 through 4.

2. If you find for both Kanag'iq and GMW at some time during the project, enter the amount owed to each:

    Kanag'iq    $_____

    GMW    $_____

3. If you find only for Kanag'iq, enter the amount owed to Kanag'iq:

    $_____

4. If you find only for GMW, complete (a) or (b) according to your finding:

    (a) If you find the contract between Kanag'iq and GMW was modified by conduct, enter the amount owed, if any, to GMW under the modified contract:

        $_____

    (b) If you find there was no contract between Kanag'iq and GMW for any time period after the first year, enter the amount owed to GMW for the reasonable value of materials and services provided for such time period on the project, less amounts paid by Kanag'iq:

        $_____

DATED at Anchorage, Alaska this _____ of January 2008.

                                          _____
                                              Foreperson of the Jury