```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

 GMW FIRE PROTECTION, INC.,    vs.   KANAG'IQ CONSTRUCTION COMPANY,
 EX REL                              INC., ET AL

BEFORE THE HONORABLE   TIMOTHY M. BURGESS
CASE NO.               3:05-cv-00170-TMB

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:    PLAINTIFF:    SARAH TUGMAN

                DEFENDANT:    THOMAS GINGRAS / LAURA GOULD

PROCEEDINGS: TRIAL BY JURY - DAY 5 HELD JANUARY 28, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:54 a.m. court convened without the jury panel present.

Court and counsel heard re exhibits; plaintiff's exhibits 167, 168, and 169 **WITHDRAWN**; defendant's exhibit E, I, and L **WITHDRAWN**.

Court and counsel heard re exceptions to the jury instructions, special verdict forms, and closing arguments.

At 9:12 a.m. court recessed until 9:24 a.m. without the jury panel present.

Court and counsel heard re jury instructions.

At 9:27 a.m. the jury panel entered the courtroom.

Court read jury instruction.

Closing arguments heard.

Court read jury instructions.

At 11:06 a.m. the jury panel exited the courtroom to begin deliberations.

Court and counsel heard re jury notes and exhibits.

CONTINUED ON PAGE 2

DATE:   January 28, 2008         DEPUTY CLERK'S INITIALS:   amk

Revised 6/18/07

```
                    CONTINUATION - PAGE 2
             GMW FIRE PROTECTION, INC., EX REL
                             vs.
             KANAG'IQ CONSTRUCTION COMPANY INC., ET AL
                       3:05-cv-00170-TMB
                     TRIAL BY JURY - DAY 5
                       January 28, 2008
------------------------------------------------------------------
```

At 11:08 a.m. court recessed until 2:03 p.m. without the jury panel present.

Court and counsel heard re jury note.

At 2:05 p.m. court recessed until 2:23 p.m. without the jury panel present.

Court and counsel heard re jury note.

At 2:23 p.m. the jury panel entered the courtroom.

Verdict published. Jury found in favor of the plaintiff.

Jury polled; all answered in the affirmative.

At 2:29 p.m. court thanked and excused the jury panel.

Court and counsel heard re exhibits.

List of Exhibits and List of Witnesses to be filed separately.

Original Special Verdict form and Jury Instructions **FILED**.

At 2:30 p.m. court adjourned.

All admitted exhibits, blank jury notes, original verdict forms, and original jury instructions forwarded to the jury panel via the bailiff.

All original exhibits returned to counsel.

DATE:_____January 28, 2008_____   DEPUTY CLERK'S INITIALS:___amk___

Revised 6/18/07