(Rev 1/08)

# LIST OF EXHIBITS

Case No. 3:05-CV-00170-TMB      Judge: **TIMOTHY M. BURGESS**

Title    GMW FIRE PROTECTION, INC. Ex Rel

vs.

KANAG'IQ CONSTRUCTION COMPANY, INC. et al

Dates of Trial: January 22, 2008 Thru January 28, 2008

Deputy Clerk/Recorder: April Kayser

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Sarah Tugman | Thomas Gingras |
| | |
| | |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | Earlier GMW-Kanag'iq Contracts | A | ✓ | 1-17-08 by stip | Complaint |
| 1 | ✓ | | 01138-9 - subcontract - Kanag'iq and GMW PAX-4-10-03 | B | ✓ | ↓ | Main Contract |
| 2 | | | 01123-24 00 GMW est 2-11-03 PAX | C | ✓ | 1-23-08 | Subcontract |
| 3 | | | 01122, 0110, 01116-3 GMW billings PAX various dates | D | withdrawn | | Affidavit of Thomas Johnson |
| 4 | | | 01121, 01119, 01117 - KCC Paystubs PAX - various dates | E | withdrawn 1-28-08 | 1-17-08 by stip | Deposition of Thomas Johnson |
| 5 | | | 01118 KCC sub. progress pymt form - PAX | F | | | Option to Extend Contract First Option Year 9/14/01 |
| | | | Elmendorf Fire Suppression Requirements Contract | G | | | Option to Extend Contract Second Option Year 9/28/02 |
| 6 | ✓ | 1/17/08 by stip | Prime Contract, pages 20-21, §01020 | H | | | Payment Bond |
| 7 | ✓ | 1/17/08 by stip | Fax from KCC to GMW dated 5-25-00 | I | withdrawn 1-28-08 | | Deposition of Glenn Johnson |
| 8 | ✓ | 1-17-08 by stip | Unnumbered - Bid Schedule, Base Year - faxed by GMW 10-5-00 | J | | | Project Specifications Excerpt |
| 9 | ✓ | 1-17-08 by stip | 0005357 - Bid Schedule, Base Year, titled new price GMW 7-17-00 | K | | 1-17-08 by stip | Faxes re Project |

