**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

GMW FIRE PROTECTION, INC.,
"Ex Rel.,"
        Plaintiff,

                                            Case Number 3:05-cv-00170-TMB

v.

KANAG'IQ CONSTRUCTION CO.,
INC., et al.,
        Defendants.                  **JUDGMENT IN A CIVIL CASE**

 X  **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

that Plaintiff GMW Fire Protection Inc., "Ex Rel.," recover of defendants Kanag'IQ Construction Co., Inc., et al., the sum of $533,848.77, together with prejudgment interest in the amount of $_____, attorney's fees in the amount of $_____ and plaintiff's cost of action in the amount of $_____ for a total judgment of $_____ with post-judgment interest thereon at the rate of 2.31% as provided by law.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Date: January 29, 2008

                                          /s/Marvel Hansbraugh for_____
                                            Ida Romack, Clerk of Court

[Jmt1-with fees and costs-revised 1-30-06]