

**Alaska Court System**

Home | Trial Courts | Appellate Courts | Forms | Rules | Trial Court Cases | Legal Research | Court Information

webmaster@courts.state.ak.us

### How to Determine Pre- and Post- Judgment Interest Rates - 2008

1. Is there a contract that sets the interest rate? If not, go to #2

2. Is there a statute other than AS 09.30.070 that sets the interest rate?[1] If not, go to #3

3. When did the cause of action accrue?[2]

    a. <u>Before August 7, 1997:</u> Both the pre- and post- judgment interest rates are 10.5%[3]

    b. <u>On or After August 7, 1997:</u> Both pre- and post- judgment interest rates will be the interest rate for the year in which the judgment is entered.[4] **For judgments entered in 2008, this rate is 7.75%.**[5]

Note: After the interest rate on a particular judgment is established, it does <u>not</u> later change, even though the interest rate changes. For example: The post-judgment interest rate on a judgment entered in 2001 is 9%. That rate will stay 9% until the judgment is paid. It is not affected by the fact that new judgments entered in 2008 will have a 7.75% interest rate.

---

[1] Examples of other statutes that set interest rates:

- AS 25.27.025 - child support arrearages
- AS 06.05.473(h) - claims upon liquidation of a state bank
- AS 09.55.440(a) - compensation for property taken in eminent domain proceeding
- AS 13.16.475 - claims against decedent's estate

[2] Accrue. In general, a cause of action "accrues" when a suit may be maintained thereon, that is, when sufficient events have occurred to support a valid lawsuit (for example, when injury or damage occurs or when a contract is breached).

[3] See §§ 18 and 55 ch 26 SLA 1997 and *Marine Solution Services v. Horton*, 70 P.3d 393, 415 (Alaska 2003). The interest rate is 10.5% if the complaint was filed on or after July 1, 1980. If the complaint was filed before that date, a different rate applies.

[4] This rate is defined in AS 09.30.070(a) as "three percentage points above the 12th Federal Reserve District discount rate in effect on January 2 of the year in which the judgment or decree is entered." (Note: The telephone number for the 12th Federal Reserve District in San Francisco is (415) 974-2000. For a recording about the discount rate, call (415) 974-2230. Discount rate information is also available at the following website: http://www.frbsf.org/banking/data/discount/index.html)

[5] The discount rate in effect on January 2, 2008 was 4.75 percent. The rates for prior years were:

| Federal Reserve Discount | Pre- and Post- Judgment Interest Rate |
|---|---|

| Year | Rate on January 2 | for Judgments Entered That Year |
|---|---|---|
| 1997* | 5% | 8% |
| 1998 | 5% | 8% |
| 1999 | 4.5% | 7.5% |
| 2000 | 5% | 8% |
| 2001 | 6% | 9% |
| 2002 | 1.25% | 4.25% |
| 2003 | .75% | 3.75% |
| 2004 | 2% | 5% |
| 2005 | 3.25% | 6.25% |
| 2006 | 5.25% | 8.25% |
| 2007 | 6.25% | 9.25% |

* After the August 7, 1997 effective date of the current interest rate law (§§ 18 and 55 ch 26 SLA 1997).

ADM-505 (1/07)(cs)          AS 09.30.070(a)

---

Rev. 02 January 2008
© Alaska Court System
www.state.ak.us/courts
webmaster@courts.state.ak.us

You'll need to download a free copy of Adobe Acrobat Reader in order to view and print documents with this symbol. Visually impaired visitors to our website can use Adobe Acrobat's online conversion tools to convert PDF documents into HTML or ASCII text.