Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A-05-0170 CV (TMB) |

GMW'S MOTION FOR ATTORNEY FEES

Pursuant to Federal Rule of Procedure 54(d)(2) and Local District Court Rule 54.3, GMW moves for an award of attorney fees under Alaska Rule of Civil Procedure 82 in the amount of $68,614.20.[1]

Exhibit 1 hereto is an affidavit of counsel providing the

---

[1] When a case is contested, with trial, Alaska Civil Rule 82 provides for attorney's fees of 20% on the first $25,000 ($5,000) and 10% on any further amounts ($508,848.77 x 10% = $50,884.88), here totaling $55,884.99 on the verdict amount and an additional $12,729.21 on the interest ($127,292.05 x 10% = $12,792.21) for a grand total of $68,614.20.

OBJECTIONS TO JURY INSTRUCTIONS – PAGE 1

total hours counsel has worked to date and the amount charged to GMW.  The bills sent to GMW attached as Exhibit 2.

    RESPECTFULLY SUBMITTED this 1st day of February, 2008.

s/ Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101


### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2008, a copy of the foregoing document was served electronically on Tom Gingras, attorney for Kanag'Iq Construction, Inc.

s/Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101