Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

THE UNITED STATES for the use of )
GMW Fire Protection, Inc., )
an Alaska Corporation, )
     )
        Plaintiff, )
v. )
     )
KANAG'IQ CONSTRUCTION CO., INC., )
an Alaska Corporation and )
WESTERN SURETY COMPANY, a )
South Dakota Corporation, )
     )
        Defendant. )
_____) Case No. A-05-0170 CV (TMB)

AFFIDAVIT OF COUNSEL

   I, Sarah Tugman, under oath states as follows:

   1.  I am the attorney for GMW Fire Protection, Inc., in the above entitled proceedings.

   2.  I have attached copies of the billings to my client in this case as Exhibit 2 to the motion for attorney fees.

   3.  The redacted areas on the bills relate to time spent for GMW on other matters which were unrelated to the litigation with Kanag'Iq.

   4.  Some of time I worked was not charged to the client and I

have not included that time.

5. Billed time spent on the dispute with Kanag'Iq prior to the time that the complaint was filed was 4.4 hours, at which time I billed $175.00 an hour, for a total fee of $770.00.

6. After the drafting of the complaint I worked a total 6 hours, for which I billed at a rate of $175.00 an hour, for a total of $1,050.00.

7. After that, my billing rate changed to $200.00 an hour and I billed a total of 399 hours for a total of $79,800.00.

8. The grand total billed to GMW, over three years beginning in 2005 and continuing through January of 2008, was $81,620, for 409.4 attorney hours.

9. 1.7 hours of paralegal time were also billed, at a rate of $75.00 per hour, for a total of $127.50. Most secretarial/paralegal time spent was not billed to the client.

Dated this 1st day of February, 2008.

_____
Sarah J. Tugman

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this 1st day of February, 2008, before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared Sarah J. Tugman, to me known and known to me to be the identical individual named in and who signed the foregoing instrument, and acknowledged to me that the same was signed freely and voluntarily for the uses and purposes therein mentioned.

AFFIDAVIT OF COUNSEL - PAGE 2                                    EXHIBIT 1

WITNESS my hand and seal the day and year last above written.

_____
Notary Public in and for Alaska
My commission expires: 10/17/09

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2008, a copy of the foregoing document was served electronically on Tom Gingras, attorney for Kanag'Iq Construction, Inc.

s/Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101

AFFIDAVIT OF COUNSEL - PAGE 3                                EXHIBIT 1