**Law Office of Sarah J. Tugman**
2509 Eide Street, Suite 4
Anchorage, AK 99503

# Statement

| Date |
|---|
| 11/03/2005 |

| To: |
|---|

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| ACCT # | AMOUNT DUE |
|---|---|
| | $2,056.36 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 01/02/05 | Balance forward | | | | 0.00 |
| 01/03/05 | SJT--E-mail from client; e-mail to client | 0.1 | 175.00 | 17.50 | 17.50 |
| 01/04/05 | SJT--E-mail from client--NO CHARGE | 0 | 0.00 | 0.00 | 17.50 |
| 01/05/05 | SJT--E-mail from client--NO CHARGE | 1 | 0.00 | 0.00 | 17.50 |
| 01/11/05 | SJT--E-mail to and from client | 0.3 | 175.00 | 52.50 | 70.00 |
| 01/18/05 | SJT--E-mail to and from client--NO CHARGE | 1 | 0.00 | 0.00 | 70.00 |
| 01/19/05 | SJT--E-mail from client--NO CHARGE | 1 | 0.00 | 0.00 | 70.00 |
| 02/24/05 | SJT--E-mail from client; e-mail to client | 0.1 | 175.00 | 17.50 | 87.50 |
| 04/28/05 | SJT--E-mail from client | 0.1 | 175.00 | 17.50 | 175.00 |
| 05/11/05 | SJT--E-mail from client; call to client | 0.3 | 175.00 | 52.50 | 227.50 |
| 05/12/05 | SJT--E-mail from client | 0.1 | 175.00 | 17.50 | 245.00 |
| 06/13/05 | SJT--Research re:draft Miller Act; call to Tech. Srgt. Brown; call to Gretchen at GMW; draft letter to Sgt. Brown | 1.6 | 175.00 | 280.00 | 525.00 |
| 06/14/05 | SJT--Meeting with client; review documents; phone call with Sgt. Brown | 0.8 | 175.00 | 140.00 | 665.00 |
| 06/14/05 | SJT--Receive and review fax re: figures for Kanag'Iq project | 0.2 | 175.00 | 35.00 | 700.00 |
| 06/20/05 | SJT--E-mail from Sgt. Brown | 0.3 | 175.00 | 52.50 | 752.50 |
| 06/29/05 | SJT--Meeting with client               e-mail Sgt. Brown re: bond | 0.5 | 175.00 | 87.50 | 840.00 |
| 07/01/05 | Cost of Copying Contract-- CDs to paper | 1 | 54.15 | 54.15 | 894.15 |

| Amount Due |
|---|
| $2,056.36 |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
| --- |
| 11/03/2005 |

| To: |
| --- |

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| ACCT # | AMOUNT DUE |
| --- | --- |
| | $2,056.36 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 07/06/05 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| 07/07/05 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| 07/07/05 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | | |
| | Claims | | | | |
| 07/13/05 | SJT--Draft complaint against Kanag'Iq | 0.8 | 175.00 | 140.00 | 1,256.65 |
| 07/14/05 | SJT--Review bond information; revise complaint; download U.S. District Court forms and subpoenas | 0.4 | 175.00 | 70.00 | 1,326.65 |
| 07/15/05 | CB--Draft subpoenas for Kanag'q Construction and Western Surety | 0.4 | 75.00 | 30.00 | 1,356.65 |
| 07/15/05 | SJT--Finalize and file Kanag'Iq complaint, and other documents | 0.4 | 175.00 | 70.00 | 1,426.65 |
| 07/18/05 | Filing fee--Kanag'iq--U.S. District Court | 1 | 250.00 | 250.00 | 1,676.65 |
| 07/31/05 | In-office copies | 115 | 0.20 | 23.00 | 1,699.65 |
| 07/31/05 | In-office postage | 1 | 9.81 | 9.81 | 1,709.46 |
| 08/04/05 | SJT--E-mail to and from client | 0.1 | 175.00 | 17.50 | 1,726.96 |
| 08/10/05 | SJT--Receive and review entry of appearance from Gingras--NO CHARGE | 0 | 0.00 | 0.00 | 1,726.96 |
| 08/12/05 | Cost of service of process on Kanag'iq Construction Co. | 1 | 45.00 | 45.00 | 1,771.96 |
| 08/16/05 | SJT--Receive and review and sign stipulation for extension of time--NO CHARGE | 0 | 0.00 | 0.00 | 1,771.96 |
| 08/26/05 | Fee for Courier Service--GMW | 1 | 14.00 | 14.00 | 1,785.96 |

| Amount Due |
| --- |
| $2,056.36 |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
| --- |

