AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

__Third__ District of __ALASKA__

GMW Fire Protection, Inc.

V.

KANAG'IQ Construction Co., Inc.

## BILL OF COSTS

Case Number:  A-05-0170 CV  (TMB)

Judgment having been entered in the above entitled action on __1/28/2008__ against __Kanag'Iq Construction__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 250.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 275.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,713.70 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 100.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . | 3,678.89 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 868.45 |
| **TOTAL** | $ **7,886.04** |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to: _filed electronically & sent to Tom Giagras - atty for Kanag'Iq  2/1/08_

Signature of Attorney: _Sgj Tugman_

Name of Attorney: __Sarah J. Tugman__

For: __GMW, Fire Protection__    Date: __2/1/2008__
      Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

Clerk of Court    By: _____    _____
                        Deputy Clerk              Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME AND RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Steve Frere<br>Third Civil Engineering Sqdrn., Elmendorf AFB | 1 | 25.00 | | | | | $25.00 |
| Michelle Jones<br>10480 22nd Street, Elmendorf AFB | 1 | 25.00 | | | | | $25.00 |
| Becky Rhodes<br>10480 22nd Street, Elmendorf AFB | 1 | 25.00 | | | | | $25.00 |
| Julie Jury Foland<br>2360 Banbury Drive, Anchorage, AK | 1 | 25.00 | | | | | $25.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $100.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


THE UNITED STATES for the use of
GMW Fire Protection, Inc.,
an Alaska Corporation,

        Plaintiff,

v.

KANAG'IQ CONSTRUCTION CO., INC.,
an Alaska Corporation and
WESTERN SURETY COMPANY, a
South Dakota Corporation,

       Defendant

             Case No.  A-05-0170 CV (TMB)

<u>Itemization and Documentation of Costs</u>

1.   Fees of the Clerk

2.   Fees for service of summons and subpoena

3.   Fees of the court reporter

4.   Fees for witnesses

5.   Fees for exemplification and copies of papers
     necessary for use in case
     a.   Professional duplicating services
     B.   In-office duplicating


6.   Other costs
     a.   Postage
     b.   On-line research service
     c.   Courier service

*Filing Fees*
*7/18/05*
*BMW*

# UNITED STATES
# DISTRICT COURT
District of Alaska
Anchorage Division

## # 00126167 - PS
## July 18, 2005

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 086900-F | 05-170 | | 60.00 CK |
| 510000-C | 05-170 | | 190.00 CK |

## TOTAL→        250.00

FROM: SARAH JANET TUGMAN
      ATTORNEY AT LAW
      CIVIL CASE
      A05-0170 CV (JKS)

IN THE   U.S. DISTRICT   COURT FOR THE STATE OF   ALASKA
THIRD JUDICIAL DISTRICT, AT   ANCHORAGE

THE UNITED STATES FOR THE USE OF GMW FIRE
PROTECTION, INC.,                                                )
                                                                 )
-vs-                                         Plaintiff(s)         )
                                                                 )
KANAG'IQ CONSTRUCTION CO., INC., ET. AL.,                        )        **RETURN OF SERVICE**
                                                                 )
                                                                 )
                                             Defendant(s)        )

Case No: A05-170 CV

I certify that on   Wednesday, August 3, 2005 at   2:17 PM I served the following
SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE OF AVAILABILITY OF A U.
TO EXERCISE JURISDICTION

on the therein named   KANAGI'IQ CONSTRUCTION CO., INC.,
at   527 E. 4TH AVENUE, in   Anchorage, Alaska by leaving a true and correct cop
WILLIAM J. JURY, REGISTERED AGENT KANAGI'IQ CONSTRUCTION CO., IN

5358

DATE 08/12/2005

PAY TO APS

AMOUNT  $ 45.00

MEMO 58972/GMW v. Kanag'iq

CATEG Reimbursable Client Costs

ACCT. Business Checking

SUBSCRIBED AND SWORN to me this day of   Friday, August 5, 2005

Process Server   NANCY THOMPSON

Notary Public in and for the State of Alaska
My Commission Expires

**Attorney:**   SARAH J. TUGMAN
               2509 EIDE STREET, SUITE 4
               ANCHORAGE, AK  99503

Attention:   CANICE

File No:   250-2

Service Fee:   $35.00

Mileage:   $10.00

Endeavor:

