IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>               Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. A05-170 CI (TMB) |

**MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT OR, IN THE ALTERNATIVE, MOTION FOR A NEW TRIAL**

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their counsel Eide & Gingras, P.C., move for judgment notwithstanding the verdict or, in the alternative, move for a new trial. This motion is made with respect to Kanag'Iq Construction Co. and Western Surety individually, pursuant to Federal Civil Rules 50 and 59. This motion is supported by the attached Memorandum of Law and accompanying documents.

DATED at Anchorage, Alaska this 8th day of February 2008.

                              EIDE & GINGRAS, P.C.
                              Attorneys for Defendants
                              Kanag'Iq Construction Co., Inc. and
                              Western Surety Company

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Defendants' Motion for Judgment Notwithstanding the Verdict or,          Page 1 of 2
in the Alternative, Motion for a New Trial
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

|   |   |
|---|---|
| 1 | By: s/Thomas S. Gingras |
| 2 | Thomas S. Gingras |
|   | 425 G Street, Suite 930 |
| 3 | Anchorage, AK  99501 |
|   | Phone:  (907) 279-0930 |
| 4 | Fax:     (907) 279-0933 |
|   | E-mail:  tsgingras@egpalaska.com |
| 5 | Alaska Bar No. 7811098 |

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C.  That on this 8th day of February 2008, I served

 [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By  /s/Donna Charter

F:\431\05\Post-Trial Documents\Motion for JNOV Mot.DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Defendants' Motion for Judgment Notwithstanding the Verdict or, in the Alternative, Motion for a New Trial
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 2 of 2