IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>          Plaintiff,<br><br>   vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

**[PROPOSED]**
**ORDER GRANTING MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT OR, IN THE ALTERNATIVE, MOTION FOR A NEW TRIAL**

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their counsel, Eide & Gingras, P.C., moved for judgment notwithstanding the verdict with respect to their individual liability or, in the alternative, for a new trial. The motion was made pursuant to Federal Rules of Civil Procedure 50 and 59. This Court has considered the motion, all accompanying documents, and any response.

IT IS ORDERED that Defendants' Motion For Judgment Notwithstanding the Verdict is GRANTED:

   1.   With respect to Western Surety Company; and

Order Granting Motion for Judgment Notwithstanding the Verdict or,                                    Page 1 of 2
in the Alternative, Motion for a New Trial
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

2. With respect to Kanag'Iq Construction Co., Inc.

In the alternative, IT IS ORDERED Defendants' Motion for a New Trial is GRANTED:

1. With respect to Western Surety Company; and

2. With respect to Kanag'Iq Construction Co., Inc.

DATED at Anchorage, Alaska this _____ day of February 2008.

By:_____
Timothy M. Burgess
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 8th day of February 2008, I served

[x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK 99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Post-Trial Documents\Motion for JNOV Order.DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Order Granting Motion for Judgment Notwithstanding the Verdict or, in the Alternative, Motion for a New Trial
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 2 of 2