IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

## MOTION FOR STAY OF EXECUTION OF JUDGMENT

Pursuant to Federal Civil Rule 62(b), Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their attorneys, Eide & Gingras, P.C., request that the Court stay any execution of judgment until the resolution of pending motion practice before the Court that may affect the judgment.

On February 8, 2008, Defendants filed a Motion for Judgment Notwithstanding the Verdict or, in the Alternative, Motion for a New Trial. The Court's decision on that motion may affect the judgment against Western Surety and/or Kanag'Iq. Absent an order from the Court granting a stay of execution of the judgment until the pending motion is ruled upon, Plaintiff may otherwise proceed to execute against the judgment as of today, February 11, 2008.

Motion for Stay of Execution of Judgment                          Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Therefore, Defendants respectfully request the Court to stay any execution of judgment until the Court rules upon the pending motion before it, which may affect the judgment. Because of the time constraint described above, Defendants further request a decision by the close of business today, or as soon thereafter as possible.

DATED at Anchorage, Alaska this 11th day of February 2008.

EIDE & GINGRAS, P.C.
Attorneys for Defendants
Kanag'Iq Construction Co., Inc. and
Western Surety Company

By:   s/Thomas S. Gingras
      Thomas S. Gingras
      425 G Street, Suite 930
      Anchorage, AK  99501
      Phone: (907) 279-0930
      Fax:   (907) 279-0933
      E-mail: tsgingras@egpalaska.com
      Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 11th day of February 2008, I served

   [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Motion for Stay Mot.DOC

Motion for Stay of Execution of Judgment                                      Page 2 of 2
The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.
Case No. A05-170 Civil (TMB)