IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>               Plaintiff,<br><br>  vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A05-170 CI (TMB)<br>) |

### [PROPOSED]
### ORDER GRANTING MOTION FOR STAY OF EXECUTION OF JUDGMENT

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their counsel, Eide, Gingras, P.C., moved to stay execution of the judgment until a ruling by the Court on pending motion practice. Defendants' Motion for Stay was made pursuant to Federal Civil Rules 62(b). This Court has considered the motion, all accompanying documents, and any response.

IT IS ORDERED that Defendant's Motion for Stay of Execution of Judgment GRANTED.

DATED at Anchorage, Alaska this _____ day of February 2008.

By: _____
Timothy M. Burgess
United States District Court Judge

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Order Granting Motion for Stay of Execution of Judgment   Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 11th day of February 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK 99503

EIDE & GINGRAS, P.C.

By  /s/Donna Charter

F:\431\05\CERT.DOC

Order Granting Motion for Stay of Execution of Judgment — Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax