IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-170 TMB<br>) |

## **ORDER GRANTING MOTION FOR STAY OF EXECUTION OF JUDGMENT**

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their counsel, Eide, Gingras, P.C., moved on shortened time at Docket [137] to stay execution of the judgment until a ruling by the Court on the defendant's pending Motion for Judgment Notwithstanding the Verdict or in the Alternative, Motion for a New Trial at Docket [131]. Defendants' Motion for Stay was made pursuant to Federal Civil Rules 62(b).

IT IS ORDERED that Defendant's Motion for Stay of Execution of Judgment at Docket [139] is GRANTED.

DATED at Anchorage, Alaska this 11th day of February 2008.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT JUDGE