| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE<br>J | PAGE OF PAGES<br>1 |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO.<br>P00004 | 3. EFFECTIVE DATE<br>28-Sep-2002 | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY   CODE  F65501<br>3RD CONTRACTING SQUADRON<br>10480 22ND STREET<br>ELMENDORF AFB AK 99506-2500 | | 7. ADMINISTERED BY (If other than Item 6)   CODE<br>See Item 6 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)<br>KANAG IQ CONSTRUCTION CO. INC.<br>BILL JURY<br>3950 MOUNTAIN VIEW DRIVE<br>ANCHORAGE AK 99508 | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO.<br>F65501-00-D-0010 |
| CODE  09XT8   FACILITY CODE  09XT8 | X | 10B. DATED (SEE ITEM 13)<br>14-Aug-2001 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended. [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X D. | OTHER (Specify type of modification and authority)<br>52/217-0 Option to Extend the Term of the Contract - UNILATERAL |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
See schedule

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>LUCRETIA A. TEITZEL / CONTRACTING OFFICER | |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>_____<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY _Lucretia A. Teitzel_ (signature)<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>28-Sep-2002 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

F65501-00-D-0010
U00001
Page 2 of 4

SF 30, Block 14, continuation page.

The purpose of this modification is to exercise the option to extend the term of the contract for the Second Option Year.

a. Incorporate the Bid Schedule for the Second Option Year, line items 2001 through 2278. The performance period is extended through 28 Sep 03
b. Change the performance period listed in Block 11 of the SF 1442 to read 1095 calendar days, and increase of 365 calendar days
c. Change the total estimated amount from $1,359,420.80 to $2,027,528.27, and increase of $709,148.90
d. Within 10 days after the award of this modification extending the term of the contract the contractor shall submit payment and performance bonds to the contracting office shown in Block 6 of this document in the amounts listed in FAR clause 52.228-15, Payment and Performance Bonds – Construction.
e. Change FAR clause 52.216-18, Ordering, paragraph (a) to read "Such orders may be issued from…: Sep 29, 2002 through Sep 28, 2003.
f. The accounting and appropriation data will be annotated on each individual delivery order.
g. All other terms and conditions remain unchanged.

F65501-00-D-0010
U00001
Page 3 of 4

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 709,148.90 | Dollars, U.S. | $1.00 | $709,148.90 EST |
| | FIRE PROTECTION REQUIREMENTS FFP NSN Z299-00-000-FIRE SIGNAL CODE A | | | | |

ESTIMATED NET AMT     $709,148.90

F65501-00-D-0010
U00001
Page 4 of 4

DELIVERY INFORMATION

| CLINS | DELIVERY DATE | UNIT OF ISSUE | QUANTITY | FOB | SHIP TO ADDRESS |
|---|---|---|---|---|---|
| 0001 | POP 29-SEP-00 TO 28-SEP-01 | Dollars, U.S. | 1,000,000.00 | Dest. | FQ5000 3RD CIVIL ENGINEER SQUADRON LARRY TRAW / INSPECTOR 6326 ARTIC WARRIOR ELMENDORF AFB AK 99504 |
| 0002 | POP 28-SEP-01 TO 27-SEP-02 | Dollars, U.S. | 696,232.08 | Dest. | Same as CLIN 0001 |
| 0003 | POP 29-SEP-02 TO 28-SEP-03 | Dollars, U.S. | 709,148.90 | Dest. | Same as CLIN 0001 |

CONTRACT MINIMUM/MAXIMUM QUANTITY AND CONTRACT VALUE

The minimum quantity and contract value for all orders issued against this contract shall not be less than the minimum quantity and contract value stated in the following table. The maximum quantity and contract value for all orders issued against this contract shall not exceed the maximum quantity and contract value stated in the following table.

| MINIMUM QUANTITY | MINIMUM AMOUNT | MAXIMUM QUANTITY | MAXIMUM AMOUNT |
|---|---|---|---|
| | $0.00 | | $643,083.81 |

CLIN MINIMUM/MAXIMUM QUANTITY AND CLIN VALUE

The minimum quantity(s) and CLIN value(s) for all orders issued against the CLIN(s) on this contract shall not be less than the minimum quantity(s) and CLIN value(s) stated in the following table. The maximum quantity(s) and CLIN value(s) for all orders issued against the CLIN(s) on this contract shall not exceed the maximum quantity(s) and CLIN value(s) stated in the following table.

| CLIN | MINIMUM QUANTITY | MINIMUM AMOUNT | MAXIMUM QUANTITY | MAXIMUM AMOUNT |
|---|---|---|---|---|
| 0001 | | | 643,083.81 | |
| 0002 | | | 675,295.56 | $675,295.56 |
| 0003 | | | 709,148.90 | |

SECTION 00800 Special Contract Requirements

ACCOUNTING AND APPROPRIATION DATA

CONTRACT    FUNDING DATA                                                                COST CODE