IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation, | ) ) ) ) ) |
| Defendants. | ) Case No. A05-170 CI (TMB) ) |

## STIPULATION FOR EXTENSION OF TIME

The parties, through their respective counsel, stipulate that Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, shall have up to and including Friday, February 29, 2008, to file and serve their reply to GMW's Opposition to Kanag'Iq's Motion for Judgment Notwithstanding the Verdict or, in the Alternative, Motion for a New Trial currently due February 26, 2008.

DATED at Anchorage, Alaska this 14th day of February 2008.

EIDE & GINGRAS, P.C.
Attorneys for Defendants
Kanag'Iq Construction Co., Inc. and
Western Surety Company

By:   s/Thomas S. Gingras
       Thomas S. Gingras
       425 G Street, Suite 930

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Stipulation for Extension of Time                                                                 Page 1 of 3
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Anchorage, AK 99501
Phone: (907) 279-0930
Fax: (907) 279-0933
E-mail: tsgingras@egpalaska.com
Alaska Bar No. 7811098

DATED at Anchorage, Alaska this 14th day of February 2008.

SARAH J. TUGMAN, ESQ.
Attorneys for Plaintiff,
GMW Fire Protection, Inc.

By:   s/Sarah J. Tugman
Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, AK 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No. 8310101

**ORDER**

IT IS SO ORDERED.

DATED at Anchorage, Alaska this _____ day of February 2008.

By:_____
Timothy M. Burgess
U.S. District Court Judge

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Stipulation for Extension of Time
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)
Page 2 of 3

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 14th day of February 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By    /s/Donna Charter

F:\431\05\Post-Trial Documents\Stipulation for Extension of Time.DOC

Stipulation for Extension of Time     Page 3 of 3
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)