IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>             Plaintiff,<br><br>    vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITIES RE OPPOSITION TO MOTION FOR ATTORNEY'S FEES

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, through their attorneys, Eide & Gingras, P.C., submit this Notice of Supplemental Authorities pursuant to Alaska Local District Rule 7.1(h)(1)(B). The supplemental authorities pertain to Defendants' Opposition to GMW's Motion for Attorney [sic] Fees. Defendants' Opposition consists of two pages, docket number 143.

The first citation is 2005 WL 846211 at *1 (D. Alaska 2005). Pursuant to Ninth Circuit Rule 36-3, an unpublished opinion issued before January 1, 2007, may be cited for factual purposes, such as to show entitlement (or lack thereof) to attorneys' fees. The second citation is <u>Alaska Constr. & Eng'g v. Balzer</u>, 130 P.2d 932, 939-940 (Alaska 2006). Copies of both opinions are attached for the Court's ease of reference.

Defendants' Notice of Supplemental Authorities Re Attorney's Fees                                         Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

DATED at Anchorage, Alaska this 4th day of March 2008.

EIDE & GINGRAS, P.C.
Attorneys for Defendants
Kanag'Iq Construction Co., Inc. and
Western Surety Company

By:    s/Thomas S. Gingras
      Thomas S. Gingras
      425 G Street, Suite 930
      Anchorage, AK  99501
      Phone:  (907) 279-0930
      Fax:     (907) 279-0933
      E-mail: tsgingras@egpalaska.com
      Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 4th day of March 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Notice of Supplemental Authorities (Attys Fees).DOC

Defendants' Notice of Supplemental Authorities Re Attorney's Fees      Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)