Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THE UNITED STATES for the use of<br>GMW Fire Protection, Inc.,<br>an Alaska Corporation,<br><br>       Plaintiff,<br>v.<br><br>KANAG'IQ CONSTRUCTION CO., INC.,<br>an Alaska Corporation and<br>WESTERN SURETY COMPANY, a<br>South Dakota Corporation,<br><br>       Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A-05-0170 CV (TMB) |

## MOTION FOR EXPEDITED CONSIERATION OF GMW'S REQUEST FOR AN ALTERNATIVE ARGUMENT DATE

GMW has requested an alternative date for oral argument with respect to attorney fees. Argument is currently set for April 10, 2008 and if normal times are applied to the request, the argument time set will have come and gone before a ruling on the request it ripe. Therefore GMW asks that its request be ruled upon in an expedited fashion.

Respectfully submitted this 4th day of April, 2008.

s/ Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101

### CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2008, a copy of the foregoing document was served electronically on Tom Gingras, attorney for Kanag'Iq Construction, Inc.

s/Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101