MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

<u>GMW FIRE PROTECTION, INC., EX REL</u> vs. <u>KANAG'IQ CONSTRUCTION COMPANY, INC. ET AL.</u>

BEFORE THE HONORABLE <u>TIMOTHY M. BURGESS</u>
CASE NO. <u>3:05-CV-00170-TMB</u>

DEPUTY CLERK/RECORDER:      CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:   SARAH TUGMAN

               DEFENDANT:   THOMAS GINGRAS

PROCEEDINGS: ORAL ARGUMENT ON MOTION FOR ATTORNEY FEES (DKT 125) HELD 04/14/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:04 a.m. court convened.

Court and counsel heard re Oral Argument on Motion for Attorney Fees (DKT 125).

Arguments heard.

Court heard; Oral Argument on Motion for Attorney Fees (DKT 125) **UNDER ADVISEMENT, written ruling to issue.**

Court ordered Ms. Tugman to file supplemental briefing re basis of claim and to be specific, no more than 10 pages and to file on or before **April 28, 2008.**

Court ordered Mr. Gingras to file response, no more than 10 pages within 2 weeks of receiving Ms. Tugman's brief.

Court ordered Ms. Tugman to file reply, no more than 5 pages within one week or receiving Mr. Gingras response.

Court and counsel heard re local rules re talking with jurors after trial.

At 11:29 a.m. court adjourned.


DATE: <u>April 14, 2008</u>    DEPUTY CLERK'S INITIALS: <u>CME</u>

Revised 6/18/07