e-mail: sjtugman@gci.net

SUPPLEMENTAL BRIEFING RE ATTORNEY FEES - PAGE 1