Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

THE UNITED STATES for the use of  )
GMW Fire Protection, Inc.,         )
an Alaska Corporation,             )
                                   )
         Plaintiff,                )
                                   )
v.                                 )
                                   )
KANAG'IQ CONSTRUCTION CO., INC.,   )
an Alaska Corporation and          )
WESTERN SURETY COMPANY, a          )
South Dakota Corporation,          )
                                   )
         Defendant.                )
_____) Case No. A-05-0170 CV (TMB)

NOTICE OF FILING

    Counsel for GMW gives notice of filing a signed and dated copy of the signature and following pages of the affidavit of counsel that was inadvertently filed unsigned at docket number 157.

    Respectfully submitted this 29th day of April, 2008.

s/ Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101

Notice of Filing – PAGE 1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of April, 2008, a copy of the foregoing document was served electronically on Tom Gingras, attorney for Kanag'Iq Construction, Inc.

s/Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: <u>sjtugman@gci.net</u>
Alaska Bar No.: 8310101