CERTIFICATE OF SERVICE

I hereby certify that on the 28 + 29 day of ~~February~~ June, 2008, a copy of the foregoing document was served electronically on Tom Gingras, attorney for Kanag'Iq Construction, Inc.

s/Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101

*[Handwritten annotations in left margin:]*
Unsigned filed & served 4/28/08
Signed filed & served 4/29/08

for partial summary judgment.

13. All of the time spent with respect to GMW's motion in limine on the unfair trade practices claim related to that counterclaim.

14. Other than the time indicated in paragraph 8 above, I do not honestly know how to segregate the time other than to use some percentage which would be hard to support as truly accurate in any sense. Perhaps a 25% reduction could apply, but it is very artificial, and any percentage greater than that would seriously underestimate the counterclaims and their importance, and the work that was done to defeat them.

Dated this 28 day of April, 2008.

_____
Sarah J. Tugman

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT)

THIS IS TO CERTIFY that on this 28 day of April, 2008, before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared Sarah J. Tugman, to me known and known to me to be the identical individual named in and who signed the foregoing instrument, and acknowledged to me that the same was signed freely and voluntarily for the uses and purposes therein mentioned.

WITNESS my hand and seal the day and year last above written.

_____
Notary Public in and for Alaska
My commission expires: 10/17/09

AFFIDAVIT OF COUNSEL - PAGE 4                                    EXHIBIT 1