IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>      Plaintiff,<br><br> vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

## REQUEST FOR ORAL ARGUMENT RE WESTERN SURETY AND PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their counsel, Eide & Gingras, P.C., request oral argument regarding Western Surety and the motion for attorney's fees. The only claims at issue with respect to an award of attorney's fees are the state-law counterclaims. As discussed previously at oral argument, Western Surety did not file any counterclaims in this matter. Kanag'Iq alone filed the counterclaims. To the extent the Court needs oral argument on the issue of the surety and the motion for attorney's fees, Defendants respectfully request oral argument on that issue. This request is filed pursuant to District of Alaska Local Rule 7.2.

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Request for Oral Argument re Western Surety and
Plaintiff's Motion for Attorney's Fees
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 1 of 2

DATED at Anchorage, Alaska this 19th day of May, 2008.

> EIDE & GINGRAS, P.C.
> Attorneys for Defendants
> Kanag'Iq Construction Co., Inc. and
> Western Surety Company
>
> By:   s/Thomas S. Gingras
>       Thomas S. Gingras
>       425 G Street, Suite 930
>       Anchorage, AK  99501
>       Phone:  (907) 279-0930
>       Fax:    (907) 279-0933
>       E-mail: tsgingras@egpalaska.com
>       Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 19th day of May, 2008, I served

[x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Post-Trial Documents\Request Oral Arg re Attys Fees II.DOC

Request for Oral Argument re Western Surety and
Plaintiff's Motion for Attorney's Fees
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 2 of 2

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax