IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. A05-170 CI (TMB) |

## DEFENDANTS' MOTION TO STRIKE
### [Fed. R. Civ. P. 12(f)]

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, through their counsel, Eide & Gingras, P.C., object to Exhibit A to Plaintiff's reply with respect to supplemental briefing. That exhibit is a settlement proposal and, on its face, makes clear that it is not to be admissible in evidence in any litigation.

Notwithstanding that admonition, and the evidence rule with respect to settlement proposals, Plaintiff attached that settlement letter as an exhibit. See Federal Rule of Evidence 408.

For those reasons, Defendants request that the settlement letter, Exhibit A, be removed from the Court's file and returned to Plaintiff's counsel.

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Defendants' Motion to Strike                                                                                                   Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Defendants believe that the Court, on its own initiative, may impose whatever sanctions it deems appropriate.

DATED at Anchorage, Alaska this 20th day of May, 2008.

EIDE & GINGRAS, P.C.
Attorneys for Defendants
Kanag'Iq Construction Co., Inc. and
Western Surety Company

By:   s/Thomas S. Gingras
       Thomas S. Gingras
       425 G Street, Suite 930
       Anchorage, AK  99501
       Phone:  (907) 279-0930
       Fax:     (907) 279-0933
       E-mail:  tsgingras@egpalaska.com
       Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 20th day of May, 2008, I served

[x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

   Sarah J. Tugman, Esq.
   2509 Eide Street, Suite 4
   Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Post-Trial Documents\Motion to Strike Settlement Letter.DOC

Defendants' Motion to Strike                                          Page 2 of 2
The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.
Case No. A05-170 Civil (TMB)