Sarah J. Tugman  
Attorney at Law  
2509 Eide Street, Suite 4  
Anchorage, Alaska 99503  
Telephone: (907) 677-7889  
Fax: (907) 677-9188  
e-mail: sjtugman@gci.net  
Attorney for GMW Fire Protection, Inc.

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A-05-0170 CV (TMB) |

NOTICE OF ATTACHMENT

Counsel for GMW mistakenly filed an undated opposition to motion to strike at docket number 163. Attached hereto it the dated last page of that opposition.

Respectfully submitted this 21ST day of May, 2008.

s/ Sarah J. Tugman  
2509 Eide Street, Suite 4  
Anchorage, Alaska 99503  
Phone: (907) 677-7889  
Fax: (907) 677-9188  
E-mail: sjtugman@gci.net  
Alaska Bar No.: 8310101

Notice of Attachment- PAGE 1

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2008, a copy of the foregoing document was served electronically on Tom Gingras, attorney for Kanag'Iq Construction, Inc.

s/Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101