Defendants' motion to strike should be denied. Further, it is unsupported motions such as this, and others that have been filed by Defendants, that unnecessarily increase the amount of time and attorney fees required to resolve this case. This should be considered in the Court's determination as to the amount of attorney fees that should be awarded to GMW.

Respectfully submitted this 21st day of May, 2008.

s/ Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101


CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2008, a copy of the foregoing document was served electronically on Tom Gingras, attorney for Kanag'Iq Construction, Inc.

s/Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101

---

used for a purpose deemed inadmissible by Rule 408"); *Longmoor v. Nilsen*, 312 F.Supp.2d 352, 363-64 (D. Conn. 2004)(motion to strike evidence of settlement negotiations denied with respect to question of attorney fees under 42 U.S.C. § 1988); *EMI Catalogue Partnership, v. CBS/FOX Co.*, 1996 U.S. Dist. LEXIS 7240 at 6 (S.D.N.Y. 1996)(permitting evidence of settlement negotiations with respect to an attorney fee award under the Copyright Act).

OPPOSITION TO MOTION TO STRIKE - PAGE 3