UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GMW FIRE PROTECTION, INC.,
"Ex Rel.,"
      Plaintiff,

                              Case Number 3:05-cv-00170-TMB

v.

KANAG'IQ CONSTRUCTION CO.,
INC., et al.,
      Defendants.           **JUDGMENT IN A CIVIL CASE**


__X__  **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


____  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

that Plaintiff GMW Fire Protection Inc., "Ex Rel.," recover of defendants Kanag'IQ Construction Co., Inc., et al., the sum of $533,848.77, together with prejudgment interest in the amount of $127,292.05**, attorney's fees in the amount of $ 40,261.25** and plaintiff's cost of action in the amount of $ 6,059.75* for a total judgment of $707,461.82** with post-judgment interest thereon at the rate of 2.31% as provided by law.


*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*


Date: January 29, 2008
                                      /s/Marvel Hansbraugh for
                                      Ida Romack, Clerk of Court

*re-distributed 2/8/08 w/costs added
**re-distributed 6/25/08 w/pre-judgment interest, attorney's fees and total judgment added


[Jmt1-with fees and costs-revised 1-30-06]