IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>     Plaintiff,<br><br> vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

## MOTION AND MEMORANDUM FOR STAY OF EXECUTION OF JUDGMENT

Pursuant to Federal Civil Rule 62(b)(3), Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their attorneys, Eide & Gingras, P.C., request that the Court stay any execution of judgment until the resolution of pending motion practice before the Court that may affect the judgment.

On July 7, 2008, Defendants filed two Motions to Alter or Amend a Judgment. The Court's decision on those motions may affect the judgment against Western Surety and/or Kanag'Iq. Absent an order from the Court granting a stay of execution of the judgment until the pending motions are ruled upon, Plaintiff may otherwise proceed to execute against the judgment as of today, July 7, 2008.

Motion and Memorandum for Stay of Execution of Judgment  Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Therefore, Defendants respectfully request the Court to stay any execution of judgment until the Court rules upon the pending motions before it. Because of the time constraint described above, Defendants further request a decision by the close of business today, or as soon thereafter as possible.

DATED at Anchorage, Alaska this 7th day of July, 2008.

EIDE & GINGRAS, P.C.
Attorneys for Defendants
Kanag'Iq Construction Co., Inc. and
Western Surety Company

By: s/Thomas S. Gingras
Thomas S. Gingras
425 G Street, Suite 930
Anchorage, AK  99501
Phone:  (907) 279-0930
Fax:     (907) 279-0933
E-mail:  tsgingras@egpalaska.com
Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C.  That on this 7th day of July, 2008, I served

   [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

   Sarah J. Tugman, Esq.
   2509 Eide Street, Suite 4
   Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Post-Trial Documents\Motion for Stay Mot II.DOC

Motion and Memorandum for Stay of Execution of Judgment                           Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)