IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A05-170 CI (TMB)<br>) |

**MOTION FOR SHORTENED TIME**

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their attorneys, Eide & Gingras, P.C., move for consideration on a shortened time schedule of that Motion for Stay of Execution of Judgment. Defendants make this motion pursuant to United States District Court Local Rule 7.2(c). This motion is accompanied by the attached Affidavit of Counsel.

DATED at Anchorage, Alaska this 7th day of July, 2008.

　　　　　　　　　　　EIDE & GINGRAS, P.C.
　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　Kanag'Iq Construction Co., Inc. and
　　　　　　　　　　　Western Surety Company

　　　　　　　　　　　By:　　s/Thomas S. Gingras
　　　　　　　　　　　　　　Thomas S. Gingras
　　　　　　　　　　　　　　425 G Street, Suite 930

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Motion for Shortened Time                                                          Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Anchorage, AK  99501
Phone:  (907) 279-0930
Fax:      (907) 279-0933
E-mail:  tsgingras@egpalaska.com
Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C.  That on this 7th day of July, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Post-Trial Documents\Motion Shortened Time Mot.DOC