IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

**[PROPOSED]**
**ORDER GRANTING MOTION FOR SHORTENED TIME**

This matter comes before the Court on Defendants' Motion for Shortened Time regarding Defendants' Motion for Stay of Execution of Judgment. The Motion for Shortened Time was filed pursuant to United States District Court Local Rule 7.2(c). Having considered the motion, the accompanying documents, and any opposition thereto, the motion is GRANTED.

DATED at Anchorage, Alaska this _____ day of July, 2008.


By: _____
　　Timothy M. Burgess
　　United States District Court Judge

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Order Granting Motion for Shortened Time　　　　　　　　　　　　　　　　Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 7th day of July, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Post-Trial Documents\Motion Shortened Time Order.DOC

Order Granting Motion for Shortened Time Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)