IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>                    Plaintiff,<br><br>   vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A05-170 CI (TMB)<br>) |

## **MOTION TO ALTER OR AMEND A JUDGMENT RE ATTORNEY'S FEES**

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their attorneys, Eide & Gingras, P.C., move this Court to amend the judgment dated January 29, 2008, due to an error in the judgment regarding attorney's fees pursuant to the Court's order dated June 24, 2008. This motion is made pursuant to Federal Civil Rule 59(e).

DATED at Anchorage, Alaska this 7th day of July, 2008.

                                EIDE & GINGRAS, P.C.
                                Attorneys for Defendants
                                Kanag'Iq Construction Co., Inc. and
                                Western Surety Company

                                By:   s/Thomas S. Gingras
                                    Thomas S. Gingras
                                    425 G Street, Suite 930

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Motion to Alter or Amend a Judgment Re Attorney's Fees                                  Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Anchorage, AK  99501
Phone:  (907) 279-0930
Fax:      (907) 279-0933
E-mail:  tsgingras@egpalaska.com
Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C.  That on this 7th day of July, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Post-Trial Documents\Motion to Amend Jdgmt Mot.DOC

Motion to Alter or Amend a Judgment Re Attorney's Fees  
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*  
Case No. A05-170 Civil (TMB)  
Page 2 of 2