IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

### [PROPOSED] 
### ORDER GRANTING 
### MOTION TO ALTER OR AMEND A JUDGMENT RE ATTORNEY'S FEES

　　　Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their counsel, Eide & Gingras, P.C., moved this Court to alter or amend its judgment dated January 29, 2008, due to an error in the judgment. The Court has considered the motion and any response.

　　　IT IS ORDERED that Defendants' Motion to Alter or Amend a Judgment is GRANTED. The Court will issue a revised judgment to reflect the holding in its Memorandum Decision and Order [Re: Plaintiff's Motion for Attorney's Fees at Docket 125] that GMW cannot recover attorney's fees or costs against Western Surety.

　　　DATED at Anchorage, Alaska this _____ day of July, 2008.


　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Timothy M. Burgess
　　　　　　　　　　　　　　　　　United States District Court Judge

Order Granting Motion to Alter or Amend a Judgment Re Attorney's Fees　　　Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 7th day of July, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Post-Trial Documents\Motion to Amend Jdgmt Order.DOC

Order Granting Motion to Alter or Amend a Judgment Re Attorney's Fees     Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)