IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. A05-170 CI (TMB)<br>) |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO ALTER OR AMEND A JUDGMENT RE ATTORNEY'S FEES**

A motion to alter or amend a judgment may be granted when the district court finds that there is an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice. <u>Howard v. Gutierrez</u>, 503 F.Supp.2d 392, 394 (D.D.C. 2007). Defendants move to alter or amend the judgment dated January 29, 2008, based on the need to correct a clear error.

In its Memorandum Decision and Order [Re: Plaintiff's Motion for Attorney's Fees at Docket 125], the Court concluded that GMW cannot recover attorney's fees against the surety. Specifically, the Court held: "Kanag'Iq's co-defendant, Western Surety Co., did not assert counterclaims against GMW; therefore, GMW cannot recover attorney's fees against the surety." [Decision, p. 3] For the same reason, GMW cannot recover costs

Memorandum in Support of Motion to Alter or Amend a Judgment Re Attorney's Fees   Page 1 of 3
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

against the surety.  See United States ex rel. Leno v. Summit Constr. Co., 892 F.2d 788, 791 (9th Cir. 1989) (when a subcontractor's claims arise under the Miller Act, each party bears its own legal costs absent an enforceable contract provision or evidence that an opponent has acted in bad faith, vexatious, wantonly, or for oppressive reasons).  The judgment dated January 29, 2008, and redistributed thereafter, improperly awards attorney's fees and costs against the surety as follows:

> IT IS ORDERED AND ADJUDGED:
>
> that Plaintiff GMW Fire Protection Inc., "Ex Rel.," recover of defendants Kanag'IQ [sic] Construction Co., Inc., *et al.*, the sum of $533,848.77, together with prejudgment interest in the amount of $127,292.05**, attorney's fees in the amount of $40,261.25** and plaintiff's cost of action in the amount of $6,059.75* for a total judgment of $707,461.82**. . . .

[Exhibit A (emphasis added)]  The judgment thus improperly awards attorney's fees and costs against Western Surety, in light of the Court's Memorandum Decision and Order [Re: Plaintiff's Motion for Attorney's Fees at Docket 125].  Defendants respectfully request that the Court correct the judgment to reflect the Court's order that GMW cannot recover attorney's fees and costs against Western Surety.

DATED at Anchorage, Alaska this 7th day of July, 2008.

          EIDE & GINGRAS, P.C.
          Attorneys for Defendants
          Kanag'Iq Construction Co., Inc. and
          Western Surety Company

By:   s/Thomas S. Gingras
      Thomas S. Gingras
      425 G Street, Suite 930
      Anchorage, AK  99501
      Phone:  (907) 279-0930

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Memorandum in Support of Motion to Alter or Amend a Judgment Re Attorney's Fees    Page 2 of 3
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Fax:     (907) 279-0933
E-mail:  tsgingras@egpalaska.com
Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C.  That on this 7th day of July, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By__/s/Donna Charter_____

F:\431\05\Post-Trial Documents\Motion to Amend Jdgmt Memo.DOC

Memorandum in Support of Motion to Alter or Amend a Judgment Re Attorney's Fees    Page 3 of 3
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)