IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

## **MOTION TO ALTER OR AMEND A JUDGMENT**

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their attorneys, Eide & Gingras, P.C., move this Court to reconsider its Memorandum Decision and Order [Re: Motion at Docket No. 131] regarding Defendants' Motion for Judgment Notwithstanding the Verdict or, in the Alternative, Motion for New Trial. This motion is filed pursuant to Federal Civil Rule 59(e). Because there is no Federal Civil Rule that expressly addresses motions for reconsideration of appealable orders, district courts typically treat such motions to alter or amend a judgment. Howard v. Gutierrez, 503 F.Supp.2d 392, 394 (D.D.C. 2007).
Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax
Motion to Alter or Amend a Judgment                                                                                       Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

DATED at Anchorage, Alaska this 7th day of July, 2008.

EIDE & GINGRAS, P.C.
Attorneys for Defendants
Kanag'Iq Construction Co., Inc. and
Western Surety Company

By:    s/Thomas S. Gingras
       Thomas S. Gingras
       425 G Street, Suite 930
       Anchorage, AK  99501
       Phone:  (907) 279-0930
       Fax:    (907) 279-0933
       E-mail: tsgingras@egpalaska.com
       Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 7th day of July, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By    /s/Donna Charter

F:\431\05\Post-Trial Documents\Motion for Reconsidn Mot.DOC

Motion to Alter or Amend a Judgment                                                                Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)