IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

**[PROPOSED]**
**ORDER GRANTING MOTION TO ALTER OR AMEND A JUDGMENT**

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their counsel, Eide & Gingras, P.C., moved this Court to reconsider its Memorandum Decision and Order [Re: Motion at Docket No. 131]. The Court has considered the motion and any response.

IT IS ORDERED that Defendants' Motion to Reconsider is GRANTED:

1. With respect to Western Surety, it has no liability to GMW; and

2. With respect to Kanag'Iq, it has no liability to GMW.

DATED at Anchorage, Alaska this _____ day of July, 2008.

By: _____
Timothy M. Burgess
United States District Court Judge

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Order Granting Motion to Alter or Amend a Judgment        Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 7th day of July, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK 99503

EIDE & GINGRAS, P.C.

By  /s/Donna Charter

F:\431\05\Post-Trial Documents\Motion for Reconsidn Order.DOC

Order Granting Motion to Alter or Amend a Judgment   Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)