IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>                              Plaintiff,<br><br>        vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>                         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:05-cv-170 TMB<br>) |

## <u>ORDER GRANTING MOTION FOR SHORTENED TIME</u>

This matter comes before the Court on Defendants' Motion for Shortened Time at Docket 171 regarding Defendants' Motion for Stay of Execution of Judgment. The Motion for Shortened Time was filed pursuant to United States District Court Local Rule 7.2(c). Having considered the motion, the accompanying documents, and any opposition thereto, the motion at Docket 171 to Expedite is GRANTED.

DATED at Anchorage, Alaska this 7th day of July, 2008.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE
