IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>      Plaintiff,<br><br> vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>      Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-170 TMB |

**ORDER GRANTING MOTION FOR STAY OF EXECUTION OF JUDGMENT**

   Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their counsel, Eide & Gingras, P.C., moved to stay execution of the judgment until a ruling by the Court on pending motion practice. Defendants' Motion for Stay was made pursuant to Federal Civil Rules 62(b)(3). This Court has considered the motion, all accompanying documents, and any response.

  IT IS ORDERED that Defendant's Motion for Stay of Execution of Judgment at Docket 170 is GRANTED.

  DATED at Anchorage, Alaska this 7th day of July, 2008.

               /s/ Timothy M. Burgess
               TIMOTHY M. BURGESS
               U. S. DISTRICT COURT JUDGE