Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>      Plaintiff,<br>v.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A-05-0170 CV (TMB) |

QUALIFIED NON-OPPOSITION TO
MOTION TO AMEND JUDGMENT RE ATTORNEY FEES

    GMW has no objection to the entry of one or separate judgments against Western Surety and Kanag'Iq, showing them jointly and severally liable for the amount of the jury's verdict plus interest and costs, and showing only Kanag'Iq as liable for attorney fees.

    Respectfully submitted this 8th day of July, 2008.

s/ Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: sjtugman@gci.net
Alaska Bar No.: 8310101

QUALIFIED NON-OPPOSITION- PAGE 1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 8th day of July, 2008, a copy of the foregoing document was served electronically on Tom Gingras, attorney for Kanag'Iq Construction, Inc.

s/Sarah J. Tugman
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Phone: (907) 677-7889
Fax: (907) 677-9188
E-mail: [sjtugman@gci.net](mailto:sjtugman@gci.net)
Alaska Bar No.: 8310101