IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A05-170 CI (TMB)<br>) |

## REPLY TO PLAINTIFF'S QUALIFIED NON-OPPOSITION TO MOTION TO ALTER OR AMEND A JUDGMENT RE ATTORNEY'S FEES

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their attorneys, Eide & Gingras, P.C., reply to Plaintiff's Qualified Non-Opposition to Defendants' Motion to Alter or Amend a Judgment Re Attorney's Fees. First, GMW's "non-opposition" is actually an opposition with regard to costs assessed against the surety. Defendants' request to modify the judgment was with regard to costs and fees assessed against Western. Defendants maintain their position that GMW cannot recover costs against Western for the reasons set forth in the underlying motion. Second, Defendants' motion did not add any language regarding joint and several liability, and it is unclear why GMW is now attempting to insert that language into the

**Eide & Gingras, P.C.**
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Reply to Plaintiff's Qualified Non-Opposition to                 Page 1 of 2
Motion to Amend a Judgment re Attorney's Fees
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

judgment. Defendants object to amending the judgment other than as requested in the underlying motion, which is a request to correct the judgment to reflect that GMW cannot recover attorneys' fees and costs against Western.

DATED at Anchorage, Alaska this 17th day of July, 2008.

```
                                EIDE & GINGRAS, P.C.
                                Attorneys for Defendants
                                Kanag'Iq Construction Co., Inc. and
                                Western Surety Company

                         By:    s/Thomas S. Gingras
                                Thomas S. Gingras
                                425 G Street, Suite 930
                                Anchorage, AK  99501
                                Phone:  (907) 279-0930
                                Fax:    (907) 279-0933
                                E-mail: tsgingras@egpalaska.com
                                Alaska Bar No. 7811098
```

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 17th day of July, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Motion to Amend Jdgmt Reply.DOC

Reply to Plaintiff's Qualified Non-Opposition to
Motion to Amend a Judgment re Attorney's Fees
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 2 of 2