IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

THE UNITED STATES for the use of )
GMW Fire Protection, Inc., an Alaska )
Corporation, )
                                    )
                Plaintiff,          )
                                    )
        vs.                         )
                                    )
KANAG'IQ CONSTRUCTION CO.,          )
INC., an Alaska Corporation, and    )
WESTERN SURETY COMPANY, a           )
South Dakota Corporation,           )
                                    )   Case No. A05-170 CI (TMB)
                Defendants.         )
_____ )

## DEFENDANTS' NOTICE OF APPEAL

NOTICE is hereby given that Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, appeal to the Ninth Circuit Court of Appeals from the Memorandum Decision and Order [Re: Motion at Docket No. 131] entered in this case at Docket No. 167 on June 24, 2008. At Docket No. 131, Defendants moved for judgment notwithstanding the verdict or, in the alternative, for a new trial.

DATED at Anchorage, Alaska this 22nd day of July 2008.

EIDE & GINGRAS, P.C.
Attorneys for Defendants
Kanag'Iq Construction Co., Inc. and
Western Surety Company

By:___s/Thomas S. Gingras_____
        Thomas S. Gingras
        425 G Street, Suite 930

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Defendants' Notice of Appeal from Memorandum Decision and Order [Re: Motion at Docket No. 131]     Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Anchorage, AK  99501
Phone:   (907) 279-0930
Fax:      (907) 279-0933
E-mail:  tsgingras@egpalaska.com
Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law
firm of Eide & Gingras, P.C.  That on this
22nd day of July 2008, I served

[x] Electronically

a true and accurate copy of the foregoing
document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Debby J. Allen

F:\431\05\Appeal\Notice of Appeal.DOC

Defendants' Notice of Appeal from Memorandum Decision and Order [Re: Motion at Docket No. 131]   Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

**Eide & Gingras, P.C.**
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax