IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

**[PROPOSED]**
**ORDER GRANTING HEARING RE MOTION TO ALTER OR AMEND A JUDGMENT RE ATTORNEY'S FEES**

IT IS HEREBY ORDERED that Defendants' request for hearing is GRANTED. A hearing on Defendants' Motion to Alter or Amend a Judgment regarding the Court's Memorandum Decision and Order [Re: Plaintiff's Motion for Attorney's Fees at Docket 125] is set on the ____ day of _____ 2008, at _____ ___.m. in Courtroom _____.

DATED at Anchorage, Alaska this _____ day of _____, 2008.

By:_____
Timothy M. Burgess
U.S. District Court Judge

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Order Granting Hearing re Motion to Alter or Amend a Judgment re Attorney Fees     Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 23rd day of July, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Post-Trial Documents\Request Hearing re Attny Fees Order.DOC

Order Granting Hearing re Motion to Alter or Amend a Judgment re Attorney Fees    Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax