IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

### REQUEST FOR HEARING RE DEFENDANTS' MOTION TO ALTER OR AMEND A JUDGMENT

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their counsel, Eide & Gingras, P.C., request a hearing on Defendants' Motion to Alter or Amend a Judgment regarding the Court's Memorandum Decision and Order [Re: Motion at Docket No. 131]. This request is filed pursuant to District of Alaska Local Rule 7.2.

DATED at Anchorage, Alaska this 23rd day of July, 2008.

　　　　　　　　　　　EIDE & GINGRAS, P.C.
　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　Kanag'Iq Construction Co., Inc. and
　　　　　　　　　　　Western Surety Company

　　　　　　　　　　　By:　s/Thomas S. Gingras
　　　　　　　　　　　　　Thomas S. Gingras

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Request for Hearing re Defendants' Motion to Alter or Amend a Judgment　　　Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

425 G Street, Suite 930
Anchorage, AK 99501
Phone: (907) 279-0930
Fax: (907) 279-0933
E-mail: tsgingras@egpalaska.com
Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 23rd day of July, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK 99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Post-Trial Documents\Request Hearing re Reconsidn.DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Request for Hearing re Defendants' Motion to Alter or Amend a Judgment   Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)