UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  USA V. KANAG'IQ CONSTRUCTION CO. INC
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.:  TIMOTHY M. BURGESS 3:05-cv-00170-TMB
Date Complaint Filed: 7/18/05
Date Appealed Judgment *entered*: 6/24/08
Date NOA *filed*:  7/22/08
COA Status (check one):
__granted in full (attach order)       __denied in full (send record)
__granted in part (send record)       __pending

Court Reporter(s) Name and Phone Number: Samantha A. Lark 907-677-6118,
April M. Karper 907-677-6102, Caroline M. Edmiston 907-677-6103

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: NOT PAID         Date Docket Fee billed:  __
Date FP granted:                                       Date FP denied:  __
Is FP pending? no                                    Was FP Limited/Revoked?
US Government Appeal? no
Companion Cases?  Please list:

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:**  (please include e-mail address and fax number)
| Appellate Counsel: | Appellee Counsel: |
|---|---|
| **THOMAS S. GINGRAS** | **SARAH J. TUGMAN** |
| 425 G STREET, SUITE 930 | SARAH J. TUGMAN ATTORNEY AT LAW |
| ANCHORAGE, AK 99501 | 2509 EIDE STREET |
| 907-279-0930 TELEPHONE | ANCHORAGE, AK 99503 |
| 907-279-0933 FAX | 907-677-7889 TELEPHONE |
|  | 907-677-9188 FAX |

 X   retained      __CJA     __FPD    __FPD    __Other       Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID:  __                    Address:  __
Custody:  __
Bail:  __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid:  __            9th Circuit Docket Number:  __

Name and phone number of person completing this form:  SINGINN A .LAWSON
907-677-6154