UNITED STATES
DISTRICT COURT
District of Alaska
Anchorage Division

# 00133261 - BC
July 23, 2008

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 086900-F | 05-170 | | 105.00 CK |
| 510000-C | 05-170 | | 150.00 CK |
| 086400-R | 05-170 | | 200.00 CK |

TOTAL→ 455.00

FROM: EIDE AND GINGRAS, P.C.
APPEAL FILING FEE
3:05-CV-170-TMB