UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  USA V. KANAG'IQ CONSTRUCTION CO. INC
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.:  TIMOTHY M. BURGESS 3:05-cv-00170-TMB
Date Complaint Filed: 7/18/05
Date Appealed Judgment *entered*: 6/24/08
Date NOA *filed*:  7/22/08
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)     __pending

Court Reporter(s) Name and Phone Number: Samantha A. Lark 907-677-6118,
April M. Karper 907-677-6102, Caroline M. Edmiston 907-677-6103


Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid:                         Date Docket Fee billed: __
Date FP granted:                              Date FP denied: __
Is FP pending? no                             Was FP Limited/Revoked?
US Government Appeal? no
Companion Cases?  Please list:

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                      Appellee Counsel:
**THOMAS S. GINGRAS**                   **SARAH J. TUGMAN**
425 G STREET, SUITE 930                 SARAH J. TUGMAN ATTORNEY AT LAW
ANCHORAGE, AK 99501                     2509 EIDE STREET
907-279-0930 TELEPHONE                  ANCHORAGE, AK 99503
907-279-0933 FAX                        907-677-7889 TELEPHONE
                                        907-677-9188 FAX

 X  retained    __CJA    __FPD    __FPD    __Other     Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __            Address: __
Custody: __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: 07/24/08         9th Circuit Docket Number: __

Name and phone number of person completing this form:  SINGINN A .LAWSON
                                                       907-677-6154