



UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

FILED _____
DOCKETED _____
          DATE      INITIAL

JUL 29 2008

CASE INFORMATION:
Short Case Title: USA V. KANAG'IQ CONSTRUCTION CO. INC
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: TIMOTHY M. BURGESS 3:05-cv-00170-TMB
Date Complaint Filed: 7/18/05
Date Appealed Judgment *entered*: 6/24/08
Date NOA *filed*: 7/22/08
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)     __pending

08-35636

Court Reporter(s) Name and Phone Number: Samantha A. Lark 907-677-6118,
April M. Karper 907-677-6102, Caroline M. Edmiston 907-677-6103

Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: NOT PAID          Date Docket Fee billed: __
Date FP granted:                         Date FP denied: __
Is FP pending? no                        Was FP Limited/Revoked?
US Government Appeal? no
Companion Cases? Please list:

Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                       Appellee Counsel:
**THOMAS S. GINGRAS**                    **SARAH J. TUGMAN**
425 G STREET, SUITE 930                  SARAH J. TUGMAN ATTORNEY AT LAW
ANCHORAGE, AK 99501                      2509 EIDE STREET
907-279-0930 TELEPHONE                   ANCHORAGE, AK 99503
907-279-0933 FAX                         907-677-7889 TELEPHONE
                                         907-677-9188 FAX

X_retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: __              Address: __
Custody: __                      __
Bail: __

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

---

Name and phone number of person completing this form: SINGINN A .LAWSON
                                                      907-677-6154