IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

## MOTION FOR SHORTENED TIME RE STAY OF EXECUTION OF JUDGMENT [STAY WITH BOND ON APPEAL]

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, through their attorneys, Eide & Gingras, P.C., move for consideration on a shortened time schedule of their Motion for Stay of Execution of Judgment [Stay With Bond on Appeal]. Defendants make this motion pursuant to United States District Court Local Rule 7.2(c). This motion is accompanied by the attached Affidavit of Counsel.

DATED at Anchorage, Alaska this 7th day of August, 2008.

                        EIDE & GINGRAS, P.C.
                        Attorneys for Defendants
                        Kanag'Iq Construction Co., Inc. and
                        Western Surety Company

                        By:   s/Thomas S. Gingras
                               Thomas S. Gingras

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Motion for Shortened Time re Stay of Execution of Judgment [Stay With Bond on Appeal]    Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

425 G Street, Suite 930
Anchorage, AK  99501
Phone:   (907) 279-0930
Fax:       (907) 279-0933
E-mail:  tsgingras@egpalaska.com
Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C.  That on this 7th day of August, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Post-Trial Documents\Motion Shortened Time Mot.DOC

Motion for Shortened Time re Stay of Execution of Judgment [Stay With Bond on Appeal]        Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)