IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA      )
                                    ) ss.
THIRD JUDICIAL DISTRICT )

Laura S. Gould, being first duly sworn, deposes and states:

1. I am an attorney for Defendants, Kanag'Iq Construction Co., Inc. and Western Surety Company in the above action.

2. Shortened time is needed for consideration of Defendants' Motion for Stay of Execution of Judgment because of Defendants' pending appeal in this matter.

3. Because Defendants' appeal may affect the judgment against Western Surety and/or Kanag'Iq, it is necessary that the Court rule on the Motion for Stay before Plaintiff proceeds to execute against the current judgment.

Affidavit of Counsel                                                                                         Page 1 of 3
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

4. This office has communicated with Western Surety Company and has obtained permission to use the payment bond in this matter as the bond on appeal. A copy of the payment bond is attached to the Motion and Memorandum for Stay of Execution of Judgment.

5. Absent an order from the Court granting a stay of execution of the judgment until the pending appeal is resolved, Plaintiff may otherwise proceed to execute against the judgment as of August 18, 2008.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska this 7th day of August, 2008.

By: _____
Laura S. Gould
Alaska Bar No. 0310042

SUBSCRIBED AND SWORN to before me this 7th day of August, 2008.



_____
Notary Public in and for the State of Alaska
My Commission Expires: October 15, 2011

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Affidavit of Counsel
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 2 of 3

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 7th day of August, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Post-Trial Documents\Affidavit of Counsel III.DOC

Affidavit of Counsel

*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 3 of 3