Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>                  Plaintiff,<br><br>   vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>                  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No. A05-170 CI (TMB) |

**NOTICE OF ATTACHMENT**

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, file their Exhibit A to their Motion and Memorandum for Stay of Execution of Judgment [Stay With Bond on Appeal] at Docket 193.

DATED at Anchorage, Alaska this 7th day of August, 2008.

                EIDE & GINGRAS, P.C.
                Attorneys for Defendants
                Kanag'Iq Construction Co., Inc. and
                Western Surety Company

                By:   s/Thomas S. Gingras
                        Thomas S. Gingras
                        425 G Street, Suite 930
                        Anchorage, AK  99501
                        Phone:  (907) 279-0930
                        Fax:    (907) 279-0933
                        E-mail:  tsgingras@egpalaska.com

Notice of Attachment                                                          Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 7th day of August, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By___/s/Donna Charter_____

F:\431\05\Post-Trial Documents\Notice of Attachment-2.DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Notice of Attachment                                                                                           Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)