Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) |
| KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation, | ) AFFIDAVIT AND REQUEST FOR<br>) ISSUANCE OF WRIT OF EXECUTION<br>)<br>)<br>) |
| Defendant. | ) |
| | ) Case No. A05-170 Civil(TMB) |

I, SARAH J. TUGMAN hereby state an oath:

1. Judgment for $707,461.82 was entered on January 29, 2008 in the docket of the above-entitled court and action, in favor of as judgment creditor GMW Fire Protection and against as judgment debtor Kanag'Iq.

2. I am the attorney for said judgment creditor GMW Fire Protection, Inc., and request issuance of a Writ of Execution on the judgment.

3. The judgment debtor was represented by Counsel.

4. The judgment entered was not a default judgment.

Affidavit and Request for Issuance of Writ of Execution   Page 1

5.  ACCRUED since the entry of judgment are the following sums: $8,551.07 accrued interest, computed at 2.31%.

6.  CREDIT must be given for payments and partial satisfaction in the total amount of $ -0- which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of $707,461.82 ACTUALLY DUE on this date.  Of this total, $707,461.82 is the amount of the original judgment as entered still remaining due and bearing interest at 2.31% in the amount of $44.77 per day from this date.

SARAH J. TUGMAN
Attorney at Law
Alaska Bar No.  8310101

_____
Sarah J. Tugman

DATED: 08-07-08

SUBSCRIBED and sworn to before me this 7th day of August, 2008.

_____
Frances Evans
Notary Public in and for Alaska
My commission expires 10-17-09

SARAH J. TUGMAN
Attorney At Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
(907) 677-7889 • Fax (907) 677-9188

Affidavit and Request for Issuance of Writ of Execution     Page 2