Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>        Defendant. | CREDITOR'S AFFIDAVIT<br><br>Case No. A05-170 Civil(TMB) |

I, the undersigned SARAH J. TUGMAN, upon oath or affirmation and under penalty of perjury, state as follows:

1.  I am the attorney for the judgment creditor, GMW Fire Protection, Inc.

2.  The judgment creditor has obtained a judgment against Kanag'Iq Construction Co., Inc. In the total amount of $ 707,461.82.

3.  I have knowledge of the facts of the collection efforts made to date by the judgment creditor on the judgment.

4.  The judgment creditor will attempt levying against the following property, which the creditor believe is not exempt and is <u>not</u> property of a type subject to value limitations under AS 09.38.020.

    <u>Description of Property:</u>

    Money - bank accounts

Creditor's Affidavit                Page 1

SARAH J. TUGMAN
Attorney At Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
(907) 677-7889 • Fax (907) 677-9188

5.  The judgment creditor believes the above listed property is not exempt for the following factual reasons:

    Money - bank accounts

                                        SARAH J. TUGMAN
                                        Attorney at Law
                                        Alaska Bar No.  8310101
                                        2509 Eide Street, Suite 4
                                        Anchorage, Alaska 99503

                                        _____
                                        Sarah J. Tugman

DATED: 08-07-08

_____
SUBSCRIBED and sworn to before me this
___ day of August, 2008.

Frances Evans
Notary Public in and for Alaska
My commission expires 10-17-09

SARAH J. TUGMAN
Attorney At Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
(907) 677-7889 • Fax (907) 677-9188

Creditor's Affidavit                    Page 2