Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

THE UNITED STATES for the use of )
GMW Fire Protection, Inc., )
an Alaska Corporation, )
                                         )
       Plaintiff, )
v. )
                                         ) CERTIFICATE OF SERVICE
KANAG'IQ CONSTRUCTION CO., INC., )
an Alaska Corporation and )
WESTERN SURETY COMPANY, a )
South Dakota Corporation, )
                                         )
       Defendant. )
_____) Case No.  A05-170 Civil(TMB)

CERTIFICATE OF SERVICE

I certify that on August 7, 2008, a copy of the Affidavit and Request for Issuance of Writ of Execution, Creditor's Affidavit, Writ of Execution, was served electronically.

Dated this 7th day of August, 2008.

By: _____
Frances Evans
Law Office of Sarah J. Tugman

**SARAH J. TUGMAN**
Attorney At Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
(907) 677-7889 • Fax (907) 677-9188