MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*The UNITED STATES, for the use of GMW Fire Protection, Inc., an Alaska Corporation*
*v.*
*KANAG'IQ CONSTRUCTION CO., Inc., et al.*

Case No. 3:05-cv-00170 TMB

By:            THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:     ORDER ON MOTIONS

    Defendants' Motion to Expedite (Docket 194) is GRANTED, and its Motion For Stay of Execution of Judgement (Docket 193) is DENIED WITHOUT PREJUDICE. A stay is effective upon the Court's approval of the bond. Fed. R. Civ. P. 62(d). Defendants' motion refers to using the Western Surety payment bond in this matter as a bond on appeal. However, no bond was filed as an exhibit for the Court to review. Further, Defendants should insure that the bond is such that it will protect the Plaintiffs, the prevailing party in this matter.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: August 8, 2008