IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>      Plaintiff,<br><br> vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

## NOTICE TO THE COURT RE PAYMENT BOND

The undersigned has contacted Western Surety Company to request an affidavit stating that the payment bond may be used as a supersedeas bond in the appeal of this matter. Western's representative has been out of the office since August 7, 2008. As soon as we are able to contact Western's representative, we will obtain and file the additional documents necessary to support Defendants' Motion for Stay of Execution of Judgment.

DATED at Anchorage, Alaska this 11th day of August, 2008.

             EIDE & GINGRAS, P.C.
             Attorneys for Defendants
             Kanag'Iq Construction Co., Inc. and
             Western Surety Company

             By: s/Thomas S. Gingras
                Thomas S. Gingras
                425 G Street, Suite 930

Notice to the Court re Payment Bond             Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Anchorage, AK  99501
Phone:   (907) 279-0930
Fax:       (907) 279-0933
E-mail:  tsgingras@egpalaska.com
Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C.  That on this 11th day of August, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\11\pleadings\Notice to Court re Bond.DOC

**Eide & Gingras, P.C.**
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Notice to the Court re Payment Bond                                                                                         Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)