IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

## MOTION AND MEMORANDUM FOR LEAVE TO SUPPLEMENT RESPONSE TO REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, through their counsel, Eide & Gingras, P.C., request that this Court allow them to supplement their response to the Request for Issuance of Writ of Execution submitted by Plaintiff.

The undersigned was out of state when the Court's order of August 6, 2008, was issued. The undersigned did not realize until his return to the office yesterday, that the Court had ordered that the clerk issue a new and corrected judgment.

Defendants believe that it is important for the Court to consider the propriety of issuing a Writ of Execution based upon what is now an erroneous judgment. Further, the

Motion and Memorandum for Leave to Supplement Response to                              Page 1 of 2
Request for Issuance of Writ of Judgment
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Court should consider, in the interests of justice, the propriety of issuing a Writ of Execution when, once the new judgment is issued, an automatic ten-day stay will be in effect.

For those reasons, Defendants request that their proposed supplemental response, a copy of which is attached hereto, be allowed.

DATED at Anchorage, Alaska this 13th day of August, 2008.

EIDE & GINGRAS, P.C.
Attorneys for Defendants
Kanag'Iq Construction Co., Inc. and
Western Surety Company

By:   s/Thomas S. Gingras
      Thomas S. Gingras
      425 G Street, Suite 930
      Anchorage, AK  99501
      Phone:  (907) 279-0930
      Fax:    (907) 279-0933
      E-mail: tsgingras@egpalaska.com
      Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 13th day of August, 2008, I served

　　　[x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Post-Trial Documents\Mtn and Memo to Supp Rsp to Writ.DOC

Motion and Memorandum for Leave to Supplement Response to
Request for Issuance of Writ of Judgment
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 2 of 2