# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

GMW FIRE PROTECTION, INC., "Ex Rel."   v.   KANAG'IQ CONSTRUCTION CO., INC., et al.

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                          CASE NO. 3:05-cv-00170-TMB

Pam Richter

PROCEEDINGS: **CLERK'S NOTICE**                       DATE: August 19, 2008

      The Affidavit and Request for Issuance of Writ of Execution at docket 197 was filed prior to the entry of the corrected judgment as ordered by the court at docket 192.

      The corrected judgment was entered on August 18, 2008, as an attachment to the order at docket 192. In light of the entry of the corrected judgment on August 18, 2008, and Federal Rule of Civil Procedure 62(a), no execution will issue as requested at docket 197.

      Plaintiff may re-file the Affidavit and Request for Issuance of Writ of Execution following the 10-day stay of execution as described in FRCvP 62(a).

[]{CLERKNOT.WPD*Rev.12/97}