# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

## TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals #08-35636    U.S. District Court #3:05-CV-00170-TMB

Short Case Title: GMW Fire Protection, Inc. v. Kanag'Iq Construction Co., Inc., et al.

Date Notice of Appeal Filed by Clerk of District Court  07/31/08

### Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 01/22/08 | | VOIR DIRE |
| 01/22/08 | | OPENING STATEMENTS |
| None | | SETTLEMENT INSTRUCTIONS |
| 01/28/08 | | CLOSING ARGUMENTS |
| 01/28/08 | | JURY INSTRUCTIONS |
| None | | PRE-TRIAL PROCEEDINGS |
| ENTIRE TRANSCRIPT | | OTHER |

(Attach Additional Page for Designations if Necessary)

(X)   As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. **I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).**

( )   I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( )   I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( )   As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered  08/21/08         Estimated Date for Completion  09/22/08

Signature of Attorney  _[signature]_

Phone Number  (907) 279-0930     Address  425 G Street, Suite 930, Anchorage, AK  99501


### Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
      (Signature of Court Reporter)

( ) Arrangements for payment were made on

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

   Approximate Number of Pages _____   Due Date


### Section C - To Be Completed by Court Reporter

   Date Transcript Filed _____ Court Reporter's Signature

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)