IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No. A05-170 CI (TMB)<br>) |

## MOTION TO ALTER OR AMEND A JUDGMENT RE JOINT AND SEVERAL LIABILITY

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, through their attorneys, Eide & Gingras, P.C., move this Court to amend the judgment re-distributed on August 18, 2008, due to an error in the judgment stating that the judgment is joint and several. [Docket No. 192-2] This motion is made pursuant to Federal Civil Rule 59(e) and is supported by the attached Memorandum of Law.

DATED at Anchorage, Alaska this 26th day of August, 2008.

                EIDE & GINGRAS, P.C.
                Attorneys for Defendants
                Kanag'Iq Construction Co., Inc. and
                Western Surety Company

                By:    s/Thomas S. Gingras
                         Thomas S. Gingras

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Motion to Alter or Amend a Judgment Re Joint and Several Liability    Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

425 G Street, Suite 930
Anchorage, AK  99501
Phone:   (907) 279-0930
Fax:       (907) 279-0933
E-mail:  tsgingras@egpalaska.com
Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C.  That on this 26th day of August, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Post-Trial Documents\Motion to Amend Jdgmt Mot.DOC

Motion to Alter or Amend a Judgment Re Joint and Several Liability
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)
Page 2 of 2