UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GMW FIRE PROTECION, INC.,
"Ex Rel.,"
    Plaintiff,

v.

                      Case Number 3:05-cv-00170-TMB

KANAG'IQ CONSTRUCTION CO.,
INC., et al.,
    Defendants.           **JUDGMENT IN A CIVIL CASE**

  **X**  **JURY VERDICT.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  ___  **DECISION BY COURT.**  This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

that Plaintiff GMW Fire Protection Inc., "Ex Rel.," recover of defendant Kanag'IQ Construction Co., Inc.,*** the sum of $533,848.77, together with prejudgment interest in the amount of $127,292.05**, attorney's fees in the amount of $40,261.25** and plaintiff's cost of action in the amount of $6,059.75* for a total judgment of $707,461.82** with post-judgment interest thereon at the rate of 2.31% as provided by law.

that Plaintiff GMW Fire Protection Inc., "Ex Rel.," recover of defendant Western Surety Company the sum of $533,848.77, together with prejudgment interest in the amount of $127,292.05 and plaintiff's cost of action in the amount of $6,059.75 for a total judgment of $667,200.57 with post-judgment interest thereon at the rate of 2.31% as provided by law.***

that judgment is joint and several.***

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

[Jmt1-with fees and costs-revised 1-30-06]

                                              Exhibit A
                                              Page 1 of 2

Date: January 29, 2008                    /s/Marvel Hansbraugh for
                                          Ida Romack, Clerk of Court

\*re-distributed 2/8/08 w/costs added
\*\*re-distributed 6/25/08 w/pre-judgment interest, attorney's fees and total judgment added
\*\*\*re-distributed 8/18/08 w/attorney's fee award corrected

[Jmt1-with fees and costs-revised 1-30-06]