IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>               Plaintiff,<br><br>  vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. A05-170 CI (TMB)<br>) |

### [PROPOSED]
### ORDER GRANTING MOTION TO ALTER OR AMEND A JUDGMENT RE JOINT AND SEVERAL LIABILITY

    Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, through their counsel, Eide & Gingras, P.C., moved this Court to alter or amend its judgment re-distributed on August 18, 2008, due to an error in the judgment regarding joint and several liability. The Court has considered the motion and any response.

    IT IS ORDERED that Defendants' Motion to Alter or Amend a Judgment re Joint and Several Liability is GRANTED. The Court will issue a revised judgment to reflect that judgment is not joint and several.

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Order Granting Motion to Alter or Amend a Judgment Re Joint and Several Liability     Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

DATED at Anchorage, Alaska this _____ day of August, 2008.

By: _____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 26th day of August, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By___/s/Donna Charter_____

F:\431\05\Post-Trial Documents\Motion to Amend Jdgmt Order.DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Order Granting Motion to Alter or Amend a Judgment Re Joint and Several Liability   Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)