IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No. 3:05-CV-00170 (TMB) |

### MOTION AND MEMORANDUM FOR STAY OF EXECUTION OF JUDGMENT

Pursuant to Federal Civil Rule 62(b)(3), Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their attorneys, Eide & Gingras, P.C., request that the Court stay any execution of judgment until the resolution of its pending Motion to Alter or Amend a Judgment re Joint and Several Liability. [Docket No. 206]

On August 26, 2008, Defendants filed their Motion to Alter or Amend a Judgment based on an error in the judgment regarding joint and several liability. [Docket No. 192-2] The Court's decision on that may affect the judgment against Defendants. Absent an order from the Court granting a stay of execution of the judgment until the pending motion is

Motion and Memorandum for Stay of Execution of Judgment　　　　　　　　　　　　　　　　Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. 3:05-CV-00170 (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

ruled upon, Plaintiff may otherwise proceed to execute against an erroneous judgment as of tomorrow, August 28, 2008.

Therefore, Defendants respectfully request the Court to stay any execution of judgment until the Court rules upon the pending motion before it. Because of the time constraint described above, Defendants further request a decision by the close of business today, or as soon thereafter as possible.

DATED at Anchorage, Alaska this 27th day of August, 2008.

>
> EIDE & GINGRAS, P.C.
> Attorneys for Defendants
> Kanag'Iq Construction Co., Inc. and
> Western Surety Company
>
> By:   s/Laura S. Gould
> Laura S. Gould
> 425 G Street, Suite 930
> Anchorage, AK  99501
> Phone:  (907) 279-0930
> Fax:     (907) 279-0933
> E-mail:  laura.gould@egpalaska.com
> Alaska Bar No. 0310042

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 27th day of August, 2008, I served

　　　[x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

　　　Sarah J. Tugman, Esq.
　　　2509 Eide Street, Suite 4
　　　Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Post-Trial Documents\Motion for Stay Mot II.DOC

Motion and Memorandum for Stay of Execution of Judgment                                                Page 2 of 2
The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.
Case No. 3:05-CV-00170 (TMB)