IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>              Plaintiff,<br><br>   vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:05-CV-00170 (TMB)<br>) |

**[PROPOSED]**
**ORDER GRANTING MOTION FOR STAY OF EXECUTION OF JUDGMENT**

      Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their counsel, Eide & Gingras, P.C., moved to stay execution of the judgment until a ruling by the Court on a pending motion to alter or amend the judgment. Defendants' Motion for Stay was made pursuant to Federal Civil Rules 62(b)(3). This Court has considered the motion, all accompanying documents, and any response.

      IT IS ORDERED that Defendant's Motion for Stay of Execution of Judgment is GRANTED.

      DATED at Anchorage, Alaska this _____ day of August, 2008.

                                              By: _____
                                                   Timothy M. Burgess
                                                   United States District Court Judge

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Order Granting Motion for Stay of Execution of Judgment                Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. 3:05-CV-00170 (TMB)

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 27th day of August, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By___/s/Donna Charter_____

F:\431\05\Post-Trial Documents\Motion for Stay Order ll.DOC

Order Granting Motion for Stay of Execution of Judgment   Page 2 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. 3:05-CV-00170 (TMB)