IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-170 CI (TMB)<br>) |

## **AFFIDAVIT OF COUNSEL**

STATE OF ALASKA      )
                              ) ss.
THIRD JUDICIAL DISTRICT  )

    Laura S. Gould, being first duly sworn, deposes and states:

    1.    I am an attorney for Defendants, Kanag'Iq Construction Co., Inc. and Western Surety Company, in the above action.

    2.    Shortened time is needed for consideration of Defendants' Motion for Stay of Execution of Judgment because the current judgment is in error and Plaintiff may attempt to execute against it following the ten-day stay of execution as described in Federal Civil Rule 62(a). [See Docket No. 204]

Affidavit of Counsel                                                                         Page 1 of 3
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

3. Absent an order from the Court granting Defendants' Motion for Stay of Execution of Judgment, Plaintiff may attempt to execute upon an erroneous judgment on August 28, 2008.

4. To the extent the current judgment is in error, a revised judgment is necessary to protect our clients' interests.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska this 27th day of August, 2008.

By: _____
Laura S. Gould
Alaska Bar No. 0310042

SUBSCRIBED AND SWORN to before me this 27th day of August, 2008.



_____
Notary Public in and for the State of Alaska
My Commission Expires: October 15, 2011

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Affidavit of Counsel                                                                                     Page 2 of 3
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 27th day of August, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK 99503

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\431\05\Post-Trial Documents\Affidavit of Counsel IV.DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Affidavit of Counsel
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 3 of 3