IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>               Plaintiff,<br><br>  vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-CV-00170 (TMB)<br>) |

### NOTICE TO THE COURT OF AFFIDAVIT OF SURETY RE PAYMENT BOND

Western Surety Company provides its affidavit stating that the payment bond may be used as a supersedeas bond in the appeal of this matter in support of Defendants' Motion for Stay of Execution of Judgment [Stay with Bond on Appeal] at Docket No. 193 and with reference to Notice to the Court re Payment Bond at Docket 201.

DATED at Anchorage, Alaska this 27th day of August, 2008.

                                              EIDE & GINGRAS, P.C.
                                              Attorneys for Defendants
                                              Kanag'Iq Construction Co., Inc. and
                                              Western Surety Company

                                              By:   s/Laura S. Gould
                                                      Laura S. Gould
                                                      425 G Street, Suite 930
                                                      Anchorage, AK 99501
                                                      Phone: (907) 279-0930

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Notice to the Court of Affidavit of Surety re Payment Bond                                 Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. 3:05-CV-00170 (TMB)

Fax:     (907) 279-0933
E-mail:  laura.gould@egpalaska.com
Alaska Bar No. 0310042

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C.  That on this 27th day of August, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By__/s/Donna Charter_____

F:\431\05\Post-Trial Documents\Notice to Court Surety Affidavit.DOC

Notice to the Court of Affidavit of Surety re Payment Bond
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. 3:05-CV-00170 (TMB)

Page 2 of 2

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax