IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation, | ) ) ) ) ) |
| Defendants. | ) ) |

Case No. A05-170 CI (TMB)

## AFFIDAVIT OF NANCY STANGEL

STATE OF ILLINOIS   )
                    ) ss.
COOK COUNTY         )

Nancy Stangel, being first duly sworn, deposes and states:

1. I am an authorized representative of Western Surety Company, the surety in this case.

2. Western Surety had authorized Mr. Gingras, counsel for Kanag'Iq Construction Company, Inc. and Western Surety Company, to propose using the existing surety bond as the functional equivalent of an appeal bond in this case.

3. However, because Western Surety's liability is different from Kanag'Iq Construction Company, Inc.'s, Western Surety will allow the existing payment bond to be

Affidavit of Nancy Stangel
The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.
Case No. A05-170 Civil (TMB)

Page 1 of 3

Exhibit B
Page 1 of 3

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

used as an appeal bond on the following conditions. First, attorney's fees awarded in the amount of $40,261.25 will not be covered, given the Court's ruling that Western Surety is not liable for the attorney's fees, and secondly, the existing bond will serve as an appeal bond as long as Western Surety is a party to the case. That is, if the Ninth Circuit Court of Appeals exonerates Western Surety's bond, then that bond would only remain in effect for so long as the rules of procedure require (for example, until the running of the appeal period for an appeal from the Ninth Circuit.) Kanag'Iq Construction Company, Inc. would have to provide its own security in that event.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Chicago, Illinois this 15th day of August, 2008.

By: _____
Nancy Stangel

SUBSCRIBED AND SWORN to before me this 15 day of August, 2008.

_____
Notary Public for the State of Illinois
My Commission Expires: 7/24/2010



Exhibit B
Page 2 of 3

Affidavit of Nancy Stangel
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Page 2 of 3

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 22 day of August 2008, I served

[x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK 99503

EIDE & GINGRAS, P.C.

By /s/Donna Charter

F:\431\05\pleadings\Affidavit of Nancy Stangel.DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Affidavit of Nancy Stangel
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)