IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>　　　　　　　　Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. A05-170 CI (TMB) |

### [PROPOSED]
### ORDER GRANTING MOTION FOR STAY OF EXECUTION OF JUDGMENT
### [STAY WITH BOND ON APPEAL]

Defendants, KANAG'IQ CONSTRUCTION CO., INC. and WESTERN SURETY COMPANY, by and through their counsel, Eide & Gingras, P.C., moved to stay execution of the judgment pending their appeal in this matter. Defendants' Motion for Stay of Execution of Judgment With Bond on Appeal was made pursuant to Federal Civil Rules 62(d). This Court has considered the motion, all accompanying documents, and any response.

IT IS ORDERED that Defendant's Motion for Stay of Execution of Judgment With Bond on Appeal is GRANTED.

Order Granting Motion for Stay of Execution of Judgment [Stay With Bond on Appeal]　　　Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

DATED at Anchorage, Alaska this _____ day of September, 2008.

By: _____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 5th day of September, 2008, I served

[x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Sarah J. Tugman, Esq.
2509 Eide Street, Suite 4
Anchorage, AK  99503

EIDE & GINGRAS, P.C.

By  /s/Debby Allen

F:\431\05\Post-Trial Documents\Motion for Stay Order lll.DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Order Granting Motion for Stay of Execution of Judgment [Stay With Bond on Appeal]
*The United States for the use of GMW Fire Protection v. Kanag'iq Construction Co., Inc., et al.*
Case No. A05-170 Civil (TMB)                                                              Page 2 of 2