IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation, and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:05-CV-00170 (TMB)<br>) |

## [PROPOSED]
## ORDER GRANTING MOTION FOR SHORTENED TIME

This matter comes before the Court on Defendants' Motion for Shortened Time regarding Defendants' Motion for Stay of Execution of Judgment. The Motion for Shortened Time was filed pursuant to United States District Court Local Rule 7.2(c). Having considered the motion, the accompanying documents, and any opposition thereto, the motion is GRANTED.

DATED at Anchorage, Alaska this _____ day of September, 2008.


By: _____
Timothy M. Burgess
United States District Court Judge

Order Granting Motion for Shortened Time                                          Page 1 of 2
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. 3:05-CV-00170 (TMB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 5th day of September, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Sarah J. Tugman, Esq.
    2509 Eide Street, Suite 4
    Anchorage, AK 99503

EIDE & GINGRAS, P.C.

By /s/Debby Allen

F:\431\05\Post-Trial Documents\Motion Shortened Time Order ll.DOC

Order Granting Motion for Shortened Time
*The United States for the use of GMW Fire Protection v. Kanag'Iq Construction Co., Inc., et al.*
Case No. 3:05-CV-00170 (TMB)
Page 2 of 2

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax