Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation,<br><br>      Plaintiff,<br>v.<br><br>KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation,<br><br>      Defendant. | CREDITOR'S AFFIDAVIT<br><br>Case No. A05-170 Civil(TMB) |

I, the undersigned SARAH J. TUGMAN, upon oath or affirmation and under penalty of perjury, state as follows:

1. I am the attorney for the judgment creditor, GMW Fire Protection, Inc.

2. The judgment creditor has obtained a judgment against Kanag'Iq Construction Co., Inc. In the total amount of $ 707,461.82.

3. I have knowledge of the facts of the collection efforts made to date by the judgment creditor on the judgment.

4. The judgment creditor will attempt levying against the following property, which the creditor believes is not exempt and is <u>not</u> property of a type subject to value limitations under AS 09.38.020.

    <u>Description of Property:</u>

    Money - bank accounts

Creditor's Affidavit           Page 1

SARAH J. TUGMAN
Attorney At Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
(907) 677-7889 • Fax (907) 677-9188

5.  The judgment creditor believes the above listed property is not exempt for the following factual reasons:

    Money - bank accounts

SARAH J. TUGMAN
Attorney at Law
Alaska Bar No. 8310101
2509 Eide Street, Suite 4
Anchorage, Alaska 99503

*Sarah J. Tugman*
Sarah J. Tugman

DATED: 09-08-08

SUBSCRIBED and sworn to before me this 8th day of September, 2008.

*Frances Evans*
Frances Evans
Notary Public in and for Alaska
My commission expires 10-17-09

SARAH J. TUGMAN
Attorney At Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
(907) 677-7889 • Fax (907) 677-9188

Creditor's Affidavit                          Page 2