Sarah J. Tugman
Attorney at Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
Telephone: (907) 677-7889
Fax: (907) 677-9188
e-mail: sjtugman@gci.net
Attorney for GMW Fire Protection, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE UNITED STATES for the use of GMW Fire Protection, Inc., an Alaska Corporation, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) |
| | ) WRIT OF EXECUTION |
| KANAG'IQ CONSTRUCTION CO., INC., an Alaska Corporation and WESTERN SURETY COMPANY, a South Dakota Corporation, | )<br>)<br>)<br>)<br>) |
| Defendant. | ) |
| | ) Case No. A05-170 Civil (TMB) |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On January 29, 2008 a judgment was entered in the docket of the above-entitled court and action, in favor of GMW, Fire Protection as judgment creditor, and against Kanag'Iq construction, Inc. As judgment debtor, for:

$533,848.77 principal,

$ 40,261.25 attorneys fees,

$127,292.05 interest, and

$  6,059.75 costs, for a total amount of

$707,461.82  JUDGMENT AS ENTERED

Writ of Execution          Page 1

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$ 9,983.71 accrued interest, and

$   50.00 accrued costs, for a total of

$10,033.71 ACCRUED INTEREST AND COSTS

CREDIT must be given for payments and partial satisfactions in the amount of $ -0- which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of $717,445.53 is due on the judgment as entered, and bears interest at 2.31% per annum in the amount of $44.77 PER DAY, from the date of the request for issuance of this writ, to which must be added the coimmissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into executin the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.

**SARAH J. TUGMAN**
Attorney At Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
(907) 677-7889 • Fax (907) 677-9188

Writ of Execution					Page 2

       HEREIN FAIL NOT, and have you then and there this writ.

DATED_____     IDA ROMACK
                                                 CLERK OF COURT

                                                 By:_____
                                                      Deputy Clerk

**SARAH J. TUGMAN**
Attorney At Law
2509 Eide Street, Suite 4
Anchorage, Alaska 99503
(907) 677-7889 • Fax (907) 677-9188

Writ of Execution          Page 3