UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GMW FIRE PROTECION, INC.,
"Ex Rel.,"
    Plaintiff,

v.

Case Number 3:05-cv-00170-TMB

KANAG'IQ CONSTRUCTION CO.,
INC., et al.,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

__X__ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

that Plaintiff GMW Fire Protection Inc., "Ex Rel.," recover of defendant Kanag'IQ Construction Co., Inc.,*** the sum of $533,848.77, together with prejudgment interest in the amount of $127,292.05**, attorney's fees in the amount of $40,261.25** and plaintiff's cost of action in the amount of $6,059.75* for a total judgment of $707,461.82** with post-judgment interest thereon at the rate of 2.31% as provided by law.

that Plaintiff GMW Fire Protection Inc., "Ex Rel.," recover of defendant Western Surety Company the sum of $533,848.77, together with prejudgment interest in the amount of $127,292.05 and plaintiff's cost of action in the amount of $6,059.75 for a total judgment of $667,200.57 with post-judgment interest thereon at the rate of 2.31% as provided by law.***

that judgment is joint and several, except as to attorney's fees; the award of attorney's fees is several as against Kanag'iq only.****

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

[Jmt1-with fees and costs-revised 1-30-06]

Certified to be a true and correct copy of original filed in my office.
Dated 8/28/08
IDA ROMACK, Clerk
By _____ Deputy

Date: January 29, 2008

/s/Marvel Hansbraugh for
Ida Romack, Clerk of Court

*re-distributed 2/8/08 w/costs added
**re-distributed 6/25/08 w/pre-judgment interest, attorney's fees and total judgment added
***re-distributed 8/18/08 w/attorney's fee award corrected
****re-distributed 8/27/08 w/attorney's fee award of joint and several corrected

[Jmt1-with fees and costs-revised 1-30-06]                    2