Continuation
List of Exhibits

Page: 2

Case No: 3:05-CV-00170-TMB          Judge: TIMOTHY M. BURGESS

| | PLAINTIFF | | | | DEFENDANT | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 10 | ✓ | 1/24/08 | 200707-35 Bid Schedule "Contract Pricing Agreement" | L | withdrawn 1/28/08 | 1-17-08 by stip | Deposition of Steve Frere |
| 11 | ✓ | 1-17-08 by stip | Statement of Acknowledgement 10-25-00 | M | ✓ | 1/23/08 | Emails re Project |
| 12 | ✓ | 1/20/08 | 00048-52 KCC/GMW subcontract 10-24-00 & 11-2-00 | N | ✓ | | Price Schedule - oversize Spreadsheets |
| | | | DO 5006 - Knik Hall | O | | 1-17-08 by stip | Document re Delivery orders |
| 13 | ✓ | 1-17-08 by stip | 01390-94, notice of award 2-27-02 & attachments 005006 | P | | | Spreadsheets, re item counts, signed by S. Frere |
| 14 | ✓ | 1-17-08 by stip | 01372 - GMW quote dated 2-28-03 | Q | | | Fire Protection Requirements modifications of Contract: 4/22/03, 9/19/03 & 11/14/03 |
| 15 | ✓ | 1-17-08 by stip | 01371-70 GMW invoices dated 4-25-03 & 5/25/03 | R | | 1-17-08 by stip | Bid Schedule/ Base Year |
| 16 | ✓ | 1-17-08 by stip | 01368 - KCC paystub | S | | | Bid Schedule/ First Option Year |
| | | | 5007 - Pump House | T | | | Bid Schedule/ Second Option Year |
| 17 | ✓ | 1-17-08 by stip | 01512-27 GMW faxcover sheet and quotes for hanger 3-14-03 | U | | | Bid Schedule/ Second Option Year |
| 18 | ✓ | 1-17-08 by stip | 01504-11 GMW faxcover sheet & revised quotes 3-18-03 | V | | ✓ | Subcontractor Progress Payments |
| 19 | ✓ | 1-17-08 by stip | 01417-33 GMW quote 5-20-03 w/attachments | W | | | Withdrawn |
| 20 | ✓ | 1-17-08 by stip | 01411, 01412, 01413 GMW billings - various dates | X | | 1-17-08 by stip | Correspondence from Kanag'iq to KCC payment |
| 21 | ✓ | 1-17-08 by stip | 01410, 01409, 01407 KCC sub progress pymt. forms fire pump | Y | | ✓ | modification of Contract 5-31-05 |
| 22 | ✓ | 1-17-08 by stip | 01414, 01408, 01406 KCC check stubs 7-29-03, 8-21-03, & 9-5-03 | Z | | | Recap 5008 381 Intelligence (Elephant Case) undated |
| | | | 5008 - building 18220 | AA | | 1-17-08 by stip | 2030 Fire Requirements undated |
| 23 | ✓ | 1-17-08 by stip | 201071 - Frere estimate 8/12/03 bldg 18220 | AB | | | Fax transmittals & emails to/from GMW/KCC |
| 24 | ✓ | 1-17-08 by stip | 200993-96 GMW fax cover sheet & attachments quotes for DO 5008 6/22/04 | AC | | | 1030 Fire Requirements 3/30/04 |
| 25 | ✓ | 1-17-08 by stip | 01973 - GMW invoice dated 6/25/04 for DO 5008 | AD | | | Bid Schedule/Base Year |
| 26 | ✓ | 1-17-08 by stip | 01975 - KCC sub progress pymt form for DO 5008 | AE | | ✓ | Statement of Acknowlegment 10/12/00 |

Continuation
List of Exhibits

Page: 3

Case No: 3:05-CV-00170-TMB    Judge: TIMOTHY M. BURGESS

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 27 | ✓ | 1-17-08 by stip | 03601 - GMW fax to KCC dated 7-13-04 re revised contract amount to como | AF | ✓ | 1/17/08 by stip | Emails between GMW/KCC re payment disputes |
| 28 | ✓ | 1-17-08 by stip | 01977 GMW invoice 8/25/04 for DO 5008 | AG | ✓ | | Calculations by Chieko Jury |
| 29 | ✓ | 1-17-08 by stip | 01918 KCC sub. progress pymt. form for DO 5008 | AH | ✓ | 1/24/08 | Subcontract |
| 30 | ✓ | 1-17-08 by stip | 03593 GMW invoice 11/26/04 for DO 5008 | | | | |
| 31 | ✓ | 1-17-08 by stip | 200794-5 KCC transfer and acceptance doc for DO 5008 | | | | |
| | | ✓ | 5009 - Building 17720 | | | | |
| 32 | ✓ | 1-17-08 by stip | 201228 - engineer's estimate signed by KCC 9-11-03 for DO 5009 | | | | |
| 33 | ✓ | 1-17-08 by stip | 201308-13 GMW fax cover sheet 11/14/03 & quotes for DO 5009 | | | | |
| 34 | ✓ | 1-17-08 by stip | 01987 - GMW invoice dated 12-24-03 for bldg. 17720 | | | | |
| 35 | ✓ | 1-17-08 by stip | 03485 - GMW invoice 9/24/04 for bldg 17720 | | | | |
| 36 | ✓ | 1-17-08 by stip | 201181 - KCC transfer & acceptance doc for DO 5009 | | | | |
| | | | 5010 - Susitna Club | | | | |
| 37 | ✓ | 1-17-08 by stip | 201504-05 - engineer's estimate 9/12/03 signed by KCC for Susitna Club | | | | |
| 38 | ✓ | | 201533-39 - GMW fax cover sheet 1/16/04 & attached quotes for Susitna Club | | | | |
| 39 | ✓ | | 03357 - GMW billing 1/25/04 for Susitna Club | | | | |
| 40 | ✓ | | KCC sub progress payment form for DO 5010 | | | | |
| 41 | ✓ | | 01630 GMW fax cover sheet 9/28/04 re: revised quotes | | | | |
| 42 | ✓ | | 03347 GMW invoice 10/25/04 for Susitna Club | | | | |
| 43 | ✓ | | 02135 - KCC sub progress pymt. form for DO 5010 | | | | |
| 44 | ✓ | ✓ | 03345 GMW invoice 11/26/04 for Susitna Club | | | | |