11/03/2005

| To: |
| --- |

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| ACCT # | | AMOUNT DUE | |
| --- | --- | --- | --- |
| | | $2,056.36 | |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 08/31/05 | In-office copy charges | 1 | 0.20 | 0.20 | 1,786.16 |
| 09/12/05 | SJT--Receive and review and sign stipulation for extension of time--NO CHARGE | 1 | 0.00 | 0.00 | 1,786.16 |
| 09/14/05 | SJT--Receive and review answer, affirmative defenses and counterclaim | 0.3 | 175.00 | 52.50 | 1,838.66 |
| 09/15/05 | SJT--Receive and review initial case status report and planning order | 0 | 0.00 | 0.00 | 1,838.66 |
| 09/26/05 | Fee for courier services-GMW | 1 | 3.50 | 3.50 | 1,842.16 |
| 09/26/05 | SJT--Draft answer to counterclaim | 0.4 | 175.00 | 70.00 | 1,912.16 |
| 09/30/05 | In-office copy charges | 44 | 0.20 | 8.80 | 1,920.96 |
| 10/05/05 | SJT--Call with paralegal at Eide and Miller re: scheduling matters | 0.2 | 175.00 | 35.00 | 1,955.96 |
| 10/10/05 | SJT--Draft scheduling meeting report and draft letter to opposing counsel | 0.4 | 175.00 | 70.00 | 2,025.96 |
| 10/11/05 | SJT--Call from opposing counsel; revise report | 0.3 | 175.00 | 52.50 | 2,078.46 |
| 10/18/05 | SJT--Receive and review scheduling order, e-mail to client, calls with client and Jack Hively | 0.5 | 175.00 | 87.50 | 2,165.96 |
| 10/19/05 | SJT--Receive and review e-mail from client; work on initial disclosures; meeting with client and Jack Hively | 2.2 | 175.00 | 385.00 | 2,550.96 |
| 10/21/05 | | | | | |
| 10/25/05 | | | | | |
| 10/31/05 | In-office copy charges | 526 | 0.20 | 105.20 | 2,761.16 |

| Amount Due |
| --- |
| $2,056.36 |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
|------|

11/03/2005

| To: |
|-----|

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| | ACCT # | AMOUNT DUE |
|---|---|---|
| | | $2,056.36 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|------|-------------|-----|------|--------|---------|
| 10/31/05 | In-office postage charges | 1 | 1.71 | 1.71 | 2,762.87 |
| 11/03/05 | PMT #1537. Client Trust Liability | | | -706.51 | 2,056.36 |

| Amount Due |
|------------|
| $2,056.36 |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
| --- |

11/27/2006

| To: |
| --- |

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| ACCT # | AMOUNT DUE |
| --- | --- |
| | $19,543.28 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 11/03/05 | SJT-- Meeting and consultation with Jack Hively and Glenn Johnson | 1.5 | 200.00 | 300.00 | 3,412.87 |
| 11/04/05 | PMT #1537. Client Trust Liability | | | -706.51 | 2,706.36 |
| 11/04/05 | PMT #11361. Costs=425.07, 1631.29 | | | -2056.36 | 650.00 |
| 11/05/05 | Fee for courier services- RUSH for Kanaq'Ig(delivery date October 17, 2005 | 1 | 12.50 | 12.50 | 662.50 |
| 11/07/05 | Fees for professional services-Consultation Jack Hively | 1 | 525.00 | 525.00 | 1,187.50 |
| 11/14/05 | SJT-- Prepare and file Initial Disclosures | 2 | 200.00 | 400.00 | 1,587.50 |
| 11/15/05 | Fee for records requested from-A-1 Duplicating | 1 | 968.00 | 968.00 | 2,555.50 |
| 11/16/05 | SJT-- Draft and send letter re extension of time for initial disclosures; review client's documents | 6.3 | 200.00 | 1,260.00 | 3,815.50 |

| Amount Due |
| --- |
| $19,543.28 |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
|------|

11/27/2006

| To: |
|-----|

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

|  | ACCT # | AMOUNT DUE |
|--|--------|------------|
|  |        | $19,543.28 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|------|-------------|-----|------|--------|---------|
| 11/17/05 | SJT-- Faxes to and from client; review  and organizeddocuments | 2.3 | 200.00 | 460.00 | 4,275.50 |
| 11/21/05 | SJT-- Faxes to and from client | 0.3 | 200.00 | 60.00 | 4,335.50 |
| 11/23/05 | SJT-- Receive and review defendant's initial disclosures | 0.5 | 200.00 | 100.00 | 4,435.50 |
| 11/30/05 | In-office copy charges | 104 | 0.20 | 20.80 | 4,456.30 |
| 11/30/05 | In-office postage charges | 1 | 1.11 | 1.11 | 4,457.41 |
| 12/22/05 | SJT-- Receive and review defendant's supplemental disclosures | 0.6 | 200.00 | 120.00 | 4,577.41 |
| 12/30/05 | In-office postage charges | 1 | 1.89 | 1.89 | 4,579.30 |
| 12/30/05 | In-office copy charges | 21 | 0.20 | 4.20 | 4,583.50 |
| 01/31/06 | In-office postage charges | 1 | 0.37 | 0.37 | 5,183.87 |
| 02/01/06 | In-office copy charges | 2 | 0.20 | 0.40 | 5,184.27 |
| 02/08/06 | SJT-- Receive and review defendant's second supplemental disclosures; review documents | 6.3 | 200.00 | 1,260.00 | 6,444.27 |
| 02/10/06 | SJT-- Phone call with Becky Rhodes | 0.4 | 200.00 | 80.00 | 6,524.27 |
| 02/10/06 | SJT-- Phone call with Steve Frere | 0.8 | 200.00 | 160.00 | 6,684.27 |
| 02/17/06 | SJT-- Faxes to and from Barry Steinkruger; review and redraft letter from Barry Steinkruger, expert witness | 0.8 | 200.00 | 160.00 | 6,844.27 |
| 02/17/06 | SJT-- Draft and file Rule 26a Expert Disclosure | 0.4 | 200.00 | 80.00 | 6,924.27 |
| 02/21/06 | SJT-- Receive and review defendant's Rule 26 Expert Disclosures | 0.4 | 200.00 | 80.00 | 7,004.27 |