Endeavor:

Total:   $45.00        (A.P.S.) NO:        58972

MELINDA SMITH
NOTARY
(SEAL)
PUBLIC

Attorneys Process Ser
645 G Street Ste 100 PMB
Anchorage, AK. 99501
Phone (907) 276-2237

IN THE    U.S. DISTRICT    COURT FOR THE STATE OF    ALASKA

THIRD JUDICIAL DISTRICT AT    ANCHORAGE

GMW FIRE PROTECTION                )
                                   )
                                   )
-VS-                               )    Plaintiff(s)
                                   )
KANAG'IQ CONSTRUCTION CO., ET. AL. )                    RETURN OF SERVICE
                                   )
                                   )
                                   )
                    Defendant(s)   )

1590

ATE  01/18/2008                    15, 2008  at 7:10 PM  I served the following documents

AY TO  APS                         NESS FEE CHECK

MOUNT  $    145.00

EMO  Subpoenas:  GMW v. Kanag      E
     'Iq
ATEG.  Reimbursable Client Costs   e Alaska by leaving a true and correct copy with

CT.  Key Bank Business Checking


                                            Process Server /      SHON GUSTIN

SUBSCRIBED AND SWORN to me this day of    Wednesday, January 16, 2008

                                   Notary Public in and for the State of Alaska
                                   My Commission Expires:

**Attorney:**  SARAH J. TUGMAN
               2509 EIDE STREET  SUITE 4
               ANCHORAGE, AK  99503

Attention:  FRANCES

File No:

Service Fee:    $35.00                      Attorneys Process Service
  Mileage:      $10.00                   645 G Street Ste 100 PMB 585
  Endeavor:                                  Anchorage  AK  99501
Endeavor:    SUBPOENA 1/23/08 @ 9:00 AM      Phone (907) 276-2237

  Total:    $45.00      (A.P.S.) NO.    71584

IN THE    U.S. DISTRICT    COURT FOR THE STATE OF    ALASKA

THIRD JUDICIAL DISTRICT AT    ANCHORAGE

GMW FIRE PROTECTION                         )
                                            )
                                            )
-VS-                            Plaintiff(s) )
                                            )
KANAG'IQ CONSTRUCTION CO., ET. AL.          )          RETURN OF SERVICE
                                            )
                                            )
                                            )
                        Defendant(s)        )

Case No: A05-0170-CV (TMB)


I certify that on    Wednesday, January 16, 2008   at  11:55 AM  I served the following documents

SUBPOENA IN A CIVIL CASE, LETTER & WITNESS FEE CHECK



on the therein named   MICHELLE JONES

at   10480 22ND STREET, 2ND FLOOR  in   Elmendorf AFB, Alaska by leaving a true and correct copy with

 MICHELLE JONES, personally



                                            _____
                                            Process Server /      SHON GUSTIN

SUBSCRIBED AND SWORN to me this day of   Wednesday, January 16, 2008.

                                            _____
                                            Notary Public in and for the State of Alaska
                                            My Commission Expires

Attorney:   SARAH J. TUGMAN
            2509 FIDE STREET, SUITE 4
            ANCHORAGE, AK. 99503

Attention:  FRANCES

File No:

Service Fee:    $35.00

Mileage         $10.00

Endeavor:       $5.00 2 HOUR STANDBY TIME AWAITING ESCORT

Endeavor:       SUBPOENA 1/23/08 @ 9:00 AM

Total:       $50.00     (A.P.S.) NO.       71585

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237

IN THE    U.S. DISTRICT    COURT FOR THE STATE OF    ALASKA

THIRD JUDICIAL DISTRICT AT    ANCHORAGE

GMW FIRE PROTECTION                                    )
                                                       )
                                                       )
-VS-                                    Plaintiff(s)   )
                                                       )
KANAG'IQ CONSTRUCTION CO., ET. AL.                     )              RETURN OF SERVICE
                                                       )
                                                       )
                                        Defendant(s)   )

Case No: A05-0170 CV (TMB)

I certify that on    Wednesday, January 16, 2008    at    11:48 AM    I served the following documents