Continuation
List of Exhibits

Page: 4

| Case No: 3:05-CV-00170-TMB | | | | Judge: TIMOTHY M. BURGESS | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT | |
| 45 | ✓ | 1-17-08 by stip | 01746, 200627-28, 01747-200629, 01748, 200630-0749, 200631, 01750, 200632, 0151 | | | | GMW fax cover sheet 1-3-05 & attached revised quotes for Susitna Club | |
| 46 | ✓ | ↓ | 201390-01, KCC transfer and acceptance doc. 7-12-05 for DO 5010 | | | | | |
| | | | **5011 - Snow Barn** | | | | | |
| 47 | ✓ | 1-17-08 by stip | 201760-61 engineer's est 9-15-03 signed by KCC for Snow Barn DO 5011 | | | | | |
| 48 | ✓ | | 200727-29 GMW fax cover sheet dated 3-12-04 & att quote for Snow Barn DO 5011 | | | | | |
| 49 | ✓ | | 02041 GMW invoice 3/25/04 for Snow Barn | | | | | |
| 50 | ✓ | | 201752 - KCC sub. progress payment form for DO 5011 | | | | | |
| 51 | ✓ | | 201677-81 change order eff 5/24/04 to DO 5011 | | | | | |
| 52 | | ✓ | 02043 KCC sub progress payment form for DO 5011 | | | | | |
| 53 | ✓ | | 201787-90 GMW fax cover sheet 9/22/04 & revised quotes for snow barn alarm | | | | | |
| 54 | ✓ | | 02048 GMW invoice 9/27/04 for snow barn CO 5011 | | | | | |
| 55 | ✓ | | 02793 GMW invoice 9/27/04 for the Snow Barn | | | | | |
| 56 | ✓ | | 02049 KCC sub progress pymt form for DO 5011 | | | | | |
| 57 | ✓ | | 02786 - GMW invoice 12/24/04 for the Snow Barn | | | | | |
| 58 | ✓ | ✓ | KCC transfer & acceptance form dated 7/12/05 for DO 5011 | | | | | |
| | | | **5012 - Surv. Equip.** | | | | | |
| 59 | ✓ | 1-17-08 by stip | 202154 - engineer's est. 9/15/03 for surv. equip. shop signed by KCC | | | | | |
| 60 | ✓ | | 03111 - GMW invoice 5/24/04 for survival equip. fire alarm | | | | | |
| 61 | ✓ | | 03112 - KCC sub progress pymt form for DO 5012 | | | | | |
| 62 | ✓ | ✓ | 03109 - GMW invoice 8/5/04 for survival equipment fire alarm | | | | | |