| Amount Due |
|------------|
| $19,543.28 |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
|------|
| 11/27/2006 |

| To: |
|-----|

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| ACCT # | AMOUNT DUE |
|--------|------------|
|        | $19,543.28 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|------|-------------|-----|------|--------|---------|
| 02/23/06 | SJT-- Receive and review and schedule defendant's Notice of Taking Deposition of Steve Frere | 0.2 | 200.00 | 40.00 | 7,044.27 |
| 02/24/06 | In-office copy charges | 79 | 0.20 | 15.80 | 7,060.07 |
| 02/28/06 | In-office postage charges | 1 | 0.78 | 0.78 | 7,060.85 |
| 02/28/06 | SJT-- Meeting with Glenn Johnson; review documents | 4.8 | 200.00 | 960.00 | 8,020.85 |
| 02/28/06 | SJT-- Receive and review Notice of Cancellation of Steve Frere's Deposition | 0.2 | 200.00 | 40.00 | 8,060.85 |
| 03/03/06 | SJT-- Phone calls to and from Glenn Johnson; consult with client re phone calls from Steve Frere | 0.6 | 200.00 | 120.00 | 8,180.85 |
| 03/05/06 | SJT-- Receive and review voicemail from Steve Frere; phone consultation with client | 0.8 | 200.00 | 160.00 | 8,340.85 |
| 04/03/06 | In-office copy charges | 132 | 0.20 | 26.40 | 8,367.25 |
| 04/03/06 | In-office postage charges | 1 | 2.39 | 2.39 | 8,369.64 |
| 04/03/06 | FE-- Schedule, draft and file Notice of Taking Deposition of William Jury and Phil Young | 0.8 | 75.00 | 60.00 | 8,429.64 |
| 04/18/06 | SJT-- Draft and file plaintiff's Discovery requests | 1.2 | 200.00 | 240.00 | 8,669.64 |
| 04/18/06 | SJT-- Draft and file GMW's Witness List | 0.8 | 200.00 | 160.00 | 8,829.64 |
| 04/19/06 | SJT-- Receive and review defendant's first Discovery request | 0.6 | 200.00 | 120.00 | 8,949.64 |
| 04/19/06 | SJT-- Receive and review Stipulation for Extension of Time | 0.2 | 200.00 | 40.00 | 8,989.64 |
| 04/20/06 | SJT-- Receive and review defendant's Witness List and Amended Witness List | 0.4 | 200.00 | 80.00 | 9,069.64 |
| 04/23/06 | SJT-- Prepare exhibits for depositions | 3.9 | 200.00 | 780.00 | 9,849.64 |

| Amount Due |
|------------|
| $19,543.28 |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
|------|

11/27/2006

| To: |
|-----|

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| | ACCT # | AMOUNT DUE |
|---|---|---|
| | | $19,543.28 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|------|-------------|-----|------|--------|---------|
| 04/24/06 | SJT-- Receive and review and schedule defendant's Notice of Taking Deposition of Glenn Johnson, Thomas Johnson, and Steve Frere; prepare for deposition of Jury | 7.6 | 200.00 | 1,520.00 | 11369.64 |
| 04/25/06 | SJT-- Prepare for and attend deposition of William Jury | 5 | 200.00 | 1,000.00 | 12369.64 |
| 05/01/06 | PMT #12052. ROA/ Costs: 1565.64, Fees: 3434.36 | | | -5000.00 | 7,369.64 |
| 05/01/06 | In-office copy charges | 2,373 | 0.20 | 474.60 | 7,844.24 |
| 05/01/06 | In-office postage charges | 1 | 1.89 | 1.89 | 7,846.13 |
| 05/01/06 | SJT--Phone call to Thomas Johnson; phone conference with client | 0.8 | 200.00 | 160.00 | 8,006.13 |
| 05/02/06 | SJT-- Phone call to Steve Frere; phone conference with client | 0.8 | 200.00 | 160.00 | 8,166.13 |
| 05/03/06 | FE-- Schedule, draft and file Notice of Taking Deposition of Phil Young | 0.5 | 75.00 | 37.50 | 8,203.63 |
| 05/10/06 | SJT-- Receive and review Court Order requiring status report for cases reassigned to Hon. Timothy Burgess | 0.2 | 200.00 | 40.00 | 8,243.63 |
| 05/11/06 | SJT-- Review discovery; prepare for deposition | 2 | 200.00 | 400.00 | 8,643.63 |
| 05/12/06 | SJT-- Prepare for and attend the deposition of Phil Young | 4 | 200.00 | 800.00 | 9,443.63 |
| 05/16/06 | SJT-- Prepare for and attend the deposition of Thomas Johnson | 1.5 | 200.00 | 300.00 | 9,743.63 |
| 05/17/06 | SJT-- Prepare for and attend the deposition of Glenn Johnson | 3 | 200.00 | 600.00 | 10343.63 |
| 05/18/06 | SJT-- Receive and review defendant's Responses to plaintiff's Interrogatories and Requests for Production; prepare for and attend the deposition of Steve Frere | 3.6 | 200.00 | 720.00 | 11063.63 |

| Amount Due |
|------------|
| $19,543.28 |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
|---|