SUBPOENA IN A CIVIL CASE, LETTER & WITNESS FEE CHECK

on the therein named    LUCY TEITZEL

at    10480 22ND STREET, 2ND FLOOR    in    Anchorage, Alaska by leaving a true and correct copy with
LUCY TEITZEL, personally

                                                  Process Server /        SHON GUSTIN

SUBSCRIBED AND SWORN to me this day of    Wednesday, January 16, 2008

                                                  Notary Public in and for the State of Alaska
                                                  My Commission Expires:

**Attorney:**    SARAH J. TUGMAN
                 2509 EIDE STREET, SUITE 4
                 ANCHORAGE, AK  99503

Attention:       FRANCES

File No:

Service Fee:     $35.00

Mileage:         $10.00

Endeavor:        $5.00  2 HOURS STANDBY TIME AWAITING

Endeavor:              SUBPOENA 1/23/08 @ 9:00 AM

Total:           $50.00        (A.P.S.) NO.        71386

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK  99501
Phone (907) 276-2237

IN THE    U.S. DISTRICT    COURT FOR THE STATE OF    ALASKA

THIRD JUDICIAL DISTRICT AT    ANCHORAGE

GMW FIRE PROTECTION )
 )
 )
-vs-                                    Plaintiff(s) )
 )
KANAG'IQ CONSTRUCTION CO.  ET. AL )                **RETURN OF SERVICE**
 )
 )
                              Defendant(s) )

Case No: A05-170 CV (TMB)

I certify that on    Tuesday, January 15, 2008   at  7:10 PM  I served the following documents

SUBPOENA IN A CIVIL CASE & WITNESS FEE CHECK

on the therein named   STEVE FRERE

at  3654 BURL COURT  in  Anchorage, Alaska by leaving a true and correct copy with

STEVE FRERE, personally

_____
Process Server /      SHON GUSTIN

SUBSCRIBED AND SWORN to me this day of   Wednesday, January 16, 2008

_____
Notary Public in and for the State of Alaska
My Commission Expires:

**Attorney:**   SARAH J. TUGMAN
                2509 EIDE STREET, SUITE 4
                ANCHORAGE, AK  99503

Attention:   FRANCES

File No:

Service Fee:    $35.00

Mileage:        $10.00

Endeavor:

Endeavor:       SUBPOENA 1/23/08 @ 9:00 AM

Total:          $45.00       (A.P.S.) NO.        71384

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK  99501
Phone (907) 276-2237

IN THE    DISTRICT    COURT FOR THE STATE OF    ALASKA
THIRD JUDICIAL DISTRICT AT    ANCHORAGE

GMW FIRE PROTECTION                    )
                                       )
                                       )
-VS-                          Plaintiff(s)  )
                                       )
KANAG'IQ CONSTRUCTION CO , ET AL       )
                                       )
                                       )
                           Defendant(s) )

Case No: A05-0170

I certify that on    Thursday, January 17, 2008  at  6:20 PM  I served the following documents
SUBPOENA IN A CIVIL CASE, LETTER & WITNESS FEE CHECK

on the therein named   BECKY RHODES

at  SUBWAY - 12110 BUSINESS BLVD.  in  Eagle River, Alaska by leaving a true and correct copy with
BECKY RHODES, personally

**RETURN OF SERVICE**

1604

DATE    01/24/2008

PAY TO    APS

AMOUNT  $    50.00

MEMO    Subpoena Service:  Becky
        Rhodes

CATEG.   Reimbursable Client Costs

CCT.    Key Bank Business Checking

Process Server /    SHON GUSTIN

SUBSCRIBED AND SWORN to me this day of   Friday, January 18, 2008

Notary Public in and for the State of Alaska
My Commission Expires:

Attorney:   SARAH J. TUGMAN
            2509 EIDE STREET  SUITE 4
            ANCHORAGE, AK  99503

Attention:  FRANCES

File No:

Service Fee:    $35.00

Mileage.        $10.00

Endeavor        $5.00  ADD'L ENDEAVORS, ADD'L MILEAGE

Endeavor        SUBPOENA 1/23/08 @ 9:00 AM

Total.   $50.00    (A.P.S.) NO.    71587

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK  99501
Phone (907) 276-2237