Continuation
List of Exhibits

Page: 5

Case No: 3:05-CV-00170-TMB        Judge: TIMOTHY M. BURGESS

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 63 | ✓ | 1-17-08 by stip | 202143-33 KCC transfer & acceptance doc. 7/12/05 for DO 5012 | | | | |
| | | | **5013 - Age Bldg.** | | | | |
| 64 | ✓ | 1/23/08 | 202342-44 - engineer's est. 9/18/03 signed by KCC for DO 5013 | | | | |
| 65 | ✓ | 1-17-08 by stip | 202371-76 - GMW fax cover sheet dated 2/3/04 quotes for Age Bldg | | | | |
| 66 | ✓ | | 202419-21 revised engineer's est. for DO 5013 2/17/04 | | | | |
| 67 | ✓ | | 02608 GMW invoice 3/18/04 for AGE Bldg. | | | | |
| 68 | ✓ | | 202273, 202388-90 cover letter 5/11/04 re change order to DO 5013 w/ rev. est. | | | | |
| 69 | ✓ | ✓ | 201394-5 KCC transfer and acceptance doc. 7/12/05 for Age Bldg. | | | | |
| | | | **5014 - Surv. Equip.** | | | | |
| 70 | ✓ | 1-17-08 by stip | 202586-7 engineer's est. 9/19/03 signed by KCC for survival equip shop | | | | |
| 71 | ✓ | | 02005 - GMW invoice 1/25/04 for survival equipment sprinklers | | | | |
| 72 | ✓ | | 202522-3 GMW quote faxed 4/20/04 | | | | |
| 73 | ✓ | | 02008 KCC sub. progress pymt form for DO 5014 survival equip bldg | | | | |
| 74 | ✓ | | 202673-76 change order eff. 6/14/04 to DO 5014 | | | | |
| 75 | ✓ | ✓ | 202589 KCC transfer & acceptance doc. 7/13/05 for DO 5014 | | | | |
| 76 | ✓ | ✓ | 202664-67 - change order eff. 9/28/05 to DO 5014 | | | | |
| | | | **5015 - Civil Air Patrol** | | | | |
| 77 | ✓ | 1-17-08 by stip | 202795-96 engineer's est. 9/13/03 for DO 5015 | | | | |
| 78 | ✓ | | 200202 fax form engineer to KCC 6/9/04 | | | | |
| 79 | ✓ | ✓ | 200611, 202876-78 GMW fax cover sheet 6/9/04 | | | | |

Continuation
List of Exhibits

Page: 6

| Case No: | 3:05-CV-00170-TMB | | | Judge: TIMOTHY M. BURGESS | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 80 | ✓ | 1-17-08 by stip | 02970, 202873-75 GMW cover sheet 6/30/04 & att quotes for DO 5015 | | | | |
| 81 | ✓ | | 202860-64 change order eff. 7/26/04 to DO 5015 | | | | |
| 82 | ✓ | | 01636, 02038-40 GMW fax dated 9/28/04 and revised quote | | | | |
| 83 | ✓ | | 02033 GMW invoice 10/25/04 for civil air patrol bldg | | | | |
| 84 | ✓ | | 02035 KCC sub. progress pymt. form for DO 5015 | | | | |
| 85 | ✓ | | 02894 - GMW invoice 12/24/04 for civil air patrol bldg | | | | |
| 86 | ✓ | ✓ | 202701-2 KCC transfer and acceptance doc. 7/13/05 for DO 5015 | | | | |
| | ✓ | | 5016 - Munitions Bldg | | | | |
| 87 | ✓ | 1-17-08 by stip | 20310, 203106-108 faxes from engineer 9/19/03 to KCC re DO 5016 | | | | |
| 88 | ✓ | | 01541 GMW fax cover sheet 1/16/04 w/quotes | | | | |
| 89 | ✓ | | 203182, 02023, 02028-32 GMW fax cover sheet 6/14/04 w/quotes | | | | |
| 90 | ✓ | | 203183-86, 20060 - GMW fax cover sheet 6/14/04 w/ att quote | | | | |
| 91 | ✓ | | 02970, 20350-54 - GMW fax cover sheet 6/30/04 w/ att quotes | | | | |
| 92 | ✓ | | 02961 - GMW invoice 9/24/04 | | | | |
| 93 | ✓ | | 02022 - KCC sub progress pymt. form for DO 5016 | | | | |
| 94 | ✓ | ✓ | 02957 - GMW invoice 12/24/04 | | | | |
| 95 | ✓ | | 203239-40 change order eff. 1/24/05 to DO 5016 | | | | |
| 96 | ✓ | ✓ | 203090-91 transfer & acceptance 7/12/05 | | | | |
| | ✓ | | 5017 - Base Supply Warehouses | | | | |
| 97 | ✓ | 1-17-08 by stip | 200260-1 engineer's est. 9/22/03 signed by KCC | | | | |