11/27/2006

| To: |
|---|

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| | ACCT # | AMOUNT DUE |
|---|---|---|
| | | $19,543.28 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 05/22/06 | SJT-- Draft and send plaintiff's Responses to defendant's requests for Production and Interrogatories | 0.8 | 200.00 | 160.00 | 11223.63 |
| 05/30/06 | In-office copy charges | 289 | 0.20 | 57.80 | 11281.43 |
| 05/31/06 | In-office postage charges | 1 | 0.39 | 0.39 | 11281.82 |
| 06/01/06 | Cost for deposition transcript copies, Computer Matrix, Thomas Johnson, Glenn Johnson, Steve Frere | 1 | 324.50 | 324.50 | 11606.32 |
| 06/09/06 | On-line research | 1 | 10.87 | 10.87 | 11617.19 |
| 06/09/06 | On-line research | 1 | 3.67 | 3.67 | 11620.86 |
| 06/09/06 | SJT-- Draft and send plaintiff's Supplement to Discovery | 0.7 | 200.00 | 140.00 | 11760.86 |
| 06/19/06 | SJT-- Receive and review Motion in Limine to Strike plaintiff's expert Barry Steinkruger, memorandum in support | 0.6 | 200.00 | 120.00 | 11880.86 |
| 06/19/06 | SJT-- Receive and review defendant's Motion for Rule of Law and Partial Summary Judgment Regarding Subcontract, memorandum and exhibits; research | 1.3 | 200.00 | 260.00 | 12140.86 |
| 06/20/06 | SJT--Research re: Motion for Rule of Law and Partial Summary Judgment Re Subcontract | 2.5 | 200.00 | 500.00 | 12640.86 |
| 06/27/06 | SJT-- Draft and file Stipulation for Extension to Time to Respond to Motion for Rule of Law and Partial Summary Judgment; work on of opposition to Motion | 4.3 | 200.00 | 860.00 | 13500.86 |
| 06/28/06 | SJT-- Research and drafting | 2.8 | 200.00 | 560.00 | 14060.86 |
| 06/29/06 | Cost for deposition transcript- William Jury, Phil Young | 1 | 1931.75 | 1,931.75 | 15992.61 |
| 07/06/06 | In-office copy charges | 737 | 0.20 | 147.40 | 16140.01 |
| 07/06/06 | In-office postage charges | 1 | 1.80 | 1.80 | 16141.81 |

| Amount Due |
|---|
| $19,543.28 |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
|------|
| 11/27/2006 |

| To: |
|-----|

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| ACCT # | AMOUNT DUE |
|--------|------------|
|        | $19,543.28 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|------|-------------|-----|------|--------|---------|
| 07/11/06 | On-line research | 1 | 219.92 | 219.92 | 16361.73 |
| 07/12/06 | SJT-- Review and prepare exhibits; prepare for deposition of Julie Jury | 3.8 | 200.00 | 760.00 | 17121.73 |
| 07/13/06 | SJT-- Prepare for and attend the deposition of Julie Jury | 2.5 | 200.00 | 500.00 | 17621.73 |
| 07/17/06 | SJT-- Draft and file Opposition to Motion to Strike Plaintiff's Expert. | 1.2 | 200.00 | 240.00 | 17861.73 |
| 07/18/06 | Fee for records PLC, Invoice # 75149, Litigation copies and tabs | 1 | 248.50 | 248.50 | 18110.23 |
| 07/20/06 | Cost for deposition transcript Julie Jury Foland | 1 | 457.45 | 457.45 | 18567.68 |
| 07/24/06 | SJT-- Receive and review Stipulation for Extension of Time re Replay to defendant's Motion in Limine | 0.2 | 200.00 | 40.00 | 18607.68 |
| 07/31/06 | In-office copy charges | 615 | 0.20 | 123.00 | 18730.68 |
| 07/31/06 | In-office postage charges | 1 | 0.63 | 0.63 | 18731.31 |
| 07/31/06 | On-line research | 1 | 116.67 | 116.67 | 18847.98 |
| 08/07/06 | SJT-- Receive and review Reply to GMW's Opposition to Motion for Rule of Law and Partial Summary Judgment Re Subcontract | 0.7 | 200.00 | 140.00 | 18987.98 |
| 08/08/06 | On-line research | 1 | 219.92 | 219.92 | 19207.90 |
| 08/08/06 | SJT-- Receive and review court order re: extension | 0.1 | 200.00 | 20.00 | 19227.90 |
| 08/25/06 | Fee for courier services | 1 | 1.50 | 1.50 | 19229.40 |
| 08/31/06 | In-office postage charges | 1 | 0.39 | 0.39 | 19229.79 |
| 10/11/06 | SJT-- Receive and review court order re: Plaintiff's expert | 0.1 | 200.00 | 20.00 | 19249.79 |
| 10/20/06 | Fee for courier services | 1 | 1.50 | 1.50 | 19251.29 |