## Company Info

**Elite Courier Services**

PO Box 101482
Anchorage        AK   99510
Phone:  907-569-4440
Fax:       907-569-4441
Email:

ECS

## Billing

Law Office of Sarah Tugman
2509 Eide #4
Anchorage            AK    99503

## Invoice

| | |
|---|---|
| Date: | 2/1/2008 |
| Invoice Number: | 6333 |
| Due Date: | 3/2/2008 |
| Billing Terms: | Net 30 |

| Item | Description | Hours | Rate | Total |
|---|---|---|---|---|
| Monthly Service: 50 | 50 Deliveries per month | 1 | 175 | 175.00 |
| Subpoena | Re:Kellicut v Palinko   1-7-08 | 1 | 35 | 35.00 |
| Subpoena | Re:Julie Jury   1-11-08 | 1 | 35 | 35.00 |
| Bulk | Re:UPS   1-23-08 | 1 | 5 | 5.00 |

| | | |
|---|---|---|
| Subtotal: | | 250.00 |
| Total: | | 250.00 |

Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation, | ) ) ) ) ) ) |
| Defendant. | ) ) |
| _____ | ) Case No. A-05-0170 CV (TMB) |

## GMW'S PREJUDGMENT INTEREST CALCULATIONS

Pursuant to Local District Court Rule 58.1(d), GMW submits the following prejudgment interest calculations relevant to the judgment entered on January 29, 2008.

All of GMW's final billings on delivery orders 5008 through 5018 were sent on or before 12-31-04.[1]  GMW proposes, for the ease

---

[1] Final invoices sent: for 5008 on 11-26-04 (Trial Exhibit 30); for 5009 on 09-24-04 (Trial Exhibit 35); for 5010 on 11-26-04 (Trial Exhibit 44); for 5011 on 09-27-04 & 12-24-04 (Trial Exhibits 55 and 57); for 5012 on 08-25-04 (Trial Exhibit 62); for 5013 on 03-08-04 (Trial Exhibit 67); for 5014 on 07-25-04 (Trial Exhibits & 137); for 5015 on 12-24-04 (Trial Exhibit 85); for 5016 on 12-24-

OBJECTIONS TO JURY INSTRUCTIONS - PAGE 1

of computation, that prejudgment interest commence on January 1,
2005, and be set at the rate of 7.75%[2] as allowed in Alaska[3] as
follows:

   $533,848.77 x 7.75% ÷ 365 = $113.35 daily interest

   $113.35 x 1,123 days (January 1, 2005 through January 28,
2008) = $127,292.05 total prejudgment interest.

   RESPECTFULLY SUBMITTED this 31st day of January, 2008.

s/ Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101


                CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of
January, 2008, a copy of the foregoing
document was served electronically on Tom
Gingras, attorney for Kanag'Iq
Construction, Inc.

s/Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101

---

04 (Trial Exhibit 94); for 5017 on 10-26-04 (Trial Exhibit 106);
and for 5018 on 04-25-04 (Trial Exhibit 113). *See also* Trial
Exhibit 137.

   [2]  *See* Exhibit 1.

   [3]  *In re Exxon Valdez, Sea Hawk Seafoods, Inc. v. Exxon Corp.*,
484 F.3d 1098, 1101 (9th Cir. 2007)

OBJECTIONS TO JURY INSTRUCTIONS - PAGE 2

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501
Telephone (907) 272-4383  -  Facsimile (907) 272-4384
TAX ID#: 91-1845426
Email pacificrim@acsalaska.net

# Statement

| DATE |
| --- |
| 6/29/2006 |

*Key*  *OK*

Law Office of Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503

677 9188

## WE ACCEPT MASTERCARD AND VISA

| | | AMOUNT DUE | AMOUNT ENC. |
| --- | --- | --- | --- |
| | | $1,931.75 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| 05/08/2006 | Balance forward | | 0.00 |
| 05/09/2006 | INV #06-7441. Due 05/09/2006. | 1,383.25 | 1,383.25 |
| 05/26/2006 | INV #06-7530. Due 05/26/2006. | 548.50 | 1,931.75 |