Case No: 3:05-CV-00170-TMB  Judge: TIMOTHY M. BURGESS

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 98 | ✓ | 1-17-08 BY STIP | 200093-95 GMW fax cover sheet 6/3/04 to KCC w/ engr. est. for 5017 | | | | |
| 99 | ✓ | | 200080-81, 200006-7 engineer's change to DO 5017 7/14/04 & 8/24/04 | | | | |
| 100 | ✓ | | 02059 - GMW invoice 8/25/04 w/ new contract amount | | | | |
| 101 | ✓ | | 01597 - fax from engineer to GMW dated 9/2/04 | | | | |
| 102 | ✓ | | 200153, 200147-52 - cover letter 9/13/04 re change order of 8/24/04 | | | | |
| 103 | ✓ | ✓ | 01640 GMW fax cover sheet to Steve Freve 9/30/04 | | | | |
| 104 | ✓ | | 01639, 02063-69 GMW cover sheet 9/30/04 | | | | |
| 105 | ✓ | | 01637, 2063-69, GMW fax cover sheet to KCC 9/30/04 | | | | |
| 106 | ✓ | | 02707 GMW invoice 10/26/04 | | | | |
| 107 | ✓ | | 02062 KCC sub. progress pymt. form for DO 5017 | | | | |
| 108 | ✓ | ✓ | 202703-4 KCC transfer & acceptance doc. 7/13/05 for 5017 | | | | |
| | | | 5018 - Metal Tech Bldg | | | | |
| 109 | ✓ | 1-17-08 BY STIP | 200082-83 - eng. est. 9/12/03 signed by KCC for DO 5018 | | | | |
| 110 | ✓ | | 01561-63 GMW fax cover sheet 2/17/04 to KCC | | | | |
| 111 | ✓ | | 02070 GMW invoice 3/25/04 for DO 5018 | | | | |
| 112 | ✓ | | 200278-81, 200207-8, GMW fax cover sheet 3/26/04 | | | | |
| 113 | ✓ | | 02499 - GMW invoice 4/25/04 for Metal Tech Bldg. | | | | |
| 114 | ✓ | | 02072 - KCC sub. progress pymt. form for DO 5018 | | | | |
| 115 | ✓ | | 02073 - KCC sub progress pymt. form for DO 5018 | | | | |
| 116 | ✓ | ✓ | 200320-323 change order eff. 7/26/04 to DO 5018 | | | | |

Case No: 3:05-CV-00170-TMB     Judge: TIMOTHY M. BURGESS

| | PLAINTIFF | | | | DEFENDANT | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 117 | ✓ | 1-17-08 BY STIP | 200252-3 KCC transfer & acceptance doc. 7/13/05 for DO 5018 | | | | |
| | | | **General Communications** | | | | |
| 118 | ✓ | 1-17-08 BY STIP | 01557 GMW fax to KCC 2/5/04 | | | | |
| 119 | ✓ | | 201805 - GMW fax to KCC 2/15/04 | | | | |
| 120 | ✓ | | 200889 - KCC fax to GMW 3/25/04 - need price schedules | | | | |
| 121 | ✓ | | 200890 - KCC fax to GMW 4/15/04 - need price schedules | | | | |
| 122 | ✓ | | 200864 - KCC fax to GMW 5/4/04 asking for cost break downs | | | | |
| 123 | ✓ | | 200851 - KCC fax to GMW 5/26/04 - asking for cost break downs | | | | |
| 124 | ✓ | | 200202 - fax 6/9/04 from eng. to KCC re: mod. for 5018 | | | | |
| 125 | ✓ | | 01594-5 KCC fax to GMW 6/29/04 asking for updated DO costs | | | | |
| 126 | ✓ | | 200832 & 200507 - KCC fax to GMW 7/13/04 | | | | |
| 127 | | | 200297 - KCC fax 11/24/04 to Brian Brown re DO 5018 | | | | |
| 128 | ✓ | ✓ | 200185 - KCC fax 12/8/04 to GMW re: Chandler leaving | | | | |
| | | | **Payment Issues** | | | | |
| 129 | | 1-17-08 BY STIP | 200740 - notes 3/31/04 re: DOs | | | | |
| 130 | ✓ | | 01609 - GMW fax to KCC 9/21/04 re KCC changing contract amts. | | | | |
| 131 | ✓ | | 01663 - GMW fax to engineer 10/25/04 | | | | |
| 132 | ✓ | | 200616 GMW fax to KCC 10/25/04 | | | | |
| 133 | ✓ | | 01689 - GMW fax to KCC 10/25/04 | | | | |
| 134 | ✓ | ✓ | 01691 - GMW fax to KCC 10/25/04 | | | | |