| Amount Due |
|------------|
| $19,543.28 |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
|------|
| 11/27/2006 |

| To: |
|-----|

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| ACCT # | AMOUNT DUE |
|--------|------------|
|        | $19,543.28 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|------|-------------|-----|------|--------|---------|
| 10/20/06 | SJT-- Draft and file Notice of Compliance Supplemental Disclosure | 0.5 | 200.00 | 100.00 | 19351.29 |
| 11/01/06 | In-office copy charges | 33 | 0.20 | 6.60 | 19502.89 |
| 11/01/06 | In-office postage charges | 1 | 0.39 | 0.39 | 19503.28 |
| 11/03/06 | SJT-- Receive and review court order denying defendant's Motion In Limine to Strike Plaintiff's Expert | 0.2 | 200.00 | 40.00 | 19543.28 |

| Amount Due |
|------------|
| $19,543.28 |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
| --- |
| 07/10/2007 |

| To: |
| --- |

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| ACCT # | AMOUNT DUE |
| --- | --- |
|  | $4,129.39 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 11/30/06 | Balance forward | | | | 19543.28 |
| 12/01/06 | PMT #12944. GMW Account paid in full | | | -19543.28 | 0.00 |
| 04/10/07 | SJT-- Receive and review fax from client | 0.2 | 200.00 | 40.00 | 41.80 |
| 04/27/07 | In-office copy charges | 4 | 0.20 | 0.80 | 682.60 |
| 05/01/07 | SJT-- Receive and review Court Order Denying Motion for Partial Summary Judgment, call to client | 0.4 | 200.00 | 80.00 | 762.60 |
| 05/08/07 | SJT-- ████████ call to Gingras (left message); call with Glenn; ████████ *(less 1 hr. unrelated)* | 2.6 | 200.00 | 520.00 | 1,502.60 |
| 05/11/07 | SJT-- PC with Gingras re: Status Order | 0.2 | 200.00 | 40.00 | 1,542.60 |
| 05/11/07 | SJT-- Draft and send letter to Tom Gingras | 0.3 | 200.00 | 60.00 | 1,602.60 |
| 05/14/07 | SJT-- Short meeting with client | 0.4 | 200.00 | 80.00 | 1,682.60 |

| Amount Due |
| --- |
| $4,129.39 |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
|---|
| 07/10/2007 |

| To: |
|---|

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| | ACCT # | AMOUNT DUE |
|---|---|---|
| | | $4,129.39 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 05/17/07 | SJT-- Draft certificate of readiness | 0.3 | 200.00 | 60.00 | 2,682.60 |
| 05/23/07 | On-line research | 1 | 3.58 | 3.58 | 2,866.18 |
| 05/28/07 | SJT-- Receive and review faxed letter re unemployment insurance eligibility for Thomas Johnson | 0.1 | 200.00 | 20.00 | 3,146.18 |
| 05/29/07 | SJT-- Receive and review Court Order for Status Hearing; fax to client | 0.1 | 200.00 | 20.00 | 3,166.18 |
| 06/04/07 | In-office copy charges | 6 | 0.20 | 1.20 | 3,227.38 |
| 06/08/07 | SJT-- Attend status conference | 0.5 | 200.00 | 100.00 | 3,329.39 |
| 06/11/07 | SJT-- Draft status report; call with Gingras | 0.5 | 200.00 | 100.00 | 3,429.39 |
| 06/12/07 | SJT-- File status report | 0.1 | 200.00 | 20.00 | 3,449.39 |

| Amount Due |
|---|
| $4,129.39 |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
|------|

07/10/2007

| To: |
|-----|

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| ACCT # | AMOUNT DUE |
|--------|------------|
|        | $4,129.39  |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|------|-------------|-----|------|--------|---------|
| 07/02/07 | SJT-- Work on draft of settlement memorandum; meeting with client | 1.8 | 200.00 | 360.00 | 3,809.39 |
| 07/06/07 | SJT-- Finalize settlement memo and file in chambers. | 1.6 | 200.00 | 320.00 | 4,129.39 |

| Amount Due |
|------------|
| $4,129.39  |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
|------|
| 11/30/2007 |