---

**SARAH J. TUGMAN
LAW OFFICE OF SARAH J. TUGMAN**
2509 EIDE ST., STE. 4
ANCHORAGE, AK  99503
PH. 907-677-7889

1030

89-87/1252
57012

Date June 29, 2006

Pay to the
Order of   Pacific Rim Reporting                $ 1,931.75

One thousand nine hundred thirty-one dollars and 75/100          Dollars

KeyBank National Association
Anchorage, Alaska 99503
1-888-KEY4BIZ® Key.com®

For Invoice: 06-7441 and 06-7530          Sy Tugman

⑈001030⑈ ⑆125200879⑈ 729081010096⑈

---

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 1,931.75 | 0.00 | 0.00 | $1,931.75 |

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383  -  Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

**BILL TO:**

Law Office of Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503

| **ATTENTION:** | S. Tugman |
|---|---|

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 5/9/2006 | 06-7441 |
| **TERMS** | |
| Due on Receipt | |

**REPORTER:** BONDESON

| DATE TAKEN | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/25/2006 | GMS v. KANAG'IQ<br>DEPOSITION OF WILLIAM JURY<br><br>Attendance fee<br>Original, compression/word index, electronic transcript<br>Exhibits | <br><br><br>435.00<br>861.25<br>87.00 |

| *Thank you for using Pacific Rim Reporting.* | **Total** | $1,383.25 |
|---|---|---|

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383  -  Facsimile (907) 272-4384
TAX ID#:  91-1845426
pacificrim@acsalaska.net

**BILL TO:**

Law Office of Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503

**ATTENTION:** S. Tugman

# Invoice

| DATE | INVOICE ... |
|------|-------------|
| 5/26/2006 | 06-7530 |
| **TERMS** | |
| Due on Receipt | |

| REPOR... | BONDESON | |
|----------|----------|---|

| DATE TAKEN | DESCRIPTION | AMOUNT |
|------------|-------------|--------|
| 5/12/2006 | GMW PROTECTION v KANAG'IQ<br>DEPOSITION OF PHIL YOUNG<br><br>Attendance fee<br>Original, compression/word index, electronic transcript<br>Exhibits | 165.00<br>351.70<br>31.80 |

| *Thank you for using Pacific Rim Reporting.* | **Total** | $548.50 |
|---|---|---|

**Computer Matrix Court Reporters, LLC**

# Invoice

3522 West 27th Avenue
Anchorage, AK 99517
907-243-0668
EIN - 92-0174238

| DATE | INVOICE # |
|------|-----------|
| 6/1/2006 | 6724 |

**BILL TO**

**Ms. Sarah J. Tugman**
**Attorney at Law**
**2509 Eide Street, Suite 4**
**Anchorage, AK  99504**

5821

DATE  07/19/2006

PAY TO  Computer Matrix Court
Reporters, LLC

AMOUNT  $  324.50

MEMO  GMW Deposition Transcripts

CATEG.  Reimbursable Client Costs

ACCT.  Business Checking

| DESCRIPTION | QTY | | |
|-------------|-----|---|---|
| **US. for GMW Fire Protection v. Kanag'iq** | | | |
| **Construction** | | | |
| **A05-170 Civil** | | | |
| **Depositions of:** | | | |
| **Thomas Johnson -- 5/16/06** | | | |
| **Copy of transcript (per page)** | 44 | 1.25 | 55.00 |
| **Exhibits** | 32 | 0.25 | 8.00 |
| | | | |
| **Glen Johnson - 5/17/06** | | | |
| **Copy of transcript (per page)** | 71 | 1.25 | 88.75 |
| **Exhibits** | 37 | 0.25 | 9.25 |
| | | | |
| **Steve Frere - 5/18/06** | | | |
| **Copy of transcript (per page)** | 121 | 1.25 | 151.25 |
| **Exhibits** | 49 | 0.25 | 12.25 |