Continuation
List of Exhibits

Page: 9

Case No: 3:05-CV-00170-TMB    Judge: TIMOTHY M. BURGESS

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 135 | ✓ | 1-17-08 BY STIP | 01692 - KCC fax to GMW 10/25/04 in response | | | | |
| 136 | ✓ | | 200596 - GMW billing to KCC 12/10/04 | | | | |
| 137 | ✓ | | 01801-12 - GMW fax to Srgt. Brown 12/10/04 | | | | |
| 138 | ✓ | | 01716 - GMW fax to engineer 12/10/04 | | | | |
| 139 | ✓ | | 200476, 01718-19 - KCC fax cover sheet to GMW 12/15/04 w/ letter 12/13/04 | | | | |
| 140 | ✓ | | 01720 - GMW fax to KCC 12/15/04 | | | | |
| 141 | ✓ | | 01737 - email 12/17/04 from KCC to GMW | | | | |
| 142 | ✓ | | 01740 - GMW fax to KCC 12/20/04 | | | | |
| 143 | ✓ | | 01741 - email 12/21/04 from KCC to GMW | | | | |
| 144 | ✓ | ✓ | 01745 - email 1/3/05 from KCC to GMW | | | | |
| 145 | ✓ | 1/22/08 | 200625 - email 1/11/05 from GMW to KCC | | | | |
| 146 | ✓ | 1-17-08 BY STIP | 01752-3 - emails 1/10 & 1/15/05 between GMW & KCC | | | | |
| 147 | ✓ | 1/22/08 | 200591 - email 2/22/05 from GMW to KCC | | | | |
| 148 | ✓ | 1-17-08 STIP | 01785 - email 2/24/05 from GMW to KCC | | | | |
| 149 | ✓ | | 01794 - emails 4/28/05 to & from KCC & GMW | | | | |
| 150 | ✓ | | 01796 - emails 5/11/05 & 5/12/05 GMW & KCC | | | | |
| 151 | ✓ | | 01734, 01736 - GMW 12/16/04 letter | | | | |
| 152 | ✓ | | DO billing summary | | | | |
| 153 | ✓ | ✓ | GMW's list of outstanding amounts due | | | | |
| 154 | ✓ | | GMW's 2006 count of materials | | | | |

Continuation
List of Exhibits

Page: 10

| Case No: 3:05-CV-00170-TMB | | | Judge: TIMOTHY M. BURGESS | | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | Other | | | | |
| 155 | ✓ | | 201852-3 - fax from KC Alaska to KCC 3/23/04 | | | | |
| 156 | | | 201845 - KC Alaska Civil Proposal 4/20/04 | | | | |
| 157 | | | 203225 - KC Alaska Contract Price 6/21/04 | | | | |
| 158 | | | 203232-34 - KC Alaska fax cover 7/8/05 | | | | |
| 159 | | | 201851 & 201848 - KC Alaska fax coversheet w/att letter 9/17/04 | | | | |
| 160 | | | 203235-8 - KC Alaska fax coversheet 1/5/05 w/3 invoices | | | | |
| 161 | | | 203223 - KCC letter 2/21/05 to KC Alaska | | | | |
| 162 | | | 202521 - Anchorage Lath & Plastering quote 7-8-04 | | | | |
| 163 | | | 203034 - AAA Fence quote 10/14/04 | | | | |
| 164 | | | 203045 - Diomede Ent. quote 11/18/04 | | | | |
| 165 | ✓ | 1/22/08 | 202513 - KCC proposal letter 6/3/04 | | | | |
| 166 | ✓ | 1-17-08 by stip | 203006-8 - KC est. re Munitions Storage 3/2/05 | | | | |
| 167 | withdrawn 1/28/08 | | Deposition of William Jury | | | | |
| 168 | withdrawn 1/28/08 | | Deposition of Phil Young | | | | |
| 169 | 1/28/08 | | Deposition of Julie Foland | | | | |