| To: |
|-----|

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| | ACCT # | AMOUNT DUE |
|---|---|---|
| | | $15,621.39 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|------|-------------|-----|------|--------|---------|
| 07/15/07 | Balance forward | | | | 4,129.39 |
| 07/17/07 | PMT #13788. ROA: Costs: 9.39; Fees: 4,120.00 | | | -4129.39 | 0.00 |
| 07/18/07 | SJT-- Receive and review Joint Motion for Settlement Conference; reschedule, call to Gingras re:  disagreement | 0.4 | 200.00 | 80.00 | 80.00 |
| 07/18/07 | SJT-- Receive and review Court Order rescheduling Settlement Conference for 8-21-07 | 0.1 | 200.00 | 20.00 | 100.00 |
| 08/07/07 | In-office copy charges | 69 | 0.20 | 13.80 | 113.80 |
| 08/07/07 | In-office postage charges | 1 | 0.41 | 0.41 | 114.21 |
| 08/21/07 | SJT-- Receive and review Judge's Order rescheduling conference, 8-22-07 | 0.1 | 200.00 | 20.00 | 294.21 |
| 08/22/07 | SJT-- Attend settlement conference | 1 | 200.00 | 200.00 | 494.21 |
| 08/27/07 | SJT-- Receive and review Judge Timothy Burgess' Order Re: Settlement Conference | 0.1 | 200.00 | 20.00 | 514.21 |
| 09/04/07 | In-office postage charges | 1 | 0.82 | 0.82 | 515.03 |
| 09/04/07 | In-office copy charges | 56 | 0.20 | 11.20 | 526.23 |
| 09/05/07 | SJT-- Draft and send Notice of Mutually proposed trial dates | 0.5 | 200.00 | 100.00 | 626.23 |
| 09/25/07 | SJT-- Receive and review Pre-trial Order | 0.4 | 200.00 | 80.00 | 846.23 |
| 09/28/07 | SJT-- Phone call from Tom Gingras re trial setting conference | 2 | 200.00 | 400.00 | 1,246.23 |

| Amount Due |
|------------|
| $15,621.39 |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
|------|

11/30/2007

| To: |
|-----|

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| | ACCT # | AMOUNT DUE |
|---|---|---|
| | | $15,621.39 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|------|-------------|-----|------|--------|---------|
| 10/02/07 | In-office copy charges | 2 | 0.20 | 0.40 | 1,246.63 |
| 10/02/07 | SJT-- Receive and review Motion for Reconsideration; motion to change Trial Date ...Motion for Shortened Time | 0.5 | 200.00 | 100.00 | 1,346.63 |
| 10/03/07 | SJT-- Receive and review Order Granting Motion for Reconsideration; draft and file mutually acceptable trial dates | 0.3 | 200.00 | 60.00 | 1,406.63 |
| 10/03/07 | SJT-- Phone call from Laura Gold re proposed trial dates | 0.3 | 200.00 | 60.00 | 1,466.63 |
| 10/15/07 | SJT-- Receive and review new Pre-trial Order | 0.4 | 200.00 | 80.00 | 1,546.63 |
| 10/16/07 | SJT-- Prepare and review exhibits | 5.5 | 175.00 | 962.50 | 2,509.13 |
| 10/18/07 | SJT-- Prepare exhibits and Exhibit Listl | 7 | 200.00 | 1,400.00 | 3,909.13 |
| 11/01/07 | In-office copy charges | 1,148 | 0.20 | 229.60 | 4,138.73 |
| | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | ▆ | | | |
| 11/20/07 | SJT-- Preparation of portions of proposal,  Joint filing GMW v. Kanag'Iq | 4 | 200.00 | 800.00 | 5,463.73 |
| 11/21/07 | SJT-- Phone call with Eide, Gingrich re extension to file Joint Exhibit List, preparation for case management meeting, reserch re Motion in Limine | 6 | 200.00 | 1,200.00 | 6,663.73 |
| 11/23/07 | SJT-- Additions to exhibits; revise exhibit list | 8 | 200.00 | 1,600.00 | 8,263.73 |

| Amount Due |
|------------|
| $15,621.39 |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
|---|
| 11/30/2007 |

| To: |
|---|

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| ACCT # | AMOUNT DUE |
|---|---|
| | $15,621.39 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 11/24/07 | SJT-- Work on Motion in Limine | 6 | 200.00 | 1,200.00 | 9,463.73 |
| 11/25/07 | SJT-- Revise and edit Motion in Limine, research; revisions to exhibits; work on witness list and joint statement | 6 | 200.00 | 1,200.00 | 10663.73 |
| 11/26/07 | SJT-- Final preparation, electronic filing, phone conference with case manager,  meeting with client, revisions to witness list | 6 | 200.00 | 1,200.00 | 11863.73 |
| 11/27/07 | SJT-- Attend joint meeting with Gould, refile motions, preparation and labeling of courtroom exhibits; clls withGingras' office re:  stipulations etc; comment of defendant's submissions and explain reasons for disagreement | 6 | 200.00 | 1,200.00 | 13063.73 |
| 11/27/07 | Fee for professional duplication and delivery of Exhibits to Federal court | 1 | 195.12 | 195.12 | 13258.85 |
| 11/28/07 | SJT-- Receive and review defendant's exhibits; calls with Gingras' office; e-mail plaintiff's postions of joint pre-trial order; review defendant's portions, edit and return. | 5.5 | 200.00 | 1,100.00 | 14358.85 |
| 11/28/07 | Cost of court required index supplies | 1 | 106.94 | 106.94 | 14465.79 |
| 11/29/07 | SJT-- Final filing of all Exhibits, Motions; draft objections to exhibits, research for reply re:  Motion in Limine | 3.7 | 200.00 | 740.00 | 15205.79 |
| 11/30/07 | SJT-- File objections to Exhibit List | 0.8 | 200.00 | 160.00 | 15365.79 |
| 11/30/07 | In-office copy charges | 1,278 | 0.20 | 255.60 | 15621.39 |

| Amount Due |
|---|
| $15,621.39 |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
| --- |