**It's a pleasure working with you!**

**Total**    $324.50

**WE ACCEPT VISA AND MASTERCARD**

# Pacific Rim Reporting
711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383  -  Facsimile (907) 272-4384
TAX ID#:  91-1845426
pacificrim@acsalaska.net

| **BILL TO:** |
| --- |
| Law Office of Sarah J. Tugman<br>2509 Eide Street, Suite 4<br>Anchorage, Alaska 99503 |

| **ATTENTION:** | S. Tugman |
| --- | --- |

## Invoice

| DATE | INVOICE ... |
| --- | --- |
| 7/18/2006 | 06-7735 |
| **TERMS** | |
| Due on Receipt | |

| REPOR...   BONDESON | | |
| --- | --- | --- |
| **DATE TAKEN** | **DESCRIPTION** | **AMOUNT** |
| 7/13/2006 | GMW v KANAG'IQ CONSTRUCTION<br>DEPOSITION OF JULIE (JURY) FOLAND<br><br>Attendance fee<br>Original, compression/word index, electronic transcript<br>Exhibits | <br><br><br>120.00<br>316.15<br>21.30 |

o*K* 5841

ⁿTE  08/02/2006

ʸ ᵀᴼ  Pacific Rim Reporting

ᴼᵁNT $  457.45

ᴹᴼ  Invoice 06-7735

ᵉG.  Reimbursable Client Costs

ᶜᵀ.  Business Checking

*choosing Pacific Rim Reporting.*

| **Total** | **$457.45** |
| --- | --- |

01/14/2008                                                                          01/14/2008

                              Michelle Jones                                          **25.00

Michelle Jones                Twenty-Five and 00/100*************************************************

                              Michelle Jones
      25.00                   third Contracting Squadron
                              10480 22nd Street, Ste. 239
Witness Fee:  GMW v.          Elmendorf AFB, Alaska  99506
Kanag'Iq
Reimbursable Client Costs           Witness Fee:  GMW v. Kanag'Iq

Key Bank Business Checking

01/09/2008                                                                              01/09/2008
                                        Julie Ann Jury                                  **25.00
Julie Ann Jury                          Twenty-Five and 00/100**************************************************

                                        Julie Ann Jury
        25.00                           2360 Banbury Drive
                                        Anchorage, Alaska  99504


Reimbursable Client Costs

Key Bank Business Checking

01/14/2008

Steve Frere



25.00

Witness Fee:  GMW v. Kanag'Iq
Reimbursable Client Costs


Key Bank Business Checking

01/14/2008
**25.00

Steve Frere
Twenty-Five and 00/100******************************************************

Steve Frere
Third Civil Engineering Squadron
6326 Arctic Warrior Drive
Elmendorf AFB, Alaska  99506

        Witness Fee:  GMW v. Kanag'Iq

01/14/2008                                                                                              01/14/2008
                                                                                                         **25.00
                                        Becky Rhodes
Becky Rhodes                            Twenty-Five and 00/100********************************************************

                                        Becky Rhodes
       25.00                            Third Contracting Squadron
                                        10480 22nd Street, Ste. 239
Witness Fee:  GMW v.                    Elmendorf AFB, Alaska  99506
Kanag'Iq
Reimbursable Client Costs                      Witness Fee:  GMW v. Kanag'Iq

Key Bank Business Checking

Itemization and Documentation of Costs

     5.    **Fees for exemplification and copies of papers necessary for use in case**

          a.    Professional duplicating services
              **$1,822.49**

          b.    In-office duplicating
              9280 copies were charged to GMW v. Kanag'Iq from July 18, 2005 to January 31, 2008. In-office copies are charged to the client at .20/copy
              **$1,856.40**

**Total:**        **$3,678.89**

# A-1 Duplicating Service, LLC

**CUSTOMER INVOICE**

4201 B Street
Anchorage Alaska 99503

Phone: 907-561-0517
Fax: 907-561-0518

| Date | Invoice No. |
|---|---|
| 11/15/2005 | 27010 |

| Ship To: | Ship To |
|---|---|
| Sarah J. Tugman<br>2509 Eide Street Suite 4<br>Anchorage, Alaska 99503 | Sarah J. Tugman<br>2509 Eide Street Suite 4<br>Anchorage, Alaska 99503 |

| Client | Terms |
|---|---|
| GMW Fire Protection | EOM |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Litigation Copies | Flat Rate For Litigation Copies | 7,240 | 0.09 | 651.60 |
| Bates Numbering | Bates Numbering | 3,620 | 0.07 | 253.40 |
| Color 8.5 x 11 | Standard Color Copies | 2 | 1.25 | 2.50 |
| Laminated Tabs | Laminated Tabs | 42 | 0.50 | 21.00 |
| Folders | Multi-Part Folders | 19 | 0.50 | 9.50 |
| Folders | Multi-Part Folders / Redwells | 5 | 2.00 | 10.00 |
| Folders | Multi-Part Folders / Multi Part | 8 | 2.50 | 20.00 |
| | Attn: Francis | | | |