02/01/2008

| To: |
| --- |

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| | ACCT # | AMOUNT DUE |
| --- | --- | --- |
| | | $32,552.09 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 11/28/07 | Balance forward | | | | 14465.79 |
| 11/29/07 | SJT-- Final filing of all Exhibits, Motions; draft objections to exhibits, research for reply re: Motion in Limine | 3.7 | 200.00 | 740.00 | 15205.79 |
| 11/30/07 | In-office copy charges | 1,278 | 0.20 | 255.60 | 15461.39 |
| 11/30/07 | SJT-- Draft and file objections to Defendant's Exhibits | 1.5 | 200.00 | 300.00 | 15761.39 |
| 12/03/07 | PMT #14284. ROA: Costs - 583.39, Fees - 15,038.00 | | | -15621.39 | 140.00 |
| 12/03/07 | SJT-- Receive and review Defendant's Objections to Plaintiff's exhibits; research | 1.8 | 200.00 | 360.00 | 500.00 |
| 12/06/07 | SJT-- Draft and file GMW's response to Kanag'Iq's Objections to GMW exhibits; work on jury instructions | 3.5 | 200.00 | 700.00 | 1,200.00 |
| 12/10/07 | SJT-- Receive and review response from Kanag'Iq re objections to exhibits; Work on jury instructions | 2.6 | 200.00 | 520.00 | 1,720.00 |
| 12/17/07 | On-line research | 1 | 194.32 | 194.32 | 1,914.32 |
| 12/17/07 | On-line research | 1 | 38.62 | 38.62 | 1,952.94 |
| 12/17/07 | SJT-- Work on jury instructions; Phone calls to and from T. Gingras and Laura Gould re joint jury instructions and voir dire questions; Draft and send letter to Gingras; Receive and review defendant's Opposition to Plaintiff's Motion in Limine with Affidavit of William Jury | 3.5 | 200.00 | 700.00 | 2,652.94 |
| 12/18/07 | SJT-- Research; work on trial brie; Draft additional jury instructions; Phone calls to and from T. Gingras, Laura Gould re joint jury instructions and voir dire questions; Draft and send letter to T. Gingras re same; Work on voir dire questions | 2.4 | 200.00 | 480.00 | 3,132.94 |

| Amount Due |
| --- |
| $32,552.09 |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
|------|
| 02/01/2008 |

| To: |
|-----|

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| | ACCT # | AMOUNT DUE |
|---|---|---|
| | | $32,552.09 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|------|-------------|-----|------|--------|---------|
| 12/19/07 | SJT-- Faxes to and from T. Gingras and Laura Gould re joint jury instructions;Rresearch | 1.5 | 200.00 | 300.00 | 3,432.94 |
| 12/19/07 | SJT-- Research; Draft and file GMW's Reply to Kanag'Iq's Opposition to GMW's Motion in Limine; Work on trial brief | 3.3 | 200.00 | 660.00 | 4,092.94 |
| 12/21/07 | SJT-- Receive and review Defendant's request for oral argument | 0.1 | 200.00 | 20.00 | 4,112.94 |
| 12/26/07 | SJT-- Receive and review order re Oral Argument | 0.1 | 175.00 | 17.50 | 4,130.44 |
| 12/26/07 | SJT-- Review trial exhibits and Prepare interest calculations; research | 1.8 | 200.00 | 360.00 | 4,490.44 |
| 01/02/08 | In-office postage charges | 1 | 1.72 | 1.72 | 4,492.16 |
| 01/02/08 | In-office copy charges | 105 | 0.20 | 21.00 | 4,513.16 |
| 01/02/08 | SJT--Call from Laura Gould; Draft special verdict form; Finalize and file GMW's Proposed Jury Instructions, voir dire questions,  trial brief;  Receive and review Defendant's Notice to Court and Affidavit of Counsel,  trial brief, jury instructions, special verdict form and voir dire questions | 3.1 | 200.00 | 620.00 | 5,133.16 |
| 01/03/08 | SJT--Prepare for argument on Motion in Limine;Ffile Plaintiff's special verdict form; Receive and review Kanag'Iq's revised proposed special verdict form; Attend pre-trial conference | 4.4 | 200.00 | 880.00 | 6,013.16 |