D BY _____

5552

| | **Total** | **$968.00** |
|---|---|---|

TE 12/15/2005

Y TO A-1 Duplicating Service, LLC

IOUNT $ 968.00

EMO Invoice No. 27010

ATEG Printing and Reproduction

CT Business Checking

**Remit Payment to 4201 B Street
Anchorage, Alaska 99503**

# **P**rofessional
# **L**egal
# **C**opy

**360 K Street**
**Suite 101**
**Anchorage, Alaska 99501**

**Phone: 277-2679**
**Fax: 277-2689**
**www.prolegalcopy.com**

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/17/2006 | 75149 |

| Bill To |
|---------|
| Sarah J. Tugman<br>2509 Eide Street<br>Suite 4<br>Anchoeage, Alaska 99503 |

| Ship To |
|---------|
| Sarah J. Tugman<br>2509 Eide Street<br>Suite 4<br>Anchoeage, AK 99503 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Kanag'iq | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Flat Rate For Litigation Copies | 2,400 | 0.09 | 216.00 |
| Laminated Tabs | 65 | 0.50 | 32.50 |
| Attn: Frances | | | |

✓
5817

ATE 07/18/2006
TO Professional Legal Coppy
OUNT $ 248.50
MO Invoice No. 75149
EG Reimbursable Client Costs
T. Business Checking

Have A Great Day.

| | | | |
|--|--|--|--|
| | | **Total** | **$248.50** |



**P**ROFESSIONAL
**L**EGAL
**C**OPY  907-277-2679

Fax 277-2689

Tax ID 13-4333691

# Statement

| Date | 12/21/2007 |
|------|------------|

| Bill To |
|---------|
| Sarah J. Tugman<br>2509 Eide Street<br>Suite 4<br>Anchoeage, Alaska 99503 |

| | Amount Due |
|---|---|
| | **$195.12** |

| Description | Amount | Balance |
|---|---|---|
| ...ward | | 195.12 |

1571

DATE    01/03/2008
PAY TO    Professional Legal Coppy
AMOUNT  $    195.12
MEMO
CATEG.    Reimbursable Client Costs
ACCT.    Key Bank Business Checking

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 195.12 | 0.00 | 0.00 | 0.00 | **$195.12** |

**Please Remit Payment to**
**360 K Street**
**Suite 101**
**Anchorage, Alaska 99501**

**alaska's office department store**

100 W. Firev        ane
Box 100083 • Anchorage, Alaska 99510
Machines • Furniture: (907) 276-2322
Supplies: (907) 274-7567
FAX (907) 279-4359

| | DATE | NUMBER |
|---|---|---|

11/28/07    2474964-0
SALESMAN 100    TIME 10:41:37
WRITER: 144    PAGE    1
FEDERAL    #92-0019909

CUSTOMER # 37394 DEPT
CHARGE
INVOICE(A)
ROUTE: A3
PO #18C

SARAH J TUGMAN
SUITE 4
2509 EIDE STREET
ANCHORAGE         AK 99503

SARAH J TUGMAN
SUITE 4
2509 EIDE STREET
ANCHORAGE         AK 99503

| BBIN ITEM NUMBER | CO. | DESCRIPTION | ORDER QTY | BACK QTY | SHIP QTY | REGULAR PRICE UN T | D | YOUR PRICE | EXTEN PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | | SARAH TUGMAN | | | | | | | |
| | | PAID VISA 0110 | | | | | | | |
| | | 6777989 | | | | | | | |
| 11396 | AVE | INDEX,LGL,LTR SZ,ST,51-75/T | 4 | | 4 | 9.270 ST S | | 6.489 | 25.96 |
| 11370 | AVE | INDEX,LGL,LTR SZ,ST,1-25/TO | 4 | | 4 | 9.270 ST S | | 6.489 | 25.96 |
| 11397 | AVE | INDEX,LGL,LTR SZ,ST,76-100/ | 2 | | 2 | 9.270 ST S | | 6.489 | 12.98 |
| 11372 | AVE | INDEX,LGL,LTR SZ,ST,26-50/T | 4 | | 4 | 9.270 ST S | | 6.489 | 25.96 |
| 11374 | AVE | INDEX,LGL,LTR SZ,ST,A-Z/TOC | 2 | | 2 | 9.610 ST S | | 6.727 | 13.45 |
| 37001EA | SAN | MARKER,PERM,SHARPIE,UF,BLK | 3 | | 3 | 1.250 EA S | | .875 | 2.63 |