| Amount Due |
|------------|
| $32,552.09 |

Law Office of Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, AK 99503

# Statement

| Date |
|------|

02/01/2008

| To: |
|-----|

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| | ACCT # | AMOUNT DUE |
|---|---|---|
| | | $32,552.09 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|------|-------------|-----|------|--------|---------|
| 01/07/08 | SJT--Research;Ddraft and file GMW's objections to Kanag'Iq's proposed jury instructions; Draft Plaintiff's proposed Instruction no. 15 re Breach of Covenant of Good Faith and Fair Dealing; Trial preparation | 6.2 | 200.00 | 1,240.00 | 7,253.16 |
| 01/09/08 | Witness Fee to Julie Jury | 1 | 25.00 | 25.00 | 7,278.16 |
| 01/10/08 | SJT-- Phone calls to witnesses; Preparation of testimony; Review depositions; Meeting with T. Gingras; Receive and review letter from T. Gingras re settlement offer and fax it to client, Phone call with client | 8.1 | 200.00 | 1,620.00 | 8,898.16 |
| 01/10/08 | SJT-- Receive and review Defendant's Simplified Statement of Case; Make revisions and fax to defendant; Trial preparation | 4.4 | 200.00 | 880.00 | 9,778.16 |
| 01/11/08 | SJT-- Receive and review fax from T. Gingras re revised working draft of special verdict form;Rreceive and review fax from T. Gingras re added proposed exhibit; Phone calls to and from Scot Marchon re witness testimony; Calls to witnesses | 6.8 | 200.00 | 1,360.00 | 11138.16 |
| 01/12/08 | SJT-- Review contract documents; Review depositions | 7.4 | 200.00 | 1,480.00 | 12618.16 |
| 01/15/08 | SJT-- Meetings with T. Gingras and Laura Gould re jury instructions; Meetings with client; Review depositions and prepare questions; Interview witnesses; Receive and review Defendant's notice to court re exclusion of witnesses and motion for additional peremptory challenges; Draft and file GMW's position re exclusion of witnesses | 9.1 | 200.00 | 1,820.00 | 14438.16 |

| Amount Due |
|------------|
| $32,552.09 |

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
|------|
| 02/01/2008 |

| To: |
|-----|

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| ACCT # | AMOUNT DUE |
|--------|------------|
|        | $32,552.09 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|------|-------------|-----|------|--------|---------|
| 01/16/08 | SJT-- Meet with witnesses; Meet with Barry Steinkruger, retained expert; Meet with client, Review exhibits and depositions; Receive and review fax from T. Gingras; Draft opposition to motion for additional pre-emptory challenges; Review multiple filings by Kanag'Iq | 8.2 | 200.00 | 1,640.00 | 16078.16 |
| 01/17/08 | SJT-- Trial preparation; review additional filings by Kanag'Iq | 7.3 | 200.00 | 1,460.00 | 17538.16 |
| 01/18/08 | Witness Fee to Steve Frere | 1 | 25.00 | 25.00 | 17563.16 |
| 01/18/08 | Witness Fee to Michelle Jones | 1 | 25.00 | 25.00 | 17588.16 |
| 01/18/08 | Witness Fee to Becky Rhodes | 1 | 25.00 | 25.00 | 17613.16 |
| 01/18/08 | Fee for service of subpoena to Michelle Jones, Lucy Teitzel and Steve Frere | 1 | 145.00 | 145.00 | 17758.16 |
| 01/18/08 | Fee for records requested from T. Gingras; to reproduce their exhibit Contract | 1 | 33.93 | 33.93 | 17792.09 |
| 01/18/08 | SJT-- Trial preparation; Preparation of large courtroom exhibits; review witness testimony; Prepare questions and interview witnesses; Meet with client; E-mail to and from Elmendorf legal office | 7.7 | 200.00 | 1,540.00 | 19332.09 |
| 01/19/08 | SJT-- Trial preparation | 6.4 | 200.00 | 1,280.00 | 20612.09 |
| 01/21/08 | Fee for creating mounted trial exhibits | 1 | 270.00 | 270.00 | 20882.09 |
| 01/21/08 | SJT-- Trial preparation; e-mail to and from Elmendorf legal office | 8.4 | 200.00 | 1,680.00 | 22562.09 |
| 01/22/08 | SJT-- Prepare for and attend trial | 10.2 | 200.00 | 2,040.00 | 24602.09 |
| 01/23/08 | SJT-- Prepare for and attend triall | 10.6 | 200.00 | 2,120.00 | 26722.09 |

| Amount Due |
|------------|
| $32,552.09 |

Page 4

**Law Office of Sarah J. Tugman**
**2509 Eide Street, Suite 4**
**Anchorage, AK 99503**

# Statement

| Date |
|---|
| 02/01/2008 |

| To: |
|---|

GMW Fire Protection
6108 MacKay
Anchorage, Alaska 99518

| | ACCT # | AMOUNT DUE |
|---|---|---|
| | | $32,552.09 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 01/24/08 | Fee for service of subpoena Becky Rhodes | 1 | 50.00 | 50.00 | 26772.09 |
| 01/24/08 | SJT--Prepare for and attend trial; research; draft additional jury instructions | 11.3 | 200.00 | 2,260.00 | 29032.09 |
| 01/25/08 | SJT-- Prepare for and attend trial | 10.2 | 200.00 | 2,040.00 | 31072.09 |
| 01/27/08 | SJT-- Preparation of closing argument | 2.3 | 200.00 | 460.00 | 31532.09 |
| 01/28/08 | SJT--Prepare for and attend trial | 5.1 | 200.00 | 1,020.00 | 32552.09 |

| Amount Due |
|---|
| $32,552.09 |