( 8.050)

TERMS: NET 15    PAST DUE: 1.5% PER MONTH
RETURNED SPECIAL ORDERS SUBJECT TO RESTOCK FEE.

SUB-TOTAL    106.94

RECEIVED BY  X_____    DATE RECV'D  / /    TOTAL  $    106.94

---

DATE: 11/28/07                                    TIME: 10:43 AM

ARCTIC OFFICE MACHINE INC
100 W FIREWEED LANE
ANCHORAGE AK 99503
1-907-276-2322

BATCH : 0735

TERM ID          WZ1170#05
ACCOUNT #        X*********X*****9167
EXP DATE         ****
ENTRY TYPE       SWIPED
REF NO           17028007
AUTH NO          045178
TRAN TYPE        SALE
CARD NAME        VISA
DESCRIPTION

TOTAL    $106.94

NAME:
TUGMAN/SARAH J

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

THANK YOU! PLEASE COME AGAIN!
CARDHOLDER COPY

# PROFESSIONAL
# LEGAL
# COPY

EIN - 13-4333691

# Invoice / Delivery

360 K Street
Suite 101
Anchorage, Alaska 99501

Phone: 277-2679
Fax: 277-2689
www.prolegalcopy.com

| Date | Invoice # |
|------|-----------|
| 1/14/2008 | 86406 |

**Bill To**

Sarah J. Tugman
2509 Eide Street
Suite 4
Anchoeage, Alaska 99503

**Ship To**

Sarah J. Tugman
2509 Eide Street
Suite 4
Anchoeage, AK 99503

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| GMW Fire v. Kanag | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| *** Originals Returned To Eide Gingras *** | | | |
| Flat Rate For Litigation Copies | 377 | 0.09 | 33.93 |
| Attn: Sarah | | | |

1592

ATE   01/18/2008

AY TO   Professional Legal Coppy

MOUNT $   33.93

EMO   Invoice #:  86406

ATEG.   Reimbursable Client Costs

CT.   Key Bank Business Checking

Have A Great Day.

| Total | $33.93 |
|-------|--------|

**Remit Payment To**
360 K Street, Suite 101
Anchorage, Alaska 99501

# PROFESSIONAL
# LEGAL
# COPY

**360 K Street**
**Suite 101**
**Anchorage, Alaska 99501**

EIN - 13-4333691

# Invoice / Delivery

Phone: 277-2679
Fax: 277-2689
www.prolegalcopy.com

| Date | Invoice # |
|------|-----------|
| 1/21/2008 | 86511 |

| Bill To |
|---------|
| Sarah J. Tugman<br>2509 Eide Street<br>Suite 4<br>Anchoeage, Alaska 99503 |

| Ship To |
|---------|
| Sarah J. Tugman<br>2509 Eide Street<br>Suite 4<br>Anchoeage, AK 99503 |

| Client Matter | Terms | Ship Via |
|---------------|-------|----------|
| Exhibits | EOM | Our Truck |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Oversize Black & White Copies (Charge per square foot) | 45 | 2.00 | 90.00 |
| Mounting (Charge Per Square Foot) | 45 | 4.00 | 180.00 |
| Attn: Frances | | | |

**Total** $270.00

All work is complete!

**Remit Payment To**
**360 K Street, Suite 101**
**Anchorage, Alaska 99501**

<u>Itemization and Documentation of Costs</u>

**7.    Other costs**

|       |                            |          |
|-------|----------------------------|----------|
| a.    | Postage                    | $ 27.88  |
| b.    | On-line research services  | 807.57   |
| c.    | Courier service            | 33.00    |
|       | TOTAL:                     | $868.